| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name:   Mid-States Supply Co., Inc. | |
| United States Bankruptcy Court for the:   Western District of Missouri | ☐ Check if this is an amended filing |
| Case Number (If known): | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CAMERON ENGINEERED VALVES 3250 BRIARPARK DR HOUSTON, TX  77042 | Ben.Anderson@c-a-m.comGiuseppe.Biasco@c-a-m.com | TRADE VENDOR | | $0.00 | | $18,215,772.12 |
| 2 | FLOWSERVE/ED VOGT VALVE/JEFFER 1511 JEFFERSON SULPHUR SPRINGS, TX  75482 | snace@flowserve.com | TRADE VENDOR | | $0.00 | | $1,973,336.36 |
| 3 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX  77477 | Harry.Hernandez@f-e-t.com | TRADE VENDOR | | $0.00 | | $948,607.34 |
| 4 | TEXAS BOLT CO 6300 WEST BY NW BLVD HOUSTON, TX  77040 | jgervais@dysoncorp.com | TRADE VENDOR | | $0.00 | | $896,575.55 |
| 5 | EMERSON PROCESS MANAGEMENT 11100 BRITTMOORE PARK DR HOUSTON, TX  77041 | Brady.Tomlinson@emerson.com | TRADE VENDOR | | $0.00 | | $606,818.34 |
| 6 | ABZ VALVES & CONTROLS 119 W. MAIN MADISON, KS  66860 | luther.harmon@f-e-t.com | TRADE VENDOR | | $0.00 | | $567,571.36 |
| 7 | TEXAS PIPE & SUPPLY CO 2330 HOLMES RD HOUSTON, TX  77051 | carll@texaspipe.com | TRADE VENDOR | | $0.00 | | $533,864.64 |
| 8 | GLOBAL STAINLESS SUPPLY 9040 RAILWOOD DRIVE HOUSTON, TX  77078 | sonyia.mcneill@globalgroup1.com | TRADE VENDOR | | $0.00 | | $526,324.55 |

Debtor: Mid-States Supply Co., Inc.

Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | AMERI-FORGE 945 BUNKER HILL, SUITE 500 HOUSTON, TX  77024 | Nsalerno@afglobalcorp.com | TRADE VENDOR | | $0.00 | | $493,210.05 |
| 10 | LAMONS GASKET CO. 7300 AIRPORT BLVD. HOUSTON, TX  77061 | scott.schurdell@lamons.com | TRADE VENDOR | | $0.00 | | $490,164.16 |
| 11 | DYNAMIC PRODUCTS, INC. 16520 PENINSULA BLVD. HOUSTON, TX  77015 | dynamicproducts@earthlink.net | TRADE VENDOR | | $0.00 | | $468,511.00 |
| 12 | GLOBAL PIPE SUPPLY 8900 RAILWOOD DRIVE HOUSTON, TX  77078 | sonyia.mcneill@globalgroup1.com | TRADE VENDOR | | $0.00 | | $445,401.01 |
| 13 | ANCHOR SALES & SERVICE CO 106 W. 31ST ST. INDEPENDENCE, MO  64055 | bailey@anchorsales.com | TRADE VENDOR | | $0.00 | | $429,148.63 |
| 14 | IPSCO TUBULARS INC. 2011 - 7TH AVE. CAMANCHE, IA  52730 | sfeske@tmk-ipsco.comdgiblin@tmk-ipsco.com | TRADE VENDOR | | $0.00 | | $408,978.45 |
| 15 | MAVERICK INTERNATIONAL LTD 1650 BROCKMAN ST. BEAUMONT, TX  77705 | | TRADE VENDOR | | $0.00 | | $405,075.87 |
| 16 | MULTALLOY 8511 MONROE BLVD. HOUSTON, TX  77061 | Andrew.Perry@FloWorksPVF.com | TRADE VENDOR | | $0.00 | | $344,317.02 |
| 17 | APOLLO VALVES/CONBRACO 701 MATTHEWS-MINT HILL RD. MATTHEWS, NC  28105 | Taneshia.Howard@conbraco.com | TRADE VENDOR | | $0.00 | | $337,769.51 |
| 18 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN  38501 | snace@flowserve.com | TRADE VENDOR | | $0.00 | | $331,225.79 |
| 19 | STEEL VENTURES, LLC DBA EXLTUB 905 ATLANTIC STREET N. KANSAS CITY, MO  64116 | John.Simon@exltube.com | TRADE VENDOR | | $0.00 | | $329,930.95 |
| 20 | SERVICE METAL PRODUCTS 4001 N. KINGSHIGHWAY ST. LOUIS, MO  63115 | twilliamson@servicemetal.net | TRADE VENDOR | | $0.00 | | $324,883.26 |