# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| In re: | Chapter 11 |
|---|---|
| MID-STATES SUPPLY COMPANY, INC., | Case No. 16-_____ (___) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Debtor Mid-States Supply Company, Inc., pursuant to Fed. R. Bankr. P. 1007(a)(3), files its List of Equity Security Holders:

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Benjamin Hurst<br>1716 Guinotte Ave.<br>Kansas City, MO 64120 | Class A Common Voting | 6413.0000 | Equity |
| Robert G. Brown and Andrew L. Brown Trustees Under Voting Trust and Stock Purchase Agreement Dated December 1, 1997<br>1716 Guinotte Ave.<br>Kansas City, MO 64120 | Class A Common Voting | 120,003.3345 | Equity |
| Trustees of Mid-States Supply Company, Inc. Restated Profit Sharing Plan and Trust<br>1716 Guinotte Ave.<br>Kansas City, MO 64120 | Class B Common Voting | 100,378.0000 | Equity |

WA 7800309.1

Dated:  February 7, 2016

                    **SPENCER FANE LLP**

                    By: /s/ Lisa A. Epps
                    Scott J. Goldstein    MO Bar No. 28698
                    Lisa A. Epps         MO Bar No. 48544
                    Eric L. Johnson      MO Bar No. 53131
                    1000 Walnut Street, Suite 1400
                    Kansas City, MO 64106
                    Office: 816-474-8100
                    Facsimile: 816-474-3216
                    sgoldstein@spencerfane.com
                    lepps@spencerfane.com
                    ejohnson@spencerfane.com

                    PROPOSED COUNSEL FOR DEBTOR