IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | Chapter 11 |
| MID-STATES SUPPLY COMPANY, INC., | Case No. 16-_____ (___) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT

Debtor Mid-States Supply Company, Inc., pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1 and Local Rule 1007-1, states that the following corporations directly or indirectly own 10% or more of any class of its equity interest:

Robert G. Brown and Andrew L. Brown
Trustees under Voting Trust and Stock Purchase Agreement dated December 1, 1997
1716 Guinotte Ave.
Kansas City, MO 64120

Trustees of Mid-States Supply Company, Inc. Restated Profit Sharing and Plan and Trust
1716 Guinotte Ave.
Kansas City, MO 64120

Date: February 7, 2016

SPENCER FANE LLP

By: /s/ Lisa A. Epps
Scott J. Goldstein    MO Bar No. 28698
Lisa A. Epps    MO Bar No. 48544
Eric L. Johnson    MO Bar No. 53131
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Office: 816-474-8100
Facsimile: 816-474-3216
sgoldstein@spencerfane.com
lepps@spencerfane.com
ejohnson@spencerfane.com

PROPOSED COUNSEL FOR DEBTOR

WA 7763422.1