IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | Chapter 11 |
| MID-STATES SUPPLY COMPANY, INC., | Case No. 16-_____ (___) |
| Debtor. | |

## MOTION FOR ENTRY OF ORDER PROHIBITING UTILITY PROVIDERS FROM DISCONTINUING SERVICES AND APPROVING FORM OF ADEQUATE ASSURANCE OF PAYMENTS FOR THE CONTINUATION OF UTILITY SERVICES

Debtor Mid-States Supply Company, Inc. ("Debtor"), pursuant to 11 U.S.C. §§ 105(a) and 366 and Fed. R. Bank. P. 9013 and in support of this Motion for Entry of Order Prohibiting Utility Providers from Discontinuing Service and Approving the Form of Adequate Assurance of Payment for the Continuation of Utility Services (the "Motion"), states and alleges as follows:

### Procedural Background

1. On February 7, 2016 (the "Petition Date"), Debtor for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Missouri.

2. Debtor remains in possession of its assets and continues to operate as debtor-in-possession in accordance with Code §§ 1107 and 1108.

3. An Official Committee of Unsecured Creditors has not yet been appointed.

4. This is a core proceeding pursuant to 28 U.S.C. § 157(2)(A).

5. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1408.

### Debtor's Background

7. Debtor supplies pipes, valves and fittings to ethanol, pipeline and power industries in the United States. It also offers hoses, tools, compounds, gauges and thermometers.

WA 7763435.1

In addition, Debtor provides compressed air, steam, process control and services, along with IT solutions, such as project and customer websites, PocketPC software, customer inventory management, integrated supply, order tracking system and communication options. Debtor's products are sold to a myriad of industries, including large industrial plant operations, food production, oil and gas pipeline transportation, mechanical construction and other large industrial players.

8. Founded and headquartered in Kansas City, Missouri since 1947, Debtor, a family-owned company, operates out of 23 locations, certain of which branches operate under the "Midco" fictitious brand name, in the following states—Alabama, Colorado, Kansas, Louisiana, Mississippi, Missouri, Montana, Nebraska, New Mexico, North Dakota, Oklahoma, Texas, Utah, West Virginia and Wyoming. Debtor currently has approximately 228 employees.

9. On September 1, 2011, Debtor entered into Credit and Security Agreement, as amended from time to time (the "Credit Agreement") with Wells Fargo Bank, National Association ("Wells Fargo"), under which it borrowed $45 million, which line grew with its growth to approximately $60 million. Using the expanded availability from Wells Fargo, Debtor roughly doubled its sales and EBITDA from fiscal 2011 through today. By 2015, a confluence of factors, including the demand for inventory with over 32,000 SKU's, no concentration in the customer base (meaning a broad demand for stocked product) and a rapid decline in the oil and gas sector, kept Debtor's inventory and payables at unsustainably high levels. These factors led Debtor's management to implement plans to right-size the business with respect to inventory, payables, rationalizing the customer base, operating expenses and tightly managing cash flow.

10. As a result of various defaults under the Credit Agreement, on August 28, 2015, Debtor entered into its first forbearance agreement with Wells Fargo. In connection with this

forbearance agreement and Debtor's restructuring efforts, on August 25, 2015, Debtor engaged Winter Harbor LLC to provide certain services of a chief restructuring officer ("CRO") and other support services. Stuart Noyes has been acting as Debtor's CRO since August 2015 pursuant to an engagement letter dated August 25, 2015, which is discussed in further detail in Debtor's application to employ Winter Harbor LLC.

11.     Since the first forbearance agreement with Wells Fargo, Debtor has entered into two other forbearance agreements with Wells Fargo, the most recent of which, dated December 28, 2015, expires by its terms on February 29, 2016 and contains numerous benchmarks (the "Benchmarks"). While Debtor and its CRO have been working tirelessly to restructure its business and meet the Benchmarks, Debtor has determined in its business judgment that filing the captioned bankruptcy case is in the best interest of its creditors.

### Relief Requested

12.     The operation of Debtor's business requires payment for utility services, including but not limited to electricity, water, gas, telephone, internet and trash services, to numerous utility providers (collectively, the "Utility Providers").

13.     As of the Petition Date, Debtor obtains utility services from numerous Utility Providers. A detailed summary of the Utility Providers is attached as **Exhibit A**.

14.     Uninterrupted utility services are essential to Debtor's operations, reorganization and the success of Debtor's efforts to protect the value of its assets.

15.     By the Motion, Debtor seeks a proactive order: (1) finding that the proposed assurance of future payment is adequate as to the Utility Providers within the meaning of Code § 366; (2) prohibiting the Utility Providers from altering, refusing, or discontinuing service to Debtor on account of pre-petition amount outstanding or on account of any perceived inadequacy

of Debtor's proposed adequate assurance; and (3) determining that Debtor is not required to provide any additional adequate assurance beyond what is proposed by the Motion.

16. Code § 366 protects Debtor against the immediate termination of utility services after the Petition Date. Under Code § 366, the Utility Providers may not, during the first 30 days of a Chapter 11 case, alter, refuse, or discontinue services to, or discriminate against Debtor solely on the basis of the commencement of the case or the failure of Debtor to pay a pre-petition debt. The Utility Providers may, however, do so if, following such 30-day period, Debtor does not provide "adequate assurance" of payment for post-petition services in a form "satisfactory" to the Utility Providers, subject to the Court's ability to modify the amount of adequate assurance. Pursuant to Code § 366(c)(3)(B), in determining whether an assurance of payment is adequate, the Court may not consider (a) the absence of security before the Petition Date, (b) Debtor's history of timely payments, or (c) the availability of an administrative expense priority.

17. BAPCPA dramatically altered Code § 366. Among these amendments was the creation of a new statutory scheme governing Chapter 11 debtors. Most ominously, Code § 366(c)(2) appears to grant the Utility Providers unilateral power to hold a debtor hostage by threatening to cut off service unless the provider receives adequate assurance deemed acceptable by the provider on a subjective basis. Fortunately, the Bankruptcy Code does provide the Court with the power to intervene to prevent such abuse by utility providers.

18. The Court retains the discretion to determine the amount of adequate assurance necessary or to change the fundamental requirement that assurance of payment must simply be adequate. *Compare* Code § 366(b) ("On request of a party-in-interest and after notice and a hearing, the court may order reasonable modification of the amount of the deposit or other security necessary to provide adequate assurance.") with Code § 366 (c)(3)(A) ("On request of a

party-in-interest and after notice and a hearing, the court may order modification of the amount of an assurance payment under paragraph (2) [which is governed by an adequacy standard]").

19. Courts construing Code § 366(b) have long recognized that in determining adequate assurance, the Court is not required to give the utility providers the equivalent of a guaranty of payment, but must only determine that the utility is not subject to an unreasonable risk of nonpayment for post-petition services. *In re Astle*, 338 B.R. 855, 861 (Bankr. D. Idaho 2006); *In re Steinebach*, 303 B.R. 634, 641 (Bankr. D. Ariz. 2004) ("Adequate assurance of payment is not... absolute assurance. The key to achieving the balance required by § 366 is not to confuse adequate assurance with adequate protection, which must be provided to a creditor under 11 U.S.C. § 361."). Historically, whether a utility is subject to an unreasonable risk of nonpayment must be determined from the facts and circumstances of each case. *See In re Anchor Glass Container Corp.*, 342 B.R. 872, 875 (Bankr. M.D. Fla. 2005). While Code § 366(c) limits the factors a court may consider, it is likely that determinations of adequate assurance will remain within the Court's discretion. *In re Adelphia Bus. Solutions, Inc.*, 280 B.R. at 63, 80 (Bankr. S.D.N.Y. 2002); *Marion Steel Co. v. Edison Co. (In re Marion Steel Co.)*, 35 B.R. 188, 195 (Bankr. D. Ohio 1983).

20. As stated by a Virginia bankruptcy court, "§ 366(c)(3)(A) provides that on request of a party in interest and after notice and a hearing, the court may order modification of the amount of an assurance of payment under paragraph 2. Assurance of payment is defined in § 366(c)(1), and upon a request for a hearing under § 366(c)(3)(A), the court must determine whether the assurance of payment is adequate, operating within the restrictions outlined in § 366(c)(3)(B). In sum, the court is authorized to modify the assurance of payment pursuant to § 366(c)(3)(A) after notice and a hearing, and a debtor is not required to first pay a demand that is

unilaterally satisfactory to the utility company." *In re Circuit City Stores, Inc.*, Slip Copy, 2009 WL 484553, 5 (Bankr. E.D. Va. 2009).

21. Moreover, a Florida bankruptcy court has held, "[a]n interpretation of § 366 that precludes court intervention unless a debtor posts whatever amount is demanded could lead to absurd results and cannot be what Congress intended. Instead, the Court finds that it has the authority to determine the form and amount of adequate assurance if the parties cannot reach agreement, as long as the form of the assurance of payment is one of the forms described in 366(c)(1)(A). *See* 3 Collier on Bankruptcy ¶ 366.03[2] (rev. 15th ed. 2006) ("Under § 366(c)(2), the debtor must pay what the utility demands, unless the court orders otherwise ") (emphasis added)." *In re Beach House Property, LLC*, Slip Copy, 2008 WL 961498, 2 (Bankr. S.D. Fla. 2008).

22. Clearly, the Court is empowered to deem adequate Debtor's plan to provide assurance of future payment and to prohibit the discontinuance of utility services.

23. In order to provide its Utility Providers with adequate assurance of future payment, Debtor proposes to pay each Utility Provider's invoices as they come due in the ordinary course of Debtor's business, pursuant to the budgets approved in the post-petition financing and cash collateral motion filed herein.

24. Further, Debtor will permit each Utility Provider holding a security deposit to retain such deposit as additional adequate assurance of Debtor's future performance. Such deposits shall be returned to Debtor on the terms and conditions of the parties' service agreements.

25. In addition, Debtor will provide adequate notice of this Motion and objection deadline to the Utility Providers.

26. Debtor submits that the proposed form of adequate assurance of future performance does not subject the Utility Providers to undue risk and should be approved. Absent an entry of an Order by this Court approving the form of the required adequate assurance of payment, the Utility Providers may alter, refuse or discontinue further utility services to Debtor under Code § 366(c)(2). Such actions would have an immediate and detrimental effect on Debtor, its estate and Debtor's ability to reorganize effectively.

WHEREFORE, Debtor requests that this Court enter an Order: (1) finding that the proposed assurance of future payment is adequate as to the Utility Providers within the meaning of Code § 366; (2) prohibiting the Utility Providers from altering, refusing, or discontinuing service to Debtor on account of pre-petition amount outstanding or on account of any perceived inadequacy of Debtor's proposed adequate assurance; (3) determining that Debtor is not required to provide any additional adequate assurance beyond what is proposed by the Motion; and (4) granting any other relief at equity or law that this Courts deems necessary.

February 7, 2016

**SPENCER FANE LLP**

By: /s/ Lisa A. Epps
Scott J. Goldstein     MO Bar No. 28698
Lisa A. Epps           MO Bar No. 48544
Eric L. Johnson        MO Bar No. 53131
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Office: 816-474-8100
Facsimile: 816-474-3216
sgoldstein@spencerfane.com
lepps@spencerfane.com
ejohnson@spencerfane.com

PROPOSED COUNSEL FOR DEBTOR

EXHIBIT A

| Location | Service Type | Utility Provider Name | Address1 | Address2 | City | State | Zip | Phone No. | Fax No. | Account No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Wichita | CELL PHONE SERVICES | AT&T | P.O. BOX 6463 | | CAROL STREAM | IL | 60197-6463 | 866-241-6567 | 302-655-5049 | 433906900 |
| KC/SL/STEAM | CELL PHONE SERVICES | AT&T | P.O. BOX 6463 | | CAROL STREAM | IL | 60197-6463 | 866-241-6567 | 302-655-5049 | 826850893 |
| Guymon | CELL PHONE SERVICES | PTCI | P.O. Box 1188 | | Guymon | OK | 73942 | 800-562-2556 | 834748920 | 21265 |
| COMPANY WIDE | CELL PHONE SERVICES | VERIZON WIRELESS | P.O. BOX 25505 | | LEIGH VALLEY | PA | 18002-5505 | 913-344-2600 | 212-571-1897 | 98058B536-00001,3,5,4 |
| COMPANY WIDE SUPPORT | COMPUTER/PROPHET 21 | EPICORE SOFTWARE CORP | P.O. BOX 671069 | | DALLAS | TX | 75267-1069 | 888-354-5812 | 512-356-0500 | CUST # 108018 |
| Kansas City | CYBER SERVICES | AT&T | P.O. BOX 5019 | | CAROL STREAM | IL | 60197-5019 | 800-235-7524 | 831-000-5256 218 | Acct#60-0046O7242-00117l2-0 due 6-22 |
| ALABAMA | ELECTRIC SERVICES | ALABAMA POWER | P.O. BOX 242 | | BIRMINGHAM | AL | 352992 | 88-430-5787 | 26593-12019 | 96992 |
| STL | ELECTRIC SERVICES | AMEREN MISSOURI | P.O. BOX 88068 | | CHICAGO | IL | 60680-1068 | 866-222-3471 | | |
| Greeley | ELECTRIC SERVICES | ATMOS Energy | P.O. Box 790311 | | St. Louis | MO | 63179-0311 | | | |
| Artesia | ELECTRIC SERVICES | Central Valley Electric | P.O Box 230 | | Artesia | NM | 88211 | 575-746-7571 | 575-746-4219 | 96992 |
| Cheyenne | ELECTRIC SERVICES | Cheyenne Light Fuel & Power | P.O. Box 6100 | | Rapid City | SD | 57709-6100 | | 800-540-2486 | 4807-9629-03 |
| HOUSTON | ELECTRIC SERVICES | GREEN MOUNTAIN ENERGY | P.O. BOX 650001 | | DALLAS | TX | 75265-0001 | | | 11852011 |
| Kansas City | ELECTRIC SERVICES | KANSAS CITY POWER & LIGHT | P.O. BOX 219330 | | KANSAS CITY | MO | 64121-9330 | 800-585-4248 | 816-556-2992 | 0387-70-5829 |
| Kansas City | ELECTRIC SERVICES | KANSAS CITY POWER & LIGHT | P.O. BOX 219330 | | KANSAS CITY | MO | 64121-9330 | 800-585-4248 | 816-556-2992 | 1283-12-7162 |
| Kansas City | ELECTRIC SERVICES | KANSAS CITY POWER & LIGHT | P.O. BOX 219330 | | KANSAS CITY | MO | 64121-9330 | 800-585-4248 | 816-556-2992 | 1387-72-6180 |
| Kansas City | ELECTRIC SERVICES | KANSAS CITY POWER & LIGHT | P.O. BOX 219330 | | KANSAS CITY | MO | 64121-9330 | 800-585-4248 | 816-556-2992 | 3033-90-1795 |
| Kansas City | ELECTRIC SERVICES | KANSAS CITY POWER & LIGHT | P.O. BOX 219330 | | KANSAS CITY | MO | 64121-9330 | 800-585-4248 | 816-556-2992 | 4147-09-3039 |
| Kansas City | ELECTRIC SERVICES | KANSAS CITY POWER & LIGHT | P.O. BOX 219330 | | KANSAS CITY | MO | 64121-9330 | 800-585-4248 | 816-556-2992 | 4877-21-9202 |
| Kansas City | ELECTRIC SERVICES | KANSAS CITY POWER & LIGHT | P.O. BOX 219330 | | KANSAS CITY | MO | 64121-9330 | 800-585-4248 | 816-556-2992 | 7596-18-7444 |
| DES MOINES | ELECTRIC SERVICES | MIDAMERICAN ENERGY | P.O. BOX 657 | | DES MOINES | IA | 50306 | | 563-336-3568 | |
| OSKALOOSA | ELECTRIC SERVICES | MIDAMERICAN ENERGY | P.O. BOX 657 | | DES MOINES | IA | 50306 | | 563-336-3568 | |
| CLARKSBURG | ELECTRIC SERVICES | MON POWER | P.O. BOX 3615 | | AKRON | OH | 44309-3615 | 800-686-0022 | | 110 109 972 841 |
| CLARKSBURG | ELECTRIC SERVICES | MON POWER | P.O. BOX 3615 | | AKRON | OH | 44309-3615 | 800-686-0022 | | |
| Billings | ELECTRIC SERVICES | Northwestern Energy | 11 E. Park St. | | Butte | MT | 59701-1711 | 800-245-6977 | 406-497-2629 | act 1584650-4 due 6-18 |
| Omaha | ELECTRIC SERVICES | OMAHA PUBLIC POWER DISTRICT | P.O. BOX 3995 | | OMAHA | NE | 68103-0995 | | 402-636-3914 | |
| Tulsa | ELECTRIC SERVICES | Public Service Company of Oklahoma | P.O. BOX 24421 | | Canton | OH | 44701 | 1-888-776-1368 | | |
| Tulsa | ELECTRIC SERVICES | Public Service Company of Oklahoma | P.O. Box 24421 | | Canton | OH | 44701 | 1-888-776-1368 | 959-997-312-0-1 | 954-173-578-1-1 |
| Salt Lake | ELECTRIC SERVICES | Rocky Mountain Power | P.O. Box 26000 | | Portland | OR | 97256-0001 | | 800-883-4162 | Acct#111677777-001 3 due 6-30 |
| Dickinson | ELECTRIC SERVICES | Roughrider Electric Power Co | 800 Highway Drive | | Hazen | ND | 58545-4701 | | 701-748-6500 | ACCT 119560000 due 6-19 |
| Shreveport | ELECTRIC SERVICES | Southwestern Electric Power Co | P.O. Box 24401 | | Canton | OH | 44701 | 1-888-216-3523 | 961-790-570-1-1 | |
| Mt Pleasant | ELECTRIC SERVICES | Southwestern Electric Power Co | P.O. Box 24401 | | Canton | OH | 44701 | 1-888-216-3523 | 963-730-570-1-5 | |
| CLARKSBURG | ELECTRIC SERVICES | Southwestern Electric Power Co | P.O Box 24422 | | Canton | OH | 44701 | 1-888-216-3523 | 968-796-087-1-7 | |
| GREELEY | ELECTRIC SERVICES | SUN VALLEY PSD | 70525 Old Rte 50 | | Clarksburg | WV | 26301 | | 304-623-3505 | 24¥(6((4¥) |
| Guymon | ELECTRIC SERVICES | TCEC | P.O. Box 880 | | Hooker | OK | 73945 | 1-800-522-3315 | 580-652-3151 | 44443001 |
| HOUSTON | ELECTRIC SERVICES | TXU ENERGY | P.O. BOX 650638 | | DALLAS | TX | 75265-0638 | 888-399-5501 | 972-556-6111 | 1000 26540969 |
| MIDLAND | ELECTRIC SERVICES | TXU ENERGY | P.O. BOX 650638 | | DALLAS | TX | 75265-0638 | 888-399-5501 | 972-556-6111 | 10012654096() |
| STL | ELECTRIC SERVICES | VECTREN ENERGY | 1 VECTREN SQUARE | | EVANSVILLE | IN | 47708 | | 812-491-4238 | 620510673-57803955 |
| Eldorado | ELECTRIC SERVICES | Westar Energy | P.o. Box 758500 | | Topeka | KS | 66675 | 1-800-401-5666 | 212-616-7612 | 282117904 |
| Wichita | ELECTRIC SERVICES | Westar Energy | P.O. Box 758500 | | Topeka | KS | 66675 | 1-800-401-5666 | 212-616-7612 | 724659S083 |
| GREELEY | ELECTRIC SERVICES | XCEL ENERGY | P.O. BOX 9477 | | MINNEAPOLIS | MN | 55484-9477 | 800-481-4700 | 53-3782295-4 | |
| GLENCO | ELECTRIC SERVICES | XCEL ENERGY | P.O. BOX 9477 | | MINNEAPOLIS | MN | 55484-9477 | 800-481-4700 | 53-378-2295-4 | |
| Greeley | GAS SERVICES | ALLGAS INC | 201 CORPORATE DR | | RAINBOW CITY | AL | 35906 | 256-442-8323 | 256-586-7539 | |
| Greeley | GAS SERVICES | City Of Greeley | Director of Finance | P.O. Box 1928 | Greeley | CO | 80632-1928 | | 970-350-9828 | Acct 014-788090-01 |
| Wichita | GAS SERVICES | Kansas Gas Service | P.O Box 219046 | | Kansas City | Mo | 64121 | 1-800-794-4780 | 785-575-8547 | 510433742 1337724 36 |
| Eldorado | GAS SERVICES | Kansas Gas Service | P.O Box 219046 | | Kansas City | Mo | 64121 | 1-800-794-4780 | 785-575-8547 | 5107655314 162274009 |
| Tulsa | GAS SERVICES | Oklahoma Natural Gas Co | P.O. Box 219296 | | Kansas City | Mo | 64121 | 1-405-551-6824 | 213005723 10588732 7 | |
| Salt Lake | GAS SERVICES | Questar Gas Company | P.O. Box 45841 | | Salt Lake City | UT | 84139-0001 | | 801-324-3757 | Account 6092188115 DUE 6-29 |
| Kansas City | GAS SERVICES | MISSOURI GAS ENERGY | P.O. BOX 219255 | | KANSAS CITY | MO | 64194-3420 | 800-582-1234 | 382912222 | |
| Kansas City | GAS SERVICES | MISSOURI GAS ENERGY | P.O. BOX 219255 | | KANSAS CITY | MO | 64194-3420 | 800-582-1234 | 5289731111 | |
| Kansas City | GAS SERVICES | MISSOURI GAS ENERGY | P.O. BOX 219255 | | KANSAS CITY | MO | 64194-3420 | 800-582-1234 | 6155941111 | |
| Kansas City | GAS SERVICES | MISSOURI GAS ENERGY | P.O. BOX 219255 | | KANSAS CITY | MO | 64194-3420 | 800-582-1234 | 7137871111 | |

| Location | Service Type | Utility Provider Name | Address1 | Address2 | City | State | Zip | Phone No. | Fax No. | Account No. |
|---|---|---|---|---|---|---|---|---|---|---|
| HOUSTON | INTERNET SERVICES | BIRCH COMMUNICATIONS | P.O. BOX 105066 | | ATLANTA | GA | 30348-5066 | 888-772-4724 | 678-388-1981 | 726394 |
| MIDLAND | INTERNET SERVICES | SUDDENLINK | P.O. BOX 660365 | | DALLAS | TX | 75266-0365 | 800-490-9604 | 3014-723242201 | |
| Kansas City | INTERNET SERVICES | TIME WARNER CABLE | P.O. BOX 1104 | | CAROL STREAM | IL | 60132-1104 | 816-743-2477 | 10879470I | |
| Shreveport/Dickerson/Saltlake | INTERNET SERVICES | Century Link | P.O. Box 52187 | | Phoenix | AZ | 85072 | 800-860-1020 | 318-388-9562 | 82499839 |
| Artesia | INTERNET SERVICES | Century Link | P.O. Box 29040 | | Phoenix | AZ | 85038-9040 | 800-600-1117 | 318-388-9562 | 575-748-8821 529 |
| Cheyenne | INTERNET SERVICES | Century Link | P.O. Box 29040 | | Phoenix | AZ | 85038-9040 | | 318-388-9562 | Acct 307-638-1300-097B |
| GREELEY | INTERNET SERVICES | Century Link | P.O. Box 29040 | | Phoenix | AZ | 85038-9040 | | 318-388-9562 | Acct 970-392-0156 9438 / DUE 6-27 |
| OSKALOOSA | INTERNET SERVICES | CENTURY LINK | P.O. Box 29040 | | Phoenix | AZ | 85038-9040 | | | |
| Wichita | INTERNET SERVICES | Cox Communications | P.O. Box 248871 | | Oklahoma | OK | 73124 | 800-620-6196 | | 001 1008 064586001 |
| Eldorado | INTERNET SERVICES | Cox Communications | P.O. Box 248876 | | Oklahoma | OK | 73124 | 800-620-6196 | | 001 6311 069488901 |
| McPherson | INTERNET SERVICES | Cox Communications | P.O. Box 248871 | | Oklahoma | OK | 73124 | 800-620-6196 | | 001 1002 056431601 |
| Tulsa | INTERNET SERVICES | NET WEST ONLINE | 5000 EAST UNIVERSITY #11 | | ODESSA | TX | 79762 | | | 901362195 |
| MIDLAND | INTERNET SERVICES | Rise Broadband | P.O. Box 2837 | | Omaha | NE | 68103-2837 | | | 07-01-15 thru 07-31-15 due 07-01 |
| Cheyenne | PHONE SERVICES | AT&T | P.O. BOX 105068 | | Atlanta | GA | 30348-5068 | 877-325-0445 | 302-655-5049 | 030-589-2448-001 |
| Guymon | LONG DISTANCE SERVICE | AT&T | P.O. BOX 5001 | | CAROL STREAM | IL | 60197-5001 | 877-438-0041 | 302-655-5049 | 620-251-8880 404 3 |
| Coffeyville | LONG DISTANCE SERVICE | AT&T | P.O. BOX 22111 | | Tulsa | OK | 74121 | 888-795-2717 | 302-655-5049 | F570074295 |
| Guymon | LONG DISTANCE SERVICE | AT&T | P.O. Box 5001 | | Phoenix | AZ | 85072 | 800-860-1020 | 318-388-9562 | 83882350 |
| Midland Tx/tulsa | LONG DISTANCE SERVICE | Century Link | P.O. Box 52187 | | Phoenix | AZ | 85072 | 800-860-1020 | 318-388-9562 | 83930880 |
| Glenco | LONG DISTANCE SERVICE | Century Link | P.O. Box 4300 | | Carol Stream | IL | 60197 | 877-285-2491 | | 417043673 |
| Shreveport | LONG DISTANCE SERVICE | AT&T | P.O. BOX 105068 | | ATLANTA | GA | 30348-5068 | 877-325-0445 | 302-655-5049 | 030 599 7768 001 |
| BILLINGS | PHONE SERVICES | AT&T | P.O. BOX 5093 | | CAROL STREAM | IL | 60197 | 800-924-1743 | 302-655-5049 | 314 385-7902 909 6 |
| STL | PHONE SERVICES | AT&T | P.O. BOX 10414 | | ATLANTA | GA | 30348-5414 | 800-559-7928 | 302-655-5049 | 432-563-2138 165 6 |
| Kansas City | PHONE SERVICES | AT&T | 102 Main St | | McComb | MS | 39648 | 866-620-6000 | 302-655-5049 | 601 932-7311 001 0592 |
| Flowood | PHONE SERVICES | AT&T | P.O. BOX 5001 | | CAROL STREAM | IL | 60197-5001 | 877-438-0041 | 302-655-5049 | 620-245-0168-920-7 |
| McPherson | PHONE SERVICES | AT&T | P.O. BOX 105262 | | ATLANTA | GA | 30348-5262 | 877-438-0041 | 302-655-5049 | 770 425-0433 651 1884 |
| GLENCOE | PHONE SERVICES | AT&T | P.O. BOX 5001 | | CAROL STREAM | IL | 60197-5001 | 877-438-0041 | 302-655-5049 | 816-842-3690 |
| Kansas City | PHONE SERVICES | AT&T | P.O. BOX 5019 | | CAROL STREAM | IL | 60197-5019 | 800-235-7524 | 302-655-5049 | 831-000-2130 238 |
| KC/MT PLEASANT | PHONE SERVICES | AT&T | P.O. BOX 5001 | | CAROL STREAM | IL | 60197-5001 | 877-438-0041 | 302-655-5049 | 903-572-3296 354 |
| MtPleasant | PHONE SERVICES | AT&T | P.O. BOX 5001 | | CAROL STREAM | IL | 60197-5001 | 877-438-0041 | 302-655-5049 | 903-572-3420 183 3 |
| MtPleasant | PHONE SERVICES | AT&T | P.O. BOX 5001 | | CAROL STREAM | IL | 60197-5001 | 877-438-0041 | 302-655-5049 | 903-572-3649 413 |
| MtPleasant | PHONE SERVICES | AT&T | P.O. BOX 5001 | | CAROL STREAM | IL | 60197-5001 | 877-438-0041 | 302-655-5049 | 918-446-2300-925-5 |
| Tulsa | PHONE SERVICES | AT&T | P.O. BOX 5001 | | CAROL STREAM | IL | 60197-5001 | 877-438-0041 | 302-655-5049 | Account#151 210-9735 151 DUE 7-4 |
| GREELEY | PHONE SERVICES | AT&T UNIVERSAL BILLER | P.O. Box 78045 | | PHOENIX | AZ | 85062-8045 | | 302-655-5049 | 171-785-3524 107 |
| COMPANY WIDE | PHONE SERVICES | Century Link | P.O. Box 29040 | | Phoenix | AZ | 85038-9040 | 800-358-1111 | 318-388-9562 | Acct 701-225-9414 965 DUE 6-28 |
| Dickinson | PHONE SERVICES | CENTURYLINK | P.O. BOX 4300 | | CAROL STREAM | IL | 60197-4300 | 800-201-4102 | 318-388-9562 | 413631622 |
| SHREVEPORT | PHONE SERVICES | CENTURYLINK | P.O. BOX 91154 | | SEATTLE | WA | 98111-9254 | 800-777-9594 | 318-388-9562 | 402-345-7051 |
| Omaha | PHONE SERVICES | CENTURYLINK | P.O. BOX 29040 | | PHOENIX | AZ | 85038-9040 | 888-544-4495 | 318-388-9562 | 970-353-1760 8798 |
| Salt Lake | PHONE SERVICES | CENTURYLINK | P.O. BOX 29040 | | PHOENIX | AZ | 85038-9040 | 888-544-4495 | 318-388-9562 | |
| DES MOINES | PHONE SERVICES | CENTURYLINK | P.O. BOX 2055O | | ROCHESTER | NY | 14602-0550 | 888-278-8783 | 318-388-9562 | |
| HOUSTON | PHONE SERVICES | FRONTIER | P.O. BOX 20550 | | ROCHESTER | NY | 14602-0550 | 888-278-8783 | 203-614-5054 | |
| CLARKSBURG | PHONE SERVICES | FRONTIER | P.O. BOX 20550 | | ROCHESTER | NY | 14602-0550 | 800-921-8102 | 203-614-5054 | |
| OSKALOOSA | PHONE SERVICES | MAHASKA COMMUNICATION | 210 S D St. | | OSKALOOSA | IA | 52577 | | 641-676-1099 | 152529 |
| Guymon | PHONE SERVICES | PTCI | P.O. Box 1188 | | Guymon | OK | 73942 | 800-562-2556 | 212-571-1897 | 570875860-00001 / INV |
| Billings | PHONE SERVICES | Verizon Wireless | P.O. Box 660108 | | Dallas | TX | 75266-0108 | | 212-571-1897 | Acct 372768242-00001 INV 1398592737 due 6-21 |
| GREELEY | PHONE SERVICES | Verizon Wireless | P.O. Box 660108 | | Dallas | TX | 75266-0108 | | 212-571-1897 | Acct 372768242-00001 INV 1398592737 due 6-21 |
| GREELEY | PHONE SERVICES | Verizon Wireless (GR) | P.O. Box 660108 | | Dallas | TX | 75266-0108 | | | 870094638-00001 / INV 1397329159 due 6-16 |
| Wichita | PHONE SERVICES | Windstream | P.O. Box 9001950 | | Louisville | KY | 40290 | 800-600-5050 | | 102421 |
| Eldorado | PHONE SERVICES | Windstream | P.O. Box 9001950 | | Louisville | KY | 40290 | 800-600-5050 | | 115426 |
| CLARKSBURG | PHONE SERVICES | WINDSTREAM | P.O. Box 9001950 | | Louisville | KY | 40290 | | | 21709934 |
| Kansas City | TELECONFERENCE SERVICES | AT&T TELECONFERENCE SERVICES | P.O. BOX 5002 | | CAROL STREAM | IL | 60197-5002 | 800-722-3481 | 302-655-5049 | 97995067-00001 |

| Location | Service Type | Utility Provider Name | Address1 | Address2 | City | State | Zip | Phone No. | Fax No. | Account No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Wichita | Trash service | aAA Portable Service LLC | P.O. Box 16973 | | Wichita | KS | 67216 | 316-522-6442 | 316-522-5499 | MIDSTATESS |
| Eldorado | Trash service | AAA Portable Service LLC | P.O. Box 16973 | | Wichita | KS | 67216 | 316-522-6442 | 316-522-5499 | MIDSTATESS |
| BILLINGS | Trash service | Mackenzie Disposal, Inc. | P.O. Box 1116 | | Billings | MT | 59103-1116 | 406 259-7047 | | Account #194771 due 6-10 |
| Cheyenne | Trash service | Verizon Wireless | P.O. Box 660108 | | Dallas | TX | 75266-0108 | 212-571-1897 | | 670931304-00001 / Invoice #1400661699 DUE 6-29 |
| GREELEY | Trash service | Waste Management | P.O. Box 78251 | | Phoenix | AZ | 85062-8251 | | 503-331-2272 | 855-0919186-2534-3 |
| Salt Lake | Trash service | Waste Management | P.O. Box 78251 | | Phoenix | AZ | 85062-8251 | | 503-331-2272 | Acct #585-0039251-0585-4 due 6-1 |
| GREELEY | Trash service | Waste Management | P.O. Box 78251 | | Phoenix | AZ | 85062-8251 | | 503-331-2272 | Acct #855-0919186-2534-3 due 6 |
| Tulsa | Trash service | American Waste Control | P.O. Box 21054 | | Tulsa | OK | 74121 | 918-446-0023 | | 635678 |
| Shreveport | Trash service | Republic Services | P.O. Box 9001099 | | Louisville | KY | 40290 | 318-213-6050 | | 3-0975-0007578 |
| Coffeyville | uverse internet | AT&T | P.O. Box 5014 | | Carol Stream | IL | 60197-5014 | 888-288-8339 | 302-655-5049 | 128552243 |
| Wynnewood | uverse internet | AT&T | P.O. Box 5014 | | Carol Stream | IL | 60197-5014 | 888-288-8339 | 302-655-5049 | 137964558 |
| Artesia | WATER | City of Artesia | P.O. Box 1310 | | Artesia | NM | 88211 | 575-748-8288 | 562-865-6240 | 12-1985-00 |
| Dickinson | WATER | City Of Dickinson | 99 2nd Street East | | Dickinson | ND | 58601 | | 701-456-7015 | acct #1113320.000 |
| Mt Pleasant | WATER | City of Mount Pleasant | 501 N Madison Ave | | Mount Pleasant | TX | 75455 | 903-575-4000 | 903-577-1828 | 008-0080465-001 |
| Shreveport | WATER | City Of Shreveport | P.O. Box 30065 | | Shreveport | LA | 71153 | 318-673-5510 | 318-673-6004 | R21397254 |
| Tulsa | WATER | City of Tulsa | Utilities of Service | | Tulsa | OK | 74187 | 918-596-9511 | 918-596-7277 | 106394638 |
| Greeley | WATER | Deep Rock Water Company | P.O. Box 660579 | | Dallas | TX | 75266-0579 | | | Account 5299485113024460 due 6-17 |
| Cheyenne | WATER | Deep Rock Water Company (CH) | P.O. BOX 660579 | | Dallas | TX | 75266-0579 | | | Acct 3996448802051 3 |
| DES MOINES | WATER | DES MOINES WATERWORKS | 2201 GEORGE FLAGG PKWY. | | DES MOINES | IA | 50321 | | 515-283-8727 | |
| STL | WATER | GREGORY F.X. DALY, COLLECTOR OF REVENUE | ST. LOUIS CITY HALL | 1200 MARKET STREET, ROOM 110 | ST. LOUIS | MO | 63103 | | 314-622-4413 | |
| Billings | WATER | Montana-Dakota Utilities Co. | P.O. Box 5600 | | Bismarck | ND | 58506-5600 | | | acct #488 762 1453 6 |
| OSKALOOSA | WATER | OSKALOOSA WATER DEPT | 1208 S 7TH STREET | | OSKALOOSA | IA | 52577 | | | |
| Salt Lake | WATER | Public Utilities | P.O. Box 30881 | | Salt Lake City | UT | 84130-0881 | | 641-673-4692 | |
| Wichita | WATER | Public Water Service | P.O. Box 2922 | | Wichita | KS | 67201 | 316-265-1300 | | Account #W2115280 due 6-21 |
| CLARKSBURG | WATER | SUN VALLEY PUBLIC SERVICE DISTRICT | | | REYNOLDSVILLE | WV | 26422 | 304-623-9609 | | 194187-90666 |
| Omaha | WATER AND GAS | METROPOLITAN UTILITIES DISTRICT | P.O. BOX 3600 | | OMAHA | NE | 68103-0600 | | | |
| Guymon | water and gas | The City of Guymon | 219 NW 4th St | | Guymon | OK | 73942 | 580-338-3396 | 580-338-6889 | 611-0109-00 |
| Kansas City | WATER/SEWER SERVICES | KCMO WATER SERVICES | P.O. BOX 807045 | | KANSAS CITY | MO | 64180-7045 | 816-513-1313 | | 000080650 00858461 |
| Kansas City | WATER/SEWER SERVICES | KCMO WATER SERVICES | P.O. BOX 807045 | | KANSAS CITY | MO | 64180-7045 | 816-513-1313 | | 000080650 00858461 |
| Kansas City | WATER/SEWER SERVICES | KCMO WATER SERVICES | P.O. BOX 807045 | | KANSAS CITY | MO | 64180-7045 | 816-513-1313 | | 000080651 00858474 |
| Kansas City | WATER/SEWER SERVICES | KCMO WATER SERVICES | P.O. BOX 807045 | | KANSAS CITY | MO | 64180-7045 | 816-513-1313 | | 000081801 00870383 |
| Kansas City | WATER/SEWER SERVICES | KCMO WATER SERVICES | P.O. BOX 807045 | | KANSAS CITY | MO | 64180-7045 | 816-513-1313 | | 000178080 00858432 |
| Kansas City | WATER/SEWER SERVICES | KCMO WATER SERVICES | P.O. BOX 807045 | | KANSAS CITY | MO | 64180-7045 | 816-513-1313 | | 000592345 00858427 |
| GLENCOE | WATER/SEWER SERVICES | THE UTILITIES BOARD OF THE CITY OF RAINBOW | 3700 RAINBOW DRIVE | | RAINBOW CITY | AL | 35906 | 256-442-2553 | 256-442-8384 | 102832 |