**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. BK 16-40271-can11 |
| **Mid-States Supply Company, Inc.** ) | |
| ) | |
| Debtor. ) | Chapter 11 |

**APPOINTMENT AND NOTICE OF**
**APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. §1102(a), the United States Trustee hereby appoints the following creditors to serve on the Official Committee of Unsecured Creditors in the captioned case:

1. Giuseppe Biasco
   Cameron International Corporation, Inc.
   1333 West Loop South, Suite 1700
   Houston, TX 77027
   (281) 261-3622 phone
   (281) 261-3681 fax
   Giuseppe.Biasco@c-a-m.com

2. Erick Johansson
   Flowserve US Inc.
   5215 N. O'Conner Blvd. Suite, 2300
   Irving, TX 75039
   (972) 443-6688 phone
   (972) 443-6988 fax
   ejohansson@flowserve.com

3. Lyle Williams
   Forum US, Inc.
   920 Memorial City Way, Suite 1000
   Houston, TX 77024
   (281) 949-2500 phone
   Lyle.williams@f-e-t.com

4. John T. Young, Jr.
   Texas Bolt and Nut Co. (a wholly owned subsidiary of Dyson Corp.)
   c/o Conway MacKenzie, Inc.
   1301 McKinney, Ste 2025
   Houston, TX 77010
   (713) 650-0500 phone
   jyoung@conwaymackenzie.com

5. Carl Lenz
   Texas Pipe & Supply Company, Ltd.
   2330 Holmes Road
   Houston, TX 77051
   (713) 799-5724 phone
   (713) 799-5724 fax
   carll@texaspipe.com

6. Sonyia McNeill
   Global Stainless Supply and Global Pipe Supply
   8900 Railwood Drive
   Houston, TX 77078
   (713) 980-0747 phone
   (713) 631-1098 fax
   Sonyia.mcneill@globalgroup1.com

7. Andrew Hodges
   Lamons Gasket Company
   7300 Airport Blvd.
   Houston, TX 77061
   (248) 631-5465 phone
   (248) 631-5413 fax
   andrewhodges@trimascorp.com


Date:   February 12, 2016                   Respectfully submitted,

                                            DANIEL J. CASAMATTA
                                            ACTING UNITED STATES TRUSTEE

                                            By: */s/ Sherri L. Wattenbarger*
                                                SHERRI L. WATTENBARGER
                                                KS Bar # 16401
                                                Trial Attorney
                                                Office of the U.S. Trustee
                                                400 East 9th St., Ste 3440
                                                Kansas City, MO 64106
                                                Telephone:   (816) 512-1940
                                                Telecopier: (816) 512-1967
                                                Email: sherri.wattenbarger@usdoj.gov

## CERTIFICATE OF MAILING

      The undersigned hereby certifies that a copy of the foregoing was served upon all parties receiving electronic notification and upon the members of the Committee electronically or by first-class mail, postage prepaid, this 12th day of February 2015.

                                      ***/s/ Sherri L. Wattenbarger***
                                      Sherri L. Wattenbarger