## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **MID-STATES SUPPLY COMPANY, INC.** | § | **Case No. 16-40271** |
| | § | |
| Debtor. | § | |
| | § | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Marcus A. Helt, Michael S. Haynes and the firm of Gardere Wynne Sewell LLP, attorneys for the Official Committee of Unsecured Creditors (the "**Committee**") request, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon them at the following address:

Marcus A. Helt
Michael S. Haynes
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: 214-999-3000
Facsimile: 214-999-4667
mhelt@gardere.com
mhaynes@gardere.com

Please take further notice that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and includes, without limitation, any plans of reorganization, objections, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

**NOTICE OF APPEARANCE**                                                                                     Page 1

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of Committee (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, setoffs, or recoupments to which Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED:  February 16, 2016        Respectfully submitted by:

>  */s/ Marcus A. Helt*
>  Marcus A. Helt (MO 50374)
>  Michael S. Haynes (TX 24050735) (*Pro Hac Vice* Motion to be filed)
>  **GARDERE WYNNE SEWELL LLP**
>  1601 Elm Street, Suite 3000
>  Dallas, Texas  75201-4761
>  Telephone:  214.999.3000
>  Facsimile:  214.999.4667
>  mhelt@gardere.com
>  mhaynes@gardere.com
>
>  **PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

### CERTIFICATE OF SERVICE

I hereby certify that, on February 16, 2016, a true and correct copy of the foregoing has been filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing sent to all parties or counsel of record who have registered to receive electronic service by operation of the Court's electronic filing system.

>  */s/ Marcus A. Helt*
>  Marcus A. Helt

**NOTICE OF APPEARANCE**                                                                                            Page 2

Gardere01 - 7679788v.1