**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re:<br><br>MID-STATES SUPPLY COMPANY, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-40271 |

**SCHEDULE OF ASSETS AND LIABILITIES**

**FOR MID-STATES SUPPLY COMPANY, INC. (CASE NO. 16-40271)**

GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER
REGARDING SCHEDULES OF ASSETS AND LIABILITIES OF MID-STATES SUPPLY COMPANY, INC.

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statement of Financial Affairs (the "Statement" and, together with the Schedules, the "Schedules and Statement") filed by MID-STATES SUPPLY COMPANY, INC. (the "Debtor") in this chapter 11 case (the "Chapter 11 Case") in the United States Bankruptcy Court for the Western District of Missouri (the "Bankruptcy Court") have been prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtor with the assistance of its legal and financial advisors.

The Schedules and Statement have been prepared by the Debtor's management exercising best efforts to ensure accuracy and completeness. The Schedules and Statement are unaudited and were prepared with data reasonably available as of March 13, 2016, or in the reasonable proximity thereof. These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statement, and should be referred to and reviewed in connection with any review of the Schedules and Statement.

The Schedules and Statement have been signed by the Debtor's Chief Restructuring Officer, Stuart Noyes. In reviewing and signing the Schedules and Statement, Mr. Noyes has necessarily relied upon the efforts, statements and representations of other personnel and professionals of the Debtor. Mr. Noyes has not personally verified, and could not have personally verified, the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

I.      Amendments to Schedules and Statements and General Reservation of Rights.

1)      While the Debtor's management has exercised best efforts to ensure that the Schedules and Statement are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist. The Debtor reserves the right to amend the Schedules and Statement from time to time as may be necessary or appropriate.

2)      Without limiting anything else expressly reserved herein, the Debtor reserves the right to dispute, or to assert offset or defenses to any claim reflected in the Schedules and/or Statement as to amount, liability and/or classification. The Debtor also reserves all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in its Schedules and Statement.

3)      Nothing contained in the Schedules and Statement shall constitute a waiver of rights with respect to this Chapter 11 Case, including but not limited to, issues involving equitable subordination and/or causes of action arising under applicable sections of chapter 5 of the Bankruptcy Code and other applicable non-bankruptcy law to recover assets or avoid transfers.

II.      Basis of Presentation. These Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") nor are they intended to fully reconcile to the financial statements otherwise prepared and/or distributed by the Debtor. The amounts set forth in the Schedules and Statement differ in some respects from the financial statements of the Debtor and are not a basis for drawing conclusions concerning the Debtor's solvency or the specific dollar amount of disputed, contingent or unliquidated claims.

III.        General Assumptions.  The Debtor adopted the following conventions in the preparation of the Schedules and Statement:

1)        Reporting Date.  Unless otherwise indicated, all asset and liability information is listed as of February 7, 2017 (the "Petition Date").

2)        Book Value.

a)        Assets and liabilities of the Debtor are shown on the basis of the book value of the asset or liability in the Debtor's accounting books and records, unless otherwise noted, rather than the current market values of such interests in property and/or liabilities.  Exceptions to this include certain tax claims.  Accordingly, the Debtor reserves all of its rights to amend or adjust the value of each asset set forth herein.

b)        Amounts shown for total liabilities exclude items that are designated as "unliquidated" or identified as "unknown" or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

3)        Payments.  Where specific payment dates are indicated in the Schedules and Statements, they relate to one of the following: (a) the date of a wire transfer, (b) the date of an Automated Clearing House ("ACH") payment, (c) the date of another form of electronic payment, or (d) the date the check cleared the bank.  In addition, the Debtor made several payments to vendors by credit card in the ordinary course of business, including for the benefit of employees as payment of business expenses.  The individual creditors receiving these payments are not listed; rather, these payments are listed under the name of the credit-card issuer.

4)        Addresses for Individuals.  In instances where current or former employees, officers, directors or other similar individuals are listed in the Schedules and Statements, the Debtor's principal mailing address is shown as the address of record in order to protect the privacy of those individuals. [Make changes to schedules to conform to this rep]

5)        Estimates.  To prepare and file the Schedules and Statements after the Petition Date, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.

6)        Causes of Action.  Despite its reasonable efforts to identify all known assets, the Debtor may not have set forth all of its causes of action or potential causes of action against third parties as assets in its Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy law to recover assets.  As discussed above, the Debtor reserves all of its rights with respect to any claims, causes of action or avoidance actions it may have and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such claims, causes of action or avoidance actions or in any way prejudice or impair the assertion of such claims, causes of action or avoidance actions.

7)        Property and Equipment – owned.  Property and equipment is stated at cost less accumulated depreciation and is depreciated, using the straight-line method, over its estimated useful life ranging from three to seven years. Plant and equipment held under capital leases are amortized on a straight line basis over the shorter of the lease term or estimated useful life of the asset.  Leasehold improvements are stated at cost less accumulated depreciation and is depreciated, using the straight-line method, over the lesser of the

3

expected lease term or its estimated useful life ranging from seven to ten years. Amortization of leasehold improvements is included in depreciation expense. Maintenance and repairs are charged to operations as incurred. When assets are disposed of, the proceeds, if any are booked to offset any loss or addition to any gain recorded in other income (expense).

8)      <u>Inventory.</u> The Debtor's inventory value is reflect at the weighted average cost and represents an unaudited amount. The last date of a physical inventory was performed between March 21, 2015 and March 31, 2015, and as such the value does not reflect any adjustment that may result from a more current physical inventory. Additional the inventory value does not reflect any adjustment to reflect the valuation of lower of cost of market value in accordance with generally accepted accounting principles.

9)      <u>Trade Accounts Receivable and Accounts Payable</u>. Trade accounts receivable are presented net of an allowance for doubtful accounts, but without consideration for any liabilities related to mutual counterparty accounts payable, open or terminated contract liabilities, liquidated damages, setoff rights or collateral held by the Debtor, unless otherwise stated. Likewise, accounts payable are shown without consideration for accounts receivable, open or terminated contracts, liquidated damages, setoff rights or collateral that has been posted on behalf of the counterparty.

10)     <u>Claims Description</u>. The Debtor's decision to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" is subject to review at any time as permitted by the Bankruptcy Code. The Debtor reserves the right to subsequently amend its Schedules to designate a claim as "disputed," "contingent" or "unliquidated" in the event the Debtor determines that such claim is disputed, or subject to setoff rights, counterclaims or defenses as to amount, liability or classification.

11)     <u>Court Orders</u>. On February 9, 2016, the Court entered orders authorizing, but not directing, the Debtor to pay, among other things, certain prepetition wages, salaries and benefits (Docket No. 55 ) and certain trust-fund taxes (Docket No. 53 ), . Where the Schedules list creditors and set forth the Debtor's scheduled amount of such claims, such scheduled amounts reflect amounts owed as of the Petition Date, not adjusted for any post-petition payments made on account of such claims pursuant to the authority granted to the Debtor by the Bankruptcy Court. However, the estimate of claims set forth in the Schedules may not reflect assertions by the Debtor's creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or Orders of the Bankruptcy Court.

12)     <u>Excluded Assets and Liabilities</u>. The Debtor has excluded certain categories of assets and liabilities from the Schedules and Statement, such as accrued salaries, employee-benefit accruals, and accrued insurance expenses. Additionally, other immaterial assets and liabilities may also have been excluded.

13)     <u>Recharacterization</u>. The Debtor has made reasonable efforts to correctly characterize, classify, categorize and designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements. However, due to the complexity and size of the Debtor's business, the Debtor may have improperly characterized, classified, categorized or designated certain items. The Debtor thus reserves all of its rights to characterize, reclassify, recategorize or redesignate items reported in the Schedules and Statement at a later time as necessary or appropriate as additional information becomes available.

4

IV.     Schedules of Assets and Liabilities.

1)     Schedule A/B: Assets – Real and Personal Property.

a)     Part 4: The Debtor's inventory value is reflect at the weighted average cost and represents an unaudited amount. The last date of a physical inventory was performed on between March 21, 2015 and March 31, 2015, and as such the value does not reflect any adjustment that may result from a more current physical inventory.  Additional the inventory value does not reflect any adjustment to reflect the valuation of lower of cost of market value in accordance with generally accepted accounting principles.

b)     Part 11:  BLMP- The Debtors balance sheet includes a receivable from an insider related to leasehold improvements on a building owned by the related insiders.

2)     Schedule D: Creditors Who Have Claims Secured By Property.

a)     Except as otherwise agreed pursuant to a stipulation, agreed order or general order entered by the Bankruptcy Court, the Debtor reserves the right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes and/or the Schedules and Statement shall be deemed a modification or interpretation of the terms of such agreements.

b)     Except as specifically stated herein, real property sublessors, utility companies and other parties that may have lien rights on certain assets have not been listed on Schedule D.

3)     Schedule E/F: Creditors Who Have Unsecured Claims.

a)     General

i.   Certain of the scheduled amounts reflect amounts owed as of the Petition Date are not adjusted for any post-petition payments made on account of such claims pursuant to the authority granted to the Debtor by the Bankruptcy Court.

ii.  Many of the claims listed arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  Although reasonable efforts have been made to identify the date of incurrence of each claim, determination of each date upon which each claim was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list dates for certain claims listed on Schedule E/F.

iii.    Any discrepancy between Schedule E/F and the list of the Debtor's top 20 creditors attached to the Debtor's petition results from the continued examination and analysis of the Debtor's books and records following the Petition Date.

b)    Part 1: Creditors with Priority Unsecured Claims

i.    Claim amounts are broken into two categories: "Total claim" and "Priority amount". The aggregate amounts listed for Schedule E/F in the Summary of Schedules for the Debtor reflects the total claim amount. In instances where the total claim amount is greater than the priority amount, the difference appears as a nonpriority unsecured claim in Part 2 of Schedule E/F. The Debtor reserves the right to take the position that any claim listed on this schedule is not entitled to priority.

ii.    The Debtor is seeking to sell substantially all of its assets. To the extent that such a sale closes, the amount of the Debtor's priority unsecured claims may be significantly reduced. The Debtor reserves the right to amend the amount of such claims under such circumstances.

c)    Part 2: Creditors with Nonpriority Unsecured Claims

i.    Part 2 does not include certain deferred charges, deferred liabilities or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date.

ii.    The claims of individual creditors for, among other things, goods and services are listed in the amounts listed on the Debtor's books and records and may not reflect credits or allowances due from such creditor. The Debtor reserves all rights respecting such credits or allowances.

4)    Schedule G: Executory Contracts and Unexpired Leases.

a)    Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or overinclusion may have occurred. The Debtor reserves all of its rights to dispute the validity, status or enforceability of any contract or other agreement set forth in Schedule G that may have expired or may have been modified, amended and/or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters or other documents, instruments or agreements which may not be listed therein. It is possible that some of the contracts or agreements listed on Schedule G have expired or otherwise terminated pursuant to their terms since the Petition Date. The presence of a contract or agreement on Schedule G does not constitute an admission by the Debtor that such contract or agreement is an executory contract or unexpired lease.

b)    Certain of the leases and contracts listed on Schedule G may contain certain purchase orders, amendments, restatements, waivers and other miscellaneous rights that are embedded

in the Debtor's agreements. Such rights, powers, duties and obligations are not set forth separately on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Schedule G may not include certain stand-alone purchase orders for goods, services or equipment, nondisclosure agreements or volume penalty agreements. The Debtor reserves all rights with respect to any agreements that are not included on Schedule G.

   c) The Debtor reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, or any document or instrument (including, without limitation, any intercompany agreement) related to a creditor's claim.

   d) Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by their omission. Schedule G may be amended at any time to add any omitted contract or agreement.

   e) For the purposes of Schedule G, contracts have been listed only where the Debtor is an actual party to the contract. The omission of any contract from Schedule G to which the Debtor is an intended beneficiary shall not constitute a waiver of any rights the Debtor may have in that contract, including the right to enforce such contract or the right to recover damages in the event that there is a breach of such contract.

<p align="center">* * * END OF GLOBAL NOTES * * *</p>

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | MID-STATES SUPPLY COMPANY, INC. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | 16-40271 |

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:**<br>Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $38,324.12 |
| 1b. **Total personal property:**<br>Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $98,226,017.95 |
| 1c. **Total of all property:**<br>Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $98,264,342.07 |

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . .

|   |
|---|
| $25,730,541.96 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . | $1,000,988.05 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . | **+**  $51,311,240.31 |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

|   |
|---|
| $78,042,770.32 |

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | MID-STATES SUPPLY COMPANY, INC. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | 16-40271 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: CASH AND CASH EQUIVALENTS

1. **DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **CASH ON HAND**

   |  | $1,545.00 |
   |---|---|

3. **CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS** *(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | WELLS FARGO BANK, N.A. | LOCKBOX - CASH COLLECTIONS ACCOUNT | 6567 | $0.00 |
| 3.2. | WELLS FARGO BANK, N.A. | CHECKING - OPERATING ACCOUNT | 6542 | $254,432.80 |
| 3.3. | WELLS FARGO BANK, N.A. | MERCHANT ACCOUNT | 4804 | $0.00 |
| 3.4. | WELLS FARGO BANK, N.A. | CHECKING - HEALTHCARE ACCOUNT | 6839 | $0.00 |
| 3.5. | WELLS FARGO BANK, N.A. | CHECKING - STORE DISBURSEMENT ACCOUNT | 6559 | $0.00 |
| 3.6. | BANK OF AMERICA | CHECKING ACCOUNT | 1200 | $1,135.90 |
| 3.7. | COMMERCE BANK | CHECKING ACCOUNT | 4670 | $1,215.00 |
| 3.8. | FIRST NATIONAL BANK | CHECKING ACCOUNT | 4867 | $2,498.09 |

4. **OTHER CASH EQUIVALENTS**

5. **Total of Part 1.**
   ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.

   | | $260,826.79 |
   |---|---|

### Part 2: DEPOSITS AND PREPAYMENTS

6. **DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Debtor  Montana Mountain Motors Machine, Inc.  Case 16-40271-can11  Doc 193  Filed 03/14/16  Case number (if known) 16-40271  Entered 03/14/16 12:14:02  Desc

Main Document  Page 10 of 709

(Name)

| | Current value of debtor's interest |
|---|---|
| **7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| **8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1.  CHEYENNE WY - LAST MONTHS RENT 2/28/18 | $10,000.00 |
| 8.2.  LOCKTON COMPANIES LLC - PREPAID INSURANCE | $121,063.78 |
| **9 Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $131,063.78 |

## Part 3: ACCOUNTS RECEIVABLE

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| **11. ACCOUNTS RECEIVABLE** | | | | |
| 90 DAYS OLD OR LESS | $10,919,845.58 | $0.00 | = → | $10,919,845.58 |
| | face amount | doubtful or uncollectable accounts | | |
| OVER 90 DAYS OLD | $1,877,745.00 | $378,433.30 | = → | $1,499,311.70 |
| | face amount | doubtful or uncollectable accounts | | |
| **12 Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | | | | $12,419,157.28 |

## Part 4: INVESTMENTS

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| NAME OF FUND OR STOCK: | | |
| **15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| Name of entity                                  % of ownership | | |
| 15.1.  KINGSTONS DISTRIBUTING LLC          40%% | | NO VALUE |
| **16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
| DESCRIBE: | | |
| **17 Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | UNKNOWN |

## Part 5: INVENTORY, EXCLUDING AGRICULTURE ASSETS

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

Debtor   _____   Case number _____
         (Name)

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| **20. WORK IN PROGRESS** | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1. PIPES, VALVES & FITTINGS | 03/21/15 - 03/31/15 | | WEIGHTED AVG. COST | $71,752,247.00 |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.                                        $71,752,247.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes   Book value   $334,219.00   Valuation method   WEIGHTED AVG. COST          Current value   $334,219.00

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 6: | **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)** |
|---|---|

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

**33 Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
         ☐ No
         ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 7:   OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES

**38.   DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   OFFICE FURNITURE** | | | |
| 39.1.     OFFICE EQUIPMENT - VARIOUS - SEE EXHIBIT 39 | $144,063.00 | BOOK VALUE | $144,063.00 |
| **40.   OFFICE FIXTURES** | | | |
| 40.1.     SEE ANSWER TO 39 | | | |
| **41.   OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.     SEE ANSWER TO 39 | | | |
| **42.   COLLECTIBLES** EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

**43   Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

$144,063.00

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:   MACHINERY, EQUIPMENT, AND VEHICLES

**46.   DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.     VEHICLES - SEE EXHIBIT 47 | $2,074,702.94 | BOOK VALUE | $2,074,702.94 |
| **48.   WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS**  EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **49.   AIRCRAFT AND ACCESSORIES** | | | |
| **50.   OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.     MACHINERY & EQUIPMENT - SEE EXHIBIT 50.1 | $3,872,790.38 | BOOK VALUE | $3,872,790.38 |
| 50.2.     LEASEHOLD IMPROVEMENTS - SEE EXHIBIT 50.2 | $4,890,683.58 | BOOK VALUE | $4,890,683.58 |

**51   Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

$10,838,176.90

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

## Part 9:    REAL PROPERTY

54. **DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
   ☐ No. Go to Part 10.
   ☒ Yes. Fill in the information below.

55. **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 2403 4th Ave LLC Greely | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.2. 2804 Limited Partnership, LLC 2780 East Villard, Dickinson ND 58601 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.3. AAA SELF STORAGE 190 S. College Drive, Cheyenne WY 82007 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.4. ARMM INVESTMENTS 4655 East 31st Street, Wichita KS 67120 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.5. BLMP, LLC 1501-1503 Guinotte Ave, Kansas City Mo 64120 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.6. BLMP, LLC 1546 Guinotte Ave, Kansas City MO 64120 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.7. BLMP, LLC 1600 Guinotte Ave Kansas City, MO | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.8. Boatner Property Group 1501 Ferguson Road, Mt Pleasant, TX 75455 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.9. Chris Brown 110 Rainbow Industrial Blvd., Rainbow City AL 35906 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.10. City of Artesia 511 West Texas Ave., Artesia NM 8821 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.11. Donald E. Bartels 619 WEST HWY 54, GUYMON OK 73942 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.12. Frontier 2000 South Haverhill Road, El Dorado KS, 67402 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.13. Heart Properties 205 Brown Ave. Mott, ND 58646 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.14. Iron Clad LLC Billings | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.15. Judith Glasscock 2505 S. 33rd St. Oskaloosa IA 52577 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.16. Juneau Family Partnership 6880 W. Bert Kouns Industrial Loop, Shreveport, LA 71129 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.17. K-Brothers Properties 3155 Hannon Road #1, Billing MT 59101 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.18. Leslie Kraft 3125 Hannon Road, Billings, MT 59101 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.19. LEWIS LATHAM 619 WEST HWY 54, GUYMON OK 73942 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.20. M&M INVESTMENT 2201 East 17th Street, Des Moines, IA 50316 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.21. MAYFAIR & WOODCLIFFE, LLC 6800 Prescott Avenue, St. Louis MO 63147 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.22. MAYMIL INVESTMENT Company 1716 Guinotte, Kansas City, MO 64120 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.23. MAYMIL INVESTMENT Company 1732-46 Guinotte, Kansas City, MO 64120 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.24. MAYMIL INVESTMENT Company R1700 Guinotte, Kansas, City MO, 64120 | LEASEHOLD | UNKNOWN | | UNKNOWN |

## 55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.25. Miller Investments and Properties, LLC 4550 West 45th St, Tulsa OK 74107 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.26. National Corporation Refining Association 1384 Iron Horse Road, McPherson KS 67460 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.27. NORTH DAKOTA HWY 22 NORTH NORTHRIDGE SUBDIVISION | LAND - OWNED | $38,324.12 | | $38,324.12 |
| 55.28. NRE, LLC 1400 Kowis, Houston TX 77093 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.29. PAT MELTON 2601 S COUNTY RD 1257, MIDLAND TX 79706 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.30. RAMM INVESTMENT Company LLC 1640-1700 Guinotte Avenue, Kansas City MO 64120 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.31. RAMM INVESTMENT Company LLC 1745 Guinotte, Kansas, City MO 64120 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.32. RAMM INVESTMENT Company LLC 407 North Shelly, Kansas City MO 64120 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.33. Reed Oven 1720 Nicholson, Kansas City MO 64120 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.34. Ronald Lane PO Box 2530, Clarkburg WV 26302 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.35. Sally Warde and Timothy Warde / 4X4 LLC 2428 4th Avenue, Greely CO 80631 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.36. T&T INVESTMENTS 1876 West Fortune Road, Salt Lake City UT 84125 | LEASEHOLD | UNKNOWN | | UNKNOWN |

**56 Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

| $38,324.12 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: INTANGIBLES AND INTELLECTUAL PROPERTY

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1. WWW.MIDSTATE.COM | UNKNOWN | | UNKNOWN |
| 61.2. WWW.MIDCOONLINE.COM | UNKNOWN | | UNKNOWN |
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**64.** OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY

**65.** GOODWILL

**66** Total of Part 10.
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.

UNKNOWN

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes
..

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☒ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☒ No
☐ Yes

**Part 11:    ALL OTHER ASSETS**

**70.** DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** NOTES RECEIVABLE

DESCRIPTION (INCLUDE NAME OF OBLIGOR)

| | | | | |
|---|---|---|---|---|
| BLMP | $1,979,221.59 | $0.00 | = → | $1,979,221.59 |
| | total face amount | - doubtful or uncollectable accounts | | |

**72.** TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | | | |
|---|---|---|---|
| INDIANA FORM IT-20 | Tax year | STATE 2015 TAX REFUND | $3,023.00 |
| LOUISIANA FORM CIFT 620 | Tax year | STATE 2015 TAX REFUND | $11,904.00 |
| MONTANA FORM CIT | Tax year | STATE 2015 TAX REFUND | $4,538.00 |

**73.** INTERESTS IN INSURANCE POLICIES OR ANNUITIES

**74.** CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)

**75.** OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS

**76.** TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY

**77.** OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

| | |
|---|---|
| EMPLOYEE RECEIVABLES - VARIOUS | $162,478.32 |
| WARD/WISCONSIN | $66,855.26 |
| WATTS REGULATOR | $9,141.42 |
| WELLS FARGO - CREDIT CARD HOLDBACKS | $98,321.61 |

**78** Total of Part 11.
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.

$2,335,483.20

Debtor    MODERN PLASTICS CORP., INC.    Case number (if known) 16-40271
(Name)

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 12:** Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.  Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $260,826.79 | |
| **81.  Deposits and prepayments.** *Copy line 9, Part 2.* | $131,063.78 | |
| **82.  Accounts receivable.** *Copy line 12, Part 3.* | $12,419,157.28 | |
| **83.  Investments.** *Copy line 17, Part 4.* | UNKNOWN | |
| **84.  Inventory.** *Copy line 23, Part 5.* | $71,752,247.00 | |
| **85.  Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.  Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $144,063.00 | |
| **87.  Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,838,176.90 | |
| **88.  Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ | | $38,324.12 |
| **89.  Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNKNOWN | |
| **90.  All other assets.** *Copy line 78, Part 11.* | + $2,335,483.20 | |
| **91.  Total.** Add lines 80 through 90 for each column. . . . . . . . . 91a. | $97,881,017.95 | + 91b  $38,324.12 |
| **92.  Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $97,919,342.07 |

**Mid-States Supply Company, Inc.**
Schedule A/B Exhibit 39 - Office Furniture, Fixtures, and Equipment; and Collectibles

| Sys No | Description | Net Book Value |
|---|---|---|
| 1078 | OFFICE FURNITURE ARTESIA NEW MEXICO | $21,867.69 |
| 969 | INVENTORY DEPT KC OFFICE FURNITURE | $21,790.89 |
| 1091 | CIB-9220-10G, CLUSTER IN A BOX, SSD-S842E200M2..... | $21,747.25 |
| 1019 | DUAL XEON CLUSTER IN A BOX | $15,171.27 |
| 25 | OFFICE FURNITURE | $13,812.01 |
| 965 | CLUSTER IN A BOX DATA STORAGE | $12,990.00 |
| 978 | BARRACUDA WEB FILTER | $7,167.30 |
| 21 | OFFICE FURNITURE | $4,478.53 |
| 19 | OFFICE FURNITURE | $4,030.31 |
| 17 | COMSOL MULTIPHYSICS LICENSE | $4,003.34 |
| 968 | UPSTAIRS KC ACCOUNTING DEPARTMENT FURNITURE | $3,481.51 |
| 24 | OFFICE FURNITURE | $2,975.01 |
| 941 | SAGE FIXED ASSET SOFTWARE | $2,665.43 |
| 20 | OFFICE FURNITURE | $2,490.27 |
| 952 | OFFICE FURNITURE: SHELVES, CABINETS, DESKS | $1,710.74 |
| 454 | NEC ASPIRE TELEPHONE SYSTEM | $1,202.05 |
| 18 | DESKS/FILE CABINETS HOUSTON LOCATION | $846.69 |
| 22 | OFFICE FURNITURE | $820.51 |
| 23 | OFFICE FURNITURE | $698.20 |
| 16 | D1500 FASTPAC INSERTING SYSTEM LEASING | $114.00 |
| 1 | PROGRESS RT UNILIMITED | $0.00 |
| 2 | UPGRADE OF COMPUTER SYSTEM | $0.00 |
| 3 | COMPUTER PACKAGE | $0.00 |
| 4 | P21-ADD ON USER LICENSE | $0.00 |
| 5 | COMPUTER UPDATE INSTALLATION | $0.00 |
| 6 | COMPUTER CFE PII/300 | $0.00 |
| 7 | COMPUTER UPGRADE | $0.00 |
| 8 | XEROX COLOR PRINTER | $0.00 |
| 9 | COMPUTER EQUIP | $0.00 |
| 10 | MAIL SYSTEM | $0.00 |
| 11 | COMPUTER - LENOVO | $0.00 |
| 12 | ULTRAPROBE 2000 TESTER | $0.00 |
| 13 | MACBOOK PRO COMPUTERS | $0.00 |
| 14 | BACKGROUND DISPLAY-TRADE SHOWS | $0.00 |
| 15 | TELEPHONE SYSTEM GA | $0.00 |
| 433 | PROGRESS RT-USERS TIER 6 | $0.00 |
| 434 | UPGRADE OF COMPT SYSTEM | $0.00 |
| 435 | P21 ADD ON USER LICENSE | $0.00 |
| 436 | CHERRY DESK/CREDENZA | $0.00 |
| 437 | HP5 LASER PRINTER | $0.00 |
| 438 | COMPUTER UPDATE INSTALLATION | $0.00 |
| 439 | ACCLAIM 97 USERS | $0.00 |
| 440 | DC PROJECT MGMT | $0.00 |

| Sys No | Description | Net Book Value |
|---|---|---|
| 441 | CENTRAL 5.2 WINNT CD | $0.00 |
| 442 | LJ 4000 PRINTER | $0.00 |
| 443 | CUSTOMIZED MACHINE | $0.00 |
| 444 | CISCO ROUTERS (3) | $0.00 |
| 445 | TOSHIBA LAPTOP | $0.00 |
| 446 | COMPUTER UPGRADE | $0.00 |
| 447 | FAX MACHINE | $0.00 |
| 448 | XBG SERVER | $0.00 |
| 449 | PHONE SYSTEM | $0.00 |
| 450 | COPIER/FAX | $0.00 |
| 451 | TOSHIBA PRINTER #JWJ710036 | $0.00 |
| 452 | TELEPHONE SYSTEM | $0.00 |
| 453 | TELEPHONE SYSTEM | $0.00 |
| 632 | SHARP COPIER #SF2035 | $0.00 |
| 633 | NEW CABLE PROGRAMMING FOR PHONE | $0.00 |
| 634 | P21 ADD ON USER LICENSE | $0.00 |
| 635 | ACCLAIM 97 USERS | $0.00 |
| 636 | HPLJ 4000 LASER PRINTER | $0.00 |
| 637 | TELEPHONE LINE/COMPUTER | $0.00 |
| 638 | LJ 4000 PRINTER | $0.00 |
| 639 | SYMBOL SCANNERS (4) | $0.00 |
| 640 | CISCO ROUTER | $0.00 |
| 641 | CISCO ROUTER | $0.00 |
| 642 | CISCO ROUTER | $0.00 |
| 643 | TOSHIBA TECRA S2 | $0.00 |
| 644 | CMPAQ COMPUTER | $0.00 |
| 645 | TELEPHONE SYS | $0.00 |
| 646 | DIGITAL STATION BAY MOD | $0.00 |
| 647 | XEROX PHASER CL PRINTER | $0.00 |
| 648 | TOSHIBA COPIER SYS | $0.00 |
| 649 | LAPTOP COMPUTER | $0.00 |
| 650 | ATTENDANCE ENTERPRISE | $0.00 |
| 720 | TOSHIBA DIGITAL TELEPHONE SYSTEM | $0.00 |
| 721 | TELEPHONE LINE/COMPUTER | $0.00 |
| 722 | TELEPHONE LINE/COMPUTER | $0.00 |
| 723 | PERCON SCANNER | $0.00 |
| 724 | STEELCASE LATERAL FILES | $0.00 |
| 744 | MAILING MACHINE | $0.00 |
| 745 | SHARP FAX | $0.00 |
| 746 | SCANNER | $0.00 |
| 747 | COMPUTER UPGRADE | $0.00 |
| 748 | XBG SERVER | $0.00 |
| 749 | KYOCERA DIGITAL COPIER | $0.00 |
| 750 | HAND HELD SCANNER | $0.00 |
| 751 | SCANNER | $0.00 |
| 752 | DOME CAMERAS | $0.00 |

| Sys No | Description | Net Book Value |
|--------|-------------|----------------|
| 753 | NETWORK WIRING & EQUIPMENT | $0.00 |
| 754 | INTERTEL ENCORE CX PHONE SYSTEM | $0.00 |
| 755 | DVR/8 SECURITY CAMERAS & EQUIP | $0.00 |
| 756 | 4 PHONES W/VM MODULE & SUPPORT | $0.00 |
| 757 | 15-20 PHONE SYSTEM MAINTENANCE | $0.00 |
| 758 | ADD'L PHONE SYSTEM EQUIP | |

**$144,063.00**

**Mid-States Supply Company, Inc.**

**Schedule A/B Exhibit 47 - Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| Sys No | Description | Net Book Value |
|---|---|---|
| | MACK | $104,592.76 |
| 1093 | 2015 FORD F550 | $103,059.92 |
| 1095 | 2015 FORD F550 | $101,639.10 |
| | 2015 International 4300 Single Axle | $97,199.18 |
| | Intl Prostar | $84,743.37 |
| 1094 | 2015 FORD F350 | $83,818.98 |
| | Prostar | $79,915.49 |
| | 2009 International Harvester Model 4300 | $67,781.64 |
| | International Durastar | $63,469.76 |
| | Intl 4500 | $60,624.49 |
| 928 | 2014 FORD F550 TRUCK | $58,176.92 |
| | Intl Durastar | $57,317.70 |
| 927 | 2014 FORD F550 TRUCK | $56,139.28 |
| 1041 | 2015 FORD F450 | $40,399.41 |
| | International | $40,078.39 |
| 1014 | 2015 FORD F550 | $34,788.53 |
| 1015 | 2015 FORD F350 | $33,154.57 |
| 1040 | 2014 FORD F-150 | $30,498.80 |
| | Caterpillar Telescopic Handler sn SLD01603 | $30,321.38 |
| 1034 | 2014 FORD F150 | $29,689.03 |
| 1049 | 2105 FORD EXPLORER | $28,970.87 |
| 1003 | 2014 FORD F150 | $28,704.57 |
| | Caterpillar Telescopic Handler sn SLD01619 | $28,333.64 |
| 1033 | 2015 HONDA ACCORD | $26,576.22 |
| 995 | 2014 FORD F350 | $25,561.86 |
| 1069 | 2015 FORD EXPLORER | $24,715.38 |
| 981 | 2014 FORD F150 P/U | $22,415.26 |
| 303 | 2013 FORD #1FT7W2BT7DEA05592 | $21,891.20 |
| 302 | 2013 FORD #1FT7W2BT9DEA05593 | $21,777.35 |
| 1036 | 2013 FORD F250 | $20,905.87 |

| Sys No | Description | Net Book Value |
|---|---|---|
| 905 | 2013 FORD | $20,536.78 |
| 983 | 2013 FORD F150 P/U | $20,016.52 |
| | FORKLIFT | $19,653.30 |
| 926 | 2013 FORD F350 TRUCK | $19,348.85 |
| 1048 | 2014 FORD F-150 | $19,082.18 |
| | FORKLIFT | $18,870.79 |
| 915 | 2013 FORD F350 | $18,257.03 |
| 899 | 2013 FORD F150 | $17,841.09 |
| 912 | 2013 FORD F150 TRUCK | $17,106.53 |
| 913 | 2013 FORD F150 TRUCK | $17,105.75 |
| 307 | 2012 FORD | $15,715.20 |
| 308 | 2013 FORD | $15,480.50 |
| 964 | 2013 FORD F150 | $14,817.30 |
| 929 | 2013 FORD F250 TRUCK | $14,811.91 |
| | Caterpillar Lift Truck sn AT3512795 | $14,401.68 |
| 877 | 2012 FORD #1FT8W3BT1CEC50493 | $13,698.84 |
| 306 | 2013 FORD | $13,640.73 |
| 596 | 2013 FORD F150 #1FTRF3B61DEA22770 | $13,218.60 |
| 735 | 2012 FORD #1FTFW1EF3CKE20548 | $13,042.23 |
| 875 | 2012 FORD #1FD0X5HT7CEB97436 | $12,761.82 |
| 309 | 2013 FORD F350 | $11,751.89 |
| 598 | 2013 FORD F150 #1FTFW1EF0DFA048238 | $11,417.72 |
| 594 | 2012 FORD S-DTY ARDMORE #1FTRF3B68CEC93503 | $11,313.19 |
| 879 | 3 CARGO TRAILERS NO SERIALS | $10,069.96 |
| 704 | 2013 FORD TAURUS #1FAHP2E81DG184070 | $9,767.86 |
| 878 | 3 CARGO TRAILERS NO SERIALS | $9,510.51 |
| 925 | 2014 PJ CLASSIC FLATDECK W/DUALS 40'  TRAILER | $8,085.60 |
| 288 | 2005 BOX TRAILER | $7,933.34 |
| 951 | TRAILER - 40PJ STRAIGHT DECK 8' SLIDE IN RAMPS | $7,287.34 |
| 1050 | 2015 W-W 14'X8' STEEL TRAILER | $7,171.58 |
| 1035 | BIG TEX TRAILER 22GN25BKT5MR | $7,040.33 |
| 1067 | 8X24' CARMATE TRAILER | $6,952.17 |
| 1043 | BOESPFLUG TRAILERS | $6,478.34 |

| Sys No | Description | Net Book Value |
|--------|-------------|----------------|
| 281 | 2012 FORD #1FTNF1EF8KD59161 | $6,153.56 |
| 1042 | RECREATIONAL AUTO - TRAILER | $6,121.84 |
| 586 | 2011 FORD | $5,602.94 |
| 851 | 2011 FORD F350 | $5,306.45 |
| 906 | GALVANEAL SERVICE BODY/CRANE BODY W/ 84" CA CHASSIS | $5,000.01 |
| 854 | 2009 CHEV SILVERADO | $4,983.00 |
| 277 | 2010 DODGE | $4,826.22 |
| 855 | 2007 DOONAN TRAILER | $4,754.01 |
| 585 | 2012 GMC TERRAIN #2GKFLUE52C6127202 | $4,197.90 |
| 589 | 2010 FORD | $4,197.83 |
| 587 | 2011 FORD | $3,570.01 |
| 590 | 2011 FORD | $3,416.67 |
| 966 | 3x22 CAR HAULER TRAILER | $3,295.84 |
| 894 | 2013 TANDEM TRAILER | $3,112.76 |
| 869 | TRAILER #548 | $3,105.26 |
| 870 | TRAILER #547 | $3,105.26 |
| 593 | 1999 USED WABASH TRAILER | $3,101.90 |
| 868 | DEPOSIT 20% DOWN ON TRAILERS | $2,994.14 |
| 880 | 2013 CARGO TRAILER CW1422-102 | $2,750.00 |
| 591 | TRAILER #652423 | $2,628.85 |
| 1017 | 2015 ARISING 712VTRW BOX TRAILER | $2,613.38 |
| 583 | 2011 FORD | $2,600.00 |
| 876 | RACKING FOR TRAILERS | $2,004.11 |
| 873 | TRAILER #550 | $1,902.95 |
| 874 | TRAILER #549 | $1,902.95 |
| 856 | TRAILER #48BTE2028CA124890 | $1,837.00 |
| 858 | TRAILER #48BTE2021CA124892 | $1,837.00 |
| 859 | TRAILER #48BTE2023CA124893 | $1,837.00 |
| 588 | 2012 PJ TRAILER NO SERIAL # | $1,814.32 |
| 305 | SLS TAX FORD F250 #1FT7W2BT7DEA05592 | $1,718.40 |
| 976 | 2013 FORD - TAXES | $1,714.72 |
| 304 | SLS TAX FORD F250 #1FT7W2BT9DEA05593 | $1,709.52 |
| | 2007 International 8600 Tandem Axle Day Cab | $1,349.10 |

| Sys No | Description | Net Book Value |
|--------|-------------|----------------|
| 274 | 2011 CARMATE TRAILER | $1,289.24 |
| 871 | TRAILER #552 | $1,267.30 |
| 872 | TRAILER #551 | $1,267.30 |
| 862 | TRAILER #48BTE2024CA123803 | $1,244.19 |
| 852 | TRAILER GOOSENECK NO VIN# | $1,191.67 |
| 578 | 2010 DODGE | $1,182.63 |
| 580 | 2009 CHEV | $1,089.45 |
| 595 | DOWN PAYMENT TRK/SHREVEPORT | $1,084.40 |
| 736 | SALES TAX 2012 FORD #20548 | $776.88 |
| 294 | SLS TAX 2005 BOX TRAILER | $775.96 |
| 861 | 2011 ABU TRAILER | $655.00 |
| 853 | TRAILER NO VIN# | $641.67 |
| 290 | 2000 HYUNDAI TRAILER | $533.34 |
| 284 | SLS TAX 2013 TRANSCRAFT | $499.27 |
| 285 | SLS TAX 2012 FORD TAURUS | $483.31 |
| 286 | SLS TAX 2012 FORD | $483.04 |
| 287 | SLS TAX 2012 FORD | $483.04 |
| 582 | 2011 GOOSENECK TRAILER | $433.85 |
| 882 | STEEL STAKE RACKS 2012 FORD #97436 | $352.00 |
| 584 | 40 FOOT CONTAINER #TRUL #431509 | $294.26 |
| 881 | COLORADO SALES TAX 2013 CARGO TRAILER CW1422-102 | $79.75 |
| 296 | SLS TAX 2000 HYUNDAI TRAILER #1D3H3V482C767100002 | $47.11 |
| 273 | SALES TAX DIF2010 DODGE | $34.99 |
| 245 | TRAILER | $0.00 |
| 250 | PIPE RACK 4 '07 CHEV SILVR | $0.00 |
| 254 | 2008 CHEV TRUCK | $0.00 |
| 256 | 2009 CHEV SILVERADO | $0.00 |
| 258 | 2009 CHEV 2500 | $0.00 |
| 260 | 2009 CHEV | $0.00 |
| 261 | 2009 CHEV PICKUP | $0.00 |
| 265 | 2004 TRANSCRAFT TRAILER | $0.00 |
| 266 | 2011 FORD F250 | $0.00 |
| 268 | 2010 DODGE CARAVAN | $0.00 |

| Sys No | Description | Net Book Value |
|---|---|---|
| 510 | 1997 GMC TRUCK | $0.00 |
| 511 | 1981 TRAILMOBILE TRAILER | $0.00 |
| 512 | 1980 TRAILMOBILE TRAILER | $0.00 |
| 513 | 1997 18 FT PIPE TRAILER | $0.00 |
| 516 | 1981 GREAT DANE BOX | $0.00 |
| 517 | 1982 GREAT DANE BOX | $0.00 |
| 520 | 1981 GREAT DANE BOX | $0.00 |
| 522 | 1980 GREAT DANE BOX | $0.00 |
| 523 | 1981 GREAT DANE BOX | $0.00 |
| 528 | 1981 GREAT DANE BOX | $0.00 |
| 529 | 1981 GREAT DANE BOX | $0.00 |
| 531 | 1981 GREAT DANE BOX | $0.00 |
| 533 | 1981 GREAT DANE BOX | $0.00 |
| 534 | 1987 TRAILMOBILE BOX | $0.00 |
| 537 | 2004 DODGE INTREPID | $0.00 |
| 538 | 2004 GMC SIERRA TRK | $0.00 |
| 539 | 2002 CHEV TRUCK | $0.00 |
| 540 | 2002 DODGE RAM TRUCK | $0.00 |
| 541 | USED 1994 HYUNDAI VAN TRLR | $0.00 |
| 543 | USED 1990 FRUEHAUF TRAILER | $0.00 |
| 544 | USED 1996 GR DANE TRAILER | $0.00 |
| 546 | 2005 DODGE RAM | $0.00 |
| 547 | 2008 CHEV SILVERADO | $0.00 |
| 548 | 2008 FORD TRUCK | $0.00 |
| 551 | 2008 HORSENECK TRAILER | $0.00 |
| 552 | 2006 FORD TRUCK | $0.00 |
| 557 | 2005 HEFTY TRAILER | $0.00 |
| 560 | TRAILER | $0.00 |
| 561 | TRAILER | $0.00 |
| 563 | 2010 FORD | $0.00 |
| 565 | 1998 WILSON FLATBED | $0.00 |
| 566 | 2009 DODGE | $0.00 |
| 567 | 2008 CHEV SILVERADO | $0.00 |

| Sys No | Description | Net Book Value |
|---|---|---|
| 568 | 2010 CHEV SILVERADO | $0.00 |
| 570 | 40 FT FLATBED | $0.00 |
| 572 | 2008 DODGE RAMM | $0.00 |
| 573 | 2009 NISSAN | $0.00 |
| 577 | 2008 FORD | $0.00 |
| 696 | TRUCK BED FOR TRUCK | $0.00 |
| 733 | 2006 DODGE RAMM | $0.00 |
| 772 | 2006 TRANSCRAFT TRAILER | $0.00 |
| 778 | 1988 BOX TRAILER #41 | $0.00 |
| 780 | 2010 DODGE RAMM | $0.00 |
| 814 | GOOSENECK TRAILER | $0.00 |
| 815 | 2006 FORD PU | $0.00 |
| 816 | 2008 POLARIS RANGER | $0.00 |
| 817 | 2006 FORD TRUCK | $0.00 |
| 818 | 2005 FORD F350 | $0.00 |
| 819 | 2006 FORD F150 | $0.00 |
| 820 | 2006 FORD F350 | $0.00 |
| 821 | 2003 44 FT TRAILER | $0.00 |
| 822 | 2007 48' RACE CAR TRAILER | $0.00 |
| 823 | 2005 TRAILER SALES TAX #2002989 | $0.00 |
| 824 | 2007 TRAILER SALES TAX | $0.00 |
| 825 | 2007 TRAILER SALES TAX | $0.00 |
| 827 | 2006 FORD LAIRAT | $0.00 |
| 828 | 2005 CHEV SALES TAX | $0.00 |
| 829 | 2010 GOOSENECK TRAILER | $0.00 |
| 836 | 2011 PJ 40' | $0.00 |
| 837 | 2010 DODGE | $0.00 |
| 838 | 2008 DODGE | $0.00 |
| 839 | 2010 FORD | $0.00 |
| 841 | FABRICATION TO TRUCKS | $0.00 |
| 842 | 2011 DODGE | $0.00 |
| 845 | 2005 GMC | $0.00 |
|  | FORKLIFT | $0.00 |

| Sys No | Description | Net Book Value |
|---|---|---|
| | FORKLIFT | $0.00 |
| | FORKLIFT | $0.00 |
| | FORKLIFT | $0.00 |
| | FORKLIFT | $0.00 |
| | FORKLIFT | $0.00 |
| | FORKLIFT | $0.00 |
| | FORKLIFT | $0.00 |
| | FORKLIFT | $0.00 |
| | FORKLIFT | $0.00 |
| | FORKLIFT | $0.00 |
| | TRUCK | $0.00 |
| | Intl w/ Flatbed | $0.00 |
| | Flatbed | $0.00 |
| | Durastar 4300 | $0.00 |
| | 2013 Mac | $0.00 |
| | 2013 Mac | $0.00 |
| | 2013 Mac | $0.00 |
| | 2013 Mac | $0.00 |
| | 2013 Mac | $0.00 |
| | 2012 Dorsey | $0.00 |
| | Peterbilt Truck | $0.00 |
| | Peterbilt Truck | $0.00 |
| | 2 Yale Forklifts | $0.00 |
| | 1 Yale Forklifts | $0.00 |
| | Flatbed trailer | $0.00 |
| | Flatbed trailer | $0.00 |
| | Cascadia | $0.00 |
| | Flatbed | $0.00 |
| | F250 | $0.00 |
| | ProStar | $0.00 |
| | ST Truck | $0.00 |
| | ST Truck | $0.00 |
| | TRUCK | $0.00 |

| Sys No | Description | Net Book Value |
|--------|-------------|---------------:|
| | TRUCK | $0.00 |
| | TRUCK | $0.00 |
| | FORKLIFT | $0.00 |
| | FORKLIFT | $0.00 |
| | FORKLIFT | $0.00 |
| | TRUCK | $0.00 |
| | FORKLIFT | $0.00 |
| | FORKLIFT | $0.00 |
| | FORKLIFT | $0.00 |
| | FORKLIFT | $0.00 |
| | Peterbuilt 337 | $0.00 |
| | Peterbuilt 337 | $0.00 |

$2,074,702.94

**Mid-States Supply Company, Inc.**
**Schedule A/B Exhibit 50.1 - Machinery & Equipment**

| Sys No | Description | Net Book Value |
|---|---|---|
| 1022 | VERTICAL MILL-BORE WELDING MACHINE | $441,058.29 |
| 1106 | RETROFIT 20 TON HOIST & TROLLEY, REMOTE SYSTEM | $368,555.21 |
| 1086 | TULSA PLASMA MACHINE - FINANCED PORTION | $250,248.85 |
| | Machine tool - Welding Equip | $172,555.17 |
| 1031 | SECURITY SYSTEM EQUIPMENT | $171,855.72 |
| | Warehouse Equipment | $153,560.52 |
| | Equipment | $141,931.27 |
| 206 | VALVE TESTER 1500 TON-LIFTING TABLES-ADAPTER PLATES 35% | $96,984.38 |
| 1109 | BUILD 5 TON BRIDGE CRANE | $94,012.37 |
| | Warehouse Equipment | $92,268.12 |
| 1032 | PLASMA MACHINE & INSTALLATION COSTS | $90,270.89 |
| 155 | VALVE TESTER | $79,742.71 |
| 1023 | PLASMA MACHINE INSTALLATION COSTS | $70,850.83 |
| 170 | 65% OF PRO FORMA #12568 | $66,229.13 |
| 219 | SUB ARC WELDING SYSTEM | $51,107.08 |
| 182 | CNC LATHE #3092368 | $46,306.58 |
| 164 | CRANE | $44,719.84 |
| 186 | FINAL BILL FAB COLUMNS AND RUNWAY 30% | $37,935.28 |
| 175 | FAB COLUMNS AND RUNWAY CRANE | $34,422.53 |
| 180 | CAB 22VLS W/A2S SAW 35% DOWN | $34,214.34 |
| | Crane | $31,991.21 |
| 921 | 2012 JOHN DEERE 5075 M UTILITY TRACTOR | $29,722.92 |
| 910 | 10 TON HOIST & TROLLY | $27,535.87 |
| 163 | CRANE | $27,400.67 |
| 199 | CAB 22VLS W/A2S SAW 60% OF LINE 4-9 POWER UNITS | $27,317.58 |
| 1021 | HYPERTHERM RAIL TABLE | $26,403.84 |
| 1020 | SF/2632 SPLIT FRAME, COUNTERBORE, BEVEL TOOL | $26,338.82 |
| 198 | CAB 22VLS W/A2S SAW 60% OF LINE 1 INV 2000B | $26,012.53 |
| 1028 | 632 MOTOR, 1"VERTICAL TRAVEL RAIL, WIRING PLUG ADAPTER | $24,775.48 |
| 1066 | M2000 AUTOMATIC FEE/EMBOSSING | $23,812.25 |
| 188 | FINAL BILL 20-TON BRIDGE CRANES | $22,921.68 |
| 145 | CALDER TESTER SYSTEMS | $21,651.89 |
| 142 | CALDER TESTER SYSTEMS | $21,651.87 |
| 159 | PLASMA JET DSH HPR 400 BANDSAW | $19,956.51 |
| 171 | 30% OF CRANE INVOICE | $19,578.83 |
| 891 | CLAMPS - MEGA RIM 18" X 24" & 26" X 32" | $17,939.27 |
| 1051 | 12000LB TURNTABLE | $17,895.16 |
| 1063 | JIB CRANE & 2200LB MINI AIR HOIST/TROLLEY | $17,291.48 |
| | 1-490A-4 Band Saw Pkg | $16,278.50 |
| 1079 | WAREHOUSE SHELVING ARTESIA NEW MEXICO | $16,201.50 |
| 169 | VERTICAL BANDSAW BALANCE | $15,697.62 |
| 996 | SULLAIR AIR COMPRESSOR | $15,087.77 |

| Sys No | Description | Net Book Value |
|---|---|---|
| 1105 | GORBEL FREESTANDING WORKSTATION BRIDGE CRANE | $15,034.41 |
| 1088 | 2 - MASTER TOOL SET 453 PIECES | $14,878.92 |
| 508 | RACKS/SHELVING ARDMORE | $14,197.58 |
| 1013 | BORE WELDER 8", TORCH W/COUNTER BALANCE, TRIPOD ADJUSTABLE BASE | $14,149.93 |
| 893 | UPRIGHT 42"X192" | $13,711.02 |
| 167 | PIPEWORX WELDING SYSTEM | $13,598.78 |
| 1025 | RACKS BUILT FOR PIPE STORAGE | $12,933.33 |
| 172 | CRANE DOCK & RAMP | $12,873.72 |
| 808 | STUDMASTER W/CARBIDE INSERTS | $12,805.72 |
| 1065 | 14' & 28' PIPE RACKS AND STEPS FOR TRAILERS | $12,759.03 |
| 509 | METAL PLATE EMBOSSER/TULSA | $12,717.90 |
| 897 | HI CENTER V50 | $12,142.86 |
| 920 | TOYOTA FORK LIFT | $11,989.44 |
| 151 | AIR COMPRESSOR S/N# CBV-138636 | $11,627.92 |
| 235 | MATICA C410 METAL PLATE EMBOSSER MIDLAND TEXAS | $11,440.48 |
| 954 | TRUCK ACTIVATED LEVELER | $10,926.50 |
| 161 | ST 306 LATHE | $10,729.56 |
| 1000 | 4- POP-IT TOOLS | $10,553.03 |
| 496 | BAND SAW H90A-4 | $10,128.57 |
| 203 | 60% OF LINE 2&3 I/O INTERFACE CABLE KIT - TAP-IHD | $9,948.07 |
| 1059 | LINCOLN VANTAGE 300D KUBOTA T4F | $9,847.71 |
| 176 | FACTORY CAT | $9,513.91 |
| 1009 | DAVIS MANUAL KEYSEATER LOADED WITH TOOLING | $9,428.57 |
| 1060 | JIB CRANE & MINI AIR HOIST 2200LBS CAP | $9,359.73 |
| 1089 | SEMI-AUTO STR WRAP W/SCALE | $9,186.25 |
| 165 | RACKS/HOUSTON | $9,101.08 |
| 185 | 5 TON BRIDGE CRANE | $9,043.76 |
| 987 | RACK SYSTEM - FRAMES, DECK & BEAMS | $8,946.26 |
| 1087 | OKUMA MANUAL ENGINE LATHE 20X64 W/3 JAW CHUCK | $8,928.58 |
| 1055 | 3 - HYDRAULIC LIFT TABLE 32X48 | $8,886.65 |
| 1044 | 36" I.D. X 1.375 THK X10FT CYLINDER | $8,750.22 |
| 193 | PIPEWORX WELDING SYSTEM SS #MC280106G/MC120230G | $7,782.96 |
| 153 | USED CROWN REACH TRUCK #1A239935 | $7,725.27 |
| 157 | SCH 80 BUTT WELD EASY OUT SEAL PLATES | $7,567.42 |
| 166 | TESTERS | $7,567.42 |
| 217 | FINAL BILL 5-TON BRIDGE CRANE | $7,433.10 |
| 201 | CHAIN SLING, MAGNETS AND SPREADER BEAM | $7,097.95 |
|  | Sharp MX3110N | $6,770.90 |
|  | Sharp MX3110N | $6,770.90 |
|  | Konica Bizhub 423 | $6,704.39 |
| 986 | PIPEWORX WELDING SYSTEM | $6,503.10 |
| 189 | 5 TON BRIDGE CRANE 30% SHIPMENT NOTIFICATION | $6,450.00 |
| 960 | 12" PORTABLE POSITIONER | $6,288.25 |
| 1103 | PALLET RACKING AND ROW SPACERS | $6,286.96 |
| 500 | CROSS BRACE/SHELF | $6,266.05 |
| 807 | BEAMS | $6,251.98 |

| Sys No | Description | Net Book Value |
|---|---|---|
| 218 | MINI AIR HOIST AND WALL MOUNTED JIB CRANE | $6,234.37 |
| 139 | LATHE | $6,212.21 |
| 503 | BRIDGE CRANE | $6,024.93 |
| 214 | END TRUCKS AND RAILS | $5,976.50 |
| 1057 | 110V ELECTRIC BENCH TOP BENDRER W/FRACTIONAL KIT | $5,961.86 |
| 1012 | HYDRAULIC PUNCH, HYDRAULIC PUMP, 20' HOSE ASSEMBLY | $5,958.66 |
| 1062 | JIB CRANE & 550BL MINI AIR HOIST | $5,914.89 |
| 192 | NEW DAAS SYSTEM W/UPGRADED MODIFICATIONS | $5,786.24 |
| 183 | NEW DAAS SYSTEM W/UPGRADED MODIFICATIONS | $5,648.47 |
| 222 | ENDLESS ROUND SLINGS, SHACKLES | $5,274.84 |
| 962 | HYDRAULIC PUNCH, PUMP & HOSE ASSEMBLY | $5,200.18 |
| 220 | DIRECT CAPITAL EQUIPMENT JAN 7 BANK DEBIT | $5,033.34 |
| 911 | POWERFOIL X2.0 FAN KIT | $4,844.42 |
| 955 | 1" DR. TORQUE WRENCH W/ARM | $4,743.03 |
| 904 | 4.5X ENHANCED THERMAL IMAGING WEAPON SIGHT | $4,690.78 |
| 158 | SET MASTER 559 | $4,631.82 |
| 694 | HYD-MECH PIVOT BAND SAW | $4,527.58 |
| 237 | WELDER SYNCROWAVE  SN MD04030GL | $4,519.68 |
| 922 | JOHN DEERE 553 STANDARD LOADER | $4,477.07 |
| 485 | 2004 SKY TRAK FORKLIFT #5113 | $4,439.92 |
| 154 | RMD PIPE BENDER #BT-SE-11870 | $4,382.74 |
| 242 | BATTERY OPERATED FRICTION WELD TOOL & GRN HAND STRAP | $4,350.44 |
| 1007 | TOOL BOX FOR ACTUATION DEPT | $4,255.95 |
| 241 | PLAIN BACK SELF SCROLL CHUCK & BISON | $4,255.71 |
| 501 | ELEC STAND UP FORKLIFT #03513W | $4,222.26 |
| 1090 | SHOP SPRING RACKS | $4,141.96 |
| 935 | CAB 2200VLS A2S/SAW | $3,997.91 |
| 934 | 5 ROLLER BEDS - DRIVE & IDLER | $3,971.73 |
| 504 | PIPE BEVELERS 4 | $3,955.47 |
| 937 | S STEEL V-TAG 2" RD | $3,910.74 |
| 507 | FORKLIFT/TULSA  YALE #0S030ECN24TE C801N03012Z | $3,868.64 |
| 1029 | 12-042-4414-03 DEEP COUNTERBORE MODULE | $3,734.30 |
| 149 | USED T-BOLT UPRIGHTS | $3,712.69 |
| 197 | AUTOMARK MODEL TMI-100-40 S/N 18884 TABLE CRANK | $3,673.24 |
| 506 | 150A STAND | $3,537.02 |
| 202 | IDLER CONVEYOR 10' FOR C650-M W/3.5" ROLLERS | $3,505.19 |
| 204 | NEW TEARDROP UPRIGHTS AND BEAMS | $3,501.06 |
| 1010 | SPECIAL MACHINE TOOLS FOR VDM 2000 | $3,482.15 |
| 946 | 42.16MM PUSH BEND TOOLING FOR CNC-R MODELS | $3,468.61 |
| 947 | 42.16MM PUSH BEND TOOLING FOR CNC-R MODELS | $3,468.61 |
| 177 | GEOTECH & ENGINEERING CONSULTING | $3,462.62 |
| 961 | SCISSOR LIFT TABLE CAP 5000LB 48X72 | $3,435.45 |
| 890 | PALLET RACK BEAM 96" X 5 1/2" | $3,421.99 |
| 211 | NEW TEARDROP BEAMS AND NEW COLUMN GUARDS | $3,292.13 |
| 1011 | 4000 LB CAPACITY PALLET JACK | $3,275.10 |
| 1008 | PRESSURE WASHER | $3,250.00 |

| Sys No | Description | Net Book Value |
|---|---|---|
| 223 | ALUMINUM ROUND BARS | $3,234.38 |
|  | SAMSUNG SCX-8230 | $3,194.27 |
| 162 | PLASTIC BATTERY/DISPENSER | $3,174.31 |
| 953 | INSTALL NEW DRO ON KNUTH MANUAL LATHE | $3,167.61 |
| 933 | 2" & 2 1/4" STEALTH RATCHET LINKS | $3,156.00 |
| 923 | JOHN DEERE 300CX LOADER | $3,133.33 |
| 945 | 33.401MM PUSH BEND TOOLING FOR CNC-R MODELS | $3,107.14 |
| 990 | WAREHOUSE TOOLS | $3,104.29 |
| 168 | COLUMN DRILL PRESS | $3,092.15 |
| 215 | ROUGH DECK FLOOR SCALE | $3,063.20 |
| 179 | USED T-BOLT BEAMS/TEARDROP UPRIGHTS | $3,005.15 |
| 494 | BEAMS/UPRIGHTS | $3,002.99 |
| 1080 | PORTABLE GENERATOR, RATED WATT 17500, 922CC | $2,982.89 |
| 489 | 2 FORKLIFTS #10174471/0931544 | $2,943.61 |
| 209 | H&M PIPE BEVELER S/N #C04-105142 AND C12-105180 | $2,913.25 |
| 491 | UPRIGHTS | $2,774.40 |
| 889 | BEAMS, DECKING | $2,715.98 |
| 146 | LEASE 1 KNUTH VDM 800 LATHE/VDM 2600 LATHE | $2,669.99 |
| 963 | SEMICIRCULAR WASH FOUNTAIN | $2,640.07 |
| 487 | USED HYSTER #C470N03035C | $2,634.16 |
| 493 | FORKLIFT YALE #A824N06604U | $2,630.95 |
| 173 | EVALUATION OF STRUCTURE FOR CRANE | $2,600.01 |
| 137 | SHELVING/UPRIGHTS | $2,598.69 |
| 944 | 21.3366MM PUSH BEND TOOLING FOR CNC-R MODELS | $2,547.86 |
| 980 | WAREHOUSE RACKING | $2,514.59 |
| 492 | USED HYSTER LIFT TRUCK | $2,435.62 |
| 486 | UPRIGHTS/BEAMS | $2,359.96 |
| 194 | WRAP TURNTABLE - HOUSTON | $2,350.00 |
| 999 | FIND INVOICE | $2,312.22 |
| 234 | ADVANCE PAYMENT LEASED SHELVES MIDLAND | $2,283.65 |
| 210 | H&M PIPE BEVELER S/N #C20-105244 | $2,266.70 |
| 956 | 2-3/16" STEALTH 4 RACHET LINK | $2,264.33 |
| 958 | PORTABLE SCISSOR BENCHTOP POSITIONER | $2,205.49 |
| 150 | NEW CANTILEVER TOWERS/LABOR | $2,155.21 |
| 499 | BEAMS/UPRIGHTS | $2,107.10 |
|  | SAMSUNG SCX-8230 | $2,080.74 |
| 200 | 2 LIFTING MAGNETS | $2,080.39 |
| 1030 | 4X2 RAIL FRAME CENTER LOCK HUBS, OPTIMA BATTERY TRAYS, FLEET STAND | $2,076.43 |
| 152 | REBUILT 8" DIE-HEAD | $2,024.50 |
| 932 | 115V 10K PSI 3 STAGE ELECTRIC PUMP W/OIL COOLER | $1,995.19 |
| 1082 | POWER MIG 256 MIG WELDER 208/230V/1/60 | $1,990.07 |
| 892 | STAND, PIPE JACK MAX JAX | $1,972.31 |
| 226 | MATERIAL FOR HASS MACHINE | $1,933.94 |
| 809 | NUT MATE DRIVE RINGS MACHINES | $1,864.29 |
| 943 | 13.716MM PUSH BEND TOOLING FOR CNC-R MODELS | $1,864.28 |
| 498 | HIGH PROFILE STREACH WRAPPER | $1,855.83 |

| Sys No | Description | Net Book Value |
|---|---|---|
| 232 | GRIPPER WELDING POSITION CHUCK | $1,855.08 |
| 184 | PIPE DIE SETS | $1,833.29 |
| 240 | PART CATCHER MODEL ST-30Y SN#3092368 | $1,814.75 |
| 131 | NEW UPRIGHTS IN WAREHOUSE | $1,801.08 |
| 148 | 4 FAB TABLES W/STIFFENER ANGLES | $1,767.93 |
| 691 | HORIZONTAL BANDSAW | $1,733.44 |
| 225 | SCISSORS LIFT REPAIRS | $1,705.86 |
| 888 | NEW WIRE DECK 42" X 48" | $1,688.70 |
| 213 | NEW WIRE DECKS | $1,684.60 |
| 196 | LIFTING CLAMPS, RATCHET CHAINFALL, MASTERLINKS | $1,678.35 |
| 227 | PIPE JACK STAND | $1,666.42 |
| 813 | CN ANALYZER OCN - GREELEY | $1,665.55 |
| 181 | CUTOFF MACHINE SERIAL #12-4742 | $1,663.16 |
| 178 | NEW WIRE DECK | $1,654.15 |
| 207 | 2 SETS OF CANTILEVER RACKS FOR PLATE | $1,642.86 |
| 205 | TOP ASSY 900 SYSTEM SN#90126247 | $1,533.83 |
| 231 | MILLERMATIC MIG WELDER | $1,393.25 |
| 495 | UPRIGHTS | $1,392.82 |
| 190 | DELIVERY OF BAND SAW FROM NE TO KC | $1,375.00 |
| 1058 | SELF DUMPING HOPPER 1-1/2CU YD, 2000LB | $1,370.11 |
| 224 | MATERIALS FOR HASS MACHINE | $1,336.48 |
| 505 | PIPE BEVELERS  C20-103221 | $1,292.00 |
| 228 | MILLER STICK WELDER #MC440453G | $1,271.82 |
| 212 | NEW WIRE DECKS | $1,221.02 |
| 143 | UPRIGHTS | $1,202.67 |
| 195 | OHAUS VX SERIES VX32W10000X SCALE - HOUSTON | $1,171.84 |
| 732 | THREADING MACHINE | $1,156.72 |
| 936 | POSITIONER TAX IT-HD JAXIS LT | $1,133.93 |
| 140 | USED TEARDROP BEAMS | $1,103.98 |
| 221 | BAILEY CYLINDER #216-387 | $1,084.19 |
| 238 | HYDRAULIC LIFT TABLE | $1,066.25 |
| 931 | LOW CLEARANCE BOLTING MACHINE | $1,046.67 |
| 490 | UPRIGHTS/BEAMS | $1,040.40 |
| 156 | 1 HP W/HOIST W/BRAKE JACKSHAFT | $1,005.09 |
| 230 | SHIELD CAPS/NOZZLE CAPS | $1,001.09 |
| 488 | CUB CADET MOWER | $904.81 |
| 147 | PIPE BEVELER #C12-101797 | $900.77 |
| 959 | 12" CHUCK | $867.44 |
| 174 | GROUND PENETRATING RADAR SERVICE | $819.48 |
| 810 | WELDING PIPE PUPS | $807.51 |
| 957 | WELDING CONTROLLER | $797.21 |
| 144 | FORKLIFT | $780.01 |
| 233 | LEASE PAYMENT CHARGED FEB 15 EQUIPMENT | $769.29 |
| 484 | NEW MITSUBISHI TIRE FORKLIFT | $762.77 |
| 229 | WIRE CUT STAINLESS AND MILD STEEL FILLER TOOLS | $755.61 |
| 160 | COLUMN DRILL | $753.21 |

| Sys No | Description | Net Book Value |
|---|---|---|
| 138 | COMP THREAD MACHINE | $750.00 |
| 187 | GROUT UNDER NEW MACHINES | $675.00 |
| 133 | LIGHTENING FOR AISLES OF UPRIGHTS | $646.81 |
| 216 | HOOKS FOR VERTICAL AND HORIZONTAL HOLES | $605.11 |
| 208 | H&M PIPE BEVELER S/N #C08-104700 | $571.94 |
| 239 | INSTALLED PARTS CATCHER ON HAAS MACHINE | $495.83 |
| 482 | BAND SAW MODEL #H90A-4 | $482.29 |
| 811 | PAYMENT HE&M SAW | $471.84 |
| 141 | STORAGE UNIT | $376.07 |
| 497 | CUT GROOVER | $364.58 |
| 191 | REPAIRED CRACK IN FACE OF GRINDING MACHINE | $287.51 |
| 805 | CHAMFERMATE CHAMFERING MACHINE | $261.34 |
| 806 | SAW FOR STUD BOLT CUTTING | $223.99 |
| 483 | FRAMES/BEAMS | $164.97 |
| 502 | WIRE DECK | $140.45 |
| 130 | WELDSHOP VENTILATON WORK/DUCTS | $139.04 |
| 812 | PAYMENT HE&M SAW | $122.08 |
| 136 | PIPE BEVELER #C20-100349 | $94.82 |
| 771 | GEAR BOX #X0107453H | $82.74 |
| 135 | STANDARD AIR TOOL | $71.86 |
| 129 | TWO STAGE ENGINE DRIVE | $48.93 |
| 134 | H&M PIPE BEVELER #C08-99949 | $44.08 |
| 692 | USED TD BEAMS | $33.11 |
| 693 | PIPE BEVELER | $26.06 |
| 132 | H&M PIPE BEVELER #CO4-99465 | $24.58 |
| 95 | USED UPRIGHTS-BEAMS | $0.34 |
| 26 | STURDI BUILT UPRIGHTS & BEAMS | $0.00 |
| 27 | SHELVING FOR WHSE | $0.00 |
| 28 | MILLING MACHINE VISE | $0.00 |
| 29 | NEW JET VERTICAL MILL MODEL JTM 1 | $0.00 |
| 30 | DRILL PRESS 1200 VX & VISE | $0.00 |
| 31 | 520 GALLON TANK | $0.00 |
| 32 | PIPE RACKS | $0.00 |
| 33 | (2) WELDING TURNTABLES | $0.00 |
| 34 | RACKS | $0.00 |
| 35 | BEAMS | $0.00 |
| 36 | RACKS FOR WHSE | $0.00 |
| 37 | UPRIGHTS & BEAMS | $0.00 |
| 38 | MONARCH UPRIGHTS | $0.00 |
| 39 | BEAMS | $0.00 |
| 40 | RACKS FOR WHSE | $0.00 |
| 41 | INCA CANTILEVER RACK SYSTEM | $0.00 |
| 42 | THREADING MACHINE | $0.00 |
| 43 | REAMER/CHAMFER TOOL | $0.00 |
| 44 | PIPE RACKS | $0.00 |
| 45 | HORIZONTAL DRUM CABINET | $0.00 |

| Sys No | Description | Net Book Value |
|---|---|---|
| 46 | (2) HAZARD WASTE CABINETS | $0.00 |
| 47 | ELECTRIC WINCH | $0.00 |
| 48 | PIPE RACKS | $0.00 |
| 49 | PRESSURE WASHER | $0.00 |
| 50 | DRAWER SHELVING UNITS | $0.00 |
| 51 | SHELVING FOR WHSE | $0.00 |
| 52 | MACHINE FOR STRAPPING ITEMS TO PALLETS | $0.00 |
| 53 | DEAD WEIGHT TESTER | $0.00 |
| 54 | PIPE RACKS | $0.00 |
| 55 | MACHINE PALLET TURNER | $0.00 |
| 56 | ROLL GROOVER, PIPE STAND | $0.00 |
| 57 | CRANE | $0.00 |
| 58 | ADJ PIPE STAND | $0.00 |
| 59 | GROOVING MACHINE | $0.00 |
| 60 | PRESSURE WASHER | $0.00 |
| 61 | PIPE BEVELER | $0.00 |
| 62 | FOAM PKGING EQUIPMENT | $0.00 |
| 63 | STEEL PIPE CUTTER | $0.00 |
| 64 | PROPANE BOBCAT WELDER | $0.00 |
| 65 | BEVELING MACHINE | $0.00 |
| 66 | SYNCROWAVE 250 | $0.00 |
| 67 | BELT SANDER | $0.00 |
| 68 | MILLER WELDER | $0.00 |
| 69 | ELECTRIC PALLET JACK | $0.00 |
| 71 | DRILL PRESS | $0.00 |
| 72 | AXELSON LATHE | $0.00 |
| 73 | TOOL STAMP MAKER/TAGS | $0.00 |
| 74 | CRANE | $0.00 |
| 76 | C&C MACHINE/SAW | $0.00 |
| 77 | PIPE BEVELER | $0.00 |
| 78 | PIPE STAND | $0.00 |
| 79 | BAND SAW | $0.00 |
| 80 | 2 STOCK CHASERS | $0.00 |
| 81 | PIPE BEVELER | $0.00 |
| 82 | ROLL GROOVER | $0.00 |
| 83 | BUK TOOL FINISH MACHINE | $0.00 |
| 84 | CROWN LIFT TRUCK | $0.00 |
| 85 | PAINT BOOTH | $0.00 |
| 86 | ROLL GROOVER | $0.00 |
| 88 | MILLER WELDER | $0.00 |
| 89 | AIR COMPRESSOR | $0.00 |
| 90 | DIE HEADS | $0.00 |
| 91 | HYP POWERMAX-MACH TOR | $0.00 |
| 92 | RAC KS. BEAMS | $0.00 |
| 93 | UPRIGHT RACKS | $0.00 |
| 94 | ULTRAPROBE | $0.00 |

| Sys No | Description | Net Book Value |
|---|---|---|
| 96 | HYD MECH SAW | $0.00 |
| 97 | PIPE BEVELER | $0.00 |
| 98 | BEAMS & RACKS | $0.00 |
| 99 | PACKAGING SYS | $0.00 |
| 101 | TAYLOR-DUNN STOCKCHASER | $0.00 |
| 102 | STOCKCHASER | $0.00 |
| 103 | RETROFIT KIT | $0.00 |
| 104 | RACKS | $0.00 |
| 105 | 8" PIPE MALL | $0.00 |
| 106 | PIPE MACHINE | $0.00 |
| 107 | DUST COLLECTOR | $0.00 |
| 108 | CAM RECORDER | $0.00 |
| 109 | CABINETS IN TRAILERS | $0.00 |
| 110 | CABINETS IN TRAILERS | $0.00 |
| 111 | LEAK DETECTION KIT | $0.00 |
| 112 | LIFT TRUCK | $0.00 |
| 113 | CRANE | $0.00 |
| 114 | LIFT TRUCK | $0.00 |
| 115 | ULTRAPROBE | $0.00 |
| 116 | PNEUMATIC GAS TRUCK | $0.00 |
| 117 | RACKS | $0.00 |
| 118 | BEAMS, RACKS | $0.00 |
| 119 | MILLER TRAILBLAZER #16022 | $0.00 |
| 120 | WELDING TURNTABLE | $0.00 |
| 121 | STANDARD AIR TOOL | $0.00 |
| 122 | LIFT TRUCK #AT19C10612 | $0.00 |
| 123 | VP5535 INSERT | $0.00 |
| 124 | PRESSURE WASHER #163366 | $0.00 |
| 125 | USED WIRE BASKET | $0.00 |
| 126 | SECURITY ROOM | $0.00 |
| 127 | CATERPILLAR LIFT TRK #5494 | $0.00 |
| 128 | WELDING MACHINE & ACCESSORIES | $0.00 |
| 455 | USED SHELVING UNITS | $0.00 |
| 456 | WHSE HUMIDIFIERS | $0.00 |
| 457 | DOCK LEVELER & INSTALLATION | $0.00 |
| 458 | PIPE RACKS | $0.00 |
| 459 | PREST BEAMS | $0.00 |
| 460 | WIRE BASKETS | $0.00 |
| 461 | SHELVES FOR WHSE | $0.00 |
| 462 | SHELVING UNIT | $0.00 |
| 463 | COMPRESSOR #95G17485H | $0.00 |
| 464 | PIPE RACKS | $0.00 |
| 465 | MANUAL CUT-OFF TOOL | $0.00 |
| 466 | NAMEPLATE PRESS | $0.00 |
| 467 | FORKLIFT #T6040011 | $0.00 |
| 468 | ELECTRIC FORKLIFT | $0.00 |

| Sys No | Description | Net Book Value |
|---|---|---|
| 469 | FORKLIFT #T6040011 | $0.00 |
| 470 | FORKLIFT #T6040011 | $0.00 |
| 471 | 1998 YALE TIRE FORKLIFT | $0.00 |
| 472 | TESTING MACHINE | $0.00 |
| 473 | SHELVING | $0.00 |
| 474 | SHELVING, PALLET  RACKS | $0.00 |
| 475 | 2007 TAILIFT FORKLIFT | $0.00 |
| 476 | PALLET RACK, BEAMS | $0.00 |
| 477 | RACKS | $0.00 |
| 478 | FIXTURES/RECEPTACLES FOR TRAILER | $0.00 |
| 479 | UPRIGHTS W/ARMS | $0.00 |
| 480 | UP2000 STETHOSCOPE KIT | $0.00 |
| 481 | PMI ANALYZER | $0.00 |
| 651 | PIPE RACKS | $0.00 |
| 653 | WHSE STAND ASSEMBLY & WHEEL STAND | $0.00 |
| 655 | WAFERBOARD FOR BINS | $0.00 |
| 656 | WELDING TURNTABLE | $0.00 |
| 657 | SCALES (LARGE) WEIGH PACKAGES | $0.00 |
| 658 | ULTRA LOK ELECTRIC TOOL #6821 | $0.00 |
| 659 | MILLER WELDER #72-654923 | $0.00 |
| 660 | STANDARD AIR TOOL | $0.00 |
| 661 | PIPE BEVELER | $0.00 |
| 662 | ROLL GROOVING TOOL | $0.00 |
| 663 | CRIMPING MACHINE | $0.00 |
| 664 | WAREHOUSE FOAM MACH | $0.00 |
| 665 | BAND SAW SWIVEL | $0.00 |
| 666 | BEVELING MACHING | $0.00 |
| 667 | START UP COSTS - SIOUX CITY | $0.00 |
| 668 | WACHS SF 1420/3 | $0.00 |
| 669 | 4" STATIONARY MACHINE | $0.00 |
| 670 | MOD HWW 3.5/2000 230 V #H1608-16305 | $0.00 |
| 671 | HOIST/CHAIN/1 TON MF 3YB91 | $0.00 |
| 672 | LIFT TRUCK #8006/D14614005482 | $0.00 |
| 673 | THREADER | $0.00 |
| 674 | PARTS FOR GROOVE TOOL #043789 | $0.00 |
| 675 | MILLER SN #LJ1802928 | $0.00 |
| 676 | FRAMES/BEAMS/CROSSBARS | $0.00 |
| 677 | ENG/DRILL PRESS/BANDSAW | $0.00 |
| 678 | FORKLIFT #7FGU35 | $0.00 |
| 679 | FRAMES/BEAMS/CROSSBARS | $0.00 |
| 680 | HIGH PROFILE STRETCH WRAP MACH | $0.00 |
| 681 | PIECE TEST EQUIPMENT | $0.00 |
| 682 | NISSAN FORKLIFT #AN29C00117 | $0.00 |
| 683 | NISSAN FORKLIFT #AN29C00143 | $0.00 |
| 684 | MARTIN STEEL CAB #083113 | $0.00 |
| 685 | MARTIN STEEL CAB #083112 | $0.00 |

| Sys No | Description | Net Book Value |
|---|---|---|
| 686 | HYP POWERMAX 45 20' LEAD | $0.00 |
| 687 | 16 GAS BENCH TOP | $0.00 |
| 688 | WIRING, PARTS, LABOR TRAILER | $0.00 |
| 689 | MOD HWW 3.5/2000 #H4608-163627 | $0.00 |
| 690 | EQUIPMENT FOR TEST STANDD | $0.00 |
| 725 | ROL-LIFT PALLET TRK #338181 | $0.00 |
| 726 | PRO BENCH SCALE #SRB6940042 | $0.00 |
| 727 | WELL HORIZONTAL BAND SAW | $0.00 |
| 728 | SHELVING | $0.00 |
| 729 | 1992 CLARK LIFT TRK MODEL #GCS175 | $0.00 |
| 730 | ROLL GROOVER TOOL | $0.00 |
| 731 | AIR COMPRESSOR | $0.00 |
| 759 | HYD-MECH BANDSAW | $0.00 |
| 761 | UPRIGHTS | $0.00 |
| 762 | CHARGER SN #644210/778216 | $0.00 |
| 763 | STAND 150A UNIVERSAL WHEEL TRAY | $0.00 |
| 764 | 1224 1/2-4 120V 60 HZ NPT | $0.00 |
| 765 | 125A RUNWAY ELECTRIFICATION SYS | $0.00 |
| 766 | MECHANICAL REPAIRS/PARTS | $0.00 |
| 767 | PRESSURE WASHER #H3608-163419 | $0.00 |
| 768 | 2002 ELECTRIC 36V EZ-GO W/TOP | $0.00 |
| 769 | POWERMIG #U1071110857/11192 | $0.00 |
| 770 | ULTRAPROBE 9000 KIT | $0.00 |
| 798 | CANTILEVER ARM W/2" LIP | $0.00 |
| 799 | CABINETS FOR STEAM TRAILER | $0.00 |
| 800 | TOOLS FOR STEAM TRAILER | $0.00 |
| 801 | KUBOTA & TRAILER HAULER | $0.00 |
| 802 | UPRIGHT & CROSS BEAMS | $0.00 |
| 803 | 2007 KUBOTA | $0.00 |
| 804 | RTV/CAMO WITH CAB | $0.00 |
|  | MACHINERY | $0.00 |
|  | MACHINERY | $0.00 |
|  | reacher/battery/charger | $0.00 |
|  | pneumatic diesel | $0.00 |
|  | SOFTWARE | $0.00 |
|  | SOFTWARE | $0.00 |
|  | SOFTWARE | $0.00 |
|  | FIXTURES | $0.00 |
|  | SECURITY STYSTEM | $0.00 |
|  | Commercial Credit Cards | $0.00 |
|  | SAMSUNG SCX-8230 | $0.00 |
|  | SAMSUNG SCX-8230 | $0.00 |
|  | SAMSUNG SCX-8230 | $0.00 |
|  | SAMSUNG SCX-8230 | $0.00 |
|  | Toshiba e-Studio 3555c | $0.00 |
|  | Software | $0.00 |

| Sys No | Description | Net Book Value |
|---|---|---|
| | SHARP MX-M363N | $0.00 |
| | SHARP MX-M363N | $0.00 |
| | SHARP MX-M363N | $0.00 |
| | SHARP MX-M363N | $0.00 |
| | SHARP MX-M363N | $0.00 |
| | SHARP MX-M363N | $0.00 |
| | SHARP MX-M363N | $0.00 |
| | SHARP MX-M363N | $0.00 |
| | SHARP MX-M363N | $0.00 |
| | SHARP MX-M363N | $0.00 |
| | SHARP MX-M363N | $0.00 |
| | SHARP MX-M363N | $0.00 |
| | SHARP MX-M363N | $0.00 |
| | SHARP MX-M363N | $0.00 |
| | SHARP MX-M4110N | $0.00 |
| | SHARP MX-M503N | $0.00 |
| | SHARP MX-M363N | $0.00 |
| | Konica Bizhub 423 | $0.00 |
| | Konica Bizhub 423 | $0.00 |
| | Konica Bizhub 423 | $0.00 |
| | Warehouse Equipment | $0.00 |
| | SHARP MX-M363N | $0.00 |
| | Used David Manual Keyseater | $0.00 |

**$3,872,790.38**

**Mid-States Supply Company, Inc.**
**Schedule A/B Exhibit 50.2 - Leasehold Improvements**

| Sys No | Description | Net Book Value |
|---|---|---|
| 1077 | ARTESIA NEW MEXICO BUILDING & LAND DEVELOPMENT | $935,105.74 |
| | 1600, 1546, 1501 Guinotte Ave. Kansas City, MO | $598,405.63 |
| 901 | VALVE MODIFICATION FACILITY | $559,097.87 |
| 1075 | REMODEL OFFICES 407 N SHELLY | $414,441.99 |
| 374 | ELECTRICAL WORK | $132,509.98 |
| 1046 | OMAHA REMODEL PROJECT | $118,376.34 |
| 907 | 12"x25" OFFICE SPACE | $94,273.73 |
| 917 | MAIN WAREHOUSE IMPROVEMENTS | $83,405.19 |
| 421 | VARIOUS INVOICES | $73,581.23 |
| 422 | VARIOUS INVOICES | $70,656.74 |
| 1074 | REPAIR MAINTENANCE 1716 GUINOTTE AVE | $62,436.44 |
| 939 | MAIN BLDG REPAIRS & IMPROVEMENTS | $61,917.58 |
| 1056 | WAREHOUSE SECURITY OVERHEAD DOOR | $59,555.95 |
| 416 | VARIOUS INVOICES | $50,595.97 |
| 414 | VARIOUS INVOICES | $41,615.79 |
| 988 | METAL ROOFING ON LEAN TO ROOF, GUTTERING, STORM SEWER, ASPHALT | $41,390.68 |
| 900 | UPSTAIRS ACCOUNTING DEPARTMENT RENOVATION | $38,361.86 |
| 973 | 990' FENCE W/ 7 GATES | $35,962.52 |
| 424 | VARIOUS INVOICES | $35,705.69 |
| 738 | CONSTRUCT MEZZANINE | $35,700.98 |
| 719 | REMODELING WORK | $34,871.67 |
| 407 | VARIOUS INVOICES | $34,474.51 |
| 621 | CLEAN UP PIPE YARD RINGGOLD | $31,443.52 |
| 1102 | STEEL PLATFORM, STEEL DOCK RAMP, EDGE OF DOCK, STEEL FACE BUMPERS, FOOTINGS | $30,184.89 |
| 1038 | GLASS BLOCK SECURITY WINDOWS | $29,084.59 |
| 1071 | REPAIR/MAINTENANCE 1716 GUINOTTE AVE | $28,343.12 |
| 413 | VARIOUS INVOICES | $27,129.24 |
| 1002 | VALVE MODIFICATION FACILITY BUILDING UPDATES | $26,905.72 |
| 420 | VARIOUS INVOICES | $25,177.86 |
| 411 | VARIOUS INVOICES | $24,865.41 |
| 989 | TULSA BATHROOM REMODEL | $23,582.64 |
| 427 | VARIOUS INVOICES | $23,051.14 |
| 998 | PERMANENT FENCE MATERIAL | $22,830.06 |
| 970 | 34' x 145' METAL BLDG | $22,516.08 |
| 1108 | PLASMA RELOCATE 1600 GUINOTTE | $22,448.10 |
| 994 | MISC REPAIR/MAINT | $22,343.86 |
| 1073 | 500' X6' FENCING VALVE MODIFICATION FACILITY | $22,293.33 |
| 993 | UPDATE/REPAIR 1745 GUINOTTE | $20,935.04 |
| 903 | NEW FILE ROOM UPSTAIRS | $20,430.77 |
| 1053 | REPAIR & MAINTENANCE VALVE SHOP | $19,839.59 |
| 1076 | REPAIR/MAINENANCE/ELECTRICAL VALVE MODIFICATION SHOP | $19,565.54 |

| Sys No | Description | Net Book Value |
|---|---|---|
| 318 | UPSTAIRS OFFICE AREA | $19,228.37 |
| 938 | LABOR & MATERIAL NEW AIR HANDING UNIT | $19,067.27 |
| 1045 | BUILDING AND MACHINE MAINTENANCE | $19,030.33 |
| 997 | PIPE YARD RENOVATIONS | $18,816.02 |
| 902 | WAREHOUSE OFFICES - NEW | $18,291.85 |
| 1070 | ELECTRICAL WORK TO SET UP BIG PLASMA CUTTER | $18,272.70 |
| 327 | METAL BUILDING | $18,213.90 |
| 1018 | VALVE MODIFICATION FACILITY BUILDING UPDATES | $18,071.82 |
| 391 | Office Build | $17,891.67 |
| 325 | NEW LOT WORK | $17,584.90 |
| 423 | IN PLANT OFFICE 8X10 | $17,075.54 |
| 375 | CONCRETE POLISH OFFICE/WHSE FLOOR | $16,762.10 |
| 1104 | ELECTRICAL WORK NEW PLASMA BUILDING | $16,628.96 |
| 1110 | RUN CONDUITS, MOUNT HEATERS, | $16,030.87 |
| 1081 | ELECTRICAL WORK  VALVE MODIFICATION SHOP | $16,021.14 |
| 974 | VAULT ROOM FOR IT DEPARTMENT | $15,700.34 |
| 399 | Flooring | $15,021.75 |
| 412 | FINAL BILL | $14,602.85 |
| 972 | WATERLINE, FENCE, CONCRETE - 1610 GUINOTTE | $14,254.82 |
| 319 | DOWNSTAIRS REMODELING | $13,832.08 |
| 395 | Office Build | $13,153.07 |
| 380 | NEW VESTIBULE ADDITION | $12,360.04 |
| 1084 | REPAIR/INSTALL LIGHTING RETROFIT | $12,100.28 |
| 373 | REMODELING AFTER FLOOD | $11,835.57 |
| 977 | KC DATA CENTER - EMERGENCY TRANSFER SWITCH CONNECTION | $11,480.01 |
| 406 | CONCRETE | $11,379.78 |
| 329 | ELECTRICAL MACH. MOVE | $11,375.00 |
| 428 | VARIOUS INVOICES | $11,029.10 |
| 1004 | VALVE MODIFICATION SHOP ADDITIONS | $10,645.21 |
| 402 | VARIOUS INVOICES | $10,615.45 |
| 388 | FENCE 1600 GUINOTTE | $10,376.48 |
| 1027 | MAINTENANCE AND UPDATES | $10,238.77 |
| 992 | UPDATE/REPAIR 1415 GUINOTTE AVE | $10,040.97 |
| 398 | Flooring | $9,981.90 |
| 971 | REVOVATION -BACK OFFICE SPACE - KC | $9,724.01 |
| 410 | INSTALL BOLLARDS PREPARED FOR PIERS | $9,174.82 |
| 397 | Flooring | $8,680.12 |
| 1005 | 4 NEW UPSTAIRS OFFICES TULSA | $8,075.93 |
| 918 | PIPE SHOP IMPROVEMENTS | $7,827.98 |
| 1037 | BUILDING REPAIR & MAINTENANCE | $7,672.87 |
| 379 | CONSTRUCTION OF NEW BREAKROOM | $7,433.46 |
| 1052 | REPLACE VOICE & FIBER CABLES BETWEEN CORP & VALVE SHOP | $7,013.75 |
| 1054 | CONCRETE SLAB AT SHOP | $6,868.33 |
| 908 | SLAB & EXCAVATING NORTH SIDE OF BLDG | $6,797.08 |
| 400 | Office Build | $6,770.50 |
| 1085 | MISUBISHI MINI-SPLIT A/C UNIT IN SERVER ROOM | $6,513.37 |

| Sys No | Description | Net Book Value |
|---|---|---|
| 1061 | INSTALL 30FT GATE & FENCE | $6,296.00 |
| 1072 | ELECTRICAL WORK VALVE MODIFICATION SHOP | $6,182.22 |
| 1101 | GROBEL FREESTANDING WORKSTATION BRIDGE CRANE | $6,043.61 |
| 417 | CONCRETE PAD WEST SIDE 1600 GUINOTTE | $5,657.79 |
| 1107 | INSTALL NEW AIRLINES 1615 GUINOTTE | $5,575.33 |
| 384 | INSTALL NEW DUCT WORK | $5,546.13 |
| 381 | VIDEO SECURITY | $5,276.57 |
| 975 | CHAIN LINK FENCE - 260 FEET 6' HIGH - CONCRETE/LABOR/EQUIP | $5,245.80 |
| 405 | CONCRETE FOOTING | $5,068.50 |
| 371 | MISC WORK BREAK ROOM/ROOM FOR FILES | $5,000.00 |
| 370 | BREAK ROOM/STORAGE ROOM | $4,983.33 |
| 344 | NEW ROOF 1700 GUINOTTE | $4,942.44 |
| 419 | CONCRETE POURED FOR RACKS UP AGAINST FENCE | $4,885.42 |
| 401 | Flooring | $4,874.53 |
| 909 | STORAGE BLDG WEST FORK AR | $4,798.40 |
| 378 | SECTIION DOOR | $4,517.55 |
| 622 | CLEAN UP WIRE FENCE/REMOVE BLDG | $4,508.32 |
| 426 | DOWNSTAIRS CUBICLE ADDITIONS & PAINTING | $4,493.34 |
| 334 | MACHINERY MOVE | $4,452.08 |
| 1006 | COMPUTER ROOM TULSA | $4,412.92 |
| 1083 | REBUILD FRONT ENTRANCE GATES | $4,324.03 |
| 1099 | BUILDING IMPROVEMENTS, ELECTRICAL | $4,159.73 |
| 919 | MAIN WAREHOUSE YARD STORAGE BLDG IMPROVEMENTS | $4,134.59 |
| 979 | INSTALL NEW FURNACE FOR OFFICE | $4,047.48 |
| 430 | BALANCE OF PHONE LINES HARDWARE/MIDLAND | $3,967.70 |
| 425 | 50% DOWN PHONE LINES HARDWARE/MIDLAND | $3,913.35 |
| 1100 | PAINT OUTER BUILDING | $3,758.34 |
| 387 | TEARDROP BEAMS UPRIGHTS | $3,526.23 |
| 393 | Flooring | $3,449.45 |
| 916 | 8'2" X 10'1" COMMERCIAL GARAGE DOOR | $3,446.45 |
| 415 | FENCE / ALABAMA | $3,361.12 |
| 335 | REPLACE SECTION PARKING | $3,217.52 |
| 1039 | ELECTRICAL WORK IN IT SERVER ROOM | $3,211.67 |
| 432 | FRONT DOOR | $3,166.70 |
| 369 | MATERIAL/LABOR 2 DISCONNECTS | $3,039.55 |
| 394 | Flooring | $3,008.27 |
| 631 | NEW AIR CONDITIONER UNIT | $2,919.91 |
| 1064 | ELECTRICAL WORK - PLASMA CUTTER | $2,784.71 |
| 386 | JACKSHAFT DOOR | $2,693.57 |
| 376 | NEW VESTIBULE ADDITION #29470001 | $2,683.20 |
| 630 | REMODEL BREAKROOM | $2,647.50 |
| 896 | INSTALL WATER LINES, ADD AIR LINES | $2,600.80 |
| 324 | ROOF REPAIR | $2,541.67 |
| 389 | Flooring | $2,459.47 |
| 392 | Office Electrical | $2,333.79 |
| 403 | VESTIBULE ADDITION FINAL | $2,327.81 |

| Sys No | Description | Net Book Value |
|--------|-------------|----------------|
| 626 | ELECTRICAL WORK | $2,293.99 |
| 985 | 1600 GUINOTTE BUILDING UPDATING | $2,286.24 |
| 314 | CAULKING, SEALING BLDG. | $2,261.11 |
| 429 | 4 PORT MODULAR ANALOG HARDWARE/MIDLAND | $2,238.97 |
| 328 | CONCRETE REPAIR/RAMPS | $2,148.61 |
| 372 | DEPOSIT/OFFICE & WHSE FLOOR | $2,142.87 |
| 628 | SIGN | $2,091.21 |
| 408 | FOOTING HOLE WORK | $2,010.08 |
| 390 | Flooring | $1,766.85 |
| 377 | DOOR | $1,714.16 |
| 404 | DRAIN BASIN | $1,664.83 |
| 382 | EVIDEO SYSTEM | $1,521.00 |
| 368 | OVERHEAD LIGHTS IN WHSE | $1,429.66 |
| 409 | ROLL LOT SMOOTH-LOT WORK | $1,185.19 |
| 383 | USED TEARDROP BEAMS | $1,050.24 |
| 431 | VARIOUS INVOICES | $1,012.53 |
| 629 | PAINTING MAIN AND 2ND FLOOR | $1,003.96 |
| 623 | WATER LINES | $1,002.76 |
| 396 | Flooring | $984.19 |
| 624 | CHAIN LINK FENCE | $981.66 |
| 385 | DEMO EXISTING DUCT WORK | $975.85 |
| 367 | DECK IN WAREHOUSE | $772.48 |
| 627 | EXTEND WALL/INSTALL RAFTERS | $728.58 |
| 625 | INSTALL 10/10 OPENING/OVERHEAD DOOR | $583.34 |
| 312 | ROOF WORK | $575.27 |
| 418 | BARB WIRE ADDED TO FENCE/ALABAMA | $558.34 |
| 708 | PARKING LOT REPAIR | $491.68 |
| 620 | NEW ROOF | $345.23 |
| 718 | SECURITY EQUIPMENT | $325.07 |
| 797 | HIGH BAY LIGHTS | $239.99 |
| 363 | GRAVEL/CONCRETE BLOCKS PARK. LOT | $171.89 |
| 618 | UTILITY ROOM 12X30 | $130.55 |
| 795 | ASPHALT PARKING LOT | $129.54 |
| 365 | STRIP LIGHT FIXTURES NEW SHELVING | $104.55 |
| 364 | SPREAD ROCK/CLEAN UP PARKING LOT | $90.94 |
| 796 | HIGH BAY LIGHTS | $71.43 |
| 619 | BUILD TOOL LOCKUP FOR WHSE | $45.71 |
| 794 | USED UPRIGHTS | $45.26 |
| 366 | FRONT DOOR | $45.17 |
| 310 | LIGHTS FOR WHSE | $0.00 |
| 311 | ROOM BUILT IN WHSE | $0.00 |
| 313 | ASPHALTING DRIVEWAY | $0.00 |
| 315 | PIPE YARD WORK | $0.00 |
| 316 | FENCE | $0.00 |
| 317 | CARPET UPSTAIRS | $0.00 |
| 320 | CARPET DOWNSTAIRS | $0.00 |

| Sys No | Description | Net Book Value |
|---|---|---|
| 321 | CONDUIT LINE/ELEC/PHONES | $0.00 |
| 322 | ELECTRICAL WORK FOR SHOP AREA | $0.00 |
| 323 | FENCE MATERIAL & INSTALL | $0.00 |
| 326 | CHAIN LINK FENCE | $0.00 |
| 330 | FENCE & GATES (1700) | $0.00 |
| 331 | OVERHEAD DOOR | $0.00 |
| 332 | ELECTRICAL REMODELING | $0.00 |
| 333 | OPENING FOR OVERHEAD | $0.00 |
| 336 | COMERCIAL CARPET | $0.00 |
| 337 | NEW LIGHTING | $0.00 |
| 338 | MATERIAL NEW OFFICES | $0.00 |
| 339 | PASS DOOR | $0.00 |
| 340 | ELECTRICAL WORK | $0.00 |
| 341 | NEW DOOR | $0.00 |
| 342 | NEW AREA PLYWOOD | $0.00 |
| 343 | NEW FENCE | $0.00 |
| 345 | FENCE | $0.00 |
| 346 | WORKSTATIONS (18) | $0.00 |
| 347 | PEBBLE TOP MATTING | $0.00 |
| 348 | DIRT, SLAG & TRACTOR WORK | $0.00 |
| 349 | OFFICE FOR SCHONS | $0.00 |
| 350 | POWER VOICE & DATA | $0.00 |
| 351 | FENCE | $0.00 |
| 352 | PALLET SHELVING | $0.00 |
| 353 | OVERHEAD DOOR | $0.00 |
| 354 | BREEZEAIR UNIT FOR COMP RM | $0.00 |
| 355 | STONE LOT | $0.00 |
| 356 | FENCE | $0.00 |
| 357 | PIPE RACKS | $0.00 |
| 358 | METAL BUILDING | $0.00 |
| 359 | CONCRETE PAD | $0.00 |
| 360 | SHELVING | $0.00 |
| 361 | CONCRETE WORK | $0.00 |
| 362 | ROOFING REPAIR | $0.00 |
| 599 | INTERIOR OFFICE REMODELING | $0.00 |
| 600 | INTERIOR OFFICE REMODELING | $0.00 |
| 601 | ASPHALT | $0.00 |
| 602 | WINDOW REPLACEMENT | $0.00 |
| 603 | NEW ROOF | $0.00 |
| 604 | CONSTRUCTION NEW OFFICE | $0.00 |
| 605 | NEW PARKING LOT | $0.00 |
| 606 | CHAIN LINK FENCE | $0.00 |
| 607 | CURB & GUTTER | $0.00 |
| 608 | NEW MEZZANINE | $0.00 |
| 609 | ROOF REPAIR | $0.00 |
| 610 | FURNACE/AIR CONDITIONER | $0.00 |

| Sys No | Description | Net Book Value |
|---|---|---|
| 611 | OVERHEAD DOOR & FRAME | $0.00 |
| 612 | TILE & CARPETING | $0.00 |
| 613 | FENCE CHAIN-LINK | $0.00 |
| 614 | NEW FENCE | $0.00 |
| 615 | NEW SPLIT SYSTEMS | $0.00 |
| 616 | STRUCTURAL STEEL INVESTIGATION | $0.00 |
| 617 | DOUBLE FACE POLE SIGN-TEXARKANA | $0.00 |
| 705 | FURNACE & A/C UNIT | $0.00 |
| 706 | REPAIR MAIN SEWER LINE | $0.00 |
| 707 | NEW ROOF | $0.00 |
| 709 | PROPERTY RESTORATION | $0.00 |
| 710 | SIGN - SIOUX CITY | $0.00 |
| 711 | WINDOWS TINTED - SIOUX CITY | $0.00 |
| 712 | ELECTRICAL WORK SIOUX CITY | $0.00 |
| 713 | ELECTRICAL WORK SIOUX CITY | $0.00 |
| 714 | PARKING LOT/VALVE ASSEMBLY | $0.00 |
| 715 | WAREHOUSE FLOOR RESURFACE | $0.00 |
| 716 | DECK, ROOF, GUTTER REPAIR | $0.00 |
| 717 | CORNELL ROLLING STEEL DOOR | $0.00 |
| 737 | CONSTRUCTION OF OFFICE | $0.00 |
| 739 | ASPHALT | $0.00 |
| 740 | REMODEL OFFICE | $0.00 |
| 741 | WORKSTATIONS | $0.00 |
| 742 | NEW FLOORING | $0.00 |
| 743 | NEW DOORS | $0.00 |
| 781 | PIPE RACKS | $0.00 |
| 782 | ASPHALT PAVING NEW BUILDNG | $0.00 |
| 783 | NEW WAREHOUSE DOWN PAYMENT | $0.00 |
| 784 | OFFICE WITHIN WAREHOUSE | $0.00 |
| 785 | NEW BARE STRUCTURAL STEEL PIPE | $0.00 |
| 786 | NETWORK/PHONE WIRING & EQUIP | $0.00 |
| 787 | DOUBLE DRIVE GATE | $0.00 |
| 788 | UPRIGHTS & STEP BEAMS | $0.00 |
| 789 | NEW FURNISHINGS FOR START UP | $0.00 |
| 790 | FIXTURES & WIRING FOR START UP | $0.00 |
| 791 | ELECTRICAL WORK | $0.00 |
| 792 | HOIST/TROLLY & BRIDGE CONTROLS | $0.00 |
| 793 | CONVERTER BOXES & RECEPTACLES | $0.00 |
| 886 | INSTALL 4 PRIVATE OFFICES | |
| | | $4,890,683.58 |

| Fill in this information to identify the case: |
| --- |

| Debtor | MID-STATES SUPPLY COMPANY, INC. |
| --- | --- |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | 16-40271 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

1.  1. Do any creditors have claims secured by debtor's property?
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☒ Yes. Fill in all of the information below.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** <br> **Amount of claim** <br> *Do not deduct the value of collateral.* | **Column B** <br> **Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **Creditor's name** <br> NMHG FINANCIAL SERVICES, INC. <br><br> **Creditor's mailing address** <br> 44 OLD RIDGEBURY ROAD <br> DANBURY, CT  06810 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> EQUIPMENT <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | $56,294.00 | UNKNOWN |
| **Creditor's name** <br> BANK OF THE WEST <br><br> **Creditor's mailing address** <br> DEPT LA 23091 <br> PASADENA, CA  91185-3091 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> EQUIPMENT <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | $7,833.00 | UNKNOWN |

**Part 1:**    **Additional Page**

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | Do not deduct the value of collateral. |  |
| **Creditor's name** CATERPILLAR FINANCIAL SERVICES | **Describe debtor's property that is subject to a lien** EQUIPMENT | $107,500.00 | UNKNOWN |
| **Creditor's mailing address** P.O. BOX 100647 PASADENA, CA  91189-0647 | **Describe the lien** |  |  |
| **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes |  |  |
| **Date or dates debt was incurred** | | | |
| **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** Check all that apply. ☒ Contingent ☒ Unliquidated ☒ Disputed | | |
| **Creditor's name** DE LAGE LANDEN FINANCIAL SERV | **Describe debtor's property that is subject to a lien** EQUIPMENT | UNKNOWN | UNKNOWN |
| **Creditor's mailing address** REF NO. 191084 P.O. BOX 41602 PHILADELPHIA, PA  19101-1602 | **Describe the lien** | | |
| **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| **Date or dates debt was incurred** | | | |
| **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** Check all that apply. ☒ Contingent ☒ Unliquidated ☒ Disputed | | |
| **Creditor's name** DIRECT CAPITAL | **Describe debtor's property that is subject to a lien** EQUIPMENT | $1,101,094.58 | UNKNOWN |
| **Creditor's mailing address** 155 COMMERCE WAY PORTSMOUTH, NH  03801 | **Describe the lien** | | |
| **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| **Date or dates debt was incurred** | | | |
| **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** Check all that apply. ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |
| **Creditor's name**<br>FORD MOTOR<br><br>**Creditor's mailing address**<br>P.O. BOX 650575<br>DALLAS, TX  75265-0575<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>EQUIPMENT<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $534,919.63 | UNKNOWN |
| **Creditor's name**<br>GREATAMERICA FINANCIAL SVCS<br><br>**Creditor's mailing address**<br>P.O. BOX 660831<br>DALLAS, TX  75266-0831<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>EQUIPMENT<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $4,425.91 | UNKNOWN |
| **Creditor's name**<br>KNUTH<br><br>**Creditor's mailing address**<br>590 BOND ST<br>LINCOLNSHIRE, IL  60069<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>EQUIPMENT<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $9,916.00 | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**Creditor's name**
WELLS FARGO EQUIPMENT FINANCE

**Creditor's mailing address**
300 TRI-STATE INTERNATIONAL, SUITE 400
LINCOLNSHIRE, IL 67252

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
EQUIPMENT

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: $70,000.00
Column B: UNKNOWN

---

**Creditor's name**
NMHG FINANCIAL SERVICES

**Creditor's mailing address**
P.O. BOX 843749
PITTSBURGH, PA 15264-3749

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
EQUIPMENT

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

**Creditor's name**
WELLS FARGO BANK N.A.

**Creditor's mailing address**
P.O. BOX 63020
SAN FRANCISCO, CA 94163

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
BLANKET LIEN

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $23,472,099.65
Column B: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

|  | Column A | Column B |
|--|----------|----------|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* |  |

**Creditor's name**
OFFICE BUSINESS SOLUTIONS LLC

**Creditor's mailing address**
920 WEST 47TH STREET
KANSAS CITY, MO  64112

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
EQUIPMENT

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: $6,045.48
Value of collateral: UNKNOWN

---

**Creditor's name**
OFFICE BUSINESS SOLUTIONS LLC

**Creditor's mailing address**
920 WEST 47TH STREET
KANSAS CITY, MO  64112

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
EQUIPMENT

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: $1,069.20
Value of collateral: UNKNOWN

---

**Creditor's name**
RAYMOND LEASING CORPORATION

**Creditor's mailing address**
P.O. BOX 301590
DALLAS, TX  75303-1590

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
EQUIPMENT

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: $26,615.86
Value of collateral: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| | | | |
|---|---|---|---|
| **Creditor's name** STEELCASE FINANCIAL SERVICES | **Describe debtor's property that is subject to a lien** EQUIPMENT | UNKNOWN | UNKNOWN |
| **Creditor's mailing address** 901 44TH STREET S.E. GRAND RAPIDS, MI 49508 | **Describe the lien** | | |
| **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| **Date or dates debt was incurred** | | | |
| **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** Check all that apply. ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

| | | | |
|---|---|---|---|
| **Creditor's name** TCF LEASING, FORMERLY INTECH FUNDING CORPORATION | **Describe debtor's property that is subject to a lien** EQUIPMENT | $325,000.00 | UNKNOWN |
| **Creditor's mailing address** 201 EAST HUNTINGTON DRIVE MONROVIA, CA 91016 | **Describe the lien** | | |
| **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| **Date or dates debt was incurred** | | | |
| **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** Check all that apply. ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

| | | | |
|---|---|---|---|
| **Creditor's name** TOYOTA MOTOR CREDIT CORP | **Describe debtor's property that is subject to a lien** EQUIPMENT | $5,868.14 | UNKNOWN |
| **Creditor's mailing address** 1700 EAST 8TH STREET KANSAS CITY, MO 64106 | **Describe the lien** | | |
| **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| **Date or dates debt was incurred** | | | |
| **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** Check all that apply. ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

Debtor   MEDICAL EDUCATIONAL I INC.   Case number (if known) 16-40271

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that** |
| | | *Do not deduct the value of collateral.* | **supports this claim** |
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $1,860.51 | UNKNOWN |
| U.S. BANK EQUIPMENT FINANCE | EQUIPMENT | | |
| **Creditor's mailing address** | **Describe the lien** | | |
| P.O. BOX 790448 ST LOUIS, MO  63179 | | | |
| **Creditor's email address** | **Is the creditor an insider or related party?** | | |
| **Date or dates debt was incurred** | ☒ No ☐ Yes | | |
| **Last 4 digits of account number:** | **Is anyone else liable on this claim?** | | |
| **Do multiple creditors have an interest in the same property?** | ☒ No ☐ Yes | | |
| ☒ No ☐ Yes | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| | ☒ Contingent ☒ Unliquidated ☒ Disputed | | |
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
| NMHG FINANCIAL SERVICES | EQUIPMENT | | |
| **Creditor's mailing address** | **Describe the lien** | | |
| P.O. BOX 643749 PITTSBURGH, PA  15264-3749 | | | |
| **Creditor's email address** | **Is the creditor an insider or related party?** | | |
| **Date or dates debt was incurred** | ☒ No ☐ Yes | | |
| **Last 4 digits of account number:** | **Is anyone else liable on this claim?** | | |
| **Do multiple creditors have an interest in the same property?** | ☒ No ☐ Yes | | |
| ☒ No ☐ Yes | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| | ☒ Contingent ☒ Unliquidated ☒ Disputed | | |
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $25,730,541.96 | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | MID-STATES SUPPLY COMPANY, INC. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | 16-40271 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br><br>JACKSON COUNTY COLLECTOR<br>P O BOX 219747<br>KANSAS CITY, MO  64121-9747<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Sales Tax<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $94,879.22 | $94,879.22 |
| **Priority creditor's name and mailing address**<br><br>HASKIN, ANTHONY W.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,040.00 | $1,040.00 |
| **Priority creditor's name and mailing address**<br><br>HINTZE, KYLIE C.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,120.00 | $1,120.00 |

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,760.00 | $1,760.00 |
| HOLDERFIELD, CHAD M<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** Employee - Accrued Vacation | | |
| **Last 4 digits of account number:** | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,009.60 | $4,009.60 |
| HOUSER, MARC A.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** Employee - Accrued Vacation | | |
| **Last 4 digits of account number:** | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,876.92 | $3,876.92 |
| HOWE, RYAN<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** Employee - Accrued Vacation | | |
| **Last 4 digits of account number:** | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,883.08 | $5,883.08 |
| HURLEY, BRUCE<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** Employee - Accrued Vacation | | |
| **Last 4 digits of account number:** | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,726.46 | $3,726.46 |
| ILLINIOS DEPARTMENT OF REVENUE<br>P.O. BOX 19014<br>SPRINGFIELD, IL  62794-9014 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** Sales Tax | | |
| **Last 4 digits of account number:** | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

Debtor   MISSOURI LEGAL SERVICES, INC.
(Name)   Case number (if known) 16-40271

| | | Total claim | Priority amount |
|---|---|---|---|

**Part 1:** | **Additional Page**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,936.00 | $23,936.00 |
|---|---|---|---|
| ILLINIOS DEPARTMENT OF REVENUE<br>P.O. BOX 19014<br>SPRINGFIELD, IL  62794-9014 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| **Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **Basis for the claim:**<br>Sales Tax | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,329.60 | $4,329.60 |
|---|---|---|---|
| COLE, JAMES TYLER<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **Basis for the claim:**<br>Employee - Accrued Vacation | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,958.18 | $14,958.18 |
|---|---|---|---|
| IOWA DEPARTMENT OF REVENUE<br>P.O. BOX 10412<br>DES MOINES, IA  50306 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| **Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **Basis for the claim:**<br>Sales and Use Tax | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,720.00 | $2,720.00 |
|---|---|---|---|
| HANNAH, CARRIE ANN<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **Basis for the claim:**<br>Employee - Accrued Vacation | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,040.00 | $1,040.00 |
|---|---|---|---|
| JOHNSON, CONSTANCE M<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **Basis for the claim:**<br>Employee - Accrued Vacation | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |

**Part 1:** Additional Page

| | Total claim | Priority amount |
|---|---|---|

**Priority creditor's name and mailing address**

JUST, BRADLEY A.
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,920.00   Priority amount: $1,920.00

---

**Priority creditor's name and mailing address**

KANSAS DEPARTMENT OF REVENUE
915 SW HARRISON STREET
TOPEKA, KS  66612-1588

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $24,108.36   Priority amount: $24,108.36

---

**Priority creditor's name and mailing address**

KINGSOLVER, SAMUEL M
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,009.60   Priority amount: $4,009.60

---

**Priority creditor's name and mailing address**

LOHMEYER, ADAM M.
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,640.00   Priority amount: $4,640.00

---

**Priority creditor's name and mailing address**

LONGNECKER, JUSTIN L
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,009.60   Priority amount: $4,009.60

Debtor  MICHAELS STORES PROCUREMENT COMPANY, INC.  Case number (if known) 16-40271  Case 16-40271-can11  Doc 193  Filed 03/14/16  Entered 03/14/16 12:14:02  Desc
(Name)

Main Document  Page 56 of 709

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |
| **Priority creditor's name and mailing address**<br>LOUISIANA DEPARTMENT OF REVENUE<br>P.O. BOX 5199<br>BATON ROUGE, LA  70821-5199<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>Sales Tax<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,269.00 | $7,269.00 |
| **Priority creditor's name and mailing address**<br>LUSBY, TREVAN N.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,800.00 | $2,800.00 |
| **Priority creditor's name and mailing address**<br>INDIANA DEPARTMENT OF REVENUE<br>P.O. BOX 6197<br>INDIANAPOLIS, IN  46206-6197<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>Sales Tax<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $41.10 | $41.10 |
| **Priority creditor's name and mailing address**<br>JACKSON, NEAL<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,641.34 | $4,641.34 |
| **Priority creditor's name and mailing address**<br>BALDRIDGE, JAMES R.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,172.10 | $3,172.10 |

Debtor   Multi-Packaging Solutions Overland Park, Inc.    Case number (if known) 16-40276

(Name)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**Priority creditor's name and mailing address**

COMEAUX, KEVIN
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,200.00    $1,200.00

---

**Priority creditor's name and mailing address**

LYONS-FRANDSEN, JOSEPH G
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,964.80    $1,964.80

---

**Priority creditor's name and mailing address**

ESPINOZA JR., ROBERT G
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,964.80    $1,964.80

---

**Priority creditor's name and mailing address**

DREYER, MARK
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,760.00    $1,760.00

---

**Priority creditor's name and mailing address**

ENGLE, KEVIN
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,400.00    $2,400.00

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**
PRAUS, BRIAN A.
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,880.00    Priority amount: $3,880.00

---

**Priority creditor's name and mailing address**
SEELENTAG, DONALD
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,806.51    Priority amount: $3,806.51

---

**Priority creditor's name and mailing address**
HARRIS CO MUD #182
P.O. BOX 672346
HOUSTON, TX 77267-2346

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $361.28    Priority amount: $361.28

---

**Priority creditor's name and mailing address**
PILBEAM, JOHN P
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,464.95    Priority amount: $5,464.95

---

**Priority creditor's name and mailing address**
HARLIN, ROBERT D
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,720.00    Priority amount: $2,720.00

Debtor    MONARCH HARDWOODS, INC.    Case number (if known)    16-40271
(Name)

| Part 1: | Additional Page |

|  | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**

GIBSON II, HOWARD D
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,009.60    Priority amount: $4,009.60

---

**Priority creditor's name and mailing address**

GONZALEZ, ANITA
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,338.46    Priority amount: $1,338.46

---

**Priority creditor's name and mailing address**

GOUCHER, CHRISTOPHER
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,004.80    Priority amount: $2,004.80

---

**Priority creditor's name and mailing address**

GREEN, RAYMOND CHEY
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,307.69    Priority amount: $2,307.69

---

**Priority creditor's name and mailing address**

GREENE, JACOB S.
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,640.00    Priority amount: $4,640.00

| Part 1: | Additional Page |
| --- | --- |

| | Total claim | Priority amount |
| --- | --- | --- |

**Priority creditor's name and mailing address**
GRISWELL, TAMMY D.
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,692.31   Priority amount: $3,692.31

---

**Priority creditor's name and mailing address**
GUEVARA, JOE
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,160.00   Priority amount: $1,160.00

---

**Priority creditor's name and mailing address**
GURY, JOHN
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $6,538.47   Priority amount: $6,538.47

---

**Priority creditor's name and mailing address**
MC COY, KENNETH
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,360.00   Priority amount: $3,360.00

---

**Priority creditor's name and mailing address**
WEIDMAN, SPENCER J.
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,403.85   Priority amount: $2,403.85

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**Priority creditor's name and mailing address**
TAYLOR, JASON
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,009.60   Priority amount: $4,009.60

---

**Priority creditor's name and mailing address**
LYMAN, LANCE
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,009.60   Priority amount: $4,009.60

---

**Priority creditor's name and mailing address**
RICHARDS, RODNEY R.
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,615.38   Priority amount: $4,615.38

---

**Priority creditor's name and mailing address**
RILEY, RICHARD C.
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,009.60   Priority amount: $4,009.60

---

**Priority creditor's name and mailing address**
ROBINSON, CHRISTIAN
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $960.00   Priority amount: $960.00

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address** <br> SANDOVAL, PATRICIA <br> 1716 GUINOTTE AVENUE <br> KANSAS CITY, MO 64120 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> Employee - Accrued Vacation <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $2,560.00 | $2,560.00 |
| **Priority creditor's name and mailing address** <br> SEDGWICK COUNTY TREASURER <br> RON ESTES, TREASURER <br> 4665 E. 31ST STREET <br> WICHITA, KS 67203 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> Sales Tax <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $733.16 | $733.16 |
| **Priority creditor's name and mailing address** <br> SHEETS, KAREN <br> 1716 GUINOTTE AVENUE <br> KANSAS CITY, MO 64120 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> Employee - Accrued Vacation <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $1,760.00 | $1,760.00 |
| **Priority creditor's name and mailing address** <br> SOUTH DAKOTA DEPARTMENT OF REVENUE <br> 445 EAST CAPITOL AVENUE <br> PIERRE, SD 57501 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> Sales Tax <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $56.44 | $56.44 |
| **Priority creditor's name and mailing address** <br> RANDEL, KURT B <br> 1716 GUINOTTE AVENUE <br> KANSAS CITY, MO 64120 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> Employee - Accrued Vacation <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $3,846.15 | $3,846.15 |

| Debtor | MUELLER LEASE/INVEST, INC. | Case number (if known) | 16-40271 |
|--------|---------------------------|----------------------|----------|
| | (Name) | | |

**Part 1:** **Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $53,847.00 | $53,847.00 |

**Priority creditor's name and mailing address**
STATE OF NORTH DAKOTA OFFICE OF
STATE TAX COMMISSIONER
600 E. BOULEVARD AVE., DEPT. 127
BISMARK, ND 58505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $53,847.00 — Priority amount: $53,847.00

---

**Priority creditor's name and mailing address**
RAMIREZ, JUAN C.
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,680.00 — Priority amount: $1,680.00

---

**Priority creditor's name and mailing address**
TERRY, COLLEEN M.
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,280.00 — Priority amount: $1,280.00

---

**Priority creditor's name and mailing address**
TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS
7050 S. YALE, SUITE 101
TULSA, OK 74136

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $36,438.72 — Priority amount: $36,438.72

---

**Priority creditor's name and mailing address**
TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS
7050 S. YALE, SUITE 101
TULSA, OK 74136

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN — Priority amount: UNKNOWN

Debtor    MISSOURI BONE & JOINT, INC.    Case number (if known) 16-40271

(Name)

**Part 1:    Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>TEXAS COUNTY TREASURER<br>P.O. BOX 509<br>GUYMON, OK  73942<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>Sales Tax<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $41.00 | $41.00 |
| **Priority creditor's name and mailing address**<br>UTAH STATE TAX COMMISSION<br>210 N 1950 W<br>SALT LAKE CITY, UT  84134-0400<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>Sales Tax<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $30,061.70 | $30,061.70 |
| **Priority creditor's name and mailing address**<br>VANCE, DAVID J<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,392.30 | $5,392.30 |
| **Priority creditor's name and mailing address**<br>WYOMING DEPARTMENT OF REVENUE<br>122 W 25TH ST. 2W<br>CHEYENNE, WY  82002-0110<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>Sales Tax<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,868.67 | $1,868.67 |
| **Priority creditor's name and mailing address**<br>YOCHUM, KIMBERLY J.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,920.00 | $1,920.00 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**Priority creditor's name and mailing address**

CITY OF GREELEY COLORADO
DIRECTOR OF FINANCE
P.O. BOX 1928
P.O. BOX 1648
GREELEY, CO 80632

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $876.73  Priority amount: $876.73

---

**Priority creditor's name and mailing address**

ST MARTIN PARISH SCHOOL BOARD SALES
& USE TAX DEPARTMENT
P.O. BOX 1000
BREAUX BRIDGE, LA 70517

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $33.50  Priority amount: $33.50

---

**Priority creditor's name and mailing address**

MISSOURI DEPARTMENT OF REVENUE
TAXATION DIVISION
P.O. BOX 3350
JEFFERSON CITY, MO 65105-3350

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $12,105.00  Priority amount: $12,105.00

---

**Priority creditor's name and mailing address**

WILLIAMS, MARION
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $4,009.60  Priority amount: $4,009.60

---

**Priority creditor's name and mailing address**

MC CURDY, ROBERT
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $3,461.54  Priority amount: $3,461.54

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**Priority creditor's name and mailing address**
MC RAE, JOSHUA H.
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $960.00 — Priority amount: $960.00

---

**Priority creditor's name and mailing address**
MCGARR, BRIAN
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,009.60 — Priority amount: $4,009.60

---

**Priority creditor's name and mailing address**
MIELES, SONIA
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,000.01 — Priority amount: $5,000.01

---

**Priority creditor's name and mailing address**
MIKE SULLIVAN
1001 PRESTON ST.
HOUSTON, TX 77002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $10,587.80 — Priority amount: $10,587.80

---

**Priority creditor's name and mailing address**
MINNESOTA DEPARTMENT OF REVENUE
ATTN: SALES AND USE TAX DIVISION
MAIL STATION 6330
SAINT PAUL, MN 55146-6330

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,952.00 — Priority amount: $1,952.00

| Debtor | MODERN PLASTICS CORP, INC. | | | |
| | (Name) | Case number (if known) 16-40271 | | |

| **Part 1:** | **Additional Page** |

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>MISSISSIPPI DEPARTMENT OF REVENUE<br>P. O. BOX 1033<br>JACKSON, MS  39215<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Sales Tax<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $611.77 | $611.77 |
| **Priority creditor's name and mailing address**<br>REPPERT, CLIFTON CHAD<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,307.69 | $2,307.69 |
| **Priority creditor's name and mailing address**<br>MISSOURI DEPARTMENT OF REVENUE<br>TAXATION DIVISION<br>P.O. BOX 3350<br>JEFFERSON CITY, MO  65105-3350<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Sales Tax<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $265,512.60 | $265,512.60 |
| **Priority creditor's name and mailing address**<br>MAXWELL, SCOTT<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,600.00 | $1,600.00 |
| **Priority creditor's name and mailing address**<br>MULLEN, EDWARD S.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,230.78 | $5,230.78 |

| Part 1: | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**Priority creditor's name and mailing address**
NEBRASKA DEPARTMENT OF REVENUE
P.O. BOX 98923
LINCOLN, NE 68509-8923

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,051.91  Priority amount: $3,051.91

---

**Priority creditor's name and mailing address**
NEWTON, MIKAL S.
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,776.92  Priority amount: $1,776.92

---

**Priority creditor's name and mailing address**
NM TAXATION AND REVENUE DEPARTMENT
1100 S. ST. FRANCIS DR. #3011
SANTA FE, NM 87505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,059.08  Priority amount: $1,059.08

---

**Priority creditor's name and mailing address**
O'BRIEN, KORY LEE
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,040.00  Priority amount: $3,040.00

---

**Priority creditor's name and mailing address**
OKLAHOMA TAX COMMISSION
P.O. BOX 26850
OKLAHOMA CITY, OK 73126-0850

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $6,099.78  Priority amount: $6,099.78

**Part 1:**   **Additional Page**

|  | Total claim | Priority amount |
|---|---|---|
| | | |

**Priority creditor's name and mailing address**

PHILLIPS, STEPHEN S
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,846.15   Priority amount: $1,846.15

---

**Priority creditor's name and mailing address**

POLK COUNTY TREASURER
111 COURT AVE.
DES MOINES, IA 50309

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $6,511.00   Priority amount: $6,511.00

---

**Priority creditor's name and mailing address**

RAINS, TOMMY J.
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $5,000.01   Priority amount: $5,000.01

---

**Priority creditor's name and mailing address**

MISSOURI DEPARTMENT OF REVENUE
TAXATION DIVISION
P.O. BOX 3350
JEFFERSON CITY, MO 65105-3350

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $40,602.97   Priority amount: $40,602.97

---

**Priority creditor's name and mailing address**

STAPLETON, ANDREW P
1716 GUINOTTE AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,713.60   Priority amount: $2,713.60

**Part 1:   Additional Page**

|  | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>MORTENSEN, JONI<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,153.24 | $4,153.24 |
| **Priority creditor's name and mailing address**<br>DULLUM, DARREN L.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,000.00 | $2,000.00 |
| **Priority creditor's name and mailing address**<br>ESPINOSA, FRANK M.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,480.00 | $2,480.00 |
| **Priority creditor's name and mailing address**<br>FLEMMING, TALISHIA N<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,076.93 | $3,076.93 |
| **Priority creditor's name and mailing address**<br>GALENA PARK ISD TAX ASSESSOR<br>14705 WOODFOREST BLVD.<br>HOUSTON, TX  77015<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>Sales Tax<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $10,467.93 | $10,467.93 |

**Part 1:**  **Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>GARVEY, SCOTT M.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,280.00 | $1,280.00 |
| **Priority creditor's name and mailing address**<br>SMITH, COREY J.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,461.54 | $4,461.54 |
| **Priority creditor's name and mailing address**<br>DARE, DAVID R.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,000.01 | $5,000.01 |
| **Priority creditor's name and mailing address**<br>DIBBLE, MARY E<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,590.40 | $2,590.40 |
| **Priority creditor's name and mailing address**<br>SCHUESSLER, LARRY A<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,846.17 | $3,846.17 |

**Part 1:** **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>DARLING, ROBERT K.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120 | $2,692.32 | $2,692.32 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>BROWN, STEVEN R.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120 | $1,600.00 | $1,600.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>BRAGG JR, BOBBY D<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120 | $4,120.00 | $4,120.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>SOLHJOU, ZAHRA P.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120 | $1,615.38 | $1,615.38 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | Total claim | Priority amount |
|---|---|---|
| **Priority creditor's name and mailing address**<br>OCHOA, MARCOS<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120 | $2,000.00 | $2,000.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>REFFNER, JAKE D.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO 64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,240.00 | $2,240.00 |
| **Priority creditor's name and mailing address**<br>HELVIG, KYLE J.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO 64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,840.00 | $1,840.00 |
| **Priority creditor's name and mailing address**<br>TRUWE, DONALD S.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO 64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,080.00 | $2,080.00 |
| **Priority creditor's name and mailing address**<br>JORDAN, CHRISTOPHER<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO 64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,824.00 | $2,824.00 |
| **Priority creditor's name and mailing address**<br>LEMMONS, DANIEL<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO 64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,176.77 | $3,176.77 |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **Priority creditor's name and mailing address**<br>WILLIAMS, SHAWN<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO 64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,046.40 | $3,046.40 |
| **Priority creditor's name and mailing address**<br>BLANKINSHIP, JOY N.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO 64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,017.60 | $2,017.60 |
| **Priority creditor's name and mailing address**<br>CRAMER, JACOB<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO 64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,089.60 | $4,089.60 |
| **Priority creditor's name and mailing address**<br>COLORADO DEPARTMENT OF REVENUE<br>1375 SHERMAN ST.<br>DENVER, CO 80261<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Sales Tax<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,533.00 | $4,533.00 |
| **Priority creditor's name and mailing address**<br>STATE OF ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION<br>SALES AND USE TAX SECTION<br>P.O. BOX 8092<br>LITTLE ROCK, AR 72203-8092<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Sales Tax<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $372.00 | $372.00 |

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **Priority creditor's name and mailing address**<br>ABASOV, ZOKHRAB<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,004.80 | $2,004.80 |
| **Priority creditor's name and mailing address**<br>ABLES, STEPHEN J.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,846.17 | $3,846.17 |
| **Priority creditor's name and mailing address**<br>ALABAMA DEPARTMENT OF REVENUE<br>50 N. RIPLEY<br>MONTGOMERY, AL  36132<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Sales Tax<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,993.94 | $2,993.94 |
| **Priority creditor's name and mailing address**<br>ALDINE I.S.D.<br>P.O. BOX 203989<br>HOUSTON, TX  77216-3989<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Sales Tax<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,161.45 | $1,161.45 |
| **Priority creditor's name and mailing address**<br>BENAVIDES, MELIS M.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,776.92 | $1,776.92 |

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>DOUGLAS COUNTY TREASURER<br>ROOM H-03 CIVIC CENTER<br>OMAHA, NE  68183-0003<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **Priority creditor's name and mailing address**<br>BISHOP, JAMES C.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,653.85 | $3,653.85 |
| **Priority creditor's name and mailing address**<br>ALEXANDER, ALAN T.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,720.00 | $2,720.00 |
| **Priority creditor's name and mailing address**<br>BOBBITT, DAKOTA M.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,600.00 | $1,600.00 |
| **Priority creditor's name and mailing address**<br>BOONE JR., MOSEZELL<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,009.60 | $4,009.60 |

Debtor    MERSCORP Holdings, Inc.    (Name)

**Part 1:** | **Additional Page**

|  | | Total claim | Priority amount |
|---|---|---|---|
| **Priority creditor's name and mailing address**<br>BURKEY, KELLY L<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,080.00 | $2,080.00 |
| **Priority creditor's name and mailing address**<br>BUTLER COUNTY TREASURER<br>205 WEST CENTRAL AVENUE<br>EL DORADO, KS  67042-2106<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Sales Tax<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $99.56 | $99.56 |
| **Priority creditor's name and mailing address**<br>CADDO PARISH SHERIFF'S<br>OFFICE TAX DEPARTMENT<br>501 TEXAS STREET, ROOM 101<br>SHREVEPORT, LA  71101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **Priority creditor's name and mailing address**<br>CADDO-SHREVEPORT SALES & USE TAX<br>COMMISSION<br>P.O. BOX 104<br>SHREVEPORT, LA  71161<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>Sales Tax<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,420.76 | $5,420.76 |
| **Priority creditor's name and mailing address**<br>CALKINS, PAMELA M<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,302.40 | $2,302.40 |

**Part 1:** **Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**

CANNON, EDDIE
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $2,856.00    Priority amount $2,856.00

---

**Priority creditor's name and mailing address**

CUMMINS, BRIAN W.
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $960.00    Priority amount $960.00

---

**Priority creditor's name and mailing address**

BEST, DARREL D.
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $3,318.40    Priority amount $3,318.40

---

**Priority creditor's name and mailing address**

APARICIO, CARLOS
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $1,520.00    Priority amount $1,520.00

---

**Priority creditor's name and mailing address**

RAINES, STEPHEN B.
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $4,009.60    Priority amount $4,009.60

**Part 1:** **Additional Page**

| | Total claim | Priority amount |
|---|---|---|

**Priority creditor's name and mailing address**
HOLUB, WILLIAM R.
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $4,895.70    Priority amount: $4,895.70

---

**Priority creditor's name and mailing address**
JOHNSON, BRANDILEE D
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $3,846.17    Priority amount: $3,846.17

---

**Priority creditor's name and mailing address**
HEAD, FORREST W.
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,004.80    Priority amount: $2,004.80

---

**Priority creditor's name and mailing address**
PEERSON, NICHOLAS A
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $4,089.60    Priority amount: $4,089.60

---

**Priority creditor's name and mailing address**
WILLIAMS, DAKOTA V.
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,004.80    Priority amount: $2,004.80

**Part 1:   Additional Page**

| | Total claim | Priority amount |
|---|---|---|

**Priority creditor's name and mailing address**
BOOKER, KENNETH K.
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,004.80  Priority amount: $2,004.80

---

**Priority creditor's name and mailing address**
CROWLEY, MARC A.
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $3,929.60  Priority amount: $3,929.60

---

**Priority creditor's name and mailing address**
HOLUB, NANCY A.
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $3,846.17  Priority amount: $3,846.17

---

**Priority creditor's name and mailing address**
RICE, THOMAS G.
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,004.80  Priority amount: $2,004.80

---

**Priority creditor's name and mailing address**
COX, KEVIN L.
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee - Accrued Vacation

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $4,009.60  Priority amount: $4,009.60

Debtor   MODERN PLASTICS CORPORATION INC.   Case number (if known) 16-40271

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |
| **Priority creditor's name and mailing address**<br>SHANAHAN, TERRENCE<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,464.63 | $4,464.63 |
| **Priority creditor's name and mailing address**<br>EDWARDS, TOMMY LEE<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,004.80 | $2,004.80 |
| **Priority creditor's name and mailing address**<br>LONGNECKER, JOSHUA S<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,009.60 | $4,009.60 |
| **Priority creditor's name and mailing address**<br>MCCLURE JR., ALBERT R<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,009.60 | $4,009.60 |
| **Priority creditor's name and mailing address**<br>BYRD, ROBERT D.<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Employee - Accrued Vacation<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,009.60 | $4,009.60 |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| **Part 2:** | Additional Page | |

|  | | Amount of claim |
|---|---|---|

| **Nonpriority creditor's name and mailing address**<br><br>FLOW-QUIP INC<br>7440 E. 46TH PLACE<br>TULSA, OK 74145-6306<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $276,461.80 |
| **Nonpriority creditor's name and mailing address**<br><br>FLOWMARK<br>6837 COMMERCIAL AVE<br>BILLINGS, MT 59101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,260.99 |
| **Nonpriority creditor's name and mailing address**<br><br>FLOWLINE COMPONENTS, INC.<br>9600 PULASKI PARK DRIVE<br>BALTIMORE, MD 21220<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,231.56 |
| **Nonpriority creditor's name and mailing address**<br><br>FLOWELL CORPORATION<br>8308 S. REGENCY DRIVE<br>TULSA, OK 74157-9340<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,969.63 |
| **Nonpriority creditor's name and mailing address**<br><br>FLOWSERVE GESTRA US<br>2341 AMPERE DRIVE<br>LOUISVILLE, KY 40299<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $260,490.92 |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

FLO-TITE, INC
PO BOX 1293
LUMBERTON, NC 28358

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$544.80

---

**Nonpriority creditor's name and mailing address**

FLOSOURCE, INC.
489 GARDNER AVE
MARTINSVILLE, IN 46151

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,034.41

---

**Nonpriority creditor's name and mailing address**

FLOMATIC VALVES
15 PRUYN'S ISLAND DRIVE
GLENS FALLS, NY 12801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$385.29

---

**Nonpriority creditor's name and mailing address**

FLEXITALLIC L.P.
DEPT 400
HOUSTON, TX 77120-4346

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$865.42

---

**Nonpriority creditor's name and mailing address**

FLEETPRIDE
P.O. BOX 847118
DALLAS, TX 75284-7118

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$330.09

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

FLOW SAFE SUPPLY INC
10727 TOWERS OAK BLVD
HOUSTON, TX 77070

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,385.50

---

**Nonpriority creditor's name and mailing address**

FLOWSERVE/NORDSTROM
1511 JEFFERSON
SULPHUR SPRING, TX 75482

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,857,328.80

---

**Nonpriority creditor's name and mailing address**

FLOWSERVE/DAVCO EQUIPMENT
1744 W. 4TH STREET
FREEPORT, TX 77541

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,596.94

---

**Nonpriority creditor's name and mailing address**

FEDEX FREIGHT
DEPT CH PO BOX 10306
PALATINE, IL 60055-0306

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,667.50

---

**Nonpriority creditor's name and mailing address**

FLOWSERVE/DURCO VALVE DIV
1978 FOREMAN DRIVE
COOKEVILLE, TN 38501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$374,648.06

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $116,007.56 |
| --- | --- | --- |
| FLOWSERVE/ED VOGT VALVE/JEFFER 1511 JEFFERSON SULPHUR SPRING, TX  75482 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,678.00 |
| --- | --- | --- |
| FLUID MECHANICS VALVE CO 12803 F/M 529 HOUSTON, TX  77041 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42.92 |
| --- | --- | --- |
| FLUID HANDLING SYSTEM 3947 EXCELCIER BLVD MINNEAPOLIS, MN  55416 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,830.00 |
| --- | --- | --- |
| FLUID ENGINEERING 1432 WALNUT STREET ERIE, PA  16502 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,455.27 |
| --- | --- | --- |
| FLOWSERVE/PMV-USA, INC. 1440 LAKE FRONT CIRCLE THE WOODLANDS, TX  77380 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor   MODULAR DETECT (U.S.A.), INC.    Case number _16-40271_
         (Name)

| Part 2: | Additional Page | | |
|---------|-----------------|--|--|

|  |  | Amount of claim |
|--|--|-----------------|
| **Nonpriority creditor's name and mailing address**<br><br>FLOW-TEK INC<br>11850 TANNER ROAD<br>HOUSTON, TX  77041<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,652.89 |
| **Nonpriority creditor's name and mailing address**<br><br>FLOW-ZONE LLC<br>DEPT 248<br>HOUSTON, TX  77210-4346<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,400.00 |
| **Nonpriority creditor's name and mailing address**<br><br>FLANAGAN WHITE INC<br>PO BOX 6567<br>ST LOUIS, MO  63125<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $69.92 |
| **Nonpriority creditor's name and mailing address**<br><br>FLUID PROCESS CONTROL CORP.<br>15W700 79TH STREET<br>BURR RIDGE, IL  60527<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,225.25 |
| **Nonpriority creditor's name and mailing address**<br><br>FELKER BROTHERS<br>BOX 684083<br>CHICAGO, IL  60695-4083<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,241.45 |

**Part 2:**    Additional Page

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4.72 |
| GE CAPITAL | Check all that apply. | |
| PO BOX 740441 | ☐ Contingent | |
| ATLANTA, GA 30374-0441 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,279.31 |
| FLUID SEALING PRODUCTS, INC. | Check all that apply. | |
| 155 SOUTHBELT INDUSTRAL DR | ☐ Contingent | |
| HOUSTON, TX 77047 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $368.15 |
| FARWEST CORROSION CONTROL CO | Check all that apply. | |
| 3148 SOUTH 108TH E AVE | ☐ Contingent | |
| TULSA, OK 74146 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,872.01 |
| FARWEST CORROSION | Check all that apply. | |
| CORROSION CONTROL PRODUCTS | ☐ Contingent | |
| 1480 W ARTESIA BLVD | ☐ Unliquidated | |
| GARDENA, CA 90248-3215 | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,074.63 |
| FASTENAL | Check all that apply. | |
| PO BOX 1286 | ☐ Contingent | |
| WINONA, MN 55987-1286 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

FCX PERFORMANCE
N106 W13131 BRADLEY WAY
GERMANTOWN, WI  53022-8221

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,553.20

---

**Nonpriority creditor's name and mailing address**

FCX PERFORMANCE INC.
P.O. BOX 712465
CINCINNATI, OH  45271-2465

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,259.13

---

**Nonpriority creditor's name and mailing address**

FEDEX
P.O. BOX 7221
PASADENA, CA  91109-7321

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$109.26

---

**Nonpriority creditor's name and mailing address**

FEDEX
DEPT LA PO BOX 21415
PASADENA, CA  91185-1415

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,042.22

---

**Nonpriority creditor's name and mailing address**

FEDERAL FLANGE
P O BOX 925097
HOUSTON, TX  77292-5097

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$605.60

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

FEDERAL PROCESS CORPORATION
DEPT 781552
DETROIT, MI 48278-1552

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$558.84

---

**Nonpriority creditor's name and mailing address**

FERGUSON ENTERPRISES - OMAHA
FEI #226
PO BOX 802817
CHICAGO, IL 60680-2817

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,300.62

---

**Nonpriority creditor's name and mailing address**

FEDEX
PO BOX 94515
PALATINE, IL 60094-4515

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,002.04

---

**Nonpriority creditor's name and mailing address**

FLAMECO INDUSTRIES, INC.
5943 EAST 13TH STREET
TULSA, OK 74112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,171.15

---

**Nonpriority creditor's name and mailing address**

FERGUSON ENTERPRISES - WICHITA
FEI #216
PO BOX 847411
DALLAS, TX 75284-7411

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,376.34

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $256.18 |
| --- | --- | --- |
| FERGUSON ENTERPRISES, INC.<br>1734 LAMPMAN DRIVE<br>BILLINGS, MT  59102-6494 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | | |
| **Last 4 digits of account number:** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $96.60 |
| --- | --- | --- |
| FERGUSON FIRE AND FABRICATION<br>2086 WESTPORT CENTER DRIVE<br>ST LOUIS, MO  63146 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | | |
| **Last 4 digits of account number:** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $48.52 |
| --- | --- | --- |
| FERRELLGAS<br>DEPT CH PO BOX 10306<br>PALATINE, IL  60055-0306 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | | |
| **Last 4 digits of account number:** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $86.52 |
| --- | --- | --- |
| FERRELLGAS<br>PO BOX 1003<br>LIBERTY, MO  64069 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | | |
| **Last 4 digits of account number:** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $6,391.17 |
| --- | --- | --- |
| FESTO CORP.<br>395 MORELAND ROAD<br>HAUPPAUGE, NY  11788 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | | |
| **Last 4 digits of account number:** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

FIBERGRATE COMPOSITE STRUCTURE
5151 BELTLINE RD
DALLAS, TX 75254

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,142.24

---

**Nonpriority creditor's name and mailing address**

FILTER-MART CORPORATION
P.O. BOX 1327
COOKEVILLE, TN 38503

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.42

---

**Nonpriority creditor's name and mailing address**

FIREFORD AVE
167 W. STRATFORD AVE
SALT LAKE, UT 84115

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$139.17

---

**Nonpriority creditor's name and mailing address**

FIRST CLASS SECURITY SYSTEMS
3835 W. 10TH ST #100C
GREELEY, CO 80634-1551

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$63.00

---

**Nonpriority creditor's name and mailing address**

FIRST SUPPLY LLC
P.O. BOX 1177
APPLETON, WI 54912-1177

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,700.08

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

FEDEX
P.O. BOX 94515
PALATINE, IL  60094-4515

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,845.29

---

**Nonpriority creditor's name and mailing address**

GENERAL PLUG
455 NORTH MAIN STREET
GRAFTON, OH  44044

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,983.36

---

**Nonpriority creditor's name and mailing address**

GA INDUSTRIES INC.
9025 MARSHALL RD
CRANBERRY TOWN, PA  16066-3696

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,435.25

---

**Nonpriority creditor's name and mailing address**

GAINES MEASUREMENT & CONTROL
PO BOX 361425
BIRMINGHAM, AL  35236

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,968.34

---

**Nonpriority creditor's name and mailing address**

GALPERTI INC.
160 SOUTHBELT INDUSTRIAL D
HOUSTON, TX  77047

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$76,538.47

Debtor    MIDSTATES PETROLEUM COMPANY, INC.    Case number (if known) 16-40271
    (Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

GAS EQUIPMENT COMPANY
224 PLAZA DRIVE
KANSAS CITY, MO  64150

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$439.24

---

**Nonpriority creditor's name and mailing address**

GASKET SERVICE, INC.
P.O. BOX 2373
ODESSA, TX  79760

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,716.38

---

**Nonpriority creditor's name and mailing address**

GATEWAY PROPANE
PO BOX 306
DUPO, IL  62239

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,052.40

---

**Nonpriority creditor's name and mailing address**

GBA SOLUTIONS
14836 VENTURE DR
FARMERS BRANCH, TX  75234

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,561.44

---

**Nonpriority creditor's name and mailing address**

GC PRODUCTS
3715 1ST AVE W
WILLISTON, ND  58801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,313.72

---

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

GE CAPITAL
PO BOX 740441
ATLANTA, GA  30374-0441

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $542.05
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

GEARENCH
P.O. BOX 192
CLIFTON, TX  76634

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $84.40
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

GE CAPITAL
P.O. BOX 536447
ATLANTA, GA  30353-6447

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $12,098.06
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

GEMINI VALVE SALES & SERVICE
485 W. WRIGHTWOOD AVENUE
ELMHURST, IL  60126

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $716.42
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

G&K
1000 S. LINCOLN AVE #150
LOVELAND, CO  80637

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $1,227.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor MORTGAGES LTD  Case number 16-40271

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

GENERAL WIRE SPRING CO
1101 THOMPSON AVE
MCKEES ROCKS, PA  15136-3899

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$338.99

---

**Nonpriority creditor's name and mailing address**

GEORG FISCHER
PO BOX 515427
LOS ANGELES, CA  90051-6727

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$396.34

---

**Nonpriority creditor's name and mailing address**

GEORG FISCHER CENTRAL PLASTICS
39605 INDEPENDENCE STREET
SHAWNEE, OK  74804-9203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,868.33

---

**Nonpriority creditor's name and mailing address**

GEORG FISCHER HARVEL
300 KUEBLER ROAD
EASTON, PA  18040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,210.62

---

**Nonpriority creditor's name and mailing address**

GEORGE FISCHER SLOANE, INC.
7777 SLOANE DRIVE
LITTLE ROCK, AK  72206

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,693.04

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

GEOR
631 26TH AVE E
DICKINSON, ND  58601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,320.92

---

**Nonpriority creditor's name and mailing address**

GFI DIGITAL
12163 PRICHARD FARM ROAD
MARYLAND HGHTS, MO  63043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$822.91

---

**Nonpriority creditor's name and mailing address**

GHX INDUSTRIAL LLC
DEPT 207
PO BOX 4346
HOUSTON, TX  77210-4346

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,478.88

---

**Nonpriority creditor's name and mailing address**

FARMERS COPPER & IND SPY
202 37TH STREET
GALVESTON, TX  77553

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$353.00

---

**Nonpriority creditor's name and mailing address**

DRESSER INDUSTRIES - BEREA
HARRISON RD.
BEREA, KY  40403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$310.60

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

GEMCO (GENERAL MACHINE CO)
301 SMALLEY AVENUE
MIDDLESEX, NJ 08846

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,486.94

---

**Nonpriority creditor's name and mailing address**

FOUR STARS PIPE & SUPPLY INC.
72 WILSON ROAD
EIGHTY FOUR, PA 15330

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,275.75

---

**Nonpriority creditor's name and mailing address**

FLUIDTECH, LLC
10940 EICHER DRIVE
LENEXA, KS 66219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$105.64

---

**Nonpriority creditor's name and mailing address**

FLW, INC.
5672 BOLSA AVENUE
HUNTINGTON BEACH, CA 92649-1113

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$643.80

---

**Nonpriority creditor's name and mailing address**

FLYT
P.O. BOX 20489
CHEYENNE, WY 82003

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$270.00

---

| Debtor | MUELLER-TECH (USA) MEERS, INC. | Case number (if known) | 16-40271 |
| | (Name) | | |

| **Part 2:** | Additional Page | |

|  | Amount of claim |
| --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,556.05 |
| FOOTAGE TOOLS | *Check all that apply.* | |
| UNIT #1-54 AUDIA CT | ☐ Contingent | |
| VAUGHAN, ON  L46-3N4 | ☐ Unliquidated | |
| CANADA | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $84.00 |
| FORBERG SCIENTIFIC, INC | *Check all that apply.* | |
| 2719 INDUSTRIAL ROW | ☐ Contingent | |
| TROY, MI  48084 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,361.00 |
| FORGED COMPONENTS INC. | *Check all that apply.* | |
| 14527 SMITH ROAD | ☐ Contingent | |
| HUMBLE, TX  77396 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $72,581.85 |
| FORGINGS, FLANGES & FITTINGS | *Check all that apply.* | |
| 8900 RAILWOOD DRIVE | ☐ Contingent | |
| HOUSTON, TX  77078 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,441.92 |
| FORGY PROCESS INSTRUMENTS, INC | *Check all that apply.* | |
| 4063 WEDGEWAY CT | ☐ Contingent | |
| ST LOUIS, MO  63045 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

FORTUNE VALVE USA, INC.
7505 BLUFF POINT DR
HOUSTON, TX 77086

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$100,000.00

---

**Nonpriority creditor's name and mailing address**

FORUM ENERGY TECHNOLOGIES
8807 W SAM HOUSTON PKWY N
HOUSTON, TX 77040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$136,480.93

---

**Nonpriority creditor's name and mailing address**

G.A.P. CONSTRUCTION LLC
4839 NORTH 93RD STREET
KANSAS CITY, KS 66109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$62,000.00

---

**Nonpriority creditor's name and mailing address**

FOSTER MANUFACTURING
2324 WEST BATTLEFIELD
SPRINGFIELD, MO 65807

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,629.44

---

**Nonpriority creditor's name and mailing address**

G.A.L. GAGE COMPANY
2953 HINCHMAN
STEVENSVILLE, MI 49127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,715.70

---

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

FOUR STATES GASKET & RUBBER
475 EAST CEDAR
FARMINGTON, NM  87401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,645.05

---

**Nonpriority creditor's name and mailing address**

FRANK ROBERTS & SONS INC.
1130 ROBERTSVILLE ROAD
PUNXSUTAWNEY, PA  15767

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$428.40

---

**Nonpriority creditor's name and mailing address**

FRANK W WINNE & SON INC.
521 FELLOWSHIP ROAD
MT LAUREL, NJ  08054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,798.38

---

**Nonpriority creditor's name and mailing address**

FRENCH GERLEMAN
2446 SCHUETZ ROAD
MARYLAND HGHTS, MO  63043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11.57

---

**Nonpriority creditor's name and mailing address**

FRISBIE'S FILTER SERVICE, INC.
P.O. BOX 520095
INDEPENDENCE, MO  64052

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,837.40

Debtor   MCSERVICES AMERICA, INC.   Case number (if known) 16-40271
(Name)

| | |
|---|---|
| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $90.62 |
|---|---|---|

FRONT RANGE IND & CONSTRUCTION
300 E. 16TH STREET #212
GREELEY, CO  80631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Accounts Payable/Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,233.21 |
|---|---|---|

FRONTIER
PO BOX 20550
ROCHESTER, NY  14602-0550

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Accounts Payable/Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $636.00 |
|---|---|---|

FRONTLINE FABRICATIONS LLC
1551 ALDEN AVE SW
CANTON, OH  44706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Accounts Payable/Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $420.36 |
|---|---|---|

G & K SERVICES
1745 REYNOLDS
KANSAS CITY, MO  64120-3656

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Accounts Payable/Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250.00 |
|---|---|---|

G&K
1000 S. LINCOLN AVE #150
LOVELAND, CO  80637

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Accounts Payable/Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $435.48 |
|---|---|---|
| FLUID SYSTEMS & COMPONENTS INC<br>4210 E. 142ND<br>GRANDVIEW, MO  64030 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $946,647.88 |
|---|---|---|
| FORUM VALVE SOLUTIONS<br>10600 CORPORATE DRIVE<br>STAFFORD, TX  77477 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10.90 |
|---|---|---|
| DOUGLAS KEY SERVICE INC<br>2014 S WASHINGTON<br>WICHITA, KS  67211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,700.12 |
|---|---|---|
| DIVEONDAD RD<br>1640 MONDAD RD<br>BILLINGS, MT  59101-3200 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,943.11 |
|---|---|---|
| DIVERSIFIED METALS<br>2534 MIDAWY AVE<br>SHREVEPORT, LA  71108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   MOTORS LIQUIDATION COMPANY, INC.   Case number (if known)
(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

DIXON SANITARY
N25 W23040 PAUL ROAD
PEWAUKEE, WI  53072

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,510.72

---

**Nonpriority creditor's name and mailing address**

DIXON VALVE & COUPLING
1244 SALINE STREET
KANSAS CITY, MO  64116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,631.51

---

**Nonpriority creditor's name and mailing address**

DL FLANGE CORPORATION
7785 E. LITTLE YORK
HOUSTON, TX  77016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$77,757.00

---

**Nonpriority creditor's name and mailing address**

DOCUFORCE
8343 EAST 32ND ST SUITE 170
WICHITA, KS  67226

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**

DODSON GLOBAL, INC
5650 EAST PONCE D LEON AVE
STONE MOUNTAIN, GA  30083

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$150,504.56

---

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,861.75 |
| DON JOHNS ENGINEERING CO.<br>701 N RADDANT ROAD<br>BATAVIA, IL 60510 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,700.00 |
| DONALD BARTELS<br>5351 N LAKEWOOD DR<br>SPRINGFIELD, MO 65803 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22.07 |
| DONALD CORPORATION<br>1325 SW ORDNANCE ROAD<br>ANKENY, IA 50023-2744 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $477.00 |
| D'S H STREET<br>210 EAST 15TH STREET<br>CHEYENNE, WY 82001-4502 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48,076.78 |
| DOUBLE (EE) SERVICE, INC.<br>PO BOX 2417<br>WILLISTON, ND 58802-2417 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor MURRAY ENERGY CORPORATION, et al., Inc. Case number 16-40271
(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

DISA
DEPT 890314
PO BOX 120314
DALLAS, TX  75312-0314

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,454.61

---

**Nonpriority creditor's name and mailing address**

DOWCO VALVE
700 SPIRAL BLVD.
HASTINGS, MN  55033-3665

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,585.25

---

**Nonpriority creditor's name and mailing address**

DR. CRAIG HERRE
11201 NALL AVENUE
LEAWOOD, KS  66211-1669

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$137.50

---

**Nonpriority creditor's name and mailing address**

DRINKWATER PRODUCTS
10789 HWY 182
FRANKLIN, LA  07058

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,443.24

---

**Nonpriority creditor's name and mailing address**

DSI PROCESS SYSTEMS
DEPT #13366
ST LOUIS, MO  63179-0100

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,091.99

Debtor    M... ...INC.    (Name)    Case number (if known) ...

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

DUKE ENERGY
PO BOX 1326
CHARLOTTE, NC  28201-1326

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,195.65

---

**Nonpriority creditor's name and mailing address**

DULTMEIER SALES
13808 INDUSTRIAL ROAD
OMAHA, NE  68137

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,934.32

---

**Nonpriority creditor's name and mailing address**

DUNCAN COMPANY
425 HOOVER STREET NE
MINNEAPOLIS, MN  55413

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,667.40

---

**Nonpriority creditor's name and mailing address**

DURA BOND STEEL CORP
P.O. BOX 518
EXPORT, PA  15632

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,900.00

---

**Nonpriority creditor's name and mailing address**

DURKIN EQUIPMENT
P.O. BOX 46927
ST LOUIS, MO  63146

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,099.52

Debtor   MASTERS  Case 16-40271-can11   Doc 193   Filed 03/14/16   Entered 03/14/16 12:14:02   Desc
(Name)   Case number (if known) 16-40271
Main Document   Page 107 of 709

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

DURKIN EQUIPMENT CO./ST LOUIS
2383 CHAFFEE ROAD
ST. LOUIS, MO  63146-6927

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$608.34

---

**Nonpriority creditor's name and mailing address**

DON
551 HIGHWAY 92
CRAWFORD, CO  81415

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$63.50

---

**Nonpriority creditor's name and mailing address**

DERBYSHIRE, MACK & MORGAN INC.
4009-D MARKET STREET
ASTON, PA  19014

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,576.15

---

**Nonpriority creditor's name and mailing address**

INNOVATIVE FLUID POWER
19000-A W. 158TH STREET
OLATHE, KS  66062

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,167.83

---

**Nonpriority creditor's name and mailing address**

GIBSON PRODUCTS
5691 SURREY SQUARE DRIVE
HOUSTON, TX  77017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$89,169.42

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

DEEPX
P.O. BOX 660579
DALLAS, TX  75266-0579

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$107.46

---

**Nonpriority creditor's name and mailing address**

DEKORON/UNITHERM
2382 COLLECTION DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$70,163.04

---

**Nonpriority creditor's name and mailing address**

DELL FASTENER CORPORATION
91 SOUTHPOINTE DRIVE
BIDGEVILLE, PA  15017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,208.12

---

**Nonpriority creditor's name and mailing address**

DELMAR COMPANY
21355 HEYWOOD AVE
LAKEVILLE, MN  55044

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,420.57

---

**Nonpriority creditor's name and mailing address**

DELTA MACHINE & IRONWORKS, LLC
5185 ADAMS AVE
BATON ROUGE, LA  70806

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,586.97

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

DELTA STEEL - HOUSTON
7355 ROUNDHOUSE LANE
HOUSTON, TX 77078

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,552.65

---

**Nonpriority creditor's name and mailing address**

DE-MAR & ASSOCIATES
4490 INDIAN CREEK PKWY
OVERLAND PARK, KS 66207

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,037.33

---

**Nonpriority creditor's name and mailing address**

DENNIS SUPPLY COMPANY
10821 "I" STREET
OMAHA, NE 68137

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$130.95

---

**Nonpriority creditor's name and mailing address**

DISTRIBUTOR TO INDUSTRY
P O BOX 2081
WICHITA, KS 67201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$417.60

---

**Nonpriority creditor's name and mailing address**

DENVER FLUID SYSTEMS TECH
DBA SWAGELOK DENVER
9500 WEST 49TH AVENUE
WHEAT RIDGE, CO 80333

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,469.18

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| **Nonpriority creditor's name and mailing address**<br><br>DISTRIBUTION NOW/WILSON SUPPLY<br>3615 GARDNER<br>KANSAS CITY, MO 64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $116,310.22 |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address**<br><br>DEREK OLSON<br>900 FARNAM STREET<br>APT 606<br>OMAHA, NE 68102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.01 |
| **Nonpriority creditor's name and mailing address**<br><br>DERINGER<br>75 REMITTANCE DR SUITE 1794<br>CHICAGO, IL 60675<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15.00 |
| **Nonpriority creditor's name and mailing address**<br><br>DEUBLIN COMPANY<br>2050 NORMAN DRIVE WEST<br>WAUKEGAN, IL 60085-6747<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,922.44 |
| **Nonpriority creditor's name and mailing address**<br><br>DEX<br>3190 S VAUGHN WAY 6 NORTH<br>AURORA, CO 80014<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $242.51 |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

DEX MEDIA
PO BOX 78041
PHOENIX, AZ  85062-8041

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$188.31

---

**Nonpriority creditor's name and mailing address**

DIAM
P.O. BOX 938
MERIDIAN, ID  83680-938

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$75.57

---

**Nonpriority creditor's name and mailing address**

DIAMOND IDEALEASE
P.O. BOX 1000
MEMPHIS, TN  38148-0045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$639,028.39

---

**Nonpriority creditor's name and mailing address**

DICKINSON READY MIX
37 WESTGATE AVE
DICKINSON, ND  58601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,961.45

---

**Nonpriority creditor's name and mailing address**

DICKSON-DIVELEY
4320 WORNALL
KANSAS CITY, MO  64111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$152.61

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

DIESEL PICKUP SPECIALISTS, INC
104 INDUSTRIAL DR
INMAN, KS  67546

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$806.46

---

**Nonpriority creditor's name and mailing address**

DXP ENTERPRISES
7272 PINEMONT
HOUSTON, TX  77040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$791.06

---

**Nonpriority creditor's name and mailing address**

DENSO USA LP
9747 WHITHORN DRIVE
HOUSTON, TX  77095

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,027.47

---

**Nonpriority creditor's name and mailing address**

ESSENTRA COMPONENTS
2543 MILLENNIUM DRIVE
ELGIN, IL  60124

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,159.40

---

**Nonpriority creditor's name and mailing address**

DUST CONTROL & LOADING SYSTEMS
08660 ANCE RD
CHARLEVOIX, MI  49720

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,670.76

---

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

ENERGY SALES, LLC
P.O. BOX 80610
MIDLAND, TX  79708

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,286.63

---

**Nonpriority creditor's name and mailing address**

ENERGY SPECIALITY PRODUCTS
P.O. BOX 6328
BOSSIERS CITY, LA  71171

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$494.40

---

**Nonpriority creditor's name and mailing address**

ENERGY SYSTEMS INDUSTRIAL INC.
2267 SIMS STREET
DICKINSON, ND  58601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,622.74

---

**Nonpriority creditor's name and mailing address**

ENGINEERED EQUIPMENT
3456 BYPASS BLVD
CASPER, WY  82604

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,882.86

---

**Nonpriority creditor's name and mailing address**

ENGINEERED SALES INC.
18 PROGRESS PARKWAY
MARYLAND HGHTS, MO  63043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$506.96

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

ENGINEERED SYSTEMS, INC.
4343 MERRIAM DRIVE
OVERLAND PARK, KS 66203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,868.34

---

**Nonpriority creditor's name and mailing address**

ENPRO INC
121 S LOMBARD RD
ADDISON, IL 60101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,008.06

---

**Nonpriority creditor's name and mailing address**

EPICORE SOFTWARE CORP
PO BOX 671069
DALLAS, TX 75267-1069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,029.78

---

**Nonpriority creditor's name and mailing address**

EQUIPMENT & CONTROLS
2 PARK DRIVE
LAWRENCE, PA 15055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,230.00

---

**Nonpriority creditor's name and mailing address**

ENERGY METALS INC.
2328 BELLFORT AVE
HOUSTON, TX 77051

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,988.68

Debtor   Multi-Print One Energy Services, Inc.        Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,736.93 |

**Nonpriority creditor's name and mailing address**

ERNST FLOW INDUSTRIES
P.O. BOX 925
FARMINGDALE, NJ 07727

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $1,736.93
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

ENERGY CONTROLS
10220 W STATE RD 85
DAVIE, FL 33324

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $220.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

ESTES EXPRESS LINES
PO BOX 25612
RICHMOND, VA 23260-5612

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $261.97
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

ETTERMAN ENTERPRISES
1913 W HWY 12
WILLIAR, MN 56201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $2,733.32
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

EVEREST VALVE COMPANY
6612 AVENUE U
HOUSTON, TX 77011

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $1,100.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

EVERLASTING VALVE
P O BOX 72041
CLEVELAND, OH  44192

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$542.87

---

**Nonpriority creditor's name and mailing address**

EXPERITEC, INC.
8863 E. 34TH STREET N.
WICHITA, KS  67226-2624

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,504.84

---

**Nonpriority creditor's name and mailing address**

EXPRESS BOLT & GASKET
4721 WORLD HOUSTON PARKWAY
HOUSTON, TX  77032

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,156.65

---

**Nonpriority creditor's name and mailing address**

E-Z LINE
P.O. BOX 767
MANVEL, TX  77578

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,104.00

---

**Nonpriority creditor's name and mailing address**

EZEFLOW USA, INC.
P.O. BOX 7027
NEW CASTLE, PA  16107-7027

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |
| **Nonpriority creditor's name and mailing address**<br><br>F & H FOOD EQUIPMENT CO.<br>1526 S. ENTERPRISE AVE.<br>SPRINGFIELD, MO 65804<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,096.80 |
| **Nonpriority creditor's name and mailing address**<br><br>FAIRMONT SUPPLY COMPANY<br>PO BOX 560<br>CANONSBURG, PA 15317<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,640.30 |
| **Nonpriority creditor's name and mailing address**<br><br>FALCON PUMP & SUPPLY COMPANY<br>927 CONNIE AVE<br>MILLS, WY 82644<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,273.00 |
| **Nonpriority creditor's name and mailing address**<br><br>ERNIE GRAVES CO INC<br>201 SOUTH HOUSTON<br>TULSA, OK 74127<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,293.00 |
| **Nonpriority creditor's name and mailing address**<br><br>EG PRODUCTS<br>P.O. BOX 10800<br>PEORIA, IL 61612<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $91.00 |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

FANSHIER CORROSION SERVICE INC
2010 N US HIGHWAY 281
GREAT BEND, KS  67530

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,199.27

---

**Nonpriority creditor's name and mailing address**

DXP ENTERPRISES (PUMP&POWER)
9010 ROSEHILL RD
LENEXA, KS  66215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$967.55

---

**Nonpriority creditor's name and mailing address**

DYNAMIC PRODUCTS, INC.
16520 PENINSULA BLVD.
HOUSTON, TX  77015

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$468,511.00

---

**Nonpriority creditor's name and mailing address**

DYNATORQUE
2076 NORTHWOOD DRIVE
MUSKEGON, MI  49442

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$230.50

---

**Nonpriority creditor's name and mailing address**

E. J. BARTELLS
7015 TRADE CENTER AVENUE
BILLINGS, MT  59108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,023.16

Debtor    MOTORS LIQUIDATION COMPANY f/k/a General Motors Corp.
(Name)

Case 16-40271-can11    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc
Main Document    Page 119 of 709

Case number (if known) 09-50026

Part 2:    Additional Page

|  |  | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

E.H. WACHS COMPANY
100 SHEPARD STREET
WHEELING, IL  60090

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,286.75

---

**Nonpriority creditor's name and mailing address**

EADS COMPANY
P.O. BOX 36448
HOUSTON, TX  77236-6448

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,000.00

---

**Nonpriority creditor's name and mailing address**

EARLE M JORGENSEN
1800 NO. UNIVERSAL AVE
KANSAS CITY, MO  64120-0043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,730.40

---

**Nonpriority creditor's name and mailing address**

EASTERN MACHINE INC
1785 NEW LONDON ROAD
LANDENPURG, PA  19350

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,025.00

---

**Nonpriority creditor's name and mailing address**

EATON CORPORATION
P.O. BOX 93531
CHICAGO, IL  60673-3531

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$95,457.81

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|
| | |

**Nonpriority creditor's name and mailing address**

ENERGY PIPING, INC.
P.O. BOX 10508
JACKSON, MS 39289

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    $687.43
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

EDGEN MURRAY CORPORATION
PO BOX 844733
DALLAS, TX 75284-4733

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    $28,145.20
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

DWYER INSTRUMENTS
P. O. BOX 60725
HOUSTON, TX 77205

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    $1,255.23
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

EGGELHOF INC.
P.O. BOX 230307
HOUSTON, TX 77223-0307

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    $1,080.44
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

ELECTRIC EEL MFG., CO., INC
501 WEST LEFFEL LANE
SPRINGFIELD, OH 45501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    $409.09
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

ELECTRO-HYDRAULIC AUTOMATION
P.O. BOX 10107
CEDAR RAPIDS, IA  52410-0107

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,329.32

---

**Nonpriority creditor's name and mailing address**

ELEMENT MATERIALS TECHNOLOGIES
HOUSTON INC.
14805 YORKTOWN PLAZA DR.
HOUSTON, TX  77040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,909.00

---

**Nonpriority creditor's name and mailing address**

ELKHART PRODUCTS CORP
1201 PAYSPHERE CIRCLE
CHICAGO, IL  60674

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,057.80

---

**Nonpriority creditor's name and mailing address**

ELLISON SYSTEMS, INC.
D/B/A:  SHOPLET.COM
90 BROAD STREET, 22ND FLOOR
NEW YORK, NY  10004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,027.55

---

**Nonpriority creditor's name and mailing address**

EL-O-MATIC
VALVE AUTOMATION, INC.
ERMERSON PROCESS MANAGEMENT
PO BOX 730156
DALLAS, TX  7573-0156

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,176.82

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $619,988.23 |
|---|---|---|
| EMERSON PROCESS MANAGEMENT<br>2500 PARK AVENUE WEST<br>MANSFIELD, OH 44906 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48,650.51 |
|---|---|---|
| EMPIRE INDUSTRIES, INC.<br>180 OLCOTT STREET<br>MANCHESTER, CT 06040-1020 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.94 |
|---|---|---|
| ENCORE PROPANE - KANSAS CITY<br>PO BOX 7467<br>N KANSAS CITY, MO 64116 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,067.35 |
|---|---|---|
| ENDURO PIPELINE SERVICES, INC.<br>5002 SOUTH 45TH WEST AVE<br>TULSA, OK 74107 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,714.82 |
|---|---|---|
| ECONOMY POWER & INSTRUMENT INC<br>10616 SUMMIT<br>LENEXA, KS 66215 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   MID-STATES SUPPLY COMPANY, INC.
(Name)

Case number (if known) 16-40271

| Part 2: | Additional Page |
| | |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

JCM INDUSTRIES
P.O. BOX 1220
NASH, TX  75569-1220

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$384.02

---

**Nonpriority creditor's name and mailing address**

J. M. GRIMSTAD, INC.
P.O. BOX 8417
CAROL STREAM, IL  60197-8417

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$996.12

---

**Nonpriority creditor's name and mailing address**

J.T. MARTIN FIRE & SAFETY
P.O. BOX 670
CLARKSBURG, WV  26302-0670

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$62.54

---

**Nonpriority creditor's name and mailing address**

JACQUET HOUSTON INC.
WILLOWBROOK INDUSTRIAL PRK
6707 WILLOWBROOK PRK DRIVE
HOUSTON, TX  77066

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,065.00

---

**Nonpriority creditor's name and mailing address**

JAMES LAAS COMPANY
P.O. BOX 1287
BETTENDORF, IA  52722

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$181.00

---

Debtor    Mills Fleet Farm Group, LLC.    Case number (if known) 16-40271

(Name)

---

## Part 2: Additional Page

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

JAMES OILWELL SERVICES
PO BOX 308
BELFIELD, ND 58622-0308

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$810.00

---

**Nonpriority creditor's name and mailing address**

JANI-KING
14821 W 95TH ST
LENEXA, KS 66215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,275.00

---

**Nonpriority creditor's name and mailing address**

JANI-KING KANSAS CITY REGION
14821 W 95TH ST
LENEXA, KS 66215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,960.00

---

**Nonpriority creditor's name and mailing address**

JAN-PRO CLEANING SYSTEMS
OF ST LOUIS
11684 11684 LILBURN PARK RD.
ST. LOUIS, MO 63146

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$563.75

---

**Nonpriority creditor's name and mailing address**

JAY COURTNEY CO, INC
9412 NICHOLS RD
OKLAHOMA CITY, OK 73120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,958.27

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

JAY R. SMITH MFG. CO.
P.O. BOX 741521
ATLANTA, GA  30374-1521

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**Nonpriority creditor's name and mailing address**

INFERNO MANUFACTURING CORP
115 RICOU ST
SHREVEPORT, LA  71107

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,336.00

---

**Nonpriority creditor's name and mailing address**

JCI INDUSTRIES, INC.
1161 SE HAMBLEN ROAD
LEE'S SUMIT, MO  64081

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,750.87

---

**Nonpriority creditor's name and mailing address**

J & S MACHINE & VALVE, INC.
P.O. BOX 152
NOWATA, OK  74048

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,250.00

---

**Nonpriority creditor's name and mailing address**

JCS TOOL & MANUFACURING, INC.
193 N. POWELL
ESSEXVILLE, MI  48732

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,043.13

Debtor    MODULAR SPACE CORP.    Case number (if known) 16-40121

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $218,684.87 |
| JD FIELDS COMPANY<br>PO BOX 134401<br>HOUSTON, TX  77219 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,951.52 |
| JDJ SALES, LLC<br>P.O. BOX 6620<br>SHREVEPORT, LA  71136 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,396.89 |
| JENKINS INDUSTRIAL MACHINE WOR<br>1137 SWIFT STREET<br>NO KANSAS CITY, MO  64116 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $344.45 |
| JERO, INC.<br>7430 EMPIRE DRIVE<br>FLORENCE, KY  41042 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $74,141.28 |
| JET SPECIALTY<br>809 W. 2ND STREET<br>ODESSA, TX  79763 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

JET SPECIALTY, INC.
211 MARKET AVE
BOERNE, TX 78006

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,347.50

---

**Nonpriority creditor's name and mailing address**

JET-LUBE, INC.
4849 HOMESTEAD
HOUSTON, TX 77226-1258

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$53,619.55

---

**Nonpriority creditor's name and mailing address**

JFLOW CONTROLS
4665 INTERSTATE DR
WESTCHESTER, OH 45246

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,709.52

---

**Nonpriority creditor's name and mailing address**

JH TECHNOLOGY, INC.
5107 LENA ROAD
BRADENTON, FL 34211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$472.89

---

**Nonpriority creditor's name and mailing address**

JAY TURNER COMPANY, INC.
1012 N FIRST ST
ARTESIA, NM 88211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$261.28

**Part 2:** Additional Page

|  | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,848.68 |
|---|---|---|
| IPEX USA INC.<br>P. O. BOX 240696<br>CHARLOTTE, NC  28224 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,118.40 |
|---|---|---|
| INGERSOLL-RAND COMPANY<br>4400 CLARY BOULEVARD<br>KANSAS CITY, MO  64130 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $457.63 |
|---|---|---|
| INLINE INDUSTRIES, INC.<br>9056 GARVEY AVE<br>ROSENEAD, CA  91770 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $93.05 |
|---|---|---|
| CINTAS FAS<br>P.O. BOX 636525<br>CINCINNATI, OH  45263-6525 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $718.26 |
|---|---|---|
| INSIGHT<br>6820 SOUTH HARI AVENUE<br>TEMPE, AZ  85283 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    MICRO DISTRIBUTING CO., INC.    Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>INTEGRITY FUSION PRODUCTS<br>P.O. BOX 2867<br>PEACHTREE CITY, GA  30269-2867<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,236.24 |
| **Nonpriority creditor's name and mailing address**<br><br>INTEGRITY MEASUREMENT&CONTROL<br>525 JULIE RIVERS DR<br>SUGAR LAND, TX  77478<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,974.44 |
| **Nonpriority creditor's name and mailing address**<br><br>INTERNATIONAL PAPER<br>1910 WARREN STREET<br>N. KANSAS CITY, MO  64116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,825.03 |
| **Nonpriority creditor's name and mailing address**<br><br>INTERSTATE INDUSTRIAL<br>INSTRUMENTATION INC.<br>10424 J ST.<br>OMAHA, NE  68127<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,021.57 |
| **Nonpriority creditor's name and mailing address**<br><br>INTERSTATE INDUSTRIES<br>961 GRIMMETT DRIVE<br>SHREVEPORT, LA  71107<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,680.38 |

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

INTERSTATE PIPE & SUPPLY CO
152 HINDMAN AVE
BUTLER, PA  16001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,164.02

---

**Nonpriority creditor's name and mailing address**

J. J. VALVE
11201 SANTA FE AVE
LYNWOOD, CA  90262

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,800.00

---

**Nonpriority creditor's name and mailing address**

INVENTORY SALES CO
2949 CHRYSLER ROAD
KANSAS CITY, KS  66115

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,216.98

---

**Nonpriority creditor's name and mailing address**

J F W INDUSTRIES
6731 N.E. 47TH
PORTLAND, OR  97218

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$669.60

---

**Nonpriority creditor's name and mailing address**

IPEX USA LLC (CANPLAS)
10100 RODNEY STREET
PINEVILLE, NC  28134

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,638.44

---

Debtor   Murray Energy Corporation, et al.   Case number (if known) 16-40271

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

IPS CORPORATION
P.O. BOX 220
COLLIERVILLE, TN  38017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,173.77

---

**Nonpriority creditor's name and mailing address**

IPSCO TUBULARS INC.
P.O. BOX 180
CAMANCHE, IA  52730-0180

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$408,978.45

---

**Nonpriority creditor's name and mailing address**

IRON MULE PRODUCTS, INC.
SALE BARN ROAD
CASSVILLE, MO  65625

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$891.29

---

**Nonpriority creditor's name and mailing address**

IRONNETT AVE
4110 BENNETT AVE
BILLINGS, MT  59104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,600.00

---

**Nonpriority creditor's name and mailing address**

ISCO INDUSTRIES, LLC
926 BAXTER AVENUE
LOUISVILLE, KY  40204

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,743.64

---

Debtor   Mattress Holding Corp., et al.    Case number (if known)   16-40271 (rfn11)

(Name)

Case 16-40271-can11   Doc 193   Filed 03/14/16   Entered 03/14/16 12:14:02   Desc
Main Document    Page 132 of 709

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

ISI WEST
4175 MULLIGAN DRIVE
LONGMONT, CO  80507

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,085.00

---

**Nonpriority creditor's name and mailing address**

ISLAND INDUSTRIES INC.
P.O. BOX 80447
MEMPHIS, TN  38108-0447

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,547.98

---

**Nonpriority creditor's name and mailing address**

J & K TIRE AND SERVICE, LLC.
1667 WOOD STREET
STEELE, AL  35987-0000

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,123.79

---

**Nonpriority creditor's name and mailing address**

J & R MECHANICAL, INC
1233 ROYAL DR
PAPILLION, NE  68046

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$355.82

---

**Nonpriority creditor's name and mailing address**

JMF COMPANY
1801 LIBERTY
KANSAS CITY, MO  64102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$574.10

Debtor    MODERN AUTOMOTIVE NETWORK, INC.    Case number (if known) 16-40271

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | ---: |

**Nonpriority creditor's name and mailing address**

INTEX
P.O. BOX 790448
ST. LOUIS, MO  63179-0448

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,117.80

---

**Nonpriority creditor's name and mailing address**

KIMBALL MIDWEST
DET. L-2780
COLUMBUS, OH  43260-2780

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$108,836.66

---

**Nonpriority creditor's name and mailing address**

JM DELIVERY SERVICES
7133 TOURS
HOUSTON, TX  77036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,300.00

---

**Nonpriority creditor's name and mailing address**

KANSAS TURNPIKE AUTHORITY
PO BOX 5017
WICHITA, KS  67201-5017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

---

**Nonpriority creditor's name and mailing address**

K-BRH ST W.
2225 S. 45TH ST W.
BILLINGS, MT  59106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,200.00

Debtor    MODERN ENGINEERING, INC.    Case number (if known) 16-40271
(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

KC EYE SPECIALISTS
9009 ROE AVENUE
PRAIRIE VILLAG, KS 66207-2202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$364.12

---

**Nonpriority creditor's name and mailing address**

KC WINDUSTRIAL
4400 E. 12TH STREET
KANSAS CITY, MO 64127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,301.01

---

**Nonpriority creditor's name and mailing address**

KCMO WATER SERVICES DEPT.
P.O. BOX 219896
KANSAS CITY, MO 64121-9896

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,249.69

---

**Nonpriority creditor's name and mailing address**

KELLY PIPE CO., LLC
10000 BRIGHTON ROAD
HENDERSON, CO 80640

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$91,628.34

---

**Nonpriority creditor's name and mailing address**

KELLY SUPPLY
600 WESTGATEBLVD.
LINCOLN, NE 68528

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$123.68

---

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

KERKAU MANUFACTURING
1321 S VALLEY CENTER DR
BAY CITY, MI  48706-9799

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,885.92

---

**Nonpriority creditor's name and mailing address**

KESSLER INDUSTRIES, INC.
LOCK BOX 842811
BOSTON, MA  02284-2811

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,560.84

---

**Nonpriority creditor's name and mailing address**

KANSAS DEPT. OF HEALTH AND ENVIRONMENT
1000 SW JACKSON STE 330
TOPEKA, KS  66612-1365

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$170.00

---

**Nonpriority creditor's name and mailing address**

KIM SUPPLY
1407 KANSAS AVE
KANSAS CITY, MO  64127-2125

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$137.43

---

**Nonpriority creditor's name and mailing address**

KANSAS CITY WINWATER WORKS CO
3939A N E 33RD TERRACE
KANSAS CITY, MO  64116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,516.32

**Part 2:**  Additional Page

|  | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23,828.13 |
|---|---|---|
| KIMRAY INC.<br>52 NW 42ND<br>OKLAHOMA CITY, OK  73118 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,872.45 |
|---|---|---|
| KINER MECHANICAL<br>401 LOVEJOY<br>RIPPEY, IA  50235 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,980.25 |
|---|---|---|
| KINETROL USA<br>1085 OHIO DRIVE<br>PLANO, TX  75093 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $185.60 |
|---|---|---|
| KING INSTRUMENT COMPANY, INC.<br>12700 PALA DRIVE<br>GARDEN GROVE, CA  92841-3924 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $51,975.00 |
|---|---|---|
| KINKA KIKAI CO. LTD.<br>4100 N SAM HOUSTON PKWY<br>HOUSTON, TX  77086 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,832.57 |
|---|---|---|
| KIRST ENGINEERING CO | Check all that apply. | |
| PO BOX 30796 | ☐ Contingent | |
| BILLINGS, MT 59107-0796 | ☐ Unliquidated | |
| **Date or dates debt was incurred** | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $53,725.56 |
|---|---|---|
| KLOECKNER METALS CORP - CNC | Check all that apply. | |
| 624 BLACK SATCHEL DRIVE | ☐ Contingent | |
| CHARLOTTE, NC 28216 | ☐ Unliquidated | |
| **Date or dates debt was incurred** | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,078.21 |
|---|---|---|
| KLOECKNER METALS CORP - HTX | Check all that apply. | |
| 7400 MESA DRIVE | ☐ Contingent | |
| HOUSTON, TX 77028 | ☐ Unliquidated | |
| **Date or dates debt was incurred** | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,707.29 |
|---|---|---|
| KNICKERBOCKER RUSSELL CO. INC. | Check all that apply. | |
| CONSTRUSTION EQUIP & MAT | ☐ Contingent | |
| 4759 CAMPBELLS RUN RD. | ☐ Unliquidated | |
| PITTSBURGH, PA 15205 | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,192.00 |
|---|---|---|
| KNK MANUFACTURING & DISTRIB | Check all that apply. | |
| 8000 HALL STREET | ☐ Contingent | |
| ST. LOUIS, MO 63147 | ☐ Unliquidated | |
| **Date or dates debt was incurred** | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| Part 2: | Additional Page |
| --- | --- |

|  | **Amount of claim** |
| --- | --- |

**Nonpriority creditor's name and mailing address**

KNOC
P.O. BOX 304
RIVERTON, UT  84065

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$358.00

---

**Nonpriority creditor's name and mailing address**

KEY COOPERATIVE
P.O. BOX 250
SULLY, IA  50251

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$521.46

---

**Nonpriority creditor's name and mailing address**

JONES STEPHENS CORP.
3242 MOODY PARKWAY
MOODY, AL  35004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,277.71

---

**Nonpriority creditor's name and mailing address**

INDUSTRIAL VALCO, INC.
3135 E. ANA STREET
RANCHO DOMINGU, CA  90221

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,789.53

---

**Nonpriority creditor's name and mailing address**

JOGLER INC.
9715 DERRINGTON ROAD
HOUSTON, TX  77064

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,722.00

| Part 2: | Additional Page |
| --- | --- |

|  | **Amount of claim** |
| --- | --- |

| | | |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13.90 |
| JOHN GARRISON | *Check all that apply.* | |
| 1745 NW 450 ROAD | ☐ Contingent | |
| KINGSVILLE, MO  64061 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| | | |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,851.97 |
| JOHN H. CARTER | *Check all that apply.* | |
| DEPT 161 | ☐ Contingent | |
| HOUSTON, TX  77210 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| | | |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $307.30 |
| JOHN HENRY FOSTER | *Check all that apply.* | |
| 3103 MIKE COLLIND DR | ☐ Contingent | |
| EAGAN, MN  55121 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| | | |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,584.12 |
| JOHNSON LEAD | *Check all that apply.* | |
| P.O. BOX 96 | ☐ Contingent | |
| PRINCETON, IA  52768 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| | | |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,583.00 |
| JOHNSON SUPPLY INC | *Check all that apply.* | |
| 605 2ND ST E | ☐ Contingent | |
| WILLISTON, ND  58801 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

Debtor    Case 16-40271-can11   Doc 193   Filed 03/14/16   Entered 03/14/16 12:14:02   Desc
(Name)
Main Document    Page 140 of 709

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

JOHNSTONE SUPPLY
3920 CAWOOD LANE
SPRINGDALE, AR 72762

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.95

---

**Nonpriority creditor's name and mailing address**

JOHNSTONE SUPPLY OF OMAHA
4444 SO. 108TH STREET
OMAHA, NE 68137

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.00

---

**Nonpriority creditor's name and mailing address**

JOMAC SALES COMPANY
P.O. BOX 78563
SHREVEPORT, LA 71137

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,181.37

---

**Nonpriority creditor's name and mailing address**

KANSAS GAS SERVICE
PO BOX 219046
KANSAS CITY, MO 64121-9046

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,472.79

---

**Nonpriority creditor's name and mailing address**

JONAS, INC
4313 NEBRASKA COURT
POMFRET, MD 20675

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,070.00

**Part 2:**   Additional Page

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

JMC INSTRUMENTS & CONTROLS
1755 SEQUOIA VISTA CIRCLE
SALT LAKE CITY, UT  84104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,955.00

---

**Nonpriority creditor's name and mailing address**

JOY CONTROLS INC.
15734 WEST 6TH AVE
GOLDEN, CO  80401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,667.97

---

**Nonpriority creditor's name and mailing address**

JUDITH GLASSCOCK
C/O GLACO MIDWEST, INC.
2505 SOUTH 33RD ST
OSKALOOSA, IA  52577

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,500.00

---

**Nonpriority creditor's name and mailing address**

JUNEAU FAMILY LIMITED PARTNERSHIP
PO BOX 6007
SHREVEPORT, LA  71136-6007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,900.00

---

**Nonpriority creditor's name and mailing address**

K.E.A. METAL RING CO
113 MAIN STREET
LASALLE, CO  80645

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$676.40

---

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

KANSAS CERTIFICATION TESTING CENTER
1205 S MAIN
MCPHERSON, KS  67460

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$163.50

---

**Nonpriority creditor's name and mailing address**

KANSAS CITY AIR FILTER CO INC
415 GRAND AVE
KANSAS CITY, MO  64106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$182.66

---

**Nonpriority creditor's name and mailing address**

KANSAS CITY POWER AND LIGHT
P.O. BOX 219330
KANSAS CITY, MO  64121-9330

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,038.61

---

**Nonpriority creditor's name and mailing address**

KANSAS CITY RUBBER AND BELTING
1815 PROSPECT AVE
KANSAS CITY, MO  64127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,837.05

---

**Nonpriority creditor's name and mailing address**

KANSAS CITY STEEL SUPPLY INC
2828 ROCHESTER
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,586.71

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

KANSAS CITY VALVE & FITTING CO
4707 ROE PKWY
SHAWNEE MISSIO, KS  66205

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$150,349.53

---

**Nonpriority creditor's name and mailing address**

KANSAS CITY WINNELSON CO
1529 LAKE AVENUE
KANSAS CITY, KS  66103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$871.04

---

**Nonpriority creditor's name and mailing address**

JOMAR
7243 MILLER DRIVE
WARREN, MI  48092

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,280.86

---

**Nonpriority creditor's name and mailing address**

HANNA RUBBER CO
908 W 25TH STREET
KANSAS CITY, MO  64108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,750.67

---

**Nonpriority creditor's name and mailing address**

GWC VALVE INTERNATIONAL, INC.
4301 YEAGER WAY
BAKERSFIELD, CA  93313

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$95,087.95

Debtor    MURRAY ENERGY CORPORATION, INC.    Case number (if known) 16-40271-can11
(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

H & H PROTECTIVE COATINGS
PO BOX 9336
TULSA, TX 77044

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,665.00

---

**Nonpriority creditor's name and mailing address**

H & H SERVICE COMPANY, INC.
4510 WESTPORT DRIVE
MECHANICSBURG, PA 17055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$228.61

---

**Nonpriority creditor's name and mailing address**

H&H SUPPLY, INC.
990 NORTH MAIN STREET
PUNXSUTAWNEY, PA 15764

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,806.28

---

**Nonpriority creditor's name and mailing address**

HAAS FACTORY OUTLET
DIV. OF NYMAT MACHINE TOOL
2650 BAIRD ROAD
FAIRPORT, NY 14450

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,295.00

---

**Nonpriority creditor's name and mailing address**

HABONIM INDUSTRIAL VALVES &
22 RIVERVIEW DRIVE #103
WAYNE, NJ 07470

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$757.30

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

HACKNEY LADISH, INC.
708 S ELMIRA AVE
RUSSELLVILLE, AR  72802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$248,986.31

---

**Nonpriority creditor's name and mailing address**

HAGGARD HAULING & RIGGING
2100 GUINOTTE
KANSAS CITY, MO  64120-1588

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$991.50

---

**Nonpriority creditor's name and mailing address**

HAGGERTY POINTE ONE, LLC
C/O INOK INVESTMENTS LLC
615 24TH AVE. SW
NORMAN, OK  73069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,297.16

---

**Nonpriority creditor's name and mailing address**

HAJOCA/HARRISBURG
1550 BOBALI DRIVE
HARRISBURG, PA  17104-3207

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.63

---

**Nonpriority creditor's name and mailing address**

DEEP SOUTH EQUIPMENT
P.O BOX 29365
NEW ORLEANS, LA  70189-0365

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$655.96

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

HAMMOND VALVE
DEPT. 77-6674
PALATINE, IL  60678-6674

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$933.95

---

**Nonpriority creditor's name and mailing address**

GUARD-LINE, INC.
215-217 S. LOUISE STREET
ATLANTA, TX  75551-1030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,065.00

---

**Nonpriority creditor's name and mailing address**

HANNIBAL MACHINE
8090 HWY MM
HANNIBAL, MO  63401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,190.00

---

**Nonpriority creditor's name and mailing address**

HANSEN TECHNOLOGIES CORP.
6827 HIGH GROVE BLVD.
BURR RIDGE, IL  60527

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,136.75

---

**Nonpriority creditor's name and mailing address**

HARRINGTON CORPORATION
P.O. BOX 10335
LYNCHBURG,, VA  24506

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,231.91

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| **Nonpriority creditor's name and mailing address**<br><br>HARRINGTON INDUSTRIAL PLASTICS<br>14480 YORBA AVENUE<br>CHINO, CA  91708-5128<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $993.37 |
| **Nonpriority creditor's name and mailing address**<br><br>HARRIS PRODUCTS GROUP<br>4501 QUALITY PLACE<br>MASON, OH  45040-1971<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $793.94 |
| **Nonpriority creditor's name and mailing address**<br><br>HATFIELD AND COMPANY, INC.<br>5710 E. ADMIRAL BLVD<br>TULSA, OK  74115<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $343.97 |
| **Nonpriority creditor's name and mailing address**<br><br>HAWS CORPORATION<br>1455 KLEPPE LANE<br>SPARKS, NV  89431<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $360.91 |
| **Nonpriority creditor's name and mailing address**<br><br>HAYDEN AND COMPANY<br>2604-B WEST 83RD STREET<br>DARIEN, IL  60561<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,457.00 |

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

HAYWARD INDUSTRIAL PRODUCTS
P.O. BOX 911619
DALLAS, TX  75391-1619

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,214.34

---

**Nonpriority creditor's name and mailing address**

HAYWARD INDUSTRIAL/PLASTICS DI
ONE HAYWARD INDUSTRIAL DR.
CLEMMONS, NC  27012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,280.71

---

**Nonpriority creditor's name and mailing address**

HAM-LET USA INC
12565 WEST AIRPORT BLVD
SUGAR LAND, TX  77479

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,413.82

---

**Nonpriority creditor's name and mailing address**

GRANDVIEW WINNELSON COMPANY
13500 S. 71 HIGHWAY
GRANDVIEW, MO  64030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,633.88

---

**Nonpriority creditor's name and mailing address**

GK TECHSTAR LLC
802 W 13TH STREET
DEER PARK, TX  77536

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,674.00

Debtor   M&G USA Corporation, et al.   Case number (if known)   16-12308
         (Name)

Case 16-40271 · can11   Doc 193   Filed 03/14/16   Entered 03/14/16 12:14:02   Desc
                    Main Document        Page 149 of 709

**Part 2:** Additional Page

|  | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

GLOBAL EQUIPMENT CO.
22 HARBOR DRIVE
PORT WASHINGTO, NY 11050

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$608.01

---

**Nonpriority creditor's name and mailing address**

GLOBAL PIPE SUPPLY
8900 RAILWOOD DRIVE
HOUSTON, TX 77078

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$372,819.16

---

**Nonpriority creditor's name and mailing address**

GLOBAL STAINLESS SUPPLY
9040 RAILWOOD DRIVE
HOUSTON, TX 77078

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$526,324.55

---

**Nonpriority creditor's name and mailing address**

GLOBAL VENDORLINK, LLC
DBA MARERIALINK
440 ROPER MOUNTAIN ROAD, SUITE F
GREENVILLE, SC 29615

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$272.88

---

**Nonpriority creditor's name and mailing address**

GOOD TIRE SERVICE
13616 STATE RT 422
KITTANNING, PA 16201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$56.18

Debtor   M&amp;G USA Corporation, et al.   Case 16-40271-can11   Doc 193   Filed 03/14/16   Entered 03/14/16 12:14:02   Desc
         (Name)                                        Case number (if known) 16-40272-can11
                        Main Document    Page 150 of 709

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>GOODYEAR TIRE & RUBBER CO<br>1957 HIGHWAY DD<br>MOBERLY, MO 65270<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $63.00 |
| **Nonpriority creditor's name and mailing address**<br><br>GOYEN VALVE CORPORATION<br>1195 AIRPORT ROAD<br>LAKEWOOD, NJ 08701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $289.37 |
| **Nonpriority creditor's name and mailing address**<br><br>GPS INC<br>P.O. BOX 8267<br>GADSEN, AL 35902-8267<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $653.48 |
| **Nonpriority creditor's name and mailing address**<br><br>GRAHAM CORPORATION<br>P.O. BOX 719<br>BATAVIA, NY 14021-0719<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,956.00 |
| **Nonpriority creditor's name and mailing address**<br><br>GULF STATE HANGERS & SUPPORTS<br>P.O. BOX 407<br>THEODORE, AL 36590<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,291.87 |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

GRAINGER
DEPT 804843167
PO BOX 419267
KANSAS CITY, MO  64141-6267

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$669.92

---

**Nonpriority creditor's name and mailing address**

GULF MFG
1221 INDIANA ST
TOMSOLL, TX  77338

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$63,526.00

---

**Nonpriority creditor's name and mailing address**

GRAPHIC CONTROLS LLC
400 EXCHANGE STREET
BUFFALO, NY  14204

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,485.89

---

**Nonpriority creditor's name and mailing address**

GRAYCO WELDING & FABRICATION
8434 BROOKSIDE RD
PEARLAND, TX  77581

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,700.00

---

**Nonpriority creditor's name and mailing address**

GRAYLOC PRODUCTS LLC
9342 TELGE ROAD
HOUSTON, TX  77095

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$862.00

Debtor    MISSION COAL COMPANY, LLC.    Case number (if known) 16-40271

(Name)

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $30.00 |
|---|---|---|
| GREAT PLAINS COMMUNICATIONS<br>1809 S WEST ST STE 2<br>WICHITA, KS  67213 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $970.63 |
|---|---|---|
| GREAT PLAINS NATURAL GAS<br>PO BOX 5600<br>BISMARCK, ND  58506-5600 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,055.17 |
|---|---|---|
| GREAT PLAINS STAINLESS<br>1004 N. 129TH EAST AVENUE<br>TULSA, OK  74116 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,663.55 |
|---|---|---|
| GREEN MOUNTAIN ENERGY<br>P.O. BOX 650001<br>DALLAS, TX  75265-0001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,552.29 |
|---|---|---|
| GRITTON & ASSOCIATES<br>P.O. BOX 65097<br>SALT LAKE CITY, UT  84165 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**Part 2:**    Additional Page

|  | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

GROEBNER & ASSOCIATES, INC.
9530 FALLON AVENUE NE
MONTICELLO, MN  55362

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,907.85

---

**Nonpriority creditor's name and mailing address**

GROTH CORPORATION
13650 N PROMENADE BLVD
STAFFORD, TX  77477

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,927.38

---

**Nonpriority creditor's name and mailing address**

HD SUPPLY WATERWORKS, ST LOUIS
11665 LACKLAND ROAD
ST. LOUIS, MO  63146

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$476.33

---

**Nonpriority creditor's name and mailing address**

GRAINGER
1657 SHERMER ROAD
NORTHBROOK, IL  60062-5362

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,749.23

---

**Nonpriority creditor's name and mailing address**

I-CON SOLUTIONS, INC.
1234 E. 37TH STREET NORTH
WICHITA, KS  67219-3519

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,164.40

| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,035.63 |
|---|---|---|

**Nonpriority creditor's name and mailing address**

HD SUPPLY WATERWORKS
BRANCH 588
MARYSVILLE, WA  98271

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,035.63

---

**Nonpriority creditor's name and mailing address**

HOUK & ASSOCIATES, INC.
340 WRIGHT ROAD, UNIT H
NORWALK, IA  50211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,382.00

---

**Nonpriority creditor's name and mailing address**

HOUSTON OILFIELD EQUIPMENT
9669 PORT ERROLL DR
HOUSTON, TX  77095

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$736.00

---

**Nonpriority creditor's name and mailing address**

HOUSTON SPRAYING AND SUPPLY CO
PO BOX 920725
HOUSTON, TX  77018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

---

**Nonpriority creditor's name and mailing address**

HSI
397 W. POPLAR
FAYETTEVILLE, AR  72703

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,087.98

Debtor  Mission Coal Company, LLC, et al.  Doc 193  Filed 03/14/16  Entered 03/14/16 12:14:02  Desc
        Case 16-40271-can11                                Case number (if known) 16-40271
        (Name)
        Main Document    Page 155 of 709

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | ---: |

**Nonpriority creditor's name and mailing address**

HUGHES MACHINERY
14400 COLLEGE BOULEVARD
LENEXA, KS  66215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,363.46

---

**Nonpriority creditor's name and mailing address**

HYDRAQUIP
P.O. BOX 925009
HOUSTON, TX  77292

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,708.82

---

**Nonpriority creditor's name and mailing address**

HYDRONIC ENERGY, INC.
3307 - 104TH STREET
DES MOINES, IA  50322

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,603.62

---

**Nonpriority creditor's name and mailing address**

HYDRO-THERMAL
400 PILOT COURT
WANKESHA, WI  53188

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,904.87

---

**Nonpriority creditor's name and mailing address**

HYTORC
DIVISION UNEX CORPORATION
333 RT. 17N
MAHWAH, NJ  07430

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,844.28

Debtor    M&G USA Corporation, et al.    Case number (if known) 16-40271

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $108.14 |
| --- | --- | --- |
| HOST COFFEE SERVIES<br>9444 J STREET<br>OMAHA, NE 68127 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $152.61 |
| --- | --- | --- |
| IBT, INC<br>9400 W. 55TH STREET<br>MERRIAM, KS 66201-1382 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $264.36 |
| --- | --- | --- |
| HOSEWORX INTERNATIONAL<br>P.O. BOX 3192<br>ODESSA, TX 79760 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19.55 |
| --- | --- | --- |
| IIX - INSURANCE INFORMATION EXCHANGE<br>P.O BOX 27828<br>NEW YORK, NY 10087-7828 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,208.52 |
| --- | --- | --- |
| IMPERIAL FLANGE & FITTING CO.<br>2688 S LA CIENEGA BLVD<br>LOS ANGELES, CA 90034 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    MARTIN MIDSTREAM PARTNERS L.P.    Case number (if known) 16-40271

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

IMPROVED PIPING PRODUCTS INC
4311 DIRECTOR DRIVE
SAN ANTONIO, TX 78219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,041.14

---

**Nonpriority creditor's name and mailing address**

IMS GEORGIA STEEL
P.O. BOX 93341
ATLANTA, GA 30377

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,342.94

---

**Nonpriority creditor's name and mailing address**

INDELCO PLASTICS CORP.
6530 CAMBRIDGE STREET
MINNEAPOLIS, MN 55426-4484

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,379.70

---

**Nonpriority creditor's name and mailing address**

INDEPENDENT PIPE & SUPPLY CORP
WHITMAN ROAD
CANTON, MA 02021

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,840.29

---

**Nonpriority creditor's name and mailing address**

INDUSTRIAL CONTROLS DIST (JAY)
1776 BLOOMSBURY AVE.
WANAMASSA, NJ 07712

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,874.42

---

Debtor    MODERN METAL PRODUCTS, INC.    Case number 16-40271

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**Nonpriority creditor's name and mailing address**

INDUSTRIAL ELECTRIC SERVICE
388 GTA DRIVE
DICKINSON, ND  58601-7241

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$84.84

---

**Nonpriority creditor's name and mailing address**

INDUSTRIAL FABRICATION, INC.
10567 WIDMER
LENEXA, KS  66215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,238.96

---

**Nonpriority creditor's name and mailing address**

INDUSTRIAL PIPING PRODUCTS INC
2360 SOUTH 3270 WEST
SALT LAKE CITY, UT  84119

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$566.65

---

**Nonpriority creditor's name and mailing address**

INDUSTRIAL PIPING SYSTEMS, INC
1250 TORONITA ST
YORK, PA  17402-1992

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$36.68

---

**Nonpriority creditor's name and mailing address**

I-44 EXPRESS
836 E HIGHWAY N
WENTZVILLE, MO  63385

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$120.08

---

Debtor    MILLER'S TAVERN, INC.    Case number (if known) 16-40271-can11
            (Name)

| | **Part 2:** | Additional Page |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

HIGH COUNTRY FUSION
20 N POLY FUSION PLACE
FAIRFIELD, ID  83327

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,791.02

---

**Nonpriority creditor's name and mailing address**

GJ TANGNEY SUPPLY
26020 W 111TH TERRACE
OLATHE, KS  66061

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$74,257.52

---

**Nonpriority creditor's name and mailing address**

HE&M INC
P.O BOX 1148
PRYOR, OK  74362

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$86.84

---

**Nonpriority creditor's name and mailing address**

HEAP EQUIPMENT
P.O. BOX 1108
ODESSA, TX  79760

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,472.78

---

**Nonpriority creditor's name and mailing address**

HEAR
P.O. BOX 1507
DICKINSON, ND  58602

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,550.00

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**Nonpriority creditor's name and mailing address**

HEARTLAND CONTROLS
P.O. BOX 23065
STANLEY, KS 66283

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,507.12

---

**Nonpriority creditor's name and mailing address**

HEDA VILLARD
225 E. VILLARD
DICKINSON, ND 58601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$603.10

---

**Nonpriority creditor's name and mailing address**

HEDAHLS AUTO PLUS
225 EASTVILLARD ST
DICKINSON, ND 58601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$641.23

---

**Nonpriority creditor's name and mailing address**

HENDRIX SPECIALTY FABRICATION
13720 FM 529 SUITE 500
HOUSTON, TX 77041

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,747.57

---

**Nonpriority creditor's name and mailing address**

HENRY H. PARIS DISTRIBUTOR INC
21325 INVERNESS FORESTBLVD
HOUSTON, TX 77073

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,729.86

Debtor   MEGA-METALS, INC.   Case No. 16-40271
         (Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| | |

**Nonpriority creditor's name and mailing address**

HENRY PRATT COMPANY
23418 NETWORK PLACE
CHICAGO, IL  60673-1234

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,135.60

---

**Nonpriority creditor's name and mailing address**

HOTSY EQUIPMENT CO
8902 SOUTH 145TH STREET
OMAHA, NE  68138

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,780.00

---

**Nonpriority creditor's name and mailing address**

HI TECK VALVE, INC.
13211 WINDFERN ROAD STE G
HOUSTON, TX  77064-3096

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$969.92

---

**Nonpriority creditor's name and mailing address**

HD SUPPLY WATERWORKS, LTD
11510 STRANG LINE ROAD
OLATHE, KS  66062

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$519.25

---

**Nonpriority creditor's name and mailing address**

HI-TECH HOSE INC.
P.O. BOX 905986
CHARLOTTE, NC  28290

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$515.00

---

Debtor    Murray Energy Corporation, et al.    Case number (if known)   16-40271

(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

HODELL-NATCO INDUSTRIES INC
11688 FAIRGROVE INDUSTRIAL
ST. LOUIS, MO 63043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$459.60

---

**Nonpriority creditor's name and mailing address**

HOFF COMPANY INC
6248 S TROY CIRCLE
CENTENNIAL, CO 80111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,491.50

---

**Nonpriority creditor's name and mailing address**

HOGAN TRUCK LEASING, INC.
2150 SCHUETZ RD, SUITE 210
ST LOUIS, MO 63146

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$225,474.00

---

**Nonpriority creditor's name and mailing address**

HOHENSCHILD WELDERS SUPPLY
1620 CAMPBELL
KANSAS CITY, MO 64108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$53,661.84

---

**Nonpriority creditor's name and mailing address**

HOKE INC.
405 CENTURA COURT
SPARTANBURG, SC 29303

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$207.88

---

Debtor    MISSOURI-001 ATHCO, INC.    Case number 16-40271

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

HOLZ RUBBER
1129 S. SACRAMENTO STREET
LODI, CA 95240

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$668.00

---

**Nonpriority creditor's name and mailing address**

HONEYWELL INDUSTIAL
MEASUREMENT & CONTROLS
512 VIRGINIA DR
FT WASHINGTON, PA 19034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$311,288.17

---

**Nonpriority creditor's name and mailing address**

HONEYWELL INTERNATIONAL INC
BUILDING SOLUTIONS
12490 COLLECTIONS CTR DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,273.45

---

**Nonpriority creditor's name and mailing address**

HOPKINS MINOR EMERGENCY
P.O. BOX 677684
DALLAS, TX 75267-7684

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$130.00

---

**Nonpriority creditor's name and mailing address**

HOSE & RUBBER SUPPLY INC
3931 1ST AVE S
BILLINGS, MT 59101-3504

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$49.43

Debtor    MODERN MATERIALS, INC.    Case number (if known)

(Name)

| | | Amount of claim |
|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,592.00 |
|---|---|---|
| HEUBEL MATERIAL HANDLING, INC. | *Check all that apply.* | |
| 6311 N.E. EQUITABLE ROAD | ☐ Contingent | |
| KANSAS CITY, MO  64120 | ☐ Unliquidated | |
| **Date or dates debt was incurred** | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,359.35 |
|---|---|---|
| AT&T MOBILITY/CINGULAR WIRELES | *Check all that apply.* | |
| PO BOX 6463 | ☐ Contingent | |
| CAROL STREAM, IL  60197-6463 | ☐ Unliquidated | |
| **Date or dates debt was incurred** | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,725.63 |
|---|---|---|
| AT&T | *Check all that apply.* | |
| P.O. BOX 78522 | ☐ Contingent | |
| PHOENIX, AZ  85062-8522 | ☐ Unliquidated | |
| **Date or dates debt was incurred** | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,665.57 |
|---|---|---|
| AT&T | *Check all that apply.* | |
| PO BOX 105414 | ☐ Contingent | |
| ATLANTA, GA  30348-5414 | ☐ Unliquidated | |
| **Date or dates debt was incurred** | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $906.24 |
|---|---|---|
| AT&T | *Check all that apply.* | |
| PO BOX 105262 | ☐ Contingent | |
| ATLANTA, GA  30348-5282 | ☐ Unliquidated | |
| **Date or dates debt was incurred** | ☐ Disputed | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

Debtor MURRAY ENERGY CORP., et al., (Name) Case number (if known) 16-40271

| Part 2: | Additional Page | | | Amount of claim |
| --- | --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
AT&T
PO BOX 5001
CAROL STREAM, IL 60197-5001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,203.86

---

**Nonpriority creditor's name and mailing address**
AT&T
PO BOX 5014
CAROL STREAM, IL 60197-6014

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$91.34

---

**Nonpriority creditor's name and mailing address**
AT&T
PO BOX 22111
TULSA, OK 74121-2111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$104.84

---

**Nonpriority creditor's name and mailing address**
AT&T
PO BOX 5001
CAROL STREAM, IL 60197

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$136.55

---

**Nonpriority creditor's name and mailing address**
AT&T
P.O. BOX 630047
DALLAS, TX 75263-0047

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,436.39

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**Nonpriority creditor's name and mailing address**

AT&T - UNIVERSAL BILLER
P.O. BOX 78045
PHOENIX, AZ  85062-8045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,543.42

---

**Nonpriority creditor's name and mailing address**

AT&T MOBILITY
PO BOX 105068
ATLANTA, GA  30348

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$148.40

---

**Nonpriority creditor's name and mailing address**

APEX REMINGTON PIPE & SUPPLY
1608 REFINERY ROAD
ARDMORE, OK  73401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,820.22

---

**Nonpriority creditor's name and mailing address**

AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL  60197-6463

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$673.91

---

**Nonpriority creditor's name and mailing address**

ASSOCIATED STEAM SPECIALTY CO
90 MILTON DRIVE
ASTON, PA  19014-2217

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,509.43

Debtor    MONITORING-HAWK INDUSTRIES, INC.                    Case number (if known) 16-40271-can11
          (Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

AT&T TELECONFERENCE SERVICES
P.O. BOX 2840
OMAHA, NE  68103-2840

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,529.68

---

**Nonpriority creditor's name and mailing address**

AT&T
P.O. BOX 105068
ATLANTA, GA  30348-5068

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.65

---

**Nonpriority creditor's name and mailing address**

ATLAS STEEL & SUPPLY, LLC
625 DEPOT ST
PARKERSBURG, WV  26101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,091.96

---

**Nonpriority creditor's name and mailing address**

ATLAS STEEL PRODUCTS, INC.
650 E.S.H. ROAD
VINITA, OK  74301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$276.00

---

**Nonpriority creditor's name and mailing address**

ATLAS SUPPLY CO., INC.
3820 DR MARTIN LUTHER KING
ST. LOUIS, MO  63113

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,782.60

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**
ATM
P.O. BOX 790311
ST. LOUIS, MO 63179-0311

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,370.41

---

**Nonpriority creditor's name and mailing address**
AUMA ACTUATORS INC
100 SOUTHPOINTE BLVD
CANONSBURG, PA 15317

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,687.80

---

**Nonpriority creditor's name and mailing address**
AUTOMATED VALVE & CONTROL
8000 MARKET STREET
HOUSTON, TX 77029

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$67,536.54

---

**Nonpriority creditor's name and mailing address**
AUTOMATION SERVICE
13871 PARKS STEED DRIVE
EARTH CITY, MO 63045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,521.17

---

**Nonpriority creditor's name and mailing address**
AWC, INC.
6655 EXCHEQUER DRIVE
BATON ROUGE, LA 70809

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,080.67

Debtor    Mark Twain's Hannibal, Inc.    Case number (if known) 16-40271

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

AT&T MOBILITY
PO BOX 536216
ATLANTA, GA  30353-6215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$120.84

---

**Nonpriority creditor's name and mailing address**

ARCOM TECHNOLOGIES
P.O. BOX 10005
BOZEMAN, MT  59719

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,397.05

---

**Nonpriority creditor's name and mailing address**

BOLTEX MANUFACTURING CO.
4901 OATES ROAD
HOUSTON, TX  77013

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$218,667.55

---

**Nonpriority creditor's name and mailing address**

APG - HOUSTON
6039 ARMOUR DRIVE
HOUSTON, TX  77020

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,561.08

---

**Nonpriority creditor's name and mailing address**

APOLLO VALVES/CONBRACO
P.O. BOX 602903
CHARLOTTE, NC  28260

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$338,103.88

---

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $363.00 |
|---|---|---|
| APPLETON STAINLESS, INC.<br>P.O. BOX 363<br>APPLETON, WI 54912-0363 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,102.21 |
|---|---|---|
| APPLIED IND. TECH.<br>1815 BEDFORD AVE<br>KANSAS CITY, MO 64116-4402 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $661.16 |
|---|---|---|
| APPLIED IND. TECHNOLOGY<br>1721 1ST AVE<br>GREELEY, CO 80631-5930 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,426.00 |
|---|---|---|
| APPLIED INDUSTRIAL TECHNOLOGIE<br>1761 GUTHRIE AVE<br>DES MOINES, IA 50316 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,922.66 |
|---|---|---|
| APPLIED PIPELINE, INC.<br>PO BOX 124<br>KNOX, PA 16232 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**Nonpriority creditor's name and mailing address**

AQUA PURE
10075 GRAHAM DR
CLARKSTON, MI  48348

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$284.10

---

**Nonpriority creditor's name and mailing address**

AQUAMINE
85 VANCE TANK RD
BRISTOL, TN  37620

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,084.70

---

**Nonpriority creditor's name and mailing address**

ASYMMETRIC SOLUTIONS
431 THOMAS ROAD
FARMINGTON, MO  63640

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,500.00

---

**Nonpriority creditor's name and mailing address**

ARAMARK REFRESHMENT SERVICES
13772 SHORELINE DR
EARTH CITY, MO  63045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$914.63

---

**Nonpriority creditor's name and mailing address**

ASSOCIATED TUBE USA INC
7455 WOODBINE AVENUE
MARKHAM, ON  L3R-1A7
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$141,573.87

Debtor  MODERN METAL PRODUCTS CO., INC.    Case number (if known) 16-40271

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

ARI VALVE CORP.
1738 SANDS PLACE, SE
MARIETTA, GA  30067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,020.83

---

**Nonpriority creditor's name and mailing address**

ARIBA, INC.
P.O. BOX 642962
PITTSBURGH, PA  15264-2962

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,743.00

---

**Nonpriority creditor's name and mailing address**

ARMM INVESTMENT
P.O. BOX 410558
KANSAS CITY, MO  64141

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,570.00

---

**Nonpriority creditor's name and mailing address**

ARRAY HOLDINGS, INC., DBA CACTUS FLOW PRODUCTS
C/O KANE RUSSELL COLEMAN & LOGAN, PC
ATTN: DEMETRI ECONOMOU
1601 ELM STREET, SUITE 3700
DALLAS, TX  75201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,618.00

---

**Nonpriority creditor's name and mailing address**

ARRAY PRODUCTS
15900 MORALES RD
HOUSTON, TX  77032

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$228,197.84

---

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

ARROW TECHNICAL SALES
P.O. BOX 9035
KANSAS CITY, MO 64168

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,240.26

---

**Nonpriority creditor's name and mailing address**

ASAHI/AMERICA, INC.
655 ANDOVER ST
LAWRENCE, MA 01843

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.53

---

**Nonpriority creditor's name and mailing address**

ASC PUMPING EQUIPMENT
19960 WEST 161ST STREET
OLATHE, KS 66062

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,180.00

---

**Nonpriority creditor's name and mailing address**

ASCO VALVE, INC.
760 PASQUINELLI DRIVE
WESTMONT, IL 60559

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$128,084.98

---

**Nonpriority creditor's name and mailing address**

ASHCROFT INC.
2975 REGENT BLVD
IRVING, TX 75063-3140

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$76,026.53

Debtor    MIDSTATES PETROLEUM COMPANY LLC    Case number (if known) 16-20121    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc
Case 16-20121-can11    Main Document    Page 174 of 709
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | **Amount of claim** |
|--|----|
|  | $200.00 |

**Nonpriority creditor's name and mailing address**
B&B
P.O. BOX 671
LASALLE, CO 80645

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

$436.13

**Nonpriority creditor's name and mailing address**
AQUAPURE, LLC
P.O. BOX 79445
CITY OF INDUSTRY, CA 91716-9445

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

$760.39

**Nonpriority creditor's name and mailing address**
BLACK HILLS ENERGY
PO BOX 6001
RAPID CITY, SD 57709

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

$15,770.00

**Nonpriority creditor's name and mailing address**
AXH AIR-COOLERS
9717 E. 42ND STREET #136
TULSA, OK 74146

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

$80,165.35

**Nonpriority creditor's name and mailing address**
BENNETT-ROGERS PIPE COATING IN
900 KINDELBERGER ROAD
KANSAS CITY, KS 66115

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   MODERN METALS, INC.   Case number (if known)   16-40271

(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

BENTLY NEVADA, LLC
1631 BENTLY PARKWAY SOUTH
MINDEN, NV  89423

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,593.40

---

**Nonpriority creditor's name and mailing address**

BERGMAN SAFTY-SPANNER COMPANY
3002 WOODVILLE RD
NORTHWOOD, OH  43619-1428

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$66.78

---

**Nonpriority creditor's name and mailing address**

BERRY MATERIAL & HANDLING
P.O BOX 844210
DALLAS, TX  75294

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,333.64

---

**Nonpriority creditor's name and mailing address**

BETE FOG NOZZLE, INC.
50 GREENFIELD ST.
GREENFIELD, MA  01301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$244.44

---

**Nonpriority creditor's name and mailing address**

BEX, INC.
836 PHOENIX DRIVE
ANN ARBOR, MI  48108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$111.95

---

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

BILLCO CORPORATION
770 W. BELDEN AVENUE
ADDISON, IL  60101-4941

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,063.70

---

**Nonpriority creditor's name and mailing address**

BIRCH COMMUNICATIONS
P.O. BOX 105066
ATLANTA, GA  30348-5066

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$694.88

---

**Nonpriority creditor's name and mailing address**

BISHOP SALES
544 CIRCLE DRIVE
CASPER, WY  82601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,751.34

---

**Nonpriority creditor's name and mailing address**

BENCHMARK FOAM
401 PHEASANT RIDGE DRIVE
WATERTOWN, SD  57201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$234,060.00

---

**Nonpriority creditor's name and mailing address**

BJ CHAMPION VALVE & MACHINE
16010 KITZMAN ROAD
CYPRESS, TX  77429

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$830.00

Debtor   MARKETO-EDMONDSON MEAT, INC.   Case number (if known) 16-40271

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

BELGER CARTAGE SERVICE INC
PO BOX 534
BEDFORD PARK, IL  60499-0534

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,697.50

---

**Nonpriority creditor's name and mailing address**

BLACK SWAN MFG CO
4540 W THOMAS STREET
CHICAGO, IL  60651-3318

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$129.66

---

**Nonpriority creditor's name and mailing address**

BLACKMORE & GLUNT
13835 WEST 107TH STREET
LENEXA, KS  66215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,297.95

---

**Nonpriority creditor's name and mailing address**

BLAYLOCK MUELLER SALES
4375 BRIGHTON BLVD.
DENVER, CO  80216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,905.63

---

**Nonpriority creditor's name and mailing address**

BLMP, LLC
1716 Guinotte Avenue
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,814.98

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| | |

**Nonpriority creditor's name and mailing address**

BMS
1142 HOMER RD
MINDEN, LA 71055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$697.84

---

**Nonpriority creditor's name and mailing address**

BOARD OF MUNICIPAL UTILITIES
P.O. BOX 370
SIKESTON, MO 63801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$325.00

---

**Nonpriority creditor's name and mailing address**

BOARD OF POLICE COMMISSIONERS
ATTN: ACCOUNTING OFFICE
1125 LOCUST ST
KANSAS CITY, MO 64106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$46.00

---

**Nonpriority creditor's name and mailing address**

BOATNER PROPERTY GROUP, LLC
9303 LAKE FOREST CT S
COLLEGE STATION, TX 77845

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,200.00

---

**Nonpriority creditor's name and mailing address**

BOB DAVIS SALES, INC.
1728 N MARKET STREET
SHREVEPORT, LA 71107

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,167.23

---

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

BOB HURLEY FORD
745 W 51ST STREET
TULSA, OK 74107

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$466.87

---

**Nonpriority creditor's name and mailing address**

CIRCOR AEROSPACE, INC.
2301 WARDLOW CIRCLE
CORONA, CA 91718

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$315.89

---

**Nonpriority creditor's name and mailing address**

BI-TORQ
1N050 LINAR DR
LA FOX, IL 60147

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,446.11

---

**Nonpriority creditor's name and mailing address**

BARCLAY
4301 GREENBRIAR
STAFFORD, TX 77477

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$252.87

---

**Nonpriority creditor's name and mailing address**

APEX INSTRUMENTS INCORPORATED
7200 E. DRY CREEK RD
CENTENNIAL, CO 80112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,386.22

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $231.94 |
| B&B SALES COMPANY<br>P.O BOX 416<br>GUYMON, OK 73942 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8.56 |
|---|---|---|
| B&C FASTENERS, INC.<br>560 INDUSTRIAL DRIVE<br>LEWISBERRY, PA 17339 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,025.14 |
|---|---|---|
| B&W PIPE, INC<br>1421 AVE C<br>KATY, TX 77493-1901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.80 |
|---|---|---|
| B. G. PETERSON CO.<br>2966 HARNEY STREET<br>OMAHA, NE 68131 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $258.36 |
|---|---|---|
| B.J. TERRONI CO., INC.<br>3190 TUCKER ROAD<br>BENSALEM, PA 19020 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    MODERN METALS    Case number (if known)

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

B.K. THORPE
1811 E. 28TH STREET
SIGNAL HILL, CA  90806

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$244.40

---

**Nonpriority creditor's name and mailing address**

BABBITT STEAM
P O BOX 51208
NEW BEDFORD, MA  02745

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,217.53

---

**Nonpriority creditor's name and mailing address**

BADGER METER, INC.
4545 W. BROWN DEER RD
MILWAUKEE, WI  53223-0099

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,194.00

---

**Nonpriority creditor's name and mailing address**

BAKER VALVE
2182 FLANACHER ROAD
ZACHARY, LA  70791

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,662.80

---

**Nonpriority creditor's name and mailing address**

BEND-RITE CUSTOM FAB
1106 W. MAIN STREET
MARSHALL, MN  56258

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,612.05

---

Debtor    MERITER-HADLEY, INC.    Case number (if known) 16-40271
(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,519.83 |
|---|---|---|
| BAND-IT-IDEX, INC. <br> P. O. BOX 16307 <br> DENVER, CO 80216 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** <br> Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,157.91 |
|---|---|---|
| B & K LLC <br> 33023 COLLECTIONS CTR DR <br> CHICAGO, IL 60693-0330 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** <br> Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,318.36 |
|---|---|---|
| BARNHART BOLT <br> P.O. BOX 69085 <br> ODESSA, TX 79769-9085 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** <br> Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5.82 |
|---|---|---|
| BARR-THORP ELECTRIC <br> 9245 W. 53RD STREET <br> MERRIAM, KS 66203 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** <br> Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,738.84 |
|---|---|---|
| BARTEET PLASTIC PIPE CO., INC. <br> PO BOX 19061 <br> SHREVEPORT, LA 71149-0061 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** <br> Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

Debtor  MILLER ENERGY SERVICES, INC.                    Case number (if known) 16-40271
(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $1,962.03 |
| --- | --- | --- |
| BASIN ELECTRIC & TECHNOLOGY<br>PO BOX 2000<br>MIDLAND, TX 79702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $4,086.62 |
| --- | --- | --- |
| BAY INSULATION SUPPLY OF CO<br>14200 E. 33RD PLACE<br>AURORA, CO 80011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $452.00 |
| --- | --- | --- |
| BAY VALVE SERVICE&ENGINEERING<br>6809 KIN AVENUE WEST<br>BILLINGS, MT 59106 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $1,277.26 |
| --- | --- | --- |
| BEABOUT BROCK EASLEY LLC<br>10483 HEINZ WAY<br>HENDERSON, CO 80640-8480 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $3,296.74 |
| --- | --- | --- |
| BEAVER DRILL TOOL COMPANY<br>3995 MISSION ROAD<br>KANSAS CITY, KS 66103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,044.27 |
| --- | --- | --- |
| BEAVER EXPRESS | *Check all that apply.* | |
| P.O BOX 1168 | ☐ Contingent | |
| WOODWARD, OK  73802-1168 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $119.66 |
| --- | --- | --- |
| BECKER TIRE | *Check all that apply.* | |
| 409 N HAVERHILL RD | ☐ Contingent | |
| ELDORADO, KS  67042 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $242.01 |
| --- | --- | --- |
| BELFORD ELECTRIC INC | *Check all that apply.* | |
| 800 E THIRD | ☐ Contingent | |
| WICHITA, KS  67202-2720 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,454.65 |
| --- | --- | --- |
| BAKERSFIELD PIPE & SUPPLY | *Check all that apply.* | |
| P.O. BOX 639 | ☐ Contingent | |
| BAKERSFIELD, CA  93302-0639 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,538.11 |
| --- | --- | --- |
| AEGIS FLOW TECHNOLOGIES | *Check all that apply.* | |
| 6041 INDUSTRIAL DRIVE | ☐ Contingent | |
| GEISMAR, LA  70734 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

Debtor    MARTIN & BAYLEY, INC.    Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

|  | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,244.09 |
|---|---|---|

**Nonpriority creditor's name and mailing address**

ACCOUNTEMPS
P.O. BOX 743295
LOS ANGELES, CA  90074-3295

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $1,244.09
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

ACE IMAGEWEAR
4120 E. TRUMAN ROAD
KANSAS CITY, MO  64127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $7,380.31
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

ACI MOTOR FREIGHT, INC
4545 S. PALISADE ST
WICHITA, KS  67217

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $281.01
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

ACID PIPING TECHNOLOGY, INC.
2890 ARNOLD TENBROOK ROAD
ARNOLD, MO  63010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $4,836.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

ACTION COMMUNICATION TECH
27417 HANNA ROAD
CONROE, TX  77385

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $140.73
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

AD LIFT TRUCK
5434 NATURAL BRIDGE AVE
ST LOUIS, MO  63120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,741.46

---

**Nonpriority creditor's name and mailing address**

ADAML AVENUE
1655 INDUSTRIAL AVENUE
SIDNEY, NE  69162-3239

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,900.00

---

**Nonpriority creditor's name and mailing address**

ADDITIVE SYSTEMS INC.
407 S MAIN STREET
BROKEN ARROW, OK  74012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,552.00

---

**Nonpriority creditor's name and mailing address**

ADSENS TECHNOLOGY INC
18310 BEDFORD CIRCLE
LA PUENTE, CA  91744-5971

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$106.50

---

**Nonpriority creditor's name and mailing address**

ADT SECURITY SERVICES, INC.
PO BOX 371956
PITTSBURGH, PA  15250-7956

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,416.00

Debtor    MODINE MANUFACTURING CO., INC.    Case number (if known)
(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

APEX TOOL GROUP, LLC
1000 LUFKIN ROAD
APEX, NC 27502

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,390.61

---

**Nonpriority creditor's name and mailing address**

ADVENTURELAND AMUSEMENT PARK
P.O. BOX 3335
DES MOINES, IA 50316

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$420.00

---

**Nonpriority creditor's name and mailing address**

ABILA'S SPECIALTY LLC
PO BOX 2548
ODESSA, TX 79760

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$621.95

---

**Nonpriority creditor's name and mailing address**

AEON PEC
505 AERO DRIVE
SHREVEPORT, LA 71107

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,005.42

---

**Nonpriority creditor's name and mailing address**

AFFILIATED STEAM EQUIPMENT CO.
P.O. BOX 4288
DAVENPORT, IA 52808

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,287.28

---

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

AGFI
260 FACTORY ROAD
P.O. BOX 338
EATON, CO  80615

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$137.32

---

**Nonpriority creditor's name and mailing address**

AGI INDUSTRIES, INC
808 W BROADWAY
HOBBS, NM  88240

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,154.59

---

**Nonpriority creditor's name and mailing address**

AIRGAS USA, LLC
3018 NEBRASKA AVE
COUNCIL BLUFFS, IA  51501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,677.81

---

**Nonpriority creditor's name and mailing address**

AITKEN, INC.
4920 AIRLINE DRIVE
HOUSTON, TX  77022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,225.78

---

**Nonpriority creditor's name and mailing address**

AIV, L.P.
7140 W. SAM HOUSTON PKWY N
HOUSTON, TX  77040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$170,165.66

Debtor    Maxus Industries, Inc.    Case number (if known) 16-40271-can11
(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>AK TUBE LLC<br>30400 E BROADWAY<br>WALBRIDGE, OH  43465<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| **Nonpriority creditor's name and mailing address**<br><br>AL XANDER CO INC<br>P.O. BOX 98<br>CORRY, PA  16407-0098<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,493.64 |
| **Nonpriority creditor's name and mailing address**<br><br>ALABAMA INDUSTRIAL PRODUCTS<br>25476 FRIENDSHIP RD, STE G<br>DAPHNE, AL  36526<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,105.09 |
| **Nonpriority creditor's name and mailing address**<br><br>ADVANCED INDUSTRIAL COMPONENTS<br>2899 PORTLAND DRIVE<br>OAKVILLE, ON  L6H-5S4<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,545.00 |
| **Nonpriority creditor's name and mailing address**<br><br>A&M CUSTOM MACHINE INC<br>128 30TH ST<br>GREELEY, CO  80631<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,380.00 |

Debtor  MASTER'S QUALITY, INC.  Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,569.96 |
| --- | --- | --- |
| AVK<br>P.O. BOX 309<br>LA FOX, IL  60147 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN |
| --- | --- | --- |
| BOB EISEL POWDER<br>3500 S. HOOVER<br>WICHITA, KS  67215 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $835.12 |
| --- | --- | --- |
| QUARTER TURN RES<br>3505 W. NORTH AVE<br>PONCA CITY, OK  74601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,370.01 |
| --- | --- | --- |
| WOLAR INDUSTRIAL, INC.<br>1313 LOMBARDY<br>HOUSTON, TX  77023 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,500.00 |
| --- | --- | --- |
| 2403X<br>P.O. BOX 336926<br>GREELEY, CO  80633 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   M&G USA CORPORATION, et al.    Case No. 16-12551

(Name)

Case 16-40271-can11    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc
Main Document    Page 191 of 709

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>2M COMPANY INC<br>PO BOX 80770<br>BILLINGS, MT 59108-0770<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,566.07 |
| **Nonpriority creditor's name and mailing address**<br><br>4 STATE SUPPLY<br>1501 S MAIN ST<br>COUNCIL BLUFFS, IA 51503<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,674.31 |
| **Nonpriority creditor's name and mailing address**<br><br>475-PRAXAIR DISTRIBUTION INC<br>DEPT CH 10660<br>PALATINE, IL 60055-0660<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $332.83 |
| **Nonpriority creditor's name and mailing address**<br><br>4X4 2ND AVE<br>1405 42ND AVE<br>GREELEY, CO 80634<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,373.42 |
| **Nonpriority creditor's name and mailing address**<br><br>84 LUMBER COMPANY<br>1019 ROUTE 519<br>EIGHTY FOUR, PA 15330<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,129.71 |

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

A-C VALVE INC
675 MITCHELL AVENUE
WOODLAND, WA  98674

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,678.00

---

**Nonpriority creditor's name and mailing address**

A&L VALVE & FITTING L.P.
8550 HANSEN SUITE A
HOUSTON, TX  77075

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,064.69

---

**Nonpriority creditor's name and mailing address**

ABZ VALVES & CONTROLS
119 W. MAIN
MADISON, KS  66860

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$567,571.36

---

**Nonpriority creditor's name and mailing address**

A. D. MICHEL CO., INC.
2505 METRO BLVD
MARYLAND HEIGH, MO  63043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,329.94

---

**Nonpriority creditor's name and mailing address**

A.C.T., INC.
311 FRONT ST N
AMORY, MS  38821

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,010.24

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

AAA LEGE DR.
200 S. COLLEGE DR.
CHEYENNE, WY 82007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,000.00

---

**Nonpriority creditor's name and mailing address**

AAA PORTABLE SERVICES LLC
PO BOX 16973
WICHITA, KS 67216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$507.03

---

**Nonpriority creditor's name and mailing address**

ABB INC.
P.O. BOX 88868
CHICAGO, IL 60695-1868

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,869.00

---

**Nonpriority creditor's name and mailing address**

ABBOTT'S OIL FIELD SUPPLY
PO BOX 2544
ODESSA, TX 79760-2544

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,107.13

---

**Nonpriority creditor's name and mailing address**

ABE'S TRASH SERVICE, INC.
8123 CHRISTENESEN LANE
OMAHA, NE 68122-5069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,096.20

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $444.73 |
| --- | --- | --- |
| ABF FREIGHT SYSTEM INC | *Check all that apply.* | |
| 3833 S WEST ST | ☐ Contingent | |
| WICHITA, KS  67217-3805 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $197.67 |
| --- | --- | --- |
| ABF FREIGHT SYSTEM, INC. | *Check all that apply.* | |
| 1001 SE LORENZ DR | ☐ Contingent | |
| ANKENY, IA  50021-3946 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,330.08 |
| --- | --- | --- |
| ABF OX | *Check all that apply.* | |
| P.O. BOX 10048 | ☐ Contingent | |
| FORT SMITH, AR  72917-0048 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,990.00 |
| --- | --- | --- |
| ALBINA PIPE BENDING CO., INC. | *Check all that apply.* | |
| 12080 SW MYSLONY STREET | ☐ Contingent | |
| TUALATIN, OR  97062 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,560.60 |
| --- | --- | --- |
| A P SUPPLY COMPANY | *Check all that apply.* | |
| 1400 NORTH OATS STREET | ☐ Contingent | |
| TEXARKANA, AR  71854 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

Debtor    MODERN TRANSPORTATION, INC.    Case number (if known) 16-40271-can11
         (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

ANCHOR SALES & SERVICE CO
106 W. 31ST ST.
INDEPENDENCE, MO 64055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$523,161.00

---

**Nonpriority creditor's name and mailing address**

ALABAMA POWER
PO BOX 242
BIRMINGHAM, AL  35292

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$920.29

---

**Nonpriority creditor's name and mailing address**

AMERICAN PIPING PRODUCTS
825 MARYVILLE CENTRE DRIVE
CHESTERFIELD, MO  63017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,541.11

---

**Nonpriority creditor's name and mailing address**

AMERICAN TEXTILE MILLS
208 BENNINGTON AVENUE
KANSAS CITY, MO  64123

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$420.40

---

**Nonpriority creditor's name and mailing address**

AMERICAN VALVE
8717B HWY. 421 NORTH
GREENSBORO, NC  27425

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,143.78

Debtor M... (Name)

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

AMERICAN WASTE CONTROL, INC
PO BOX 21054
TULSA, OK 74121-1054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,125.36

---

**Nonpriority creditor's name and mailing address**

AMERI-FORGE
945 BUNKER HILL, SUITE 500
HOUSTON, TX 77024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$492,390.58

---

**Nonpriority creditor's name and mailing address**

AMERIFORGE/FORGED VESSEL CON
945 BUNKER HILL, SUITE 500
HOUSTON, TX 77024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$955.47

---

**Nonpriority creditor's name and mailing address**

AMERIPRIDE SERVICES
PO BOX 698
BEMIDJI, MN 56619-0698

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,067.82

---

**Nonpriority creditor's name and mailing address**

AMERIPRIDE SERVICES
PO BOX 1010
BEMIDJI, MN 56619-1010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$615.60

---

Debtor    MODE TRANSPORTATION, INC.    Case number 16-40271
         (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

AMERTIER DR.
1238 FRONTIER DR.
BISMARCK, ND  58504

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$270.97

---

**Nonpriority creditor's name and mailing address**

AMERICAN FIRE PROTECTION
222 79A STOTTLEMEYER RD NE
POULSBO, WA  98731

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$860.00

---

**Nonpriority creditor's name and mailing address**

ANCHOR BOLT & SUPPLY CO
P.O. BOX 908
ODESSA, TX  79760

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,400.26

---

**Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS
PO Box 981535
El Paseo, TX  79998-1535

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$357,213.63

---

**Nonpriority creditor's name and mailing address**

ANCHOR SCIENTIFIC INC.
P.O. BOX 378
LONG LAKE, MN  55356

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$243.10

---

Debtor    MEGA MOTORS, INC.    Case number (if known) 16-40271

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**Nonpriority creditor's name and mailing address**

ANDERSON METALS CORP
1701 SOUTHERN
KANSAS CITY, MO  64120-1127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,131.49

---

**Nonpriority creditor's name and mailing address**

ANDREW L. BROWN
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Note Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,352.51

---

**Nonpriority creditor's name and mailing address**

ANDREW L. BROWN
1716 GUINOTTE AVENUE
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Note Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

$80,601.46

---

**Nonpriority creditor's name and mailing address**

ANODE SALES COMPANY
124 NORTH 22ND COURT
GRAND JUNCTION, CO  81501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,500.00

---

**Nonpriority creditor's name and mailing address**

ANVIL - DENVER
4200 HOLLY STREET
DENVER, CO  80216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,217.65

---

Debtor  MODERN ENGINEERING, INC.        Case number (if known)  16-40271-can11
        (Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| **Nonpriority creditor's name and mailing address**<br><br>ANVIL - NORTH KINGSTOWN<br>160 FRENCHTOWN ROAD<br>N KINGSTOWN, RI  02852<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,288.18 |
| **Nonpriority creditor's name and mailing address**<br><br>ANVIL INTERNATIONAL<br>26009 NETWORK PLACE<br>CHICAGO, IL  60673-1260<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $58,696.35 |
| **Nonpriority creditor's name and mailing address**<br><br>ANVIL INTERNATIONAL LP<br>750 CENTRAL AVE<br>UNIVERSITY PRK, IL  60466<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,768.27 |
| **Nonpriority creditor's name and mailing address**<br><br>AP SERVICES LLC<br>203 ARMSTRONG DRIVE<br>FREEPORT, PA  16229<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,567.07 |
| **Nonpriority creditor's name and mailing address**<br><br>APEX FEED & SUPPLY, INC.<br>TRUE VALUE, F-L TANKS<br>600 GREENE ST<br>MARIETTA, OH  45750<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,984.00 |

Debtor   MURRAY ENERGY CORPORATION, et al.     Case No. 16-40271-can11
(Name)

Case 16-40271-can11   Doc 193   Filed 03/14/16   Entered 03/14/16 12:14:02   Desc
Main Document   Page 200 of 709

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| **Nonpriority creditor's name and mailing address**<br><br>AMIAD FILTRATION SYSTEMS<br>2220 CELSIUS AVENUE<br>OXNARD, CA  93030<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56.27 |
| **Nonpriority creditor's name and mailing address**<br><br>ALLIED OIL & TIRE CO<br>2209 S. 24TH STREET<br>OMAHA, NE  68108<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,750.38 |
| **Nonpriority creditor's name and mailing address**<br><br>BONNEY FORGE CO<br>P O BOX 8538-502<br>PHILADELPHIA, PA  19171<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $191,266.45 |
| **Nonpriority creditor's name and mailing address**<br><br>ALCO USA, LLP<br>12340 JONES ROAD<br>HOUSTON, TX  77070<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,400.00 |
| **Nonpriority creditor's name and mailing address**<br><br>ALL AMERICA THREADED PRODUCTS<br>P.O. BOX 5051<br>DENVER, CO  80217<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,005.81 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | ---: |

**Nonpriority creditor's name and mailing address**

ALL COPY PRODUCTS INC
4141 COLORADO BLVD
DENVER, CO 80216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$449.62

---

**Nonpriority creditor's name and mailing address**

ALL PACKAGING CO
1515 W. 9TH STREET
KANSAS CITY, MO 64101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,044.09

---

**Nonpriority creditor's name and mailing address**

ALLAN EDWARDS, INC.
2505 SOUTH 33RD WEST AVE
TULSA, OK 74107

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,915.00

---

**Nonpriority creditor's name and mailing address**

ALLEGHENY PIPE & SUPPLY CO
P.O. BOX 478
CORAOPOLIS, PA 15108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,054.75

---

**Nonpriority creditor's name and mailing address**

ALLESCO TULSA
740 WEST ELGIN
BROKEN ARROW, OK 74012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,489.32

Debtor   MISSION ADVANCED TECH., INC.   (Name)   Case number (if known) 16-40271

**Part 2:** Additional Page

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

ALLIANCE MAINTENCE INC
PO BOX 695
LOWELL, AR 72745

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$360.00

---

**Nonpriority creditor's name and mailing address**

ALLIED CHROME
7200 MYKAWA RD
HOUSTON, TX 77033

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,695.36

---

**Nonpriority creditor's name and mailing address**

AMERICAN INDUSTRIAL HEAT TRANS
3905 ROUTE 173
ZION, IL 60099

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**

ALLIED FITTING CORP
7200 MYKAWA ROAD
HOUSTON, TX 77033

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$87,740.56

---

**Nonpriority creditor's name and mailing address**

ALASKAN COPPER & BRASS CO.
P. O. BOX 3546
SEATTLE, WA 98124-3546

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,711.25

---

Debtor    MODULAR MINING SYSTEMS, INC.    Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

ALLIED PIPING PRODUCTS PA, INC
319 CIRCLE OF PROGRESS DR
POTTSTOWN, PA 19464-3811

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$686.32

---

**Nonpriority creditor's name and mailing address**

ALLIED VALVE INC.
1751 93RD ST NE
BISMARCK, ND 58501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,608.41

---

**Nonpriority creditor's name and mailing address**

ALLIED VALVE/VALVE SERVICES GR
1019 WEST GRAND AVE
CHICAGO, IL 60622-6590

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,698.47

---

**Nonpriority creditor's name and mailing address**

ALLOY STAINLESS PRODUCTS CO
611 UNION BLVD.
TOTOWA, NJ 07512

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,366.74

---

**Nonpriority creditor's name and mailing address**

ALLPASS CORPRATION
2605 CRANE AVENUE
ASHTABULA, OH 44004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$463.29

---

Debtor    MODERN TECHNOLOGIES, INC.    Case number 16-40271

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---:|

**Nonpriority creditor's name and mailing address**

ALL-PRO PEST CONTROL
P.O. BOX 25126
CLAYCOMO, MO  64119

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$824.00

---

**Nonpriority creditor's name and mailing address**

ALPHA PROCESS SALES
7011 XCHANGER
BATON ROUGE, LA  70809

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,011.26

---

**Nonpriority creditor's name and mailing address**

AMER
P.O. BOX 74008003
CHICAGO, IL  60674-8003

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$252.28

---

**Nonpriority creditor's name and mailing address**

AMER
611 WEST HIGHWAY 30
PINE BLUFFS, WY  82082

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$381.76

---

**Nonpriority creditor's name and mailing address**

AMERIBOLT, INC.
9506 BAMBOO RD
HOUSTON, TX  77041

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$110,014.30

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $2,996.56 |
| AMERICAN BOA, INC. 1420 REDI ROAD CUNNING, GA  30130 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $3,705.67 |
| ALLIED ELECTRONICS, INC. A/R DEPT. 7151 JACK NEWELL BLVD. S FT. WORTH, TX  76118 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $2,400.00 |
| CONWAY FREIGHT PO BOX 9121 MINNEAPOLIS, MN  55480-9121 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $1,037.20 |
| CONSTRUCTION SAFETY PRODUCTS 359 MT. ZION ROAD SHREVEPORT, LA  71106-6565 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $13,266.00 |
| CONT P.O. BOX 1121 DICKINSON, ND  58601 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

**Part 2:**    Additional Page

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

CON-TECH INTERNATIONAL
P.O. BOX 53313
NEW ORLEANS, LA 70153

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$137.42

---

**Nonpriority creditor's name and mailing address**

CONTINENTAL CONVEYOUR LTD
470 SAINT-ALPHONSE S
THETFORD MINES, QC G6G-5V2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,435.00

---

**Nonpriority creditor's name and mailing address**

CONTINENTAL INDUSTRIES
PO BOX 732096
DALLAS, TX 75373

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,079.68

---

**Nonpriority creditor's name and mailing address**

CONTROL DEVICES, LLC
1555 LARKIN WILLIAMS ROAD
FENTON, MO 63026

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,654.95

---

**Nonpriority creditor's name and mailing address**

CONTROL PRODUCTS
1668 HEADLAND DRIVE
FENTON, MO 63026

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,223.17

Debtor   MEDCATH INCORPORATED, et. al.   Case number (if known) 16-40271

(Name)

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

CONTROL SOUTHERN, INC.
3580 LAKEFIELD DRIVE
SUWANNE, GA 30024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $840.46
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

CONTROLS SOUTHEAST, INC.
P.O. BOX 7500
CHARLOTTE, NC 28241

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $2,227.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

CONTROLS WAREHOUSE
SHORES INUDSTRIAL PARK
OCALA, FL 34472

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $31,145.31
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

CIRCOR ENERGY PRODUCTS
P.O. BOX 95249
OKLAHOMA CITY, OK 73143

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $6,520.52
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

CONVAL INC
P.O. BOX 1049
SOMERS, CT 06071-1049

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $9,244.05
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor MORTGAGES LTD. LLC, et al. Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | ---: |
| **Nonpriority creditor's name and mailing address**<br><br>CONFLOW CORPORATION<br>2042 EAST GLADWICK ST<br>DOMINGUEZ HILL, CA 90220<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,995.44 |
| **Nonpriority creditor's name and mailing address**<br><br>CONWAY FREIGHT<br>P.O. BOX 5160<br>PORTLAND, OR 97208-5160<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,109.63 |
| **Nonpriority creditor's name and mailing address**<br><br>CON-WAY FREIGHT INC.<br>PO BOX 5160<br>PORTLAND, OR 97208-5160<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,627.32 |
| **Nonpriority creditor's name and mailing address**<br><br>CON-WAY FREIGHT INC.<br>PO BOX 5160<br>PORTLAND, OR 97208<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $260.94 |
| **Nonpriority creditor's name and mailing address**<br><br>CON-X<br>P.O. BOX 982020<br>N. RICHLAND HILLS, TX 76182<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,624.67 |

Debtor MISSOURI TUNGSTEN, INC. Case number 16-40271-can11
(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

COOPER B-LINE, INC.
509 WEST MONROE STREET
HIGHLAND, IL  62249-0326

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,707.88

---

**Nonpriority creditor's name and mailing address**

COOPER CAMERON VAL/TBV TECHNO
P O BOX 730418
DALLAS, TX  76373-0418

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,681.78

---

**Nonpriority creditor's name and mailing address**

COORSTEK
7700 S BRYANT AVE
OKLAHOMA CITY, OK  73149

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,052.25

---

**Nonpriority creditor's name and mailing address**

COPPER STATE BOLT & NUT CO.
4880 GENEVA STREET
DENVER, CO  80238

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,971.95

---

**Nonpriority creditor's name and mailing address**

CORMACI CONSTRUCTION INC
P.O. BOX 540817
OMAHA, NE  68154

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.38

---

Debtor   Mid-States Supply Company, Inc.                     Case number 16-40271

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|--|
| **Nonpriority creditor's name and mailing address**<br><br>CORPORATE HEALTH<br>1000 HOSPITAL DRIVE<br>MCPHERSON, KS  67460<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |
| **Nonpriority creditor's name and mailing address**<br><br>CONTROL-TECH INC.<br>8938 N. PRAIRIE POINTE<br>PEORIA, IL  61615<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,650.00 |
| **Nonpriority creditor's name and mailing address**<br><br>COASTAL FLANGE, INC.<br>11906 FM 529<br>HOUSTON, TX  77041<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,452.00 |
| **Nonpriority creditor's name and mailing address**<br><br>BODY IN MOTION<br>4440 BROADWAY STREET<br>KANSAS CITY, MO  64111-3315<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90.00 |
| **Nonpriority creditor's name and mailing address**<br><br>CITY OF ARTESIA<br>P.O BOX 1310<br>ARTESIA, NM  88211-1310<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29.42 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

CITY OF GREELEY
DIRECTOR OF FINANCE
P.O. BOX 1928
P.O. BOX 1648
GREELEY, CO  80632

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$66.82

---

**Nonpriority creditor's name and mailing address**

CITY OF GUYMON
219 NW 4TH ST
GUYMON, OK  73742-4708

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$944.17

---

**Nonpriority creditor's name and mailing address**

CITY OF MOUNT PLEASANT
501 N MADISON AVE
MT PLEASANT, TX  75455-3650

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$412.88

---

**Nonpriority creditor's name and mailing address**

CITY OF SHREVEPORT
PO BOX 30065
SHREVEPORT, LA  71153-0065

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$209.26

---

**Nonpriority creditor's name and mailing address**

CITY
P.O. BOX 1928
GREELEY, CO  80632-1928

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$84.13

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

CITYTREET E.
99 2ND STREET E.
DICKINSON, ND  58601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$649.23

---

**Nonpriority creditor's name and mailing address**

CLAPP ASSOCIATES INC.
1325 O'REILLY DRIVE
FEASTERVILLE, PA  19053

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**

CLARK SPRINKLER SUP
P O BOX 28488
ST LOUIS, MO  63146

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$162.90

---

**Nonpriority creditor's name and mailing address**

CONSOLIDATED PIPE & SUPPLY
P.O. BOX 2472
BIRMINGHAM, AL  35201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$280,965.48

---

**Nonpriority creditor's name and mailing address**

CLA-VAL CO.
P O BOX 1305
NEWPORT BEACH, CA  92659-0325

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,827.27

**Part 2:** Additional Page

|  | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

CONLEY CORPORATION
2795 E. 91ST STREET
TULSA, OK 74137

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,078.47

---

**Nonpriority creditor's name and mailing address**

COBRA COATING CO
P.O. BOX 13982
ODESSA, TX 79768

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,701.09

---

**Nonpriority creditor's name and mailing address**

COBRA HYDRAULICS
2402 N PARKLAND AVE
ARTESIA, NM 88210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$234.77

---

**Nonpriority creditor's name and mailing address**

CODY SALES & ENGINEERING CO.
312 S. MAIN
INDEPENDENCE, MO 64050

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,876.05

---

**Nonpriority creditor's name and mailing address**

COLLECTOR OF REVENUE
P.O. BOX 66966
ST. LOUIS, MO 63166-6966

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$145.61

Debtor   Mariette Southern Vandalia, Inc.   Case number (if known) 16-40271
         (Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45,404.78 |
| --- | --- | --- |
| COLLINS-OLIVER, INC. 9821 SOUTH PERDUE BATON ROUGE, LA 70814-4435 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,251.15 |
| --- | --- | --- |
| COLUMBIA PRODUCTS COMPANY 1622 BROWNING IRVINE, CA 92606-4809 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,439.60 |
| --- | --- | --- |
| COLUMBUS MCKINNON CORPORATION DUFF-NORTON COMPANY PO BOX 30839 HARTFORD, CT 06150-0839 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $300.00 |
| --- | --- | --- |
| COMPTON METALS INC 192 SIMPSON STREET CLARKSBURG, WV 26301 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,591.43 |
| --- | --- | --- |
| COMPUTER AIDED TECHNOLOGY INC 7880 NW 100TH STREET KANSAS CITY, MO 64153 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor MURRAY ENERGY CORP., et al., INC.
(Name)

Case number (if known) 16-40271

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

CONCENTRA
989 CORPORATE DR
LINTHICUM, MD 21090

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$217.50

---

**Nonpriority creditor's name and mailing address**

CORROSION PRODUCTS/INDELCO
414 EAST 16TH AVE
N KANSAS CITY, MO 64116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$949.66

---

**Nonpriority creditor's name and mailing address**

CLARK'S TOOL
74 E. 69 HIGHWAY
KANSAS CITY, MO 64119

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$271.27

---

**Nonpriority creditor's name and mailing address**

DAKOTA SUPPLY GROUP
475 MINNEHAHA AVE. W
ST. PAUL, MN 55103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,280.00

---

**Nonpriority creditor's name and mailing address**

CORPORATECARE NORTH
2025 SWIFT AVENUE
NORTH KANSAS CITY, MO 64116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$260.00

---

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

CUSTOM TRUCK & EQUIPMENT, LLC
7701 INDEPENEDCE AVE
KANSAS CITY, MO  64125

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$489.64

---

**Nonpriority creditor's name and mailing address**

CVI SOLUTIONS - OKC
13215 STAFFORD ROAD
MISSOURI CITY, TX  77489

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,101.92

---

**Nonpriority creditor's name and mailing address**

CYCLONAIRE CORP.
2922 NORTH DIVISION AVE.
YORK, NE  68467

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,530.00

---

**Nonpriority creditor's name and mailing address**

CYCLONE PEST MAANAGEMENT
5305 WINDSOR CT
PLEASANT HILL, IA  50327

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$95.40

---

**Nonpriority creditor's name and mailing address**

CYCLONIC VALVE COMPANY
2349 WEST VANCOUVER
BROKEN ARROW, OK  74012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,695.01

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

D & C SALES
14704 E 33RD PL #F
AURORA, CO  80011

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $3,630.60
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

D&C SALES, INC.
14704 EAST 33RD PL #F
AURORA, CO  80011

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $3,361.18
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

DACO
5824 S. PEORIA
TULSA, OK  74150

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $1,858.44
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

DAIRY ENGINEERING CO
5783 N. SHERIDAN BLVD
ARVADA, CO  80003

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $2,752.86
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

CUSTOM HOSE & SUPPLIES, INC.
805-66TH AVE S.W.
CEDAR RAPIDS, IA  52404

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $571.51
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

DAKOTA HOSE & FITTINGS
733 21ST STREET NORTH
FARGO, ND 58102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,485.00

---

**Nonpriority creditor's name and mailing address**

CUSTOM FABRICATION & EQUIP.
2900 RISSLER ROAD
SEDALIA, MO 65301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$109.23

---

**Nonpriority creditor's name and mailing address**

DALCART & ASSOCIATES
5301 N. VASQUEZ BLVD.
COMMERCE CITY, CO 80022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$53.54

---

**Nonpriority creditor's name and mailing address**

DANDY SPECIALTIES
1920 SOUTH TREADAWAY
ABILENE, TX 77333

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,363.96

---

**Nonpriority creditor's name and mailing address**

DAN-LOC BOLT & GASKET, INC.
P.O. BOX 676866
DALLAS, TX 75267-6866

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$375.44

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

DAUGHTRIDGE SALES CO., INC.
P O BOX 4364
ROCKY MOUNT, NC 27803-4364

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,966.26

---

**Nonpriority creditor's name and mailing address**

DAVIS VALVE
P.O. BOX 11837
MEMPHIS, TN 38111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,837.00

---

**Nonpriority creditor's name and mailing address**

DBC IRRIGATION SUPPLY
6222 W. 10TH STREET
GREELEY, CO 80634

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$119.59

---

**Nonpriority creditor's name and mailing address**

DBI INC
5330 N 57TH STREET
LINCOLN, NE 68507

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$237.25

---

**Nonpriority creditor's name and mailing address**

DBI INC.
5330 N 57TH STREET
LINCOLN, NE 68507

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,968.50

Debtor    Mills Fleet Farm Group, Inc.    Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $201.98 |
| DCL FABRICATION INC. | ☐ Contingent | |
| 13551 NORTHWEST INDUSTRIAL | ☐ Unliquidated | |
| BRIDGETON, MO  63044 | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,637.50 |
| DE ROSSETT | ☐ Contingent | |
| 18861 178TH STREET | ☐ Unliquidated | |
| TONGANOXIE, KS  66720 | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,192.85 |
| DECO TOOL SUPPLY COMPANY | ☐ Contingent | |
| 2630 N.E. HAGAN ROAD | ☐ Unliquidated | |
| LEE'S SUMMIT, MO  64064 | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21.30 |
| DAKOT ST E. | ☐ Contingent | |
| 129 1ST ST E. | ☐ Unliquidated | |
| DICKINSON, ND  58601 | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $495.00 |
| CROSSBRIDGE COMPLIANCE | ☐ Contingent | |
| PO BOX 8024 | ☐ Unliquidated | |
| LONGVIEW, TX  75607 | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

Debtor   M&G USA Corporation, et al.  Case No. 16-40121 (RDD)
(Name)

Case 16-40271-can11   Doc 193   Filed 03/14/16   Entered 03/14/16 12:14:02   Desc
Main Document   Page 221 of 709

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |
| **Nonpriority creditor's name and mailing address**<br>KOLBI PIPE MARKER CO.<br>2302 FOSTER AVENUE<br>WHEELING, IL 60090<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $22,074.61 |
| **Nonpriority creditor's name and mailing address**<br>CORROSION TECHNOLOGIES INC<br>6268 W STONER DR SUITE C<br>GREENFIELD, IN 46140<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $135.80 |
| **Nonpriority creditor's name and mailing address**<br>CORRPRO COMPANIES, INC.<br>5643 N. 52ND AVENUE<br>GLENDALE, AZ 85301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,836.20 |
| **Nonpriority creditor's name and mailing address**<br>COTT MANUFACTURING COMPANY<br>43 ALLEGHENY SQUARE<br>GLASSPORT, PA 15040-1649<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $516.42 |
| **Nonpriority creditor's name and mailing address**<br>COX COMMUNICATIONS<br>PO BOX 248871<br>OKLAHOMA CITY, OK 73124-8871<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,778.35 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

COX COMMUNICATIONS
PO BOX 248671
OKLAHOMA CITY, OK  73124-8871

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**$439.88**

---

**Nonpriority creditor's name and mailing address**

COX COMMUNICATIONS - TULSA
PO BOX 248676
OKLAHOMA CITY, OK  73124-8876

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**$1,858.00**

---

**Nonpriority creditor's name and mailing address**

CPS HOUSTON
301 S SHELDON RD
CHANNELVIEW, TX  77530

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**$500.00**

---

**Nonpriority creditor's name and mailing address**

CRANE CO./PACIFIC VALVES
3201 WALNUT AVENUE
LONG BEACH, CA  90807

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**$36,734.00**

---

**Nonpriority creditor's name and mailing address**

CRANE NUCLEAR, INC.
860 REMINGTON BLVD.
BOLINGBROOK, IL  60440-4910

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**$23,414.76**

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $219.88 |
| CUSTOM TAG SERVICE 5727 LOST BROOK COURT ST LOUIS, MO 63129 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $7,317.00 |
| CROSS CORPORATION 3327 N 7TH ST TRAFFICWAY KANSAS CITY, KS 66115 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $2,617.82 |
| CORROSION FLUID PRODUCTS CORP 24450 INDOPLEX CIRCLE FARMINGTON, MI 48332 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $1,753.51 |
| CROSS-MIDWEST TIRE 3570 GARDNER KANSAS CITY, MO 64120 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $5,393.92 |
| CROWN OILFIELD INSTRUMENTATION PO BOX 790 MAURICE, LA 70555 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |

| Part 2: | Additional Page |
| --- | --- |

|  | **Amount of claim** |
| --- | --- |

**Nonpriority creditor's name and mailing address**

CROWN PACKAGING CORP
17854 CHESTERFIELD AIRPORT
CHESTERFIELD, MO 63005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$261.83

---

**Nonpriority creditor's name and mailing address**

CRUME SALES, INC.
1537 SE 39TH STREET
OKLAHOMA CITY, OK 73129

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,775.90

---

**Nonpriority creditor's name and mailing address**

CRYSTAL CLEAR WATER CO
3717 DELAWARE AVENUE
DES MOINES, IA 50313

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.07

---

**Nonpriority creditor's name and mailing address**

CS UNITEC, INC.
P.O. BOX 7690
WILTON, CT 06897-7690

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$491.01

---

**Nonpriority creditor's name and mailing address**

CSM PRODUCTS & SOLUTIONS, LLC
8660 LAMBRIGHT
HOUSTON, TX 77075

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$167.19

Debtor  MODINE MANUFACTURING CO. INC.    Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page |
| | |

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

CULLIGAN OF INDEPENDENCE
PO BOX 2932
WICHITA, KS 67201-2932

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$312.57

---

**Nonpriority creditor's name and mailing address**

CULLIGAN OF LAFAYETTE
110 W FREMONT ST
OWATONNA, MN 55060

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$62.10

---

**Nonpriority creditor's name and mailing address**

CUST-O-BEND, INC.
7512 CHARLES PAGE BLVD
TULSA, OK 74127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,592.52

---

**Nonpriority creditor's name and mailing address**

CUSTOM ALLOY CORP
3 WASHINGTON AVE.
HIGH BRIDGE, NJ 08829

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,790.00

---

**Nonpriority creditor's name and mailing address**

CRISPIN MULTIPLEX MFG CO
600 FOWLER AVENUE
BERWICK, PA 18603

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$174.93

---

Debtor MIDSTATES PETROLEUM COMPANY, INC.
(Name)
Case number (if known) 16-40271

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | ---: |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,715.95 |
| --- | --- | ---: |
| CAP LOGISTICS P.O. BOX 5608 DENVER, CO 80217 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $58,493.00 |
| --- | --- | ---: |
| CAMEO FABRICATORS INC. 13835 CHRISMAN HOUSTON, TX 77039 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,789,076.74 |
| --- | --- | ---: |
| CAMERON DISTRIBUTED VALVES 14 BUSINESS PARK RD LIMERICK, ME 04048 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,436,007.38 |
| --- | --- | ---: |
| CAMERON ENGINEERED VALVES 3250 BRIARPARK DR HOUSTON, TX 77042 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,404.95 |
| --- | --- | ---: |
| CAMERON INTERNATIONAL 8533 SW 2ND OKLAHOMA CITY, OK 73128 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

**Part 2:** Additional Page

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

CAMERON PROCESS DIVISION
P. O. BOX 193520
LITTLE ROCK, AK  72219-3520

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$161,088.00

---

**Nonpriority creditor's name and mailing address**

CAMERON VALVE & MEASUREMENT
EPV AUTOMATION GROUP
4309 W SAM HOUSTON PKWY
N BUILDING B
HOUSTON, TX  77041

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,537.87

---

**Nonpriority creditor's name and mailing address**

CAMERON'S MEASUREMENT SYSTEMS
4800 W GREENS RD
HOUSTON, TX  77066

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,556.14

---

**Nonpriority creditor's name and mailing address**

CAMPBELL FITTINGS, INC.
P. O. BOX 417
BOYERTOWN, PA  19512-0417

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$316.67

---

**Nonpriority creditor's name and mailing address**

CAMPBELL-SEVEY, INC.
15350 MINNETONKA BLVD
MINNEONKA, MN  55345

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.44

Debtor   MCal Erie Ux-A371 cam 1nc.   Case 16-40271 cam 11   Doc 193   Filed 03/14/16   Entered 03/14/16 12:14:02   Desc
(Name)   Case number (if known) 16-40271-can11
Main Document   Page 228 of 709

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,276.50 |
| --- | --- | --- |
| CAND PARKWAY<br>2335 TURA PARKWAY<br>CHEYENNE, WY  82001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,417.10 |
| --- | --- | --- |
| CIRCOR ENERGY PRODUCTS CANADA<br>DBA KF INDUSTRIES CANADA<br>9430 39 AVE. NW<br>EDMONTON, AB  T6E 5T9<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,658.00 |
| --- | --- | --- |
| CAP LOGISTICS<br>P.O. BOX 5608<br>DENVER, CO  80217 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $699.31 |
| --- | --- | --- |
| C.I.S. INVESTMENTS<br>DBA TRIANGLE METALS<br>17848 S HIGHWAY 75<br>GLENPOOL, OK  74033 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,836.77 |
| --- | --- | --- |
| CAP LOGISTICS<br>P.O. BOX 5608<br>DENVER, CO  80217 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

CAPITAL PRODUCTS, INC.
226 NORTHEAST TUDOR RD
LEE'S SUMMIT, MO 64086

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$291.69

---

**Nonpriority creditor's name and mailing address**

CAPITAL VALVE & FITTING CO INC
9243 INTERLINE AVENUE
BATON ROUGE, LA 70809

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,308.50

---

**Nonpriority creditor's name and mailing address**

CAPITOL MANUFACTURING
742 BROOKSEDGE PLAZA DRIVE
WESTERVILLE, OH 43086

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$200,877.16

---

**Nonpriority creditor's name and mailing address**

CARDINAL MACHINE WORKS
1522 NORTH NINTH ST
ST LOUIS, MO 63106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,774.08

---

**Nonpriority creditor's name and mailing address**

CARLON METER COMPANY, INC.
1710 EATON DRIVE
GRAND HAVEN, MI 49417

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$765.00

**Part 2:** Additional Page

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

CAROLINA FILTERS, INC.
P.O. BOX 716
SUMTER, SC  29150

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$222.47

---

**Nonpriority creditor's name and mailing address**

CARPENTER & PATERSON, INC.
225 MERRIMAC STREET
WOBURN, MA  01801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,239.09

---

**Nonpriority creditor's name and mailing address**

CARR PROPERTIES
PO BOX 1215
MARSHALL, MN  56258

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,246.61

---

**Nonpriority creditor's name and mailing address**

CARROLL COMPANY
2900 W. KINGSLEY ROAD
GARLAND, TX  75041

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,280.00

---

**Nonpriority creditor's name and mailing address**

CANYON SYSTEMS INC
420 CORPORATE CIRCLE
GOLDEN, CO  80401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,221.50

| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $38.03 |

BROOKS INSTRUMENT
407 WEST VINE STREET
HATFIELD, PA  19440

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

BOONE & BOONE SALES CO., INC.
5484 S. 103RD E. AVENUE
TULSA, OK  74146

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,629.80

---

**Nonpriority creditor's name and mailing address**

BOSCHERT EQUIPMENT CO
1986 LINN
N. KANSAS CITY, MO  64116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$492.72

---

**Nonpriority creditor's name and mailing address**

BOYD DELIVERY SERVICE
P O BOX 413806
KANSAS CITY, MO  64141

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,384.80

---

**Nonpriority creditor's name and mailing address**

BP
P.O. BOX 70887
CHARLOTTE, NC  28272-0887

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.47

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

BRADLEY CORPORATION
9101 FOUNTAIN BLVD.
MENOMONEE FALL, WI  53051

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$443.29

---

**Nonpriority creditor's name and mailing address**

BRASS CRAFT MFG.
DEPT. 77241, BOX 77000
DETROIT, MI  48277-0241

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,732.17

---

**Nonpriority creditor's name and mailing address**

BRAXTON HARRIS COMPANY
1417 COMMERCE BLVD.
ANNISTON, AL  36207

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,376.45

---

**Nonpriority creditor's name and mailing address**

BRAY SALES MINNEAPOLIS
1860 BERKSHIRE LANE N
PLYMOUTH, MN  55441

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$62.09

---

**Nonpriority creditor's name and mailing address**

BRIGGS EQUIPMENT
10540 N STEMMONS FREEWAY
DALLAS, TX  75220

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,358.68

**Part 2:** Additional Page

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**
BRISTOL METALS/BRISMET
P.O. BOX 1589
BRISTOL, TN  37621-1589

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,780.73

---

**Nonpriority creditor's name and mailing address**
CAMBRIDGE-LEE INDUSTRIES, INC.
P.O. BOX 62782
BALTIMORE, MD  21264-2782

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,042.33

---

**Nonpriority creditor's name and mailing address**
BROEN INC.
2820 COMMERCE BOULEVARD
BIRMINGHAM, AL  35210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,541.60

---

**Nonpriority creditor's name and mailing address**
C.L. CARROLL CO. INC.
3623 SIXTH AVENUE
DES MOINES, IA  50313

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,003.98

---

**Nonpriority creditor's name and mailing address**
B-S COMPANY, INC.
2651 SOUTH 9180 WEST
MAGNA, UT  84044

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$250.00

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

BUFFALO FLANGE INC
P O BOX 34890
HOUSTON, TX 77234

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,295.77

---

**Nonpriority creditor's name and mailing address**

BUHLER INC
PO BOX 9497
MINNEAPOLIS, MN 55440-9497

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,541.63

---

**Nonpriority creditor's name and mailing address**

BUNYARD'S SERVICE CENTER
3165 S HILLSIDE
WICHITA, KS 67216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$183.33

---

**Nonpriority creditor's name and mailing address**

BURKERT CO.
2572 WHITE ROAD
IRVINE, CA 92614

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$995.20

---

**Nonpriority creditor's name and mailing address**

C & E WELDING & FABRICATION
1801 N 11TH STREET
OMAHA, NE 68110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$110.00

Debtor   MEDTAINER-AMMERICAN, INC.   Case number (If known) 16-40271

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

C I ACTUATION
1619 RICHEY ROAD
HOUSTON, TX 77073

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,113.14

---

**Nonpriority creditor's name and mailing address**

C.H. ROBINSON COMPANY
P.O. BOX 9121
MINNEAPOLIS, MN 55480-9121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$160.88

---

**Nonpriority creditor's name and mailing address**

C.H. ROBINSON COMPANY
P.O. BOX 9121
MINNEAPOLIS, MN 55480-9121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,495.86

---

**Nonpriority creditor's name and mailing address**

C.H. ROBINSON COMPANY
P.O. BOX 9121
MINNEAPOLIS, MN 55480-9121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,033.49

---

**Nonpriority creditor's name and mailing address**

CASHWAY LUMBER
1020 EAST 2ND
ODESSA, TX 79761

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$207.04

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

BRITISH METRICS
150 AIRPORT DRIVE UNIT 6
WESTMINSTER, MD 21157

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$56.23

---

**Nonpriority creditor's name and mailing address**

CHEM-TROL INC
1516 MIDDLEBURY STREET
ELKHART, IN 46515-1167

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$185.25

---

**Nonpriority creditor's name and mailing address**

CASHCO - C/O FORGY PROCESS
1879 CRAIG RD
ST. LOUIS, MO 63146

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$866.44

---

**Nonpriority creditor's name and mailing address**

CHAMPION INDUSTRIES INC.
CHAPMAN PRINTING CO.
CHARLESTON, WV 25387

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,592.59

---

**Nonpriority creditor's name and mailing address**

CHAMPION VALVES INC
PO BOX 12901
WILMINGTON, NC 28405

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,409.42

Debtor    MEDICALTEES-AAP-2-man-1 INC.    Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

CHARLESTON VALVE & FITTING CO.
507 1ST AVENUE SOUTH
CHARLESTON, WV  25303

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,648.04

---

**Nonpriority creditor's name and mailing address**

CHARMAN MANFACTURING INC.
5681 S DOWNEY RD
VERNON, CA  90058

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,760.47

---

**Nonpriority creditor's name and mailing address**

CHART POOL USA INC
5695 OLD PORTER RD
PORTAGE, IN  46368

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$107.11

---

**Nonpriority creditor's name and mailing address**

CHASE CONTROLS INC.
702 S PERSIMMON, SUITE 1C
TOMBALL, TX  77375

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,134.01

---

**Nonpriority creditor's name and mailing address**

CHATHAM BRASS
P.O. BOX 1274
LINDEN, NJ  07036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,270.92

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,720.81 |
| --- | --- | --- |

**Nonpriority creditor's name and mailing address**

CHECK-ALL VALVE
1800 FULLER ROAD
W DES MOINES, IA  50265

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,720.81

---

**Nonpriority creditor's name and mailing address**

CHEM OIL PRODUCTS/UNIQUE
VALVE & INSTRUMENTATION
12510 CARDINAL MEADOW
SUGAR LAND, TX  77498

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,343.63

---

**Nonpriority creditor's name and mailing address**

CHA DA SALES, INC
815 E 12TH STREET
LAWRENCE, KS  66044

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,708.42

---

**Nonpriority creditor's name and mailing address**

CHEMSEARCH
P.O. BOX 152170
IRVING, TX  75015

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,247.95

---

**Nonpriority creditor's name and mailing address**

CFF STAINLESS STEELS LLC
2197 CANTON ROAD
MARIETTA, GA  30066

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$181,027.31

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

CHEY
P.O. BOX 6001
RAPID CITY, SD  57709-6001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$990.59

---

**Nonpriority creditor's name and mailing address**

CHICAGO TUBE & IRON
DEPT 7051
CAROL STREAM, IL  60122-0751

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$840.80

---

**Nonpriority creditor's name and mailing address**

CHICAGO-WILCOX MFG. CO./DH DIE
P.O. BOX 126
S. HOLLAND, IL  60473

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$87.27

---

**Nonpriority creditor's name and mailing address**

CHILIMACK'S UNION COURIERS
9600 S BROADWAY
ST LOUIS, MO  63125

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$810.37

---

**Nonpriority creditor's name and mailing address**

CHRISTOPHER W. BROWN
P.O. BOX 7008
RAINBOW CITY, AL  35906

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

CINCINNATI VALVE COMPANY
P.O. BOX 141451
CINCINNATI, OH  45250-1451

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$474.13

---

**Nonpriority creditor's name and mailing address**

CINTAS
1601 NORTH 24TH STREET
OMAHA, NE  68110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,726.60

---

**Nonpriority creditor's name and mailing address**

CINTAS CORPORATION
P.O. BOX 650838
DALLAS, TX  75265

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,124.53

---

**Nonpriority creditor's name and mailing address**

CINTAS CORPORATION
CINTAS LOC #731
CHICAGO, IL  60680-1005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$779.21

---

**Nonpriority creditor's name and mailing address**

LYKINS OIL COMPANY
PO BOX 643875
CINCINNATI, OH  45264-3875

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$158.72

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $345.80 |
| --- | --- | --- |
| CIRCLE S PRODUCTS<br>16415 CARTER ROAD EAST<br>WOODHAVEN, MI  48183 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,429.80 |
| --- | --- | --- |
| CHEM VALVE<br>27850 COMMERCIAL PARK DR<br>TOMBALL, TX  77375-6533 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $284.39 |
| --- | --- | --- |
| CENTRAL VALLEY ELECTRIC COOP INC<br>PO BOX 230<br>ARTESIA, NM  88211-0230 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $41.11 |
| --- | --- | --- |
| DEEP ROCK WATER COMPANY<br>PO BOX 173898<br>DENVER, CO  80217-3898 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $155,686.08 |
| --- | --- | --- |
| CB&I/SHAW ALLOY PIPING PRODUCT<br>626 W. 41ST STREET<br>TULSA, OK  74107-7019 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>CCA FINANCIAL<br>7275 GLEN FOREST DR#100<br>RICHMOND, VA  23226<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $72,056.00 |
| **Nonpriority creditor's name and mailing address**<br><br>CCI PIPELINE SYSTEMS<br>1058 O'NEAL DRIVE<br>BREAUX BRIDGE, LA  70517<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,201.46 |
| **Nonpriority creditor's name and mailing address**<br><br>CCI THERMAL TECHNOLOGIES<br>5918 ROPER ROAD NW<br>EDMONTON, AB  T6B-3E1<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,182.72 |
| **Nonpriority creditor's name and mailing address**<br><br>CEE KAY SUPPLY<br>5835 MANCHESTER AVENUE<br>ST. LOUIS, MO  63110<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15.24 |
| **Nonpriority creditor's name and mailing address**<br><br>CENTOCO MFG CO.<br>809 E. FIFTH STREET<br>MCCRORY, AR  72101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $36.38 |

Debtor  MASTER EQUITY GROUP, INC.    Case number (if known) 16-40271-can11
(Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | **Amount of claim** |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,943.76 |
| CENT | *Check all that apply.* | |
| P.O. BOX 91154 | ☐ Contingent | |
| SEATTLE, WA 98111-9254 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $300.00 |
|---|---|---|
| CENTRAL DISTRICT ALARM, INC. | *Check all that apply.* | |
| SECURITY SYSTEMS | ☐ Contingent | |
| 6450 CLAYTON AVENUE | ☐ Unliquidated | |
| ST. LOUIS, MO 63139 | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,849.00 |
|---|---|---|
| CENTRAL PLAINS STEEL | *Check all that apply.* | |
| 3900 COMATARA DRIVE | ☐ Contingent | |
| WICHITA, KS 67226 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $199.50 |
|---|---|---|
| CHAIN AWAY CORP | *Check all that apply.* | |
| PO BOX 21511 | ☐ Contingent | |
| BILLINGS, MT 59104 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,936.85 |
|---|---|---|
| CENTRAL STATES INDUSTRIAL EQUI | *Check all that apply.* | |
| 2700 PARTNERSHIP BLVD. | ☐ Contingent | |
| SPRINGFIELD, MO 65803-8208 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

CASHCO INC
P.O. BOX 6
ELLSWORTH, KS  67439-0006

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,472.69

---

**Nonpriority creditor's name and mailing address**

CENTRO, INC.
P.O. BOX 27161
MEMPHIS, TN  38167-0161

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$477.08

---

**Nonpriority creditor's name and mailing address**

CENTURY GASKET CORP
1311 SADLIER CIRCLE E DR
INDIANAPOLIS, IN  46239

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,925.26

---

**Nonpriority creditor's name and mailing address**

CENTURY INSTRUMENT CO
11865 MAYFIELD
LIVONIA, MI  48150

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$951.42

---

**Nonpriority creditor's name and mailing address**

CENTURY LINK
PO BOX 52187
PHOENIX, AZ  85072-2187

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,436.79

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

CENTURY LINK
PO BOX 29040
PHOENIX, AZ  85038-9040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$604.64

---

**Nonpriority creditor's name and mailing address**

CENTURY LINK
PO BOX 4300
CAROL STREAM, IL  60197-4300

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$305.51

---

**Nonpriority creditor's name and mailing address**

CENTURYLINK
P.O. BOX 52187
PHOENIX, AZ  85072-2187

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,482.30

---

**Nonpriority creditor's name and mailing address**

CENTURYLINK
P.O. BOX 91154
SEATTLE, WA  98111-9254

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$196.78

---

**Nonpriority creditor's name and mailing address**

CENTURYLINK (QWEST)
PO BOX 29040
PHOENIX, AZ  85038-9040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,226.69

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

CERTIFIED PEST CONTROL
2361 265TH ST
OSKALOOSA, IA 52577

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$74.90

---

**Nonpriority creditor's name and mailing address**

CFC CANADOIL, INC
8000 MARKET STREET
HOUSTON, TX 77029

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,833.50

---

**Nonpriority creditor's name and mailing address**

CENTRAL SALES, INC.
101 S 11TH STREET
W. DES MOINES, IA 50265

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$810.38

---

**Nonpriority creditor's name and mailing address**

SUNBELT SUPPLY
#6 DUFRESNE LOOP
LULING, LA 70070

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$549.68

---

**Nonpriority creditor's name and mailing address**

STEWART STAINLESS SUPPLY, INC.
1253 HATCHER ROAD
SPRINGDALE, AR 72764

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,780.60

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**
STI MFG INC
14255 HOOPER RANCH ROAD
WILLIS, TX  77378

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$188.95

---

**Nonpriority creditor's name and mailing address**
STL PEST CONTROL
2525 HAMPTON RD
ST LOUIS, MO  63139

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$125.00

---

**Nonpriority creditor's name and mailing address**
STONEL CORPORATION
ONE STONEL DRIVE
FERGUS FALLS, MN  56537

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,736.95

---

**Nonpriority creditor's name and mailing address**
STORM MANUFACTURING GROUP, INC
23201 S. NORMANDIE STREET
TORRANCE, CA  90501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,877.64

---

**Nonpriority creditor's name and mailing address**
STOVALL ENGINEERING
2165 LATHAM STREET
MEMPHIS, TN  38109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,984.92

Debtor    MUSCLE PHARM CORP., INC.    Case number 16-40271-can11
(Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42.04 |
|---|---|---|

**Nonpriority creditor's name and mailing address**

STRATAFLO PRODUCTS
2010 LAKEVIEW DRIVE
FORT WAYNE, IN  46808

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$42.04

---

**Nonpriority creditor's name and mailing address**

STREAM-FLO INDUSTRIES LIMITED
4505-74 AVENUE
EDMONTON, AB  T6B-2H5
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$159,272.98

---

**Nonpriority creditor's name and mailing address**

SUMM
P.O. BOX 1071
AMARILO, TX  79189

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,794.73

---

**Nonpriority creditor's name and mailing address**

SUMMIT LEASE & RENTAL
P.O BOX 1071
AMARILO, TX  79189

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,578.98

---

**Nonpriority creditor's name and mailing address**

SUMMY TIRE & AUTO SERVICE
418 S. 36TH
QUINCY, IL  62301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$259.67

Debtor    MEMSTAR USA, INC.    Case number (if known) 16-40271

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

SUN BELT INDUSTRIAL SALES, INC
1528 AZALEA ROAD
MOBILE, AL  36693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$393.54

---

**Nonpriority creditor's name and mailing address**

SVF FLOW CONTROLS, INC.
13560 LARWIN CIRCLE
SANTA FE SPRINGS, CA  90670

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,758.49

---

**Nonpriority creditor's name and mailing address**

SUNBELT RENTALS, INC.
PO BOX 409211
ATLANTA, GA  30384-9211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,928.94

---

**Nonpriority creditor's name and mailing address**

STEEL FORGINGS
1810 BARTON DR
SHREVEPORT, LA  71137-7365

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,742.13

---

**Nonpriority creditor's name and mailing address**

SUNBELT SUPPLY/HOUSTON
8363 MARKET STREET
HOUSTON, TX  77029

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$176,766.28

| **Part 2:** | Additional Page | |
|---|---|---|

| | Amount of claim |
|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>SUNCRAFT INDUSTRIES, INC.<br>14950 LAKEWOOD BLVD.<br>BELLFLOWER, CA 90706<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $132.70 |
| **Nonpriority creditor's name and mailing address**<br><br>SUNPACK INC.<br>8500 FOWLER AVE<br>PENSACOLA, FL 32534<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $852.63 |
| **Nonpriority creditor's name and mailing address**<br><br>SUNRISE OILFIELD SUPPLY<br>764 N OIL HILL ROAD<br>EL DORADO, KS 67042<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,521.00 |
| **Nonpriority creditor's name and mailing address**<br><br>SUNSHINE MAKERS, INC.<br>15922 PACIFIC COAST HWY<br>HUNTINGTON HAR, CA 92649<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,674.96 |
| **Nonpriority creditor's name and mailing address**<br><br>SUNSOURCE<br>1500 E. AVIS DRIVE<br>MADISON HEIGHT, MI 48071<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $62,132.60 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

SUPE
P.O. BOX 25792
SALT LAKE CITY, UT 84125-0792

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$994.66

---

**Nonpriority creditor's name and mailing address**

SUPERIOR FITTINGS INT'L
30822 WALNUT CREEK ROAD
MAGNOLIA, TX 77355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$506.00

---

**Nonpriority creditor's name and mailing address**

SUPERIOR OFFICE
2355 S EDWARDS SUITE A
WICHITA, KS 67213

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$555.09

---

**Nonpriority creditor's name and mailing address**

SUPPLY WORKS (JA SEXAUER)
PO BOX 404284
ATLANTA, GA 30384

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,235.29

---

**Nonpriority creditor's name and mailing address**

SURE FLOW EQUIPMENT INC.
P.O. BOX 321
TONAWANDA, NY 14151-0321

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$417.00

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

TIDEFLEX TECHNOLOGIES
P.O. BOX 548
CARNEGIE, PA  15106-0548

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,960.41

---

**Nonpriority creditor's name and mailing address**

SUN VALLEY PUBLIC SERVICE DISTRICT
70525 OLD RTE 50
CLARKSBURG, WV  26301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$294.57

---

**Nonpriority creditor's name and mailing address**

ST. LOUIS BOILER SUPPLY CO.
617 HANLEY INDUSTRIAL CT
ST. LOUIS, MO  63144

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$266.27

---

**Nonpriority creditor's name and mailing address**

SPECIALTY ENTERPRISES INC
1075 WAVELAND AVENUE
FRANKLIN PARK, IL  60131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,882.44

---

**Nonpriority creditor's name and mailing address**

SPECIALTY SALES, INC.
PO BOX 7746
SHREVEPORT, LA  71137

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,340.52

Debtor    MGI BETON USA MANUFACTURING INC.    Case number (if known) 16-40271

(Name)

## Part 2: Additional Page

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

SPECIALTY VALVE GROUP LLC
3550 WEST TC JESTER BLVD
HOUSTON, TX 77018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,526.72

---

**Nonpriority creditor's name and mailing address**

SPEE-DEE DELIVERY SVC INC
P.O. BOX 1417
ST. CLOUD, MN 56302-1417

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,162.15

---

**Nonpriority creditor's name and mailing address**

SPENCE ENGINEERING CO.INC.
150 COLDENHAM ROAD
WALDEN, NY 12586-2035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,349.85

---

**Nonpriority creditor's name and mailing address**

SPIRAX SARCO INC.
1150 NORTHPOINT BLVD
BLYTHEWOOD, SC 29016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$217,629.45

---

**Nonpriority creditor's name and mailing address**

SPRAY EQUIPMENT & SERVICE
P.O. BOX 872758
KANSAS CITY, MO 64187-2758

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$82.82

Debtor    Mills Fleet Farm Group LLC    Case number (if known) 16-40271-can11

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,516.10 |
| SPRAYER SPECIALTIES INC. | *Check all that apply.* | |
| 5149 N.W. 111TH DRIVE | ☐ Contingent | |
| GRIMES, IA  50111 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,831.54 |
| SPRAYING SYSTEMS CO. | *Check all that apply.* | |
| P.O. BOX 95564 | ☐ Contingent | |
| CHICAGO, IL  60694-5564 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,658.79 |
| SPRAYING SYSTEMS | *Check all that apply.* | |
| C/O FJ ALBERT | ☐ Contingent | |
| 1720 100TH PLACE, SUITE 102 | ☐ Unliquidated | |
| EVERETT, WA  98208 | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,422.37 |
| SPRINGDALE WINNELSON | *Check all that apply.* | |
| PO BOX 105525 | ☐ Contingent | |
| ATLANTA, GA  30348 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40,714.00 |
| SPX FLOW TECHNOLOGY | *Check all that apply.* | |
| C/O HESLER COMPANY, INC. | ☐ Contingent | |
| PO BOX 8207 | ☐ Unliquidated | |
| PRAIRIE VILLAG, KS  66208 | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

Debtor    MARRETTI PROPERTIES AMERICA, INC.    Case number (if known) 16-40271-can11
         (Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

STEPHENS PLUMBING, HEATING
A/C & SHEET METAL INC.
631 E. 52ND ST.
ODESSA, TX  79762

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$259.80

---

**Nonpriority creditor's name and mailing address**

ST LOUIS PAPER & BOX
PO BOX 8260
ST LOUIS, MO  63156-8260

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,060.95

---

**Nonpriority creditor's name and mailing address**

STEEL VENTURES, LLC DBA EXLTUB
905 ATLANTIC STREET
N. KANSAS CITY, MO  64116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$329,930.95

---

**Nonpriority creditor's name and mailing address**

ST. LUKE'S HOSPITAL
P.O. BOX 419256
KANSAS CITY, MO  64141-6256

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.00

---

**Nonpriority creditor's name and mailing address**

STAINLESS TUBULAR PRODUCTS
PO BOX 951037
DALLAS, TX  75395-1037

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,047.81

---

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address**<br><br>STANDARD SHEET METAL, INC.<br>405 N. OLIVE<br>KANSAS CITY, MO  64120-1587<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,648.00 |
| **Nonpriority creditor's name and mailing address**<br><br>STANLEY CONVERGENT SEC SOLUT<br>4121 NE PORT DR STE 101B<br>LEES SUMMIT, MO  64064<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,130.12 |
| **Nonpriority creditor's name and mailing address**<br><br>STAPLES<br>DEPT. 00-06128516<br>COLUMBUS, OH  43218-3174<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,179.50 |
| **Nonpriority creditor's name and mailing address**<br><br>STAR INDUSTRIAL SUPPLIES<br>2900 BRIGHTON BLVD<br>DENVER, CO  80216<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $406.25 |
| **Nonpriority creditor's name and mailing address**<br><br>STAR INDUSTRIES<br>4101 GARLAND DRIVE<br>FORT WORTH, TX  76117-1706<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,331.25 |

Case 16-40271-can11   Doc 193   Filed 03/14/16   Entered 03/14/16 12:14:02   Desc
Main Document   Page 257 of 709

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |
| **Nonpriority creditor's name and mailing address**<br><br>STAR MARKETING, INC.<br>1221 BADGER ROAD<br>KAUKAUNA, WI  54130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,643.53 |
| **Nonpriority creditor's name and mailing address**<br><br>STAR PIPE PRODUCTS INC<br>4018 WESTHOLLOW PARKWAY<br>HOUSTON, TX  77082<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $310.50 |
| **Nonpriority creditor's name and mailing address**<br><br>STAR SALES SERVICE, INC<br>115 SOUTHBELT INDUST DR<br>HOUSTON, TX  77047<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $120.00 |
| **Nonpriority creditor's name and mailing address**<br><br>STAR SYSTEMS INC<br>4061 CLOUGH WOODS DR<br>BATAVIA, OH  45103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $582.70 |
| **Nonpriority creditor's name and mailing address**<br><br>STEAM MANAGEMENT SYSTEMS, INC.<br>6130 SOUTHWEST AVENUE<br>ST. LOUIS, MO  63139<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $169,728.00 |

Debtor  MASTERS-ONE L.P. c am 1 Inc.                                    Case number (if known) 16-40271-can11

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,139.83 |
|---|---|---|
| SWAGELOK HOUSTON<br>CENTER VALVE & FITTING, LP<br>HOUSTON, TX 77065 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,894.61 |
|---|---|---|
| SQUIBB TAYLOR INC<br>10480 SHADY TRAIL<br>DALLAS, TX 75220 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $658.70 |
|---|---|---|
| THE UTILITES BOARD OF THE<br>3700 RAINBOW DR.<br>RAINBOW CITY, AL 35906 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $689.46 |
|---|---|---|
| TEXARKANA BOLT<br>1920 WEST 7TH STREET<br>TEXARKANA, TX 75504 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,515.43 |
|---|---|---|
| TEXARKANA HOSE & GASKET<br>1320 OLD POST ROAD<br>TEXARKANA, AR 75504-3007 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**Part 2:** Additional Page

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

TEXARKANA MACHINE INC
277 WHITE ROAD EAST
TEXARKANA, TX 75503

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$696.00

---

**Nonpriority creditor's name and mailing address**

TEXAS BOLT CO
6300 WEST BY NW BLVD
HOUSTON, TX 77040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$881,088.19

---

**Nonpriority creditor's name and mailing address**

TEXAS FLANGE & FITTINGS
PO BOX 2889
PEARLAND, TX 77588

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$253.28

---

**Nonpriority creditor's name and mailing address**

TEXAS PIPE & SUPPLY CO
2330 HOLMES RD
HOUSTON, TX 77051

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$528,492.10

---

**Nonpriority creditor's name and mailing address**

TEXAS PIPE WORKS, INC.
PO BOX 2937
LONGVIEW, TX 75606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,711.13

Debtor  MODERN SENSE TECHNOLOGY, INC.                    Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---:|

**Nonpriority creditor's name and mailing address**

TEXAS PMW, INC.
315 N. WAYSIDE
HOUSTON, TX  77020

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,390.26

---

**Nonpriority creditor's name and mailing address**

TEXAS STEAM EQUIPMENT, INC.
2302 SOUTH BATTLEGROUND RD
LA PORTE, TX  77571

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,509.50

---

**Nonpriority creditor's name and mailing address**

TEXAS TUBULAR PRODUCTS
P.O. BOX 301112
DALLAS, TX  75303-1112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,291.62

---

**Nonpriority creditor's name and mailing address**

TEXCEL
PO BOX 3506
HOUSTON, TX  77253-3506

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$366.00

---

**Nonpriority creditor's name and mailing address**

TEX-TUBE COMPANY
P. O. BOX 55710
HOUSTON, TX  77255-5710

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,851.95

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

SUTHERLANDS
PO BOX 960061
ORLANDO, FL  32896-0061

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,545.19

---

**Nonpriority creditor's name and mailing address**

THE DILLON COMPANY INC.
3930 COOK STREET
DENVER, CO  80205

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$169.69

---

**Nonpriority creditor's name and mailing address**

TERMINIX
9312 G COURT
OMAHA, NE  68127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$558.54

---

**Nonpriority creditor's name and mailing address**

THE WATER BARREL
105 NE 24TH ST
GUYMON, OK  73942

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$16.43

---

**Nonpriority creditor's name and mailing address**

THERMAL SERVICES
13330 I ST
OMAHA, NE  68137

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$27.24

**Part 2:**   Additional Page

|  | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

THIMESCH ENTERPRISES, LLC
DBA BEPC
415 EAST D AVE.
KINGMAN, KS 67068

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,250.00

---

**Nonpriority creditor's name and mailing address**

THOMAS PIPE & SUPPLY, LLC
PO BOX 20007
PHOENIX, AZ 85036-0007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$54,843.18

---

**Nonpriority creditor's name and mailing address**

THOMAS WILLCOX CO., INC.
613 JEFFERS CIRCLE
EXTON, PA 19341

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,056.50

---

**Nonpriority creditor's name and mailing address**

THOMPSON BROTHERS
PO BOX 995
COFFEYVILLE, KS 67337

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,593.12

---

**Nonpriority creditor's name and mailing address**

THOMPSON BROTHERS
PO BOX995
COFFEYVILLE, KS 67337

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$609.32

Debtor MASTER 16-40271-can 11 Inc. Case 16-40271-can 11

(Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

THOMPSON TRACTOR CO., INC.
2401 PINSON HWY
BIRMINGHAM, AL 35202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$256.64

---

**Nonpriority creditor's name and mailing address**

THORCO HOLDINGS, INC.
420 EAST ARCHER
TULSA, OK 74128

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$880.60

---

**Nonpriority creditor's name and mailing address**

THOROUGHBRED FORD
8501 N. BOARDWALK
KANSAS CITY, MO 64154

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,335.79

---

**Nonpriority creditor's name and mailing address**

THRACO INDUSTRIAL LLC
9430 CONTI DR.
BATON ROUGE, LA 70810

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,464.03

---

**Nonpriority creditor's name and mailing address**

LUDEMAN INSULATION & SUPPLY
203 NORTH HANDLEY
WICHITA, KS 67201-0775

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,977.70

**Part 2:**    Additional Page

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

TFT, INC. DBA TULSA FIN TUBE
2976 N FLORENCE AVE
TULSA, OK  74110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,730.33

---

**Nonpriority creditor's name and mailing address**

TATE COMMUNICATIONS
124E SUDS RUN ROAD
MT CLAIRE, WV  26408

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$378.75

---

**Nonpriority creditor's name and mailing address**

SWAGELOK ST. LOUIS
ST. LOUIS FLUID SYSTEMS
2300 MILLPARK DR.
MARYLAND HEIGHTS, MO  63043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,828.09

---

**Nonpriority creditor's name and mailing address**

SWANSON FLO-SYSTEMS CO.
2435 XENIUM LANE N
PLYMOUTH, MN  55441

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,166.09

---

**Nonpriority creditor's name and mailing address**

SYNCHRONY BANK
PO BOX 960061
ORLANDO, FL  32896-0061

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$92.09

Debtor    MODETERED GROUP MFG INC.    Case number (if known) 16-40271 2011

(Name)

**Part 2:** Additional Page

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

SYNERGY GAS
PO BOX 660288
DALLAS, TX  75266-0288

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$561.77

---

**Nonpriority creditor's name and mailing address**

SYRACUSE STAMPING CO.
1054 SOUTH CLINTON ST.
SYRACUSE, NY  13202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$582.30

---

**Nonpriority creditor's name and mailing address**

T & A GASKET INC.
35367 EAGLE WAY
CHIGAGO, IL  60678-1353

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,166.08

---

**Nonpriority creditor's name and mailing address**

T & OX 58201
P.O. BOX 58201
TUKWILA, WA  98138-1201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,498.39

---

**Nonpriority creditor's name and mailing address**

T & X 901892
P.O. BOX 901892
SANDY, UT  84090

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,330.96

---

**Part 2:**   Additional Page

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

T&S BRASS & BRONZE WORKS, INC.
P.O. BOX 1088
TRAVELERS REST, SC  29690-1088

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,580.63

---

**Nonpriority creditor's name and mailing address**

T. G. RANKIN COMPANY, INC.
1801 JASPER ST
NO KANSAS CITY, MO  64116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,844.84

---

**Nonpriority creditor's name and mailing address**

T.D. WILLIAMSON
PIGGING PRODUCTS DIVISION
6801 65TH WEST AVENUE
TULSA, OK  74131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,563.62

---

**Nonpriority creditor's name and mailing address**

TA CHEN INTERNATIONAL, INC.
9525 WALLISVILLE ROAD
HOUSTON, TX  77013

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**

TEX-ALL INDUSTRIAL LLC.
1578 COUNTY RD 423
ALVIN, TX  77511

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$240,682.94

Debtor    MODERN METALS INC.    Case number 16-40271

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

TASCO VALVES UNLIMITED
325 TOWN CENTRE TERRACE
BRENTWOOD, CA  94513

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,316.01

---

**Nonpriority creditor's name and mailing address**

TERMINIX COMMERCIAL
PO BOX 742592
CINCINNATI, OH  45274-2592

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$279.27

---

**Nonpriority creditor's name and mailing address**

TAYLOR VALVE TECHNOLOGY, INC.
8300 S.W. 8TH
OKLAHOMA CITY, OK  73128

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,237.01

---

**Nonpriority creditor's name and mailing address**

TCEC
PO BOX 880
HOOKER, OK  73945-0880

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$392.11

---

**Nonpriority creditor's name and mailing address**

TEADIT NORTH AMERICA INC
1465 E SAMHOUSTON PKWY S
PASADENA, TX  77503

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,932.86

---

Debtor   MODETECH-URI-CAM, INC.   Case number (if known)

(Name)

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

TEAM ALLOYS, LLC
7350 ROUNDHOUSE LANE
HOUSTON, TX 77078

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,186.36

---

**Nonpriority creditor's name and mailing address**

TECH MACHINERY SERVICES LLC
1325 SW 200 RD
MONTROSE, MO 64770

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$800.00

---

**Nonpriority creditor's name and mailing address**

TECHNICAL EQUIPMENT & CONTROLS
11123 S. TOWNE SQ. STE C
ST. LOUIS, MO 63123-7816

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,903.43

---

**Nonpriority creditor's name and mailing address**

TECHNICAL THREADS
398 CINCINNATI STREET
FRANKLIN, IN 46131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,288.24

---

**Nonpriority creditor's name and mailing address**

TED POWELL
503 PARK AVENUE
BUCKNER, MO 64016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$158.43

---

Debtor    MODERN METAL PRODUCTS, INC.    Case number (if known) 16-40271

(Name)

| Part 2: | Additional Page |

| | Amount of claim |

**Nonpriority creditor's name and mailing address**

TEEFEY
9716 HOLMES ROAD
KANSAS CITY, MO  64131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$107.26

---

**Nonpriority creditor's name and mailing address**

TEMTEX TEMPERATURE SYSTEMS
TEMTEX-GAUGE DIV
19053 W HWY 82
SHERMAN, TX  75092

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,686.14

---

**Nonpriority creditor's name and mailing address**

TENARIS GLOBAL SERVICES USA
16401 SWINGLEY RIDGE ROAD
CHESTERFIELD, MO  63017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$182,173.39

---

**Nonpriority creditor's name and mailing address**

TENN-PLAST ENGINEERING INC
3860 SOUTH PERKINS
MEMPHIS, TN  38118

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$226.98

---

**Nonpriority creditor's name and mailing address**

SPC LEASING INC
322 N MAIN
BOX 333
GUYMON, OK  73942

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$56.07

---

**Part 2:**  Additional Page

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

TAP OF KANSAS
620 S. WASHINGTON
WICHITA, KS 67202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$478.22

---

**Nonpriority creditor's name and mailing address**

SAFETY REMEDY, INC.
PO BOX 346
GARDNER, KS 66030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,591.74

---

**Nonpriority creditor's name and mailing address**

RUST-OLEUM CORP
P.O. BOX 931946
CLEVELAND, OH 44193

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,748.74

---

**Nonpriority creditor's name and mailing address**

RYAN ENVIRONMENTAL
5793 W VERTERANS MEM HWY STE 101
BRIDGEPORT, WV 26330

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,020.76

---

**Nonpriority creditor's name and mailing address**

RYDEE
LOCKBOX FILE 056347
LOS ANGELES, CA 90074-6347

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,313.63

**Part 2:    Additional Page**

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>RYDE<br>P.O. BOX 96723<br>CHICAGO, IL  60693-6723<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,370.69 |
| **Nonpriority creditor's name and mailing address**<br><br>RYDER TRANSPORTATION<br>P.O. BOX 402366<br>ATLANTA, GA  30384-2366<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,048.16 |
| **Nonpriority creditor's name and mailing address**<br><br>RYDER TRANSPORTATION SERVICES<br>P.O. BOX 96723<br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $107,201.28 |
| **Nonpriority creditor's name and mailing address**<br><br>S & S PRINTING<br>1301 BROADWAY<br>OAK GROVE, MO  64075<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.39 |
| **Nonpriority creditor's name and mailing address**<br><br>S & T INTERNATIONAL<br>P.O. BOX 570<br>MAURICEVILLE, TX  77626<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,400.00 |

**Part 2:** Additional Page

|  | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

S&H VALVE COMPANY
1108 PENNSYLVANIA
SOUTH HOUSTON, TX 77587

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,470.00

---

**Nonpriority creditor's name and mailing address**

S. J. SMITH WELDING SUPPLY
3707 W. RIVER DRIVE
DAVENPORT, IA 52802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$111.49

---

**Nonpriority creditor's name and mailing address**

SAFELITE GLASS
1500 ERIE
N. KANSAS CITY, MO 64116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$388.57

---

**Nonpriority creditor's name and mailing address**

SAFE
P.O. BOX 96723
CHICAGO, IL 60693-6723

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$348.20

---

**Nonpriority creditor's name and mailing address**

SPEARS MFG
15853 OLDEN ST.
SYLMAR, CA 91342

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,556.67

Debtor   MASTER TECHNOLOGY GROUP, INC.   Case number (if known) 16-40271-can-11
         (Name)

| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|
| | |

**Nonpriority creditor's name and mailing address**

SAFETY KLEEN SYSTEMS, INC.
5360 LEGACY DRIVE
PLANO, TX  75024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$388.10

---

**Nonpriority creditor's name and mailing address**

RUSH TRUCK LEASING, HOUSTON
6300 NORTH LOOP EAST
HOUSTON, TX  77026-1934

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,183.15

---

**Nonpriority creditor's name and mailing address**

SAFETY SERVICES COMPANY
DEPT. 730062
DALLAS, TX  75266-0919

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,250.00

---

**Nonpriority creditor's name and mailing address**

SAFETY-KLEEN SYSTEMS, INC.
5360 LEGACY DRIVE
PLANO, TX  75024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$388.10

---

**Nonpriority creditor's name and mailing address**

SAF-T-GLOVE INC.
1948 FOXRIDGE DRIVE
KANSAS CITY, KS  66106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$258.18

Debtor   MAGNETATION LLC, et al.   Doc 193   Filed 03/14/16   Entered 03/14/16 12:14:02   Desc
Case 16-40271-can11   Case number 16-40271
(Name)
Main Document   Page 274 of 709

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

SAIA MOTOR FREIGHT LINE, LLC
P.O. BOX 730532
DALLAS, TX  75373-0532

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$230.40

---

**Nonpriority creditor's name and mailing address**

SAIA MOTOR FREIGHT LINE, LLC
P.O. BOX 730532
DALLAS, TX  75373-0532

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,613.29

---

**Nonpriority creditor's name and mailing address**

SAIA
P.O. BOX A STATION 1
HOUMA, LA  70363

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,841.06

---

**Nonpriority creditor's name and mailing address**

SAINT-GOBAIN PERFORMANCE
460 MILLTOWN ROAD
BRIDGEWATER, NJ  08807

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,601.94

---

**Nonpriority creditor's name and mailing address**

SALT LAKE VALVE & FITTING INC.
155 WEST 3560 SOUTH
SALT LAKE CITY, UT  84115

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,237.60

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

SAM'S CLUB
PO BOX 530981
ATLANTA, GA 30353-0981

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,551.72

---

**Nonpriority creditor's name and mailing address**

SAMSON CONTROLS, INC.
4111 CEDAR BLVD.
BAYTOWN, TX 77523-8588

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,474.92

---

**Nonpriority creditor's name and mailing address**

SANI-MATIC, INC
1915 S STOUGHTON RD
MADISON, WI 53716

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$451.06

---

**Nonpriority creditor's name and mailing address**

SANITARY SOLUTIONS, INC.
49 C.TROTTER ROAD
W. COLUMBIA, SC 29169

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$96,921.65

---

**Nonpriority creditor's name and mailing address**

SAFERACK
730 ELECTRIC DRIVE
SUMTER, SC 29153

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,815.00

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**
ROCKFORD RIGGING INC
919 E 59TH ST
DAVENPORT, IA  52807

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,214.60

---

**Nonpriority creditor's name and mailing address**
REYNOLDS-FRENCH & COMPANY
12525 E 60TH STREET
TULSA, OK  74146

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,902.61

---

**Nonpriority creditor's name and mailing address**
RHODES EQUIPMENT COMPANY
5922 HAMPTON AVENUE
ST. LOUIS, MO  63109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,162.86

---

**Nonpriority creditor's name and mailing address**
RHODES MANUFACTURING INC
7045 BUCKEYE VALLEY RD NE
SOMERSET, OH  43783

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,416.00

---

**Nonpriority creditor's name and mailing address**
RICHARD L. JONES, INC.
603 FM 1092, SUITE E004
STAFFORD, TX  77477

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$747.78

| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

RIDGE TOOL
P.O. BOX 670
ELYRIA, OH 44035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$399.01

---

**Nonpriority creditor's name and mailing address**

RISE
P.O. BOX 2837
OMAHA, NE 68103-2837

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$79.67

---

**Nonpriority creditor's name and mailing address**

RIVER BEND HOSE SPECIALTY
1111 S MAIN ST
SOUTH BEND, IN 46601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$999.00

---

**Nonpriority creditor's name and mailing address**

RJ MANN & ASSOCIATES, INC.
860 NORTH 9TH AVE
BRIGHTON, CO 80603

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,350.33

---

**Nonpriority creditor's name and mailing address**

RKR/GND SALES
4600 GRAPE STREET
DENVER, CO 80216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$356.01

**Part 2:**   Additional Page

|  | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

RL CARRIERS
PO BOX 10020
PORT WILLIAM, OH  45164

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$325.59

---

**Nonpriority creditor's name and mailing address**

RMC SALES, INC.
565 SLIGO RD
BOSSIER CITY, LA  71112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,681.72

---

**Nonpriority creditor's name and mailing address**

ROADSIDE SYSTEMS
2601 S BIG BEND BLVD
ST LOUIS, MO  63143

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$114.01

---

**Nonpriority creditor's name and mailing address**

RUST AUTOMATION & CONTROLS
8070 S 1300 W
WEST JORDAN, UT  84088

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,053.80

---

**Nonpriority creditor's name and mailing address**

ROBVON BACKING RING CO.
#1 RING ROAD
FACTORYVILLE, PA  18419-0307

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$573.33

---

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

RUSSELL BROOKS
20506 LANDSHIRE DRIVE
HUMBLE, TX  77338

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,250.00

---

**Nonpriority creditor's name and mailing address**

ROCKWOOD PIGMENTS NA INC.
2051 LYNCH AVENUE
EAST ST.LOUIS, MO  62204

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$294.95

---

**Nonpriority creditor's name and mailing address**

ROCKY MOUNTAIN OILFIELD WHSE
414 S ELM ST
CASPER, WY  82601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,996.06

---

**Nonpriority creditor's name and mailing address**

ROCKY MTN. SUPPLY, INC.
2021 1ST AVENUE
GREELEY, CO  80631

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$695.83

---

**Nonpriority creditor's name and mailing address**

ROLLED ALLOYS
P.O. BOX 310
TEMPERANCE, MI  48182

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,353.84

Debtor    MODERN AUTO PARTS, INC.    Case number 16-40271

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**Nonpriority creditor's name and mailing address**

ROLLIE JOHNSON INC.
221 CHESTERFIELD IND BLVD
CHESTERFIELD, MO 63005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$515.00

---

**Nonpriority creditor's name and mailing address**

ROSEDALE PRODUCTS INC
3730 LIBERTY RD
ANN ARBOR, MI 48106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$728.69

---

**Nonpriority creditor's name and mailing address**

ROSEMOUNT INC
8200 MARKET BOULEVARD
CHANHASSEN, MN 55317

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,436.33

---

**Nonpriority creditor's name and mailing address**

ROUGAY DRIVE
800 HIGHWAY DRIVE
HAZEN, ND 58545-4701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$730.37

---

**Nonpriority creditor's name and mailing address**

RSJK SALES INCORPORATED
122 LITTLE BUSSEN DRIVE
FENTON, MO 63026

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,403.93

---

Debtor    MASTERS-JACKSON-DOLL, INC.    Case number 16-40271

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

RUB, INC.
5371 12TH AVENUE EAST
SHAKOPEE, MN  55379-1896

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,713.06

---

**Nonpriority creditor's name and mailing address**

RUNNINGS FLEET & FARM
1401 E. MAIN
MARSHALL, MN  56258

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,781.78

---

**Nonpriority creditor's name and mailing address**

RUSCO, INC.
13360 CHAMBORD STREET
BROOKSVILLE, FL  34613

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$192.98

---

**Nonpriority creditor's name and mailing address**

SAUNDERS ARCHERY COMPANY
1210 APPLEWOOD DRIVE
PAPILLION, NE  68133

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,496.60

---

**Nonpriority creditor's name and mailing address**

ROBERT BURNS ASSOCIATES, INC.
4009-B MARKET STREET
ASTON, PA  19014

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$732.98

Debtor    Mills-Winfield Engineering Sales, Inc.    Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,442.75 |
| --- | --- | --- |
| SOMES-NICK & CO<br>120 W MADISON<br>CHICAGO, IL 60602 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,542.16 |
| --- | --- | --- |
| SANITUBE LLC<br>180 CONTRACTORS WAY<br>LAKELAND, FL 33801 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61,379.00 |
| --- | --- | --- |
| SIMONSON OILFIELD SPECIALTY SALES, INC.<br>7687 LINCOLN WAY E<br>APPLE CREEK, OH 44606 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $719.30 |
| --- | --- | --- |
| SIMPLEXGRINNELL<br>13555 W. 107TH<br>LENEXA, KS 66215-2019 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $246.26 |
| --- | --- | --- |
| SIOUX CHIEF MANUFACTURING CO<br>24110 SOUTH PECULIAR DRIVE<br>PECULIAR, MO 64078 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    MUSCLE SHOALS MINERALS, INC.    Case number (if known) 16-40271-can11

(Name)

| Part 2: | Additional Page |

| | Amount of claim |

| **Nonpriority creditor's name and mailing address**<br><br>SKARDA EQUIPMENT<br>BOX 3568<br>OMAHA, NE 68103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,752.09 |
| **Nonpriority creditor's name and mailing address**<br><br>SKINNER BROS COMPANY, INC.<br>1317 EAST 5TH PLACE<br>TULSA, OK 74120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $714.60 |
| **Nonpriority creditor's name and mailing address**<br><br>SLIGO STEEL<br>1100 N. 2ND STREET<br>ST. LOUIS, MO 63102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,678.29 |
| **Nonpriority creditor's name and mailing address**<br><br>SLOAN VALVE CO.<br>10500 SEYMOUR AVENUE<br>FRANKLIN PARK, IL 60131-1259<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,692.69 |
| **Nonpriority creditor's name and mailing address**<br><br>SMAR VILLARD<br>26 W. VILLARD<br>DICKINSON, ND 58601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $97.13 |

Debtor  MODMETEC-CMD CMD Inc.   Case number (if known)

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

SMITH OFFICE
P.O. BOX 1304
INDIANAPOLIS, IN 46206-1304

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$185.39

---

**Nonpriority creditor's name and mailing address**

SMITH-BLAIR INC
DEPT. 0833
DALLAS, TX 75312-0833

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,156.47

---

**Nonpriority creditor's name and mailing address**

SMITH-COOPER INTERNATIONAL
2867 VAIL AVENUE
COMMERCE, CA 90040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$132,092.64

---

**Nonpriority creditor's name and mailing address**

SIGMA CORPORATION
5000 ASKINS LANE
HOUSTON, TX 77093

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$224.27

---

**Nonpriority creditor's name and mailing address**

SOJOURNER TRUCKING
26113 HWY 27 S
CRYSTAL SPRING, MS 39059

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

Debtor    Multi Packaging Solutions, Inc.    Case number (if known)
        (Name)

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $47.41 |
|---|---|---|
| SIERRA SPRINGS PO BOX 660579 DALLAS, TX 75266 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,071.25 |
|---|---|---|
| SOR, INC. 14685 W. 105TH STREET LENEXA, KS 66215 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $818.90 |
|---|---|---|
| SOUTD AVE E. 564 23RD AVE E. DICKINSON, ND 58601 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $90.59 |
|---|---|---|
| SOUTH COAST PRODUCTS INC. P.O. BOX 450109 HOUSTON, TX 77245 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,590.00 |
|---|---|---|
| SOUTH LOUISIANA AUTOMATED VALVE SERVICE LLC 6107 HOLLYFIELD DRIVE BATON ROUGE, LA 70809 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

**Part 2:** Additional Page

|  | Amount of claim |
|---|---|

| | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>SOUTH SIDE MACHINE WORKS, INC.<br>3761 EILER STREET<br>ST LOUIS, MO 63116-0199<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| Amount of claim: $2,999.00 | |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>SOUTHEASTERN FREIGHT LINES, INC<br>PO BOX 100104<br>COLUMBIA, SC 29202-3104<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| Amount of claim: $284.87 | |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>SOUTHEASTERN HOSE, INC.<br>506 SANGAMORE ROAD<br>BREMEN, GA 30110<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| Amount of claim: $1,577.25 | |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>SOUTHERN MFG GROUP INC<br>7693 MANCHESTER HWY<br>MORRISON, TN 37357<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| Amount of claim: $4,428.43 | |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>SOUTHWEST PAPER<br>3930 N BRIDGEPORT CIRCLE<br>WICHITA, KS 67219<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| Amount of claim: $7,502.68 | |

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $816.38 |
| --- | --- | --- |
| SOUTHWESTERN ELECTRIC POWER CO<br>PO BOX 24422<br>CANTON, OH  44701 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,631.70 |
| --- | --- | --- |
| SPARTAN MAT, LLC<br>515 NW SALTZMAN RD #900<br>PORTLAND, OR  97229 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| --- | --- | --- |
| SPC LEASING INC<br>322 N MAIN<br>BOX 333<br>GUYMON, OK  73942 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,173.08 |
| --- | --- | --- |
| TIFCO INDUSTRIES<br>14012 SUMMERTREE LANE<br>OLATHE, KS  66062 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,239.22 |
| --- | --- | --- |
| SMITH-COOPER INT'L/SHARPE VALV<br>PO BOX 515576<br>LOS ANGELES, CA  90051-5357 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $96.55 |
|---|---|---|
| SENECA COMPANIES 5636 N.E. 17TH STREET DES MOINES, IA  50313 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2.91 |
|---|---|---|
| SPEAKMAN COMPANY 400 ANCHOR MILL ROAD NEW CASTLE, DE  19720 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,525.00 |
|---|---|---|
| SAVAGE MACHINE INC. 15320 MINNESOTA AVENUE PARAMOUNT, CA  90723 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,696.63 |
|---|---|---|
| SCHENCK PROCESS LLC PO BOX 19747 PALATINE, IL  60055-9747 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,047.67 |
|---|---|---|
| SCHINDLER ELEVATOR P.O. BOX 860 BRUNSWICK, OH  44212 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor    MODINE MANUFACTURING, INC.    Case number 16-40271

(Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

SCHU/MARKERTING ASSOC. INC.
1000 BERKSHIRE LANE N
PLYMOUTH, MN  55441-4401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$156.01

---

**Nonpriority creditor's name and mailing address**

SCHUTTE INDUSTRIE SERVICE GMBH
GENNAER STRASSE 66
ISERLOHN  58642
GERMANY

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,146.38

---

**Nonpriority creditor's name and mailing address**

SCOT GASKET COMPANY INC.
8220 S. ATLANTIC AVENUE
CUDAHY, CA  90201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$834.71

---

**Nonpriority creditor's name and mailing address**

SCS TECHNOLOGIES LLC
P.O. BOX 807
BIG SPRING, TX  79721

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,357.92

---

**Nonpriority creditor's name and mailing address**

SEALED AIR CORPORATION
26077 NETWORK PLACE
CHICAGO, IL  60673-1260

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,612.51

---

Debtor MOTORS LIQUIDATION COMPANY, INC. (Name)    Case number (if known) 16-40271

| | Amount of claim |
|---|---|

**Part 2:** Additional Page

---

**Nonpriority creditor's name and mailing address**

SEALWELD CORPORATION
11430 BRITTMOORE PARK DR
HOUSTON, TX 77041

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,550.95

---

**Nonpriority creditor's name and mailing address**

SEBEWAING TOOL & ENGINEERING,
415 UNION STREET
SEBEWAING, MI 48759

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$141.00

---

**Nonpriority creditor's name and mailing address**

SECURITY EQUIPMENT INC
2238 S 156 CIRCLE
OMAHA, NE 68130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$169.06

---

**Nonpriority creditor's name and mailing address**

SILBO INDUSTRIES
50 CHESTNUT RIDGE ROAD
MONTVALE, NJ 07645

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,574.58

---

**Nonpriority creditor's name and mailing address**

SELF-CLEANING STRAINER CO, INC
44W480 KESLINGER ROAD
ELBURN, IL 60119

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,534.30

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

SARAIKE ROAD
601 EAST PIC PIKE ROAD
SARATOGA, WY 82331

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,184.70

---

**Nonpriority creditor's name and mailing address**

SENECA TANK
5585 N.E. 16TH STREET
DES MOINES, IA 50313

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,843.34

---

**Nonpriority creditor's name and mailing address**

SENTRY EQUIPMENT CORP
856 E. ARMOUR ROAD
OCONOMOWOC, WI 53066

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,090.00

---

**Nonpriority creditor's name and mailing address**

SERVICE METAL PRODUCTS
4001 N. KINGSHIGHWAY
ST LOUIS, MO 63115

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$324,883.26

---

**Nonpriority creditor's name and mailing address**

SERVICE STEEL & PIPE INC.
P.O. BOX 7961
SHREVEPORT, LA 71137-7961

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,856.28

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $768.30 |
|---|---|---|
| SETECH INC. | *Check all that apply.* | |
| 903 INDUSTRIAL DRIVE | ☐ Contingent | |
| MURFRESSBORO, TN 37129 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $232.41 |
|---|---|---|
| SHAMROCK BOLT & SCREW | *Check all that apply.* | |
| 3731 WHEELER AVENUE | ☐ Contingent | |
| FT. SMITH, AR 72901 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,506.69 |
|---|---|---|
| SHANNON ENTERPRISES - INSULTEC | *Check all that apply.* | |
| 75 MAIN STREET | ☐ Contingent | |
| N. TONAWANDA, NY 14120-0199 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,858.00 |
|---|---|---|
| SHAN-ROD, INC. | *Check all that apply.* | |
| P.O. BOX 380 | ☐ Contingent | |
| BERLIN HEIGHTS, OH 44814 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,860.80 |
|---|---|---|
| SHAW STAINLESS & ALLOY PIPING | *Check all that apply.* | |
| 922 MOUNTAIN INDUSTRIAL DR | ☐ Contingent | |
| MARIETTA, GA 30060 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

Debtor   MISSOURI SYMPHONY SOCIETY, INC.   Case number (if known) 16-40271

(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,651.26 |
| SHAWCOR PIPE PROTECTION<br>4501 KNAPP ROAD<br>PEARLAND, TX 77581 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,626.74 |
| SHOPPA'S MID AMERICA LLC<br>1301 N CORRINGTON AVE<br>KANSAS CITY, MO 64120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,534.34 |
| SIEMENS INDUSTRY<br>1201 SUNNEYTOWN PIKE<br>SPRING HOUSE, PA 19477 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $876.24 |
| SIEMENS INDUSTRY, INC<br>C/O CITIBANK (BLDG TECH)<br>PO BOX 2715<br>CAROL STREAM, IL 60132-2134 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $579.41 |
| SEELYE PLASTICS INC<br>9700 NEWTON AVE S<br>BLOOMINGTON, MN 55431 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   Mardon Tires & Metals, Inc.   Case 16-40271-can11   Doc 193   Filed 03/14/16   Entered 03/14/16 12:14:02   Desc
(Name)                                     Main Document      Page 294 of 709

Case 16-40271-can11
Case number (if known) 16-40271

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

WIESE USA
5900 DERAMUS
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,203.78

---

**Nonpriority creditor's name and mailing address**

WESTERN FIRST AID & SAFETY
5360 COLLEGE BLVD STE 200
OVERLAND PARK, KS  66211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**Nonpriority creditor's name and mailing address**

WESTFALL WHITEGMC TRUCK CENTER
4001 N.E. RANDOLPH RD.
KANSAS CITY, MO  64161-9355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$284.45

---

**Nonpriority creditor's name and mailing address**

WESTLEGE DR.
1113 N. COLLEGE DR.
FORT COLLINS, CO  80524

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$179.56

---

**Nonpriority creditor's name and mailing address**

WESTLOCK CONTROLS CORP
280 MIDLAND AVE BLDG D1
SADDLE BROOK, NJ  07662

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,321.15

Debtor   Waddington North America, Inc.    Case number 16-40271

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

WEYERHAEUSER NR COMPANY
P.O. BOX 9777
FEDERAL WAY, WV  98063-9777

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $8,465.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

WFI INTERNATIONAL
P.O. BOX 7303
HOUSTON, TX  77348

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $9,251.72
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

WHEATLAND TUBE
P.O. BOX 600
COLLINGSWOOD, NJ  08108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $71,664.40
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

WHEELER TANK MANUFACTURING INC
4001 N. 4TH AVENUE
SIOUX FALLS, SD  57104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $1,876.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

WHEELER/DIV REX INT'L USA INC
3744 JEFFERSON RD NORTH
ASHTABULA, OH  44005-0688

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $669.39
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

WHITE EQUIPMENT CONTROLS
1024-C NE JIB COURT
LEE'S SUMMIT, MO 64064

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    $1,323.12
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

WHOLESALE INDUSTRIAL TAPE
7405 WOODLEY AVENUE
VAN NUYS, CA 91406

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    $282.90
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

WHOLESALES SHEET METAL, INC.
800 SOUTHWEST BLVD
KANSAS CITY, KS 66103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    $616.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

WM POWELL
LOCATION 00376
CINCINNATI, OH 45264-0376

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    $4,132.70
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

WICHITA DEFAULT

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    $1,260.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

WESTAR ENERGY
PO BOX 758500
TOPEKA, KS  66675-8500

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,926.04

---

**Nonpriority creditor's name and mailing address**

WILLIAM D. ANDERSON CO. & ASSO
5621 SOUTH 85TH CIRCLE
OMAHA, NE  68127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$731.78

---

**Nonpriority creditor's name and mailing address**

WILLIAM E. WILLIAMS VAVLE CORP
P.O. BOX 1349
LONG ISLAND, NY  11101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,442.84

---

**Nonpriority creditor's name and mailing address**

WILLIAM H HARVEY CO
4334 SOUTH 67TH ST.
OMAHA, NE  68117-1019

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$607.10

---

**Nonpriority creditor's name and mailing address**

WILLIAMS SUPPLY COMPANY
3131 BOLTON RD
MARION, TX  78124

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,870.23

| Part 2: | Additional Page | | | Amount of claim |
| --- | --- | --- | --- | --- |

| | | |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,933.82 |
| WILSON COMPANY<br>3200 EAST 19TH STREET<br>TEXARKANA, AR  71854 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,416.06 |
| WILSON-MOHR INC.<br>12610 W. AIRPORT BLVD.<br>SUGARLAND, TX  77478 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $274.66 |
| WINDSTREAM<br>P.O. BOX 9001908<br>LOUISVILLE, KY  40290-1908 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,184.74 |
| WINDSTREAM COMMUNICATIONS<br>P.O. BOX 9001950<br>LOUISVILLE, KY  40290-1950 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,488.14 |
| WINDSTREAM COMMUNICATIONS<br>PO BOX 9001950<br>LOUISVILLE, KY  40290-1950 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

WINSTON/ROYAL GUARD CORP
114 STEVENS STREET
LONGVIEW, TX 75604

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,187.53

---

**Nonpriority creditor's name and mailing address**

WINTERS INSTRUMENTS
6020-3 N. BAILEY AVENUE
BUFFALO, NY 14226

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,090.12

---

**Nonpriority creditor's name and mailing address**

THREADING & SEALING TECH LLC
13333 CHRISMAN RD
HOUSTON, TX 77291

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,590.04

---

**Nonpriority creditor's name and mailing address**

WICHITA BURNER INC.
300 S WASHINGTON
WICHITA, KS 67202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,209.73

---

**Nonpriority creditor's name and mailing address**

WEBCO INDUSTRIES
P.O. BOX 100
SAND SPRINGS, OK 74063-8532

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,550.77

Debtor    MISSOURI LANDS MANAGEMENT, INC.    Case number (if known) 16-40271
    (Name)

<table>
<tr><td><strong>Part 2:</strong></td><td>Additional Page</td></tr>
</table>

| | | Amount of claim |
|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35.43 |
|---|---|---|
| WASA | *Check all that apply.* | |
| 201 W. 2700 S. | ☐ Contingent | |
| SALT LAKE CITY, UT  84115 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $396.33 |
|---|---|---|
| WASTE MANAGEMENT | *Check all that apply.* | |
| P.O. BOX 4648 | ☐ Contingent | |
| CAROL STREAM, IL  60197-4648 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $724.77 |
|---|---|---|
| WASTE MANAGEMENT OF TEXAS, INC | *Check all that apply.* | |
| HOUSTON METRO | ☐ Contingent | |
| 500 DALLAS, SUITE 2600 | ☐ Unliquidated | |
| HOUSTON, TX  77002 | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $656.06 |
|---|---|---|
| WASTE MANAGEMENT OF W VIRGINIA | *Check all that apply.* | |
| P.O. BOX 13648 | ☐ Contingent | |
| PHILADELPHIA, PA  19101-3648 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $857.95 |
|---|---|---|
| WAST | *Check all that apply.* | |
| P.O. BOX 78251 | ☐ Contingent | |
| PHOENIX, AZ  85062-8251 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

WATER QUALITY DBA CULLIGAN
1303 N GARDEN AVE
ROSEWELL, NM  88201-7481

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$104.12

---

**Nonpriority creditor's name and mailing address**

WATER WAY DISTRIBUTING
2919 3RD AVE NORTH
PO BOX 11786
BIRMINGHAM, AL  35203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.17

---

**Nonpriority creditor's name and mailing address**

WATERMAN INDUSTRIES, INC.
25500 ROAD 204
EXETER, CA  93221

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$155.00

---

**Nonpriority creditor's name and mailing address**

WATSON MCDANIEL
428 JONES BLVD
POTTSTOWN, PA  19464

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,992.32

---

**Nonpriority creditor's name and mailing address**

WATSON-MARLOW FLOW SMART
213 NESBITT DRIVE
SEAFORD, DE  19973

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,769.11

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

WATTS
11611 S.W. 147TH COURT
DUNNELLON, FL 34432

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$914.52

---

**Nonpriority creditor's name and mailing address**

WATTS DRAINAGE PRODUCTS
100 WATTS ROAD
SPINDALE, NC 28160

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$101.92

---

**Nonpriority creditor's name and mailing address**

WESTBROOK MANUFACTURING CO.
1521 LATHROP
HOUSTON, TX 77220

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,891.09

---

**Nonpriority creditor's name and mailing address**

WEAMCO METRIC
2350 INDUSTRIAL DRIVE
SAPULPA, OK 74066

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,261.00

---

**Nonpriority creditor's name and mailing address**

WESTBROADWAY
604 E. BROADWAY
DICKINSON, ND 58601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$67.32

Debtor    Murray Energy Corporation, et al.    Case number (if known) 16-40271-can11

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

WEDGE TIRE
2011 NORTH BROADWAY
ST LOUIS, MO  63102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,298.81

---

**Nonpriority creditor's name and mailing address**

WEISS INSTRUMENTS, INC.
905 WAVERLY AVENUE
HOLTSVILLE, NY  11742

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,253.09

---

**Nonpriority creditor's name and mailing address**

WELDBEND INC
6600 S. HARLEM AVE.
ARGO, IL  60501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,091.37

---

**Nonpriority creditor's name and mailing address**

WELDFIT CORPORATION
4135 DAYCO ST
HOUSTON, TX  77092

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,840.02

---

**Nonpriority creditor's name and mailing address**

WELDING OUTLETS, INC.
P.O. BOX 1329
SPRING, TX  77383-1329

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,478.44

Debtor   MILLER ENERGY RESOURCES, INC.   Case number (if known) 16-40271

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

WELKER INC
13839 WEST BELLFORT
SUGAR LAND, TX 77498

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,645.00

---

**Nonpriority creditor's name and mailing address**

WELL
3331 STREET ROAD SUITE 325
TWO GREENWOOD SQUARE
P.O. BOX 1329
BENSALEM, PA 19020-8523

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$276.52

---

**Nonpriority creditor's name and mailing address**

WELLEX MANUFACTURING INC.
3214 MARSHALL DRIVE
AMELIA, OH 45102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,377.35

---

**Nonpriority creditor's name and mailing address**

WELLHEAD DISTRIBUTORS INT'L
22420 STATE HWY 249
HOUSTON, TX 77070

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$239.04

---

**Nonpriority creditor's name and mailing address**

WELLHEAD SYSTEMS, INC.
710 WEST MCVEY
HILL CITY, KS 67642

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,440.00

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

WELLMARK COMPANY
P.O. BOX 732733
DALLAS, TX  75373-2733

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,813.60

---

**Nonpriority creditor's name and mailing address**

WELLS FARGO EQUIPMENT FINANCE
MANUFACTURER SERVICES GRP
SAN FRANISCO, CA  94120-7777

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,943.26

---

**Nonpriority creditor's name and mailing address**

WOHL COATINGS COMPANY
6161 MAPLE
ST. LOUIS, MO  63130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,065.25

---

**Nonpriority creditor's name and mailing address**

WATTS REGULATOR
P. O. BOX 628
LAWRENCE, MA  01842

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,820.76

---

**Nonpriority creditor's name and mailing address**

Honeywell Process Solutions
c/o Butler & Associates, P.A.
Attn: Gary L. Fanning, Jr.
3706 S. Topeka Blvd., Ste. 300
Topeka, KS  66609

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

Debtor   MODINE Tech... Case 1114... INC.   Case No. 16-40271-can11
(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

Imperial Flange and Fitting Co., Inc.
2688 S LA CIENEGA BLVD
LOS ANGELES, CA 90034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**

Verne Simmonds Company
8445 MADISON ST
OMAHA, NE 68127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**

Cirn, Inc., dba Industrial Credit Services (assignee of Alaskan
Copper & Brass Co. dba Alaskan Copper Works)
c/o Davenport & Haasson, LLP
Attn: John P. Davenport
12707 NE Halsey Street,
Portland, OR 97230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**

Ladish Valves
7603 BLUFF POINT DR
HOUSTON, TX 77086

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**

Northwest Pipe Company
5721 SE COLUMBIA WAY
VANCOUVER, WA 98661

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

Debtor    Multi-tech industries, Inc.    Case number _____
(Name)

**Part 2:** Additional Page

|  | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| Spirax Sarco, Inc. | *Check all that apply.* | |
| 1150 NORTHPOINT BLVD | ☒ Contingent | |
| BLYTHEWOOD, SC  29016 | ☒ Unliquidated | |
| | ☒ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Litigation | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| Dixie Pipe Sales, Inc. | *Check all that apply.* | |
| DEPT. #372 | ☒ Contingent | |
| HOUSTON, TX  77210-4346 | ☒ Unliquidated | |
| | ☒ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Litigation | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| Unaflex, LLC | *Check all that apply.* | |
| P.O. BOX 5088 | ☒ Contingent | |
| FT. LAUDERDALE, FL  33310-5088 | ☒ Unliquidated | |
| | ☒ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Litigation | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| Crume Sales, Inc. | *Check all that apply.* | |
| 1537 SE 39TH STREET | ☒ Contingent | |
| OKLAHOMA CITY, OK  73129 | ☒ Unliquidated | |
| | ☒ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Litigation | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| LCM Industries, Inc. | *Check all that apply.* | |
| 1605 S MARLIN DR | ☒ Contingent | |
| ODESSA, TX  79763 | ☒ Unliquidated | |
| | ☒ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Litigation | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| Part 2: | Additional Page |

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

CR England Inc. and Brett Helmandollar
4701 West 2100 South
Salt Lake City, UT  84120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**

Ryder Truck Rental, Inc.
11690 NW 105th Street
Miami, FL  33178

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**

WL PLASTICS
2075 PYRITE RD
MILLS, WY  82644

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,242.00

---

**Nonpriority creditor's name and mailing address**

AXH Air-Coolers
9717 E. 42ND STREET #136
TULSA, OK  74146

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**

Array Holdings, Inc.
c/o Kane Russell Coleman & Logan, PC
Attn: Demetri Economou
1601 Elm Street, Suite 3700
Dallas, TX  75201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

Debtor    Mission Coal Company, LLC    Case 16-40271-can11    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc
(Name)    Case number (if known) 16-40271

Main Document      Page 309 of 709

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|
| S & T International, Inc. P.O. BOX 570 MAURICEVILLE, TX 77626 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Litigation | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|
| Haggerty Point One, LLC C/O INOK INVESTMENTS LLC 615 24TH AVE. SW NORMAN, OK 73069 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Litigation | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|
| Plumb Supply Company P.O. BOX 4558 DES MOINES, IA 50306 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Litigation | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|
| McJunkin Red Man Corporation P.O. BOX 35632 TULSA, OK 74153-0632 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Litigation | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|
| Anchor Sales and Service Co., Inc. 106 W. 31ST ST. INDEPENDENCE, MO 64055 | ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Litigation | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

Gibson Products, Inc.
5691 SURREY SQUARE DRIVE
HOUSTON, TX 77017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**

John Maneely Company d/b/a Wheatland Tube Co.
C/O GUSDORF LAW FIRM, LLC
9666 OLIVE BLVD., SUITE 211
ST. LOUIS, MO 63132

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**

Franklin Valve, L.P.
500 NORTHPARK CENTRAL DR
SUITE 100
HOUSTON, TX 77073

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**

U.S. Equal Employment Opportunity Commission & Missouri Commission
131 M STREET, NE
WASHINGTON, DC 20507

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**

Teamsters Local 682
5730 ELIZABETH AVE.
ST. LOUIS, MO 63110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|----------------|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $44,984.52 |
|---|---|---|

William Barnes
25506 S. Brandon Terrace Drive
Claremore, OK 74019

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|

Mosezell Boone, Jr.
1710 N.E. Clubhouse Drive, Apt. 201
Kansas City, MO 64116

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Worker's Compensation

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|

Nemaha Gas Gathering Systems, LLC
c/o Richard K. Thompson, Martin Pringle
Attn: 100 N. Broadway, Suite 500
Wichita, KS 67202

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Litigation

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,859.24 |
|---|---|---|

YEAGER SUPPLY
1440 NORTH 6TH STREET
READING, PA 19603

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Accounts Payable/Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31,679.90 |
|---|---|---|

WOLAR INDUSTRIAL, INC.
1313 LOMBARDY
HOUSTON, TX 77023

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Accounts Payable/Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>WOLVERINE FLUID POWER CO<br>6515 HADLEY<br>RAYTOWN, MO  64133<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59.71 |
| **Nonpriority creditor's name and mailing address**<br><br>WOLVERINE/SMALL TUBE PROD DIV<br>P.O. BOX 1017<br>DUNCANSVILLE, PA  16635<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $447.24 |
| **Nonpriority creditor's name and mailing address**<br><br>WOOD BROTHERS IND.<br>721 WESTGATE BOULEVARD<br>LINCOLN, NE  68528<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33.79 |
| **Nonpriority creditor's name and mailing address**<br><br>WOODFORD MANUFACTURING CO.<br>2121 WAYNOKA ROAD<br>COLORADO SPRIN, CO  80915-1602<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $889.19 |
| **Nonpriority creditor's name and mailing address**<br><br>WORKOOD ROAD<br>2390 S. REDWOOD ROAD<br>SALT LAKE CITY, UT  84119<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $110.00 |

| Part 2: | Additional Page |
|---------|-----------------|

<table>
<tr><td></td><td></td><td>Amount of claim</td></tr>
</table>

|  |  | **Amount of claim** |
|---|---|---|

**Nonpriority creditor's name and mailing address**

WORTHINGTON CYLINDERS
200 OLD WILSON BRIDGE RD
COLUMBUS, OH 43085

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,795.00

---

**Nonpriority creditor's name and mailing address**

WORTHINGTON INDUSTRIES
245 N BROAD ST.
P.O. BOX 125
BREMEN, OH 43107

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,080.66

---

**Nonpriority creditor's name and mailing address**

WORTHINGTON INDUSTRIES, INC.
4201 INDUSTRIAL PARKWAY
EVANS, CO 80620

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.18

---

**Nonpriority creditor's name and mailing address**

WRIGHT TOOL COMPANY
ONE WRIGHT AVENUE
BARBERTON, OH 44203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,118.77

---

**Nonpriority creditor's name and mailing address**

WYOMING BEARING &SUP
206 S COLLEGE DR
CHEYENNE, WY 82007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,238.48

---

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

XCEL ENERGY
P.O. BOX 9477
MINNEAPOLIS, MN  55484-9477

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$960.87

---

**Nonpriority creditor's name and mailing address**

Drinkwater Products
10789 HWY 182
FRANKLIN, LA  07058

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**

YARD STORE
725 E CENTRAL
WICHITA, KS  67202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$837.00

---

**Nonpriority creditor's name and mailing address**

AGI Industries, Inc.
808 W BROADWAY
HOBBS, NM  88240

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**

YOUR OTHER WAREHOUSE
P.O. BOX 951
BATON ROUGE, LA  70821-0951

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,533.33

---

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>YRC<br>PO BOX 730375<br>DALLAS, TX  75373-0375<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $555.57 |
| **Nonpriority creditor's name and mailing address**<br>YRC FREIGHT<br>PO BOX 93151<br>CHICAGO, IL  60673-3151<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $115.98 |
| **Nonpriority creditor's name and mailing address**<br>ZEBRA TECHNOLOGIES INT'L, LLC<br>6048 EAGLE WAY<br>CHICAGO, IL  60678<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $242.57 |
| **Nonpriority creditor's name and mailing address**<br>ZENITH SUPPLY CO<br>50 32ND STREET<br>PITTSBURGH, PA  15201-1494<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,265.21 |
| **Nonpriority creditor's name and mailing address**<br>ZEUSCHEL EQUIPMENT CO.<br>P.O. BOX 18013-B<br>ST. LOUIS, MO  63160<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $153.62 |

**Part 2:**    Additional Page

|  |  | Amount of claim |
|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,354.00 |
|---|---|---|
| ZEUSCHEL EQUIPMENT COMPANY<br>7824 BARTON<br>LENEXA, KS  66214 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,148.36 |
|---|---|---|
| ZORKOS<br>241 WELLS ROAD<br>HOME, PA  15747 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,497.75 |
|---|---|---|
| ZURN INDUSTRIES<br>7777 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN |
|---|---|---|
| Consolidated Pipe & Supply Co., Inc.<br>P.O. BOX 2472<br>BIRMINGHAM, AL  35201 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Litigation | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN |
|---|---|---|
| Jet Specialty, Inc.<br>809 W. 2ND STREET<br>ODESSA, TX  79763 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Litigation | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor  MUSCLE FOAM US America, Inc.  Case number 16-40271

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

Benchmark Foam, Inc.
401 PHEASANT RIDGE DRIVE
WATERTOWN, SD 57201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNKNOWN

---

**Nonpriority creditor's name and mailing address**

WARREN ALLOY VALVE & FITTING
P.O. BOX 15332
HOUSTON, TX 77220-5332

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $145,855.41

---

**Nonpriority creditor's name and mailing address**

XEROX CORPORATION
PO BOX 660501
DALLAS, TX 75266-0501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $450.32

---

**Nonpriority creditor's name and mailing address**

U.S. ENGINEERING
3433 ROANOKE RD
KANSAS CITY, MO 64111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $4,322.55

---

**Nonpriority creditor's name and mailing address**

TULSA GAS & GEAR
6665 S 65TH WEST AVE
TULSA, OK 74131-2420

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,423.60

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>TUMBLEWEED EXPRESS<br>P.O. BOX 2152<br>ODESSA, TX 79760-2152<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75.00 |
| **Nonpriority creditor's name and mailing address**<br>TUMBLEWEED EXPRESS<br>P.O. BOX 2152<br>ODESSA, TX 79760-2152<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $287.00 |
| **Nonpriority creditor's name and mailing address**<br>TURBINES, INC.<br>15935 U.S. HWY 283 NORTH<br>ALTUS, OK 73521<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,882.46 |
| **Nonpriority creditor's name and mailing address**<br>TURNER INDUSTRIES GROUP, LLC<br>1700 S WESTPORT DR<br>PORT ALLEN, LA 70767<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,773.00 |
| **Nonpriority creditor's name and mailing address**<br>TW METALS<br>235 TUBEWAY<br>CAROL STREAM, IL 60188<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,696.94 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

TWIN CITY HOSE
20615 COMMERCE BLVD
ROGERS, MN  55374

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,620.69

---

**Nonpriority creditor's name and mailing address**

TXG INDUSTRIES
10893 SHADOW WOOD DR.
HOUSTON, TX  77043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,160.25

---

**Nonpriority creditor's name and mailing address**

TXU ENERGY
PO BOX 650638
DALLAS, TX  75265-0638

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$412.74

---

**Nonpriority creditor's name and mailing address**

TYCO INTEGRATED SECURITY LLC
P.O. BOX 371967
PITTSBURGH, PA  15250-7967

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$213,698.00

---

**Nonpriority creditor's name and mailing address**

TYCON TRUCKING INC.
PO BOX 236
CHANNELVIEW, TX  77530

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,350.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

TYDENBROOKS SECURITY PRODUCTS GROUP
2727 PACES FERRY ROAD
ATLANTA, GA 30339

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,050.00

---

**Nonpriority creditor's name and mailing address**

WARRENDER LTD
821 SIVERT DRIVE
WOOD DALE, IL 60191

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,787.96

---

**Nonpriority creditor's name and mailing address**

TYLOK INTERNATIONAL, INC.
1061 E. 260TH STREET
EUCLID, OH 44132

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,367.39

---

**Nonpriority creditor's name and mailing address**

TRIPLEX INC.
1993 MOTES ISLAND
SHREVEPORT, LA 71107

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,025.14

---

**Nonpriority creditor's name and mailing address**

U S VALVE
168 S. VAN BRUNT STREET
ENGLEWOOD, NJ 07631

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,585.94

**Part 2:**   Additional Page

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

U. S. METALS, INC.
P O BOX 90520
HOUSTON, TX  77290-0520

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$59,227.28

---

**Nonpriority creditor's name and mailing address**

U.S. DIARY
PO BOX 267
HAGAMAN, NY  12086

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,064.97

---

**Nonpriority creditor's name and mailing address**

U.S. ENGINEERING
3433 ROANOKE RD
KANSAS CITY, MO  64111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,164.24

---

**Nonpriority creditor's name and mailing address**

U.S. PIPE
P.O. BOX 934507
ATLANTA, GA  31193-4507

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,777.77

---

**Nonpriority creditor's name and mailing address**

UE SS STREET
14 HAYES STREET
ELMSFORD, NY  10523

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,986.02

**Part 2:** Additional Page

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

UE SYSTEMS INC.
14 HAYES STREET
ELMSFORD, NY  10523

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,857.00

---

**Nonpriority creditor's name and mailing address**

UINTAH FASTENERS & SUPPLY
53 WEST GUEST AVE
SALT LAKE CITY, UT  84115

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$448.00

---

**Nonpriority creditor's name and mailing address**

ULINE
PO BOX 88741
CHICAGO, IL  60680-1741

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$325.05

---

**Nonpriority creditor's name and mailing address**

ULINE SHIPPING SUPPLIES
PO BOX 88741
CHICAGO, IL  60680-1741

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$908.11

---

**Nonpriority creditor's name and mailing address**

ULINOX 88741
P.O. BOX 88741
CHICAGO, IL  60680-1741

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,301.26

---

Debtor  MODINE MANUFACTURING CO., INC. (Name)  Case number (if known) 16-40271

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $979.00 |
|---|---|---|
| ULMER EQUIPMENT<br>1554 FENPARK DRIVE<br>FENTON, MO  63026 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt |  |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $55.95 |
|---|---|---|
| TYLER COLE | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt |  |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,450.17 |
|---|---|---|
| TOPWORX, INC.<br>3300 FERN VALLEY RD<br>LOUISVILLE, KY  40213 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt |  |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,551.71 |
|---|---|---|
| TIGER DIRECT<br>P.O. BOX 449001<br>MIAMI, FL  33144-9001 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt |  |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,542.98 |
|---|---|---|
| TIGERTAPE, INC.<br>RR 4, BOX 558C<br>BUCKHANNON, WV  26201 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt |  |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

Debtor MARTEC INTERNATIONAL INC. (Name)  Case number (if known) 16-40271

**Part 2:** Additional Page

| | Amount of claim |
|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>TILLIES FLOWER SHOP<br>3701 E HARRY ST<br>WICHITA, KS 67218<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | $340.65 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>TIME WARNER CABLE<br>PO BOX 1104<br>CAROL STREAM, IL 60132-1104<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | $2,501.75 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>TIMKEN MOTOR & CRANE SERVICES<br>11575 TELLER STREET<br>BROOMFIELD, CO 80020<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | $1,627.99 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>TIOGA PIPE SUPPLY CO.<br>P.O. BOX 7777<br>PHILADELPHIA, PA 19175-0074<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | $19,220.33 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>TITAN FLOW<br>290 CORPORATE DRIVE<br>LUMBERTON, NC 28358<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | $4,795.30 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

TLV CORPORATION
75 REMITTANCE DRIVE
CHICAGO, IL 60654-1641

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$129,207.87

---

**Nonpriority creditor's name and mailing address**

TOMKINS INDUSTRIES, INC.
P.O. BOX 102209
ATLANTA, GA 30368-0209

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11.64

---

**Nonpriority creditor's name and mailing address**

TOMPKINS INDUSTRIES INC.
944 N. CHESTNUT (KCMO) &
OLATHE, KS 66061

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,410.91

---

**Nonpriority creditor's name and mailing address**

TOOL & ANCHOR SUPPLY, INC.
204 E. 18TH STREET
GREELEY, CO 80631

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$28.57

---

**Nonpriority creditor's name and mailing address**

TOOLING RESEARCH INC.
81 DIAMOND STREET
WALPOLE, MA 02081

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,249.50

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,264.98 |
| --- | --- | --- |
| TUBESPEC P.O. BOX 40 HARVEY, LA 70059 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $322.78 |
| --- | --- | --- |
| TOPOG E 1224 N. UTICA TULSA, OK 74110 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,794.92 |
| --- | --- | --- |
| TRUESPEC ENERGY PRODUCTS 14107 INTERDRIVE WEST HOUSTON, TX 77032 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,103.00 |
| --- | --- | --- |
| TOSHIBA FINANCIAL SERVICES PO BOX 31001-0271 PASADENA, CA 91110-0271 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,611.36 |
| --- | --- | --- |
| TOTAL SAFETY P.O. BOX 974686 DALLAS, TX 75397-4686 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor  Mattress Firm Holding Corp., et al.  Case number (if known) 16-40271-can11

(Name)

Case 16-40271-can11    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc
Main Document    Page 327 of 709

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

TOTALFUNDS
PO BOX 30193
TAMPA, FL  33630-3193

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,000.00

---

**Nonpriority creditor's name and mailing address**

TOWER PRODUCTS, INC.
P.O. BOX 15184
LENEXA, KS  66215-5184

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,150.46

---

**Nonpriority creditor's name and mailing address**

TRANSCAT
35 VANTAGE PT DR
ROCHESTER, NY  14624

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$758.22

---

**Nonpriority creditor's name and mailing address**

TRAUSCH DYNAMICS
3727 WESTGATE ROAD
GRAND ISLAND, NE  68803

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$467.21

---

**Nonpriority creditor's name and mailing address**

TRAVIS LYMAN
401 E NICKELL TERR
INDEPENDENCE, MO  64050-5149

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$323.57

Debtor   MODETEC SUBHOLDINGS, INC.      Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34,233.18 |
| --- | --- | --- |
| TRENTON PIPE NIPPLE COMPANY<br>P.O. BOX 40<br>FEDERALSBURG, MD 21632 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,762.70 |
| --- | --- | --- |
| TRIANGLE METALS<br>PO BOX 820<br>BIXBY, OK 74008 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,682.02 |
| --- | --- | --- |
| TRIANGLE PRODUCTION SYSTEMS<br>PO BOX 861<br>CAMBRIDGE, OH 43725 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,537.00 |
| --- | --- | --- |
| TRINITY HEADS INC.<br>P.O. BOX 951716<br>DALLAS, TX 75395-1716 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,676.00 |
| --- | --- | --- |
| TRI-PACIFIC<br>4345 PACIFIC STREET<br>ROCKLIN, CA 95677 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

UNIFIRST CORPORATION
68 JOHSPIN ROAD
WILMINGTON, MA  01887

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,507.42

---

**Nonpriority creditor's name and mailing address**

TOOLPUSHERS SUPPLY COMPANY
455 NORTH POPLAR
CASPER, WY  82601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,759.68

---

**Nonpriority creditor's name and mailing address**

VIEGA LLC
301 NORTH MAIN
WICHITA, KS  67202-4809

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$435.52

---

**Nonpriority creditor's name and mailing address**

UNAFLEX
P.O. BOX 5088
FT. LAUDERDALE, FL  33310-5088

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,955.23

---

**Nonpriority creditor's name and mailing address**

VANGUARD CLEANING SYST OF NE
13057 WEST CENTER ROAD
OMAHA, NE  68144

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$610.22

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

VARICORE TECHNOLOGIES, INC.
15 6TH STREET
PRINSBURG, MN 56281

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,879.29

---

**Nonpriority creditor's name and mailing address**

VECTREN ENERGY
P O BOX 6248
INDIANAPOLIS, IN 46206

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$333.59

---

**Nonpriority creditor's name and mailing address**

VELAN VALVE - NORTH
94 AVENUE C
WILLISTON, VT 05495-9732

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$465.00

---

**Nonpriority creditor's name and mailing address**

VELAN VALVE CORP
2125 WARD AVENUE
SAINT-LAURENT, QC H4M-1T6
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$52,298.80

---

**Nonpriority creditor's name and mailing address**

VELOCITY CARE
P.O. BOX 15673
LOVES PARK, IL 61132-5673

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.00

Debtor _____ Case number (if known) _____
(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

VEOLIA ENRG KANSAS CITY, INC
PO BOX 681040
CHICAGO, IL  60695

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,261.49

---

**Nonpriority creditor's name and mailing address**

VERIFORCE
19221 I-45 SOUTH
SHENANDOAH, TX  77385

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$504.66

---

**Nonpriority creditor's name and mailing address**

VERIZON WIRELESS
P.O. BOX 25505
LEHIGH VALLEY, PA  18002-5505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,369.32

---

**Nonpriority creditor's name and mailing address**

VERNE SIMMONDS
8445 MADISON ST
OMAHA, NE  68127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,538.70

---

**Nonpriority creditor's name and mailing address**

VERTZ AND COMPANY
12587 HWY 62 W
FARMINGTON, AR  72730

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$461.00

---

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

VANAIRE, INC.
840 CLARK DRIVE
GLADSTONE, MI 49837

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,729.93

---

**Nonpriority creditor's name and mailing address**

VICTAULIC
3600 N E KIMBALL DRIVE
KANSAS CITY, MO 64161

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$56,378.42

---

**Nonpriority creditor's name and mailing address**

VALVES UNLIMITED, INC.
P.O. BOX 925544
HOUSTON, TX 77292

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,328.00

---

**Nonpriority creditor's name and mailing address**

VIKING SUPPLY NET
50 LAURA DRIVE
ADDISON, IL 60101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$248.55

---

**Nonpriority creditor's name and mailing address**

VINTROL, INC.
5325 S.W. 36TH STREET
OKLAHOMA CITY, OK 73179

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,046.52

Debtor    MODERN METAL PRODUCTS CO., INC.    Case number (if known) 16-40271

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

VIP SECURITY & SURVEILLANCE
OK#1043 PO BOX 508
GUYMON, OK  73942

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.95

---

**Nonpriority creditor's name and mailing address**

VIRGINIA DINER
322 W MAIN ST
WAKEFIELD, VA  23888-2940

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$546.64

---

**Nonpriority creditor's name and mailing address**

VIRGINIA STAINLESS STEEL
20 W. WATER STREET
TAUNTON, MA  02780

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$142.25

---

**Nonpriority creditor's name and mailing address**

VNE CORPORATION
P.O. BOX 1698
JANESVILLE, WI  53547

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,084.28

---

**Nonpriority creditor's name and mailing address**

VULCAN THREADED PRODUCTS, INC.
#10 CROSSCREEK TRAIL
PELHAM, AL  35124

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,464.97

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>W.M. HEITGRAS CO.<br>1316-18 N. OSAGE DR.<br>TULSA, OK 74106<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,117.88 |
| **Nonpriority creditor's name and mailing address**<br><br>W.M. HEITGRAS COMPANY<br>PO BOX 2044<br>TULSA, OK 74101-2044<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $226.80 |
| **Nonpriority creditor's name and mailing address**<br><br>WALTERS CLIMATE, INC.<br>2857 LOUISIANA AVE. NORTH<br>NEW HOPE, MN 55427<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,668.67 |
| **Nonpriority creditor's name and mailing address**<br><br>WARD MFG INC<br>P.O. BOX 7777<br>PHILADELPHIA, PA 19175-2071<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $136,900.39 |
| **Nonpriority creditor's name and mailing address**<br><br>WAREHOUSE ONE<br>7800 EAST 12TH STREET<br>KANSAS CITY, MO 64126<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,770.57 |

| Debtor | Mills Fleet Farm, Inc. | Case number (if known) 16-40271 |
|---|---|---|
| | (Name) | |

**Part 2:**  Additional Page

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES #786
PO BOX 9001099
LOUISVILLE, KY  40290-1099

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$483.82

---

**Nonpriority creditor's name and mailing address**

VIA CHRISTI OCC MEDICINE
P.O BOX 2865
WICHITA, KS  67201-2865

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$300.00

---

**Nonpriority creditor's name and mailing address**

UPS FREIGHT
28013 NETWORK PLACE
CHICAGO, IL  60673-1280

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$936.36

---

**Nonpriority creditor's name and mailing address**

WARREN CONTROLS CORPORATION
2600 EMRICK BLVD.
BETHLEHEM, PA  18020-8010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,044.70

---

**Nonpriority creditor's name and mailing address**

UNIFIRST HOLDINGS INC
PO BOX 1666
ODESSA, TX  79760

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$143.46

---

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

UNIT PROCESS CO.
834 80TH ST SW
EVERETT, WA  98203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$349.00

---

**Nonpriority creditor's name and mailing address**

UNITED BRASS WORKS, INC.
P.O. BOX 890034
CHARLOTTE, NC  28289-0034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,379.45

---

**Nonpriority creditor's name and mailing address**

UNITED INDUSTRIES, INC.
1546 HENRY AVENUE
BELOIT, WI  53511

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,880.00

---

**Nonpriority creditor's name and mailing address**

UNITED REFRIGERATION, INC.
11401 ROOSEVELT BLVD
PHILADELPHIA, PA  19154-2197

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$113.00

---

**Nonpriority creditor's name and mailing address**

UNITED STATES FITTINGS, INC.
2182 E AURORA ROAD
TWINSBURG, OH  44087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$262.00

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**Nonpriority creditor's name and mailing address**

UNITED STATES PLASTIC CORP
1390 NEUBRECHT RD
LIMA, OH 45801-3196

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$481.66

---

**Nonpriority creditor's name and mailing address**

UNIVERSAL ALLOY
P.O. BOX 450868
HOUSTON, TX 77245

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$904.28

---

**Nonpriority creditor's name and mailing address**

UNIVERSAL OUTLETS, INC.
P.O. BOX 2609
KILGORE, TX 75663

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,391.97

---

**Nonpriority creditor's name and mailing address**

UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,705.86

---

**Nonpriority creditor's name and mailing address**

UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,336.79

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**Nonpriority creditor's name and mailing address**

VANDEWATER ASSOCIATES
8551 WEST SUNRISE BLVD
PLANTATION, FL 33322

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,069.32

---

**Nonpriority creditor's name and mailing address**

UPS FREIGHT
PO BOX 650690
DALLAS, TX 75265-0690

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$371.67

---

**Nonpriority creditor's name and mailing address**

UNIFIRST CORPORATION
ATTN: A/R
4201 INDUSTRIAL BLVD
INDIANAPOLIS, IN 46254

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$645.36

---

**Nonpriority creditor's name and mailing address**

UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,446.14

---

**Nonpriority creditor's name and mailing address**

UPSCO MFG DIST. CO., INC.
P.O. BOX 431
MORAVIA, NY 13118

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$513.41

Debtor    MASTERS-XXX XXX XXXXX, INC.    Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $762.35 |
|---|---|---|
| US ROAD FREIGHT EXPRESS<br>PO BOX 9070<br>WICHITA, KS 67277-0070 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,331.00 |
|---|---|---|
| USA INDUSTRIES, INC.<br>P.O. BOX 12757<br>HOUSTON, TX 77217 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,887.18 |
|---|---|---|
| UTILITY EQUIPMENT COMPANY<br>4665 EAST 16TH ST<br>DES MOINES, IA 50313 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $47,607.12 |
|---|---|---|
| VAL-FIT INC<br>1578 LITTON DR<br>STONE MTN, GA 30083 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $108.72 |
|---|---|---|
| VALL<br>1016 25TH AVE<br>GREELEY, CO 80634 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   MOTORS LIQUIDATION COMPANY, INC.   Case number (if known) 16-40271

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

VALLEY OF BIRMINGHAM
2787 HIGHWAY 11
PELHAM, AL  35124-2905

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.20

---

**Nonpriority creditor's name and mailing address**

VAL-MATIC VALVE & MFG CO
905 RIVERSIDE DRIVE
ELMHURST, IL  60126

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,001.67

---

**Nonpriority creditor's name and mailing address**

VAL-TEX
10600 FALLSTONE ROAD
HOUSTON, TX  77099-4390

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,488.80

---

**Nonpriority creditor's name and mailing address**

VALTRONICS
RT. 68
RAVENSWOOD, WV  26164

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,909.34

---

**Nonpriority creditor's name and mailing address**

VALVE AUTOMATION, INC
PO BOX 730156
DALLAS, TX  75373-0156

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,905.60

Debtor   MILLER'S TRUCK & MACHINE, INC.    Case number (if known) 16-40271-can11
(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,683.17 |
|---|---|---|
| VALVE SEALANT SUPPLY<br>204 S. LOCKSLEY DRIVE<br>LAFAYETTE, LA  70508 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $380.63 |
|---|---|---|
| UPS FREIGHT<br>28013 NETWORK PLACE<br>CHICAGO, IL  60673 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $763.25 |
|---|---|---|
| MIDWEST TRUCK EQUIPMENT INC<br>200 W 61ST NORTH<br>QWICHITA, KS  67204-0708 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,428.02 |
|---|---|---|
| MIDLAND METAL MANUFACTURING CO<br>2016 E. 19TH<br>KANSAS CITY, MO  64108 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,073.08 |
|---|---|---|
| MIDLANTIC FLOW COMPONENTS<br>1041 GLASSBORO ROAD<br>WILLIAMSTOWN, NJ  08094 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,573.01 |
| --- | --- | --- |

**Nonpriority creditor's name and mailing address**

MID-SOUTH CONTROL & SUPPLY CO.
3803 POINTER TRAIL EAST
VAN BUREN, AR  72956

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,573.01

---

**Nonpriority creditor's name and mailing address**

MIDWAY FORD TRUCK CENTER
7601 N E 38TH ST
KANSAS CITY, MO  64116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,573.88

---

**Nonpriority creditor's name and mailing address**

MIDWEST FLEXIBLE HOSE, INC.
5181 N. 125TH STREET
BUTLER, WI  53007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,852.77

---

**Nonpriority creditor's name and mailing address**

MIDWEST HOSE & SPECIALTY INC
3410 2ND AVE WEST
WILLISTON, ND  58802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,646.98

---

**Nonpriority creditor's name and mailing address**

MID-WEST INSTRUMENT
6500 DOBRY DRIVE
STERLING HEIGH, MI  48314

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,640.98

Debtor   MICHAEL FOODS OF DELAWARE, INC.                      Case number (if known) 16-40271-11
         (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

MIDWEST INSULATION SERVICES IN
900 SOUTH 15TH
OMAHA, NE  68108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$766.40

---

**Nonpriority creditor's name and mailing address**

MIDWEST MOTOR EXPRESS, INC
BOX 1496
BISMARCK, ND  58502-1496

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$340.88

---

**Nonpriority creditor's name and mailing address**

MID-WEST PLUMBING PRODUCTS
1710 E. 123RD TERRACE
OLATHE, KS  66061

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,268.57

---

**Nonpriority creditor's name and mailing address**

MIDWEST PUMP & METER CO., INC.
2000 S. BROADWAY
ST. LOUIS, MO  63104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$795.00

---

**Nonpriority creditor's name and mailing address**

MIDWEST SANITATION & RECYCLING
PO BOX 371
PELLA, IA  50219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$72.45

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

MILWAUKEE VALVE CO., INC
16550 W. STRATTON DRIVE
NEW BERLIN, WI  53151-7301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$918.77

---

**Nonpriority creditor's name and mailing address**

MIDWEST STEEL FABRICATORS
3690 N. OLD LAWRENCE ROAD
WICHITA, KS  67219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$156.00

---

**Nonpriority creditor's name and mailing address**

MIDAMERICAN ENERGY
PO BOX 8020
DAVENPORT, IA  52808-8020

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,073.23

---

**Nonpriority creditor's name and mailing address**

MIDWEST VALVE & CONTROLS
1009 HANLEY
ST. LOUIS, MO  63144

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,544.18

---

**Nonpriority creditor's name and mailing address**

MIDWESTERN PIPELINE PRODUCTS
2119 SOUTH UNION AVENUE
TULSA, OK  74107-2703

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,723.20

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

MID
P.O. BOX 1496
BISMARCK, ND  58502

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,622.83

---

**Nonpriority creditor's name and mailing address**

MIFAB, INC.
DEPT 5272
P.O. BOX 3090
MILWAUKEE, WI  53201-3090

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.50

---

**Nonpriority creditor's name and mailing address**

MILL RITE INC.
3363 N. 35TH STREET
MILWAUKEE, WI  53216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,757.57

---

**Nonpriority creditor's name and mailing address**

MILLARD METAL SERVICES, INC.
7059 S. 107TH STREET
OMAHA, NE  68128

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,400.00

---

**Nonpriority creditor's name and mailing address**

MILLER INVESTMENTS AND PROPERTIES, LLC
PO BOX 665
STROUD, OK  74079

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$63,733.00

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

MILLER MECHANICAL SPECIALTIES
618 3RD STREET
DES MOINES, IA  50306

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,260.38

---

**Nonpriority creditor's name and mailing address**

MILLER TRUCK LINES LLC
PO BOX 665
STROUD, OK  74079

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,200.00

---

**Nonpriority creditor's name and mailing address**

MILL-ROSE COMPANY
7310 CORPORATE BLVD
MENTOR, OH  44060-4885

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$77.22

---

**Nonpriority creditor's name and mailing address**

MILLS IRON WORKS INC
P.O. BOX 2229
GARDENA, CA  90248

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$180.70

---

**Nonpriority creditor's name and mailing address**

REXEL
1843 2ND AVE
GREELEY, CO  80631-5901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.71

Debtor   MEGA MEDIA Co. MEGA MEDIA Group, Inc.   Doc 193   Filed 03/14/16 Case number (if known) 16-40271   Entered 03/14/16 12:14:02   Desc
Case 16-40271-can11                Main Document      Page 347 of 709
(Name)

**Part 2:**  Additional Page

| | Amount of claim |
|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>MIDWEST SINGLE SOURCE<br>PO BOX 49380<br>WICHITA, KS  67201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $169.38 |
| **Nonpriority creditor's name and mailing address**<br><br>MHM RETIREMENT PLAN SOLUTIONS<br>MAYER HOFFMAN MCCANN P.C.<br>700 W 47TH ST. #1100<br>KANSAS CITY, MO  64112<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $69,775.71 |
| **Nonpriority creditor's name and mailing address**<br><br>MESSPLAY MACHINERY CO.<br>7822 CONSER PLACE<br>OVERLAND PARK, KS  66204<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,172.29 |
| **Nonpriority creditor's name and mailing address**<br><br>METAL MARKER MANUFACTURING CO<br>6225 LEAR NAGLE ROAD<br>N RIDGEVILLE, OH  44039<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $719.17 |
| **Nonpriority creditor's name and mailing address**<br><br>METALFLEX SALES INC.<br>8411 WABASH AVENUE<br>BERKELEY, MO  63134<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,980.01 |

Debtor    METALLURGICAL, INC.    Case number (if known) 16-40271

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

METALLOY INC
5800 HEISER
HOUSTON, TX  77087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$138.00

---

**Nonpriority creditor's name and mailing address**

METALS INC.
DIV. OF HD SUPPLY
PO BOX 230829
HOUSTON, TX  77223

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,113.37

---

**Nonpriority creditor's name and mailing address**

METRIX INSTRUMENT
8824 FALLBROOK DR
HOUSTON, TX  77064

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,299.00

---

**Nonpriority creditor's name and mailing address**

METRO BOILER TUBE CO.
122 ROLLINS INDUSTRIAL BLV
RINGGOLD, GA  30236

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,181.00

---

**Nonpriority creditor's name and mailing address**

METROPOLITAN UTILITIES DISTRIC
P.O. BOX 3600
OMAHA, NE  68103-0600

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,535.30

Debtor   MODERN AUTOMOTIVE, INC.   Case number (if known) 16-40271-can11
        (Name)

| **Part 2:** | Additional Page |

|  | | Amount of claim |
|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $128,654.08 |
|---|---|---|
| METSO AUTOMATION<br>44 BOWDITCH DRIVE<br>SHREWSBURY, MA 01545-8044 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,483.52 |
|---|---|---|
| METTLER-TOLEDO THORNTON<br>23669 NETWORK PLACE<br>CHICAGO, IL 60673-1236 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $753.99 |
|---|---|---|
| MEYER LABORATORY, INC.<br>2401 W JEFFERSON<br>BLUE SPRINGS, MO 64015-7298 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,378.00 |
|---|---|---|
| MEZCO FABRICATION, LLC<br>201 ARABIAN<br>LAFAYETTE, LA 70507 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $54.00 |
|---|---|---|
| MID-CONTINENT SAFETY<br>8225 E. 35TH STREET NORTH<br>WICHITA, KS 67226 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address**<br><br>MHC TRUCK LEASING - KC<br>1528 N CORRINGTON<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,022.90 |
| **Nonpriority creditor's name and mailing address**<br><br>MIDAMERICAN ENERGY COMPANY<br>PO BOX 8020<br>DAVENPORT, IA  52808-8020<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,368.29 |
| **Nonpriority creditor's name and mailing address**<br><br>MICHELL INSTRUMENTS INC<br>319 NEWBURYPORT TURNPIKE<br>ROWLEY, MA  01969<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,969.10 |
| **Nonpriority creditor's name and mailing address**<br><br>MICHIGAN SEAMLESS TUBE<br>400 MCMUNN STREET<br>SOUTH LYON, MI  48178<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,220.00 |
| **Nonpriority creditor's name and mailing address**<br><br>MICH<br>P.O. BOX 27043<br>SALT LAKE CITY, UT  84127-0043<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,292.87 |

| Part 2: | Additional Page | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

MICKLIN LUMBER
1020 N. 19TH STREET
OMAHA, NE 68102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $4.26
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

MICRO CENTER
P.O. BOX 848
HILLIARD, OH 43026-0848

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $3,123.54
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

MICRO TECHNOLOGY LLC
940 VIRINIA AVE
INDIANAPOLIS, IN 46203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $1,227.53
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

MICROFINISH VALVES
7807 BLUFF POINT DRIVE
HOUSTON, TX 77086

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $39,745.77
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**

MID CONTINENT INDUSTRIES, INC.
1801 SE 9TH ST
NEWTON, KS 67114

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $54.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

MID KANSAS MACHINE
P.O. BOX 560
MCPHERSON, KS  67460

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$162.00

---

**Nonpriority creditor's name and mailing address**

MID-AMERICA PACAGING & JANITORIAL SUPPLY
6544 S. IRVINGTON
TULSA, OK  74136

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,184.71

---

**Nonpriority creditor's name and mailing address**

MID-AMERICA PUMP CO
5600 INLAND DRIVE
KANSAS CITY, KS  66106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,564.65

---

**Nonpriority creditor's name and mailing address**

MID-AMERICA SALES GROUP, INC.
2001 SE 44TH COURT
GRIMES, IA  50111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$174.84

---

**Nonpriority creditor's name and mailing address**

MILWAUKEE VALVE CO., INC.
16550 W. STRATTON DRIVE
NEW BERLIN, WI  53151-7301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$85,888.91

---

**Part 2:**   Additional Page

|  | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

MFC (MINNESOTA FLEXIBLE CORP)
803 TRANSFER ROAD
ST. PAUL, MN 55114

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,725.82

---

**Nonpriority creditor's name and mailing address**

NEBRASKA AIR FILTER, INC.
4221 S. 90TH ST
OMAHA, NE 68127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$116.55

---

**Nonpriority creditor's name and mailing address**

MRAMCO
15060 WEST DRIVE
HOUSTON, TX 77053

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,394.61

---

**Nonpriority creditor's name and mailing address**

MSI
3575 STERN AVE
ST CHARLES, IL 60174

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,476.78

---

**Nonpriority creditor's name and mailing address**

MUELLER - WEST
P.O. BOX 145
ST. PAULS, NC 28384

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,551.56

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

MUELLER STEAM/CORE INDUSTRIES
1491 NC HIGHWAY 20 WEST
ST. PAULS, NC 28384

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,240.21

---

**Nonpriority creditor's name and mailing address**

MUELLER STREAMLINE CO.
MID-COUNTY RD
ST. LOUIS, MO 63114

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,085.89

---

**Nonpriority creditor's name and mailing address**

MULTALLOY
8511 MONROE BLVD.
HOUSTON, TX 77061

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$342,757.02

---

**Nonpriority creditor's name and mailing address**

MUNICIPAL SUPPLY, INC.
1550 NE 51ST AVE
DES MOINES, IA 50313

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,285.69

---

**Nonpriority creditor's name and mailing address**

MURDOCK ELECTRIC
1111 E. 1ST
WICHITA, KS 67214

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,094.26

Debtor    MODERN METALS USA, INC.    Case 16-40271-can11    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc
(Name)    Case number (if known) 16-40271
Main Document    Page 355 of 709

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $46.74 |
|---|---|---|
| MUSIC MOUNTAIN P.O BOX 2252 BIRMINGHAM, AL 65246-0051 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,493.46 |
|---|---|---|
| NATIONAL FASTENER CORP. 8116 US HWY 166 ARKANSAS CITY, KS 67005 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45,542.39 |
|---|---|---|
| NATIONAL OILWELL VARCO P.O. BOX 973889 DALLAS, TX 75397 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44.49 |
|---|---|---|
| NATIONAL SALES COMPANY (NSC) 828 N 16TH STREET ST. LOUIS, MO 63106 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.31 |
|---|---|---|
| MILSHEFF LLC. 2472 EAST MAIN ST BRIDGEPORT, CT 06610 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor   MASTER DISTRIBUTION SYSTEMS, INC.   Case number (if known) 16-40271

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

NAYLOR PIPE COMPANY
1230 E. 92ND STREET
CHICAGO, IL  60619-7997

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,708.42

---

**Nonpriority creditor's name and mailing address**

MOUNTAIN STATES ENGR & CONTROL
1520 IRIS STREET
LAKEWOOD, CO  80215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,260.91

---

**Nonpriority creditor's name and mailing address**

NEBRASKA TRANSPORT CO
1225 COUNTRY CLUB ROAD
GERING, NE  69341

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$128.76

---

**Nonpriority creditor's name and mailing address**

NEBRLUB ROAD
1225 COUNTRY CLUB ROAD
GERING, NE  69341

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,012.35

---

**Nonpriority creditor's name and mailing address**

NEFF PACKAGING SYSTEMS
2920 FAIRFAX TRAFFICWAY
KANSAS CITY, KS  66115-0056

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$769.02

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

NELSON-JAMESON, INC. - MO
2400 E 5TH STREET
MARSHFIELD, WI  54449

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$294.78

---

**Nonpriority creditor's name and mailing address**

NEOFUNDS BY NEOPOST
PO BOX 30193
TAMPA, FL  33630-3193

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$36.54

---

**Nonpriority creditor's name and mailing address**

NEPTUNE CHEMICAL PUMP CO
P O BOX 247
LANSDALE, PA  19446

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$555.71

---

**Nonpriority creditor's name and mailing address**

NETWEST ONLINE INC
5000 EAST UNIVERSITY #11
ODESSA, TX  79762

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$620.44

---

**Nonpriority creditor's name and mailing address**

NEUCO INC
P O BOX 185
DOWNERS GROVE, IL  60515

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$475.50

Debtor    MONSTER LeaseAdapted ALBANY, INC.    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc
Case 16-40271-can11    Main Document    Page 358 of 709

(Name)

| | Amount of claim |
|---|---|

**Part 2:**   Additional Page

---

**Nonpriority creditor's name and mailing address**

NEW PIG CORP.
ONE PORK AVENUE
TIPTON, PA  16684-0304

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$452.38

---

**Nonpriority creditor's name and mailing address**

NEWAY VALVE
9757 STAFFORD CENTER DR
STAFFORD, TX  77477

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,638.00

---

**Nonpriority creditor's name and mailing address**

NEWBYS ACE HARDWARE
P.O. BOX 348
DICKINSON, ND  58601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.74

---

**Nonpriority creditor's name and mailing address**

NEWMAN FLANGE (PMT IN ADVANCE)
1649 "L" STREET
NEWMAN, CA  95360

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,092.00

---

**Nonpriority creditor's name and mailing address**

NATIONAL VALVE
200-C PIEDMONT CT.
DORAVILLE, GA  30340

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$64,780.00

---

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

MONTANA-DAKOTA UTILIES CO
P.O. BOX 5600
BISMARCK, ND  58506-5600

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,636.48

---

**Nonpriority creditor's name and mailing address**

MIRO INDUSTRIES
844 S 430 W, STE 100
HEBER CITY, UT  84032

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,662.59

---

**Nonpriority creditor's name and mailing address**

MISSION RUBBER COMPANY
1660 LEESON LN.
CORONA, CA  92879

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,464.03

---

**Nonpriority creditor's name and mailing address**

MISSISSIPPI VALLEY PUMP
P.O. BOX 712
BETTENDORF, IA  52722

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,540.30

---

**Nonpriority creditor's name and mailing address**

MISSOURI DEPARTMENT OF REVENUE
TAXATION DIVISION
P.O. BOX 3350
JEFFERSON CITY, MO  65105-3350

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,008.00

Debtor  M&G USA Corporation, et al.    Case number (if known) 16-12192
       (Name)

Case 16-40271-can11    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc
                        Main Document    Page 360 of 709

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | **Amount of claim** |
|--|--|---------------------|

**Nonpriority creditor's name and mailing address**

MISSOURI GAS ENERGY
P.O. BOX 219255
KANSAS CITY, MO  64194-3420

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,335.18

---

**Nonpriority creditor's name and mailing address**

MJM ASSOCIATES, INC.
8200 S ARKON STREET
ENGLEWOOD, CO  80112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,648.64

---

**Nonpriority creditor's name and mailing address**

MKS PIPE AND VALVE CO.
1731 LOCUST ST.
KANSAS CITY, MO  64108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,243.72

---

**Nonpriority creditor's name and mailing address**

MODCO INDUSTRIES
6528 E 101 ST STE D1
TULSA, OK  74133-6700

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,734.34

---

**Nonpriority creditor's name and mailing address**

MODINE MAUFACTURING COMPANY
1500 DEKOVEN AVENUE
RACINE, WI  53403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,347.50

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|
| | | | | Amount of claim |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>MO-KAN FASTENER AND SUPPLY<br>1508 E. 9TH STREET<br>KANSAS CITY, MO 64106<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**      $11,794.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| **Nonpriority creditor's name and mailing address**<br><br>MON POWER<br>PO BOX 3615<br>AKRON, OH 44309-3615<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**      $785.61<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| **Nonpriority creditor's name and mailing address**<br><br>MONITOR TECHNOLOGIES<br>36 COMMERCE ROAD<br>CEDAR GROVE, NJ 07009-1206<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**      $841.74<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| **Nonpriority creditor's name and mailing address**<br><br>MPI WAREHOUSE SPECIALTY CO<br>PO BOX 940<br>CASPER, WY 82601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**      $83,230.78<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| **Nonpriority creditor's name and mailing address**<br><br>MONTANA-DAKOTA UTILIES CO<br>P.O. BOX 5600<br>BISMARCK, ND 58506-5600<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**      $482.93<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

MOUNTAINEER WELDING SERVICES
P.O. BOX 118
HORNER, WV  26372

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,400.00

---

**Nonpriority creditor's name and mailing address**

MOODY-PRICE
18320 PETROLEUM DRIVE
BATON ROUGE, LA  70809

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,747.25

---

**Nonpriority creditor's name and mailing address**

MOORE INDUSTRIES-INTERNATIONAL
16650 SCHOENBORN STREET
NORTH HILLS, CA  91343-6196

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$780.00

---

**Nonpriority creditor's name and mailing address**

MORGAN HUNTER COMPANIES
7600 WEST 110TH STREET
OVERLAND PARK, KS  66210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,526.50

---

**Nonpriority creditor's name and mailing address**

MORIN PROCESS EQUIIPMENT, LLC
301-A CAHABA VALLEY PKWY N
PELHAM, AL  35124

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$422.27

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**Nonpriority creditor's name and mailing address**

MORRIS COUPLING
2240 W. 15TH ST.
ERIE, PA 16505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,613.06

---

**Nonpriority creditor's name and mailing address**

MORRISON BROS.
P.O. BOX 238
DUBUQUE, IA 52001-0065

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,049.00

---

**Nonpriority creditor's name and mailing address**

MORRISON SUPPLY COMPANY
220 S WASHINGTON
HUTCHINSON, KS 67501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$956.42

---

**Nonpriority creditor's name and mailing address**

MOTHER NATUERES INC
PO BOX 471440
TULSA, OK 74147-1440

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$300.00

---

**Nonpriority creditor's name and mailing address**

MOTION INDUSTRIES
311 PROGRESS CIRCLE
CHEYENNE, WY 82007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,899.75

| **Part 2:** | Additional Page |
|---|---|

| | **Amount of claim** |
|---|---|

---

**Nonpriority creditor's name and mailing address**

MOTION INDUSTRIES, INC.
1304 RATH AVENUE
DODGE CITY, KS  67801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $4,929.33

---

**Nonpriority creditor's name and mailing address**

MOTION INDUSTRIES/POWER DRIVES
5725 F STREET
OMAHA, NE  68117

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $364.73

---

**Nonpriority creditor's name and mailing address**

MOUNTAIN SALES DEFAULT

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** UNKNOWN

---

**Nonpriority creditor's name and mailing address**

MERIDIEN ENERGY LLC
P.O. BOX 8
RANDOLPH, NY  14772

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $1,318.18

---

**Nonpriority creditor's name and mailing address**

MONITRONICS
PO BOX 814530
DALLAS, TX  75381

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $273.78

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

M & M POULTRY EQUIPMENT SUPPLY
296 CARLTON ROAD
HOLLISTER, MO 65672

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$301.04

---

**Nonpriority creditor's name and mailing address**

LINCOLN INDUSTRIES
600 W. "E" STREET
LINCOLN, NE 68522

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$143.00

---

**Nonpriority creditor's name and mailing address**

LINK-LITE NETWORKING, INC.
6100 NORESTON STREET
SHAWNEE, KS 66218

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,798.29

---

**Nonpriority creditor's name and mailing address**

LIQUITECH, INC.
13520 W. 107TH STREET
LENEXA, KS 66215-2020

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,819.28

---

**Nonpriority creditor's name and mailing address**

LOCAL UNION #541
4501 EMANUEL CLEAVER II
KANSAS CITY, MO 64130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,339.00

---

Debtor  MODERN METALS, INC.                    Case number 16-40271

(Name)

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

LOCAL UNION #682
5730 ELIZABETH AVENUE
ST. LOUIS, MO  63110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$378.00

---

**Nonpriority creditor's name and mailing address**

LONE STAR GASKET & SUPPLY INC.
1416 N GRANT
ODESSA, TX  79760

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$473.39

---

**Nonpriority creditor's name and mailing address**

LOS ANGELES BOILER WORKS INC.
707 NORTH 20TH STREET
BLACKWELL, OK  74631

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,897.93

---

**Nonpriority creditor's name and mailing address**

LOTEMP EQUIPMENT COMPANY
8707 NORTH 29TH STREET
OMAHA, NE  68112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$157.62

---

**Nonpriority creditor's name and mailing address**

LOUISIANA STEAM EQUIPMENT CO.
P.O. BOX 30129
NEW ORLEANS, LA  70190

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,585.03

Debtor   MONARCH ENERGY COMPANY, INC.   Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

LOWES BUSINESS
PO BOX 530970
ATLANTA, GA  30353-0970

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$39.20

---

**Nonpriority creditor's name and mailing address**

LUNKENHEIMER-ENERGOVALVES
P.O. BOX 145587
CINCINNATI, OH  45271

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$811.77

---

**Nonpriority creditor's name and mailing address**

KINDER MORGAN
1001 LOUISIANA STREET, SUITE 1000
HOUSTON, TX  77002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address**

MESA PRODUCTS, INC.
4445 S. 74TH EAST AVENUE
TULSA, OK  74145

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,081.94

---

**Nonpriority creditor's name and mailing address**

M & M INVESTMENT
P.O. BOX 410558
KANSAS CITY, MO  64141

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,510.00

---

**Part 2:    Additional Page**

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

LIFT SOLUTIONS INC
14616 SHEPARD STREET
OMAHA, NE  68138

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$333.33

---

**Nonpriority creditor's name and mailing address**

M & S VALVE & FITTING
2350 W. 58TH STREET
CHICAGO, IL  60636

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$227.00

---

**Nonpriority creditor's name and mailing address**

M&M HOT SHOT
1174 CR 6763
DAYTON, TX  77535

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,800.00

---

**Nonpriority creditor's name and mailing address**

M&P FLANGE & PIPE PROTECTION
9426 OLD KATY RD, BLDG 11
HOUSTON, TX  77055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,921.35

---

**Nonpriority creditor's name and mailing address**

M&P SEALING CO.
11125 IH-10 EAST
ORANGE, TX  77630

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,976.26

**Part 2:** Additional Page

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

M. A. STEWART & SONS LTD.
803 PRESSLEY RD #107
CHARLOTTE, NC  28217

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,932.96

---

**Nonpriority creditor's name and mailing address**

M. GLOSSER & SONS, INC.
72 MESSENGER ST
JOHNSTOWN, PA  15902

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,080.86

---

**Nonpriority creditor's name and mailing address**

M. P. INDUSTRIES, INC.
P.O. BOX 190
O'FALLON, MO  63366

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,890.48

---

**Nonpriority creditor's name and mailing address**

M.A.H. TRANSPORTATION SERVICES
19990 NALL AVENUE
STILWELL, KS  66085

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$358.00

---

**Nonpriority creditor's name and mailing address**

M.E. BARBER COMPANY, INC.
1660 TAYLORVILLE ROAD
DECATUR, IL  62521

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,007.11

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**Nonpriority creditor's name and mailing address**

M.R.S. DISTRIBUTORS
8016 W. 138TH TERR.
OVERLAND PARK, KS  66223

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

**Nonpriority creditor's name and mailing address**

M3 CONSTRUCTION LLC
2861 W. 120TH AVENUE
WESTMINSTER, CO  80234

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,995.21

---

**Nonpriority creditor's name and mailing address**

M5, INC.
PO BOX 272216
OKLAHOMA CITY, OK  73137

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,387.47

---

**Nonpriority creditor's name and mailing address**

M & M EQUIPMENT CO.
5319 W. 10TH
GREAT BEND, KS  67530

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,912.40

---

**Nonpriority creditor's name and mailing address**

LCM INDUSTRIES
1605 S MARLIN DR
ODESSA, TX  79763

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,200.00

---

Debtor    MODERN METAL Ceramic INC.    Case Number 16-40271

(Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,923.82 |
|---|---|---|
| KOONS GAS MEASUREMENT<br>10934 EAST 55TH PLACE<br>TULSA, OK 74147 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $303.06 |
|---|---|---|
| KOSO AMERICA, INC.<br>4 MAINLEY STREET<br>W. BRIDGEWATER, MA 02379 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,527.55 |
|---|---|---|
| KRIHA FLUID POWER CO<br>2133 CORNHUSKER HWY<br>LINCOLN, NE 68521-1455 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,239.11 |
|---|---|---|
| KROY INDUSTRIES<br>522 W. 26TH<br>YORK, NE 68467 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,360.00 |
|---|---|---|
| KZ SOLUTIONS INC<br>DBA K W, SPECIALT BRACKET<br>9440 SUTTON PL.<br>WEST CHESTER, OH 45011 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    MAGNETATION LLC, et al.    Case No. 16-40271 (can11)

(Name)

Case 16-40271-can11    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc
Main Document    Page 372 of 709

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

L & J TECHNOLOGIES
5911 BUTTERFIELD ROAD
HILLSIDE, IL  60162

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,978.00

---

**Nonpriority creditor's name and mailing address**

L. B. FOSTER BALL WINCH, INC
PO BOX 1255
WILLIS, TX  77378-1255

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$52,591.62

---

**Nonpriority creditor's name and mailing address**

LADISH VALVES
7603 BLUFF POINT DR
HOUSTON, TX  77086

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,793.00

---

**Nonpriority creditor's name and mailing address**

LAGONDA MACHINE LLC
2410 PARK AVENUE
WASHINGTON, PA  15301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,437.75

---

**Nonpriority creditor's name and mailing address**

LAMONS GASKET CO.
P.O. BOX 947
HOUSTON, TX  77001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$504,522.49

**Part 2:**  Additional Page

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

LARR
631B 26TH AVE E
DICKINSON, ND  58601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$119.13

---

**Nonpriority creditor's name and mailing address**

LARRY'S POWDER COATING, INC.
1421 ALPINE BLVD
BOSSIER CITY, LA  71111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,130.78

---

**Nonpriority creditor's name and mailing address**

LINC ENERGY SYSTEMS INC
11919 W I-70 FRONTAGE ROAD
WHEAT RIDGE, CO  80033

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,792.00

---

**Nonpriority creditor's name and mailing address**

LASCO FITTINGS, INC.
414 MORGAN STREET
BROWNSVILLE, TN  38012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,428.05

---

**Nonpriority creditor's name and mailing address**

LILLY ENGINEERING COMPANY
217 CATALPA STREET
ITASCA, IL  60143

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,290.67

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |
| **Nonpriority creditor's name and mailing address**<br><br>LEADER GLOBAL TECHNOLOGIES<br>825 DELMAR ST<br>BEAUMONT, TX  77707<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $109.92 |
| **Nonpriority creditor's name and mailing address**<br><br>LEAF<br>P.O. BOX 644006<br>CINCINNATI, OH  45264-4006<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,863.67 |
| **Nonpriority creditor's name and mailing address**<br><br>LEE MATHEWS EQUIPMENT<br>318 BROADWAY<br>KANSAS CITY, MO  64105-1194<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,493.47 |
| **Nonpriority creditor's name and mailing address**<br><br>LELSIE MISCHE<br>1716 GUINOTTE AVENUE<br>KANSAS CITY, MO  64120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45,380.49 |
| **Nonpriority creditor's name and mailing address**<br><br>LESLIE CONTROLS, INC.<br>12501 TELECOM DRIVE<br>TAMPA, FL  33637-0906<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,651.28 |

Debtor MURRAY ENERGY CORPORATION, INC.    Case number (if known) 16-40271

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**Nonpriority creditor's name and mailing address**

LESL
P.O. BOX 20852
BILLINGS, MT  59104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,150.00

---

**Nonpriority creditor's name and mailing address**

LESMAN INSTRUMENT CO
135 BERNICE DRIVE
BENTONVILLE, IL  60106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,378.93

---

**Nonpriority creditor's name and mailing address**

LEWIS LATHAM
510 N ACADEMY
GUYMON, OK  73942

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$650.00

---

**Nonpriority creditor's name and mailing address**

LEWIS-GOETZ AND COMPANY, INC.
1665 N TOPPING
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,986.65

---

**Nonpriority creditor's name and mailing address**

LEXAIR INC
2025 MERCER ROAD
LEXINGTON, KY  40511-1018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$168.00

---

Debtor   MURRAY ENERGY CORPORATION, et al.   Case 16-40271-can11
(Name)

Case 16-40271-can11    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc
Main Document    Page 376 of 709

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

LEXINGTON PLUMBING & HEATING
1620 TROOST AVENUE
KANSAS CITY, MO  64108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$774.00

---

**Nonpriority creditor's name and mailing address**

LIBERTY COATING COMPANY
21 S STEEL RD
MORRISVILLE, PA  19067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,853.99

---

**Nonpriority creditor's name and mailing address**

MACHINE WORX INC
467 S FIRST STREET
BLAIR, NE  68008

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,438.44

---

**Nonpriority creditor's name and mailing address**

LARRY'S TRAILER SALES & SERVICE
4153 N BROADWAY
WICHITA, KS  67219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$213.80

---

**Nonpriority creditor's name and mailing address**

MEAD O'BRIEN, INC.
10800 MIDWEST INDUST BLVD
ST. LOUIS, MO  63132

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$439.11

Debtor  M&G USA CORPORATION, INC. (Name)  Case number (if known) 16-40271

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $27,576.85 |

**Nonpriority creditor's name and mailing address**
MAASS FLANGE CORPORATION
6202 LUMBERDALE ROAD
HOUSTON, TX 77092

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $27,576.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**
MATHESON TRI-GAS, INC.
DEPT 3028
DALLAS, TX 75312-3028

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $643.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**
MATHIS OIL CO
PO BOX 347
GUYMON, OK 73942

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $135.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**
MAVERICK INTERNATIONAL LTD
P.O. BOX 6600
BEAUMONT, TX 77725

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $414,602.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**
MAYFAIR & WOODCLIFF, LLC
6880 NORTH BROADWAY
ST LOUIS, MO 63147

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $13,684.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Mills Fleet Farm LLC  Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

MAYMIL INVESTMENT
P.O. BOX 410558
KANSAS CITY, MO  64141

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,000.00

---

**Nonpriority creditor's name and mailing address**

MCCARTY EQUIPMENT
301 MONTGOMERY
SHREVEPORT, LA  71107

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$73.43

---

**Nonpriority creditor's name and mailing address**

MCCARTY EQUIPMENT CO
DEPT 207
HOUSTON, TX  77210-4346

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,983.11

---

**Nonpriority creditor's name and mailing address**

MCCOY SALES CO
3130 BRINKERHOFF ROAD
KANSAS CITY, KS  66115

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,274.59

---

**Nonpriority creditor's name and mailing address**

MCCOY SALES CORP
8433 SOLUTION CENTER
CHICAGO, IL  60677-8004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,729.05

Debtor   MCCLATCHY A 1 COMPANY INC.   Case number (if known) 16-40271-can11

(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

MCJUNKIN CORPORATION
P.O. BOX 513
CHARLESTON, WV 25322

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$166,629.92

---

**Nonpriority creditor's name and mailing address**

MCJUNKIN RED MAN CORP(LABARGE)
500 N. BROADWAY
ST LOUIS, MO 63102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,783.78

---

**Nonpriority creditor's name and mailing address**

MATERIAL RESOURCES, INC.
P.O. BOX 247
FOREST GROVE, OR 97116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$229.21

---

**Nonpriority creditor's name and mailing address**

MCMASTER-CARR SUPPLY CO
P O BOX 7690
CHICAGO, IL 60680

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,404.72

---

**Nonpriority creditor's name and mailing address**

MASTER PUMPS & POWER
1617 S.E. 23RD STREET
OKLAHOMA CITY, OK 73129

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,887.80

---

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

MECHANICAL SALES PARTS
PO BOX 27969
RALSTON, NE  68127-0969

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$349.90

---

**Nonpriority creditor's name and mailing address**

MEDALLION TRANSPORT
701 E GATE DRIVE SUITE 302
MT LAUREL, NJ  08054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$875.00

---

**Nonpriority creditor's name and mailing address**

MEDALLION TRANSPORT
307 OATES ROAD
MOORESVILLE, NC  28117

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$875.00

---

**Nonpriority creditor's name and mailing address**

MEDDIRECT
DEPT 661
KANSAS CITY, MO  64141-2917

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$936.00

---

**Nonpriority creditor's name and mailing address**

MEDIA VALVE CO.
P.O. BOX 2115
FT WORTH, TX  76113-2115

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,076.00

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

MEEK BROTHERS
5255 XENOX STREET
ARVADA, CO 80002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$827.40

---

**Nonpriority creditor's name and mailing address**

MELLEN & ASSOCIATES
3404 S. 11TH STREET
COUNCIL BLUFFS, IA 51501-8008

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,542.25

---

**Nonpriority creditor's name and mailing address**

MERCER VALVE CO., INC.
9609 NW 4TH STREET
OKLAHOMA CITY, OK 73127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,421.45

---

**Nonpriority creditor's name and mailing address**

MERCURY PNEUMATIC COMPANY
2040 NORTH HAWTHORNE AVE
MELROSE PARK, IL 60160

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$120.83

---

**Nonpriority creditor's name and mailing address**

MERFISH PIPE & SUPPLY
P O BOX 15879
HOUSTON, TX 77220-5879

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$65,615.43

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

MERFISH PIPE & SUPPLY NE, LLC
2194 DETWILER ROAD
KULPSVILLE, PA  19443

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $3,813.71

---

**Nonpriority creditor's name and mailing address**

MERI300 WEST
6567 SOUTH 1300 WEST
SALT LAKE CITY, UT  84123

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $800.00

---

**Nonpriority creditor's name and mailing address**

NIBCO INC.
1516 MIDDLEBURY STREET
ELKHART, IN  46515-1167

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $29.85

---

**Nonpriority creditor's name and mailing address**

MCJUNKIN RED MAN CORPORATION
P.O. BOX 1469
BROKEN ARROW, OK  74013-1469

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $12,795.69

---

**Nonpriority creditor's name and mailing address**

MARATHON PETROLEUM COMPANY LLC
539 SOUTH MAIN STREET
FINDLAY, OH  45840

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $8,650.00

| Part 2: | Additional Page |

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

MERIT BRASS
ONE MERIT DRIVE
CLEVELAND, OH  44143-0127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$193,427.98

---

**Nonpriority creditor's name and mailing address**

MACK IRON WORKS COMPANY
124 WARREN STREET
SANDUSKY, OH  44870-2817

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,412.10

---

**Nonpriority creditor's name and mailing address**

MACK
P.O. BOX 1116
BILLINGS, MT  59103-1116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$192.26

---

**Nonpriority creditor's name and mailing address**

MAC'S
5970 50TH AVENUE S
MOORHEAD, MN  56560

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,108.86

---

**Nonpriority creditor's name and mailing address**

MAGN
3000 7TH AVE. N.
P.O. BOX 2023
FARGO, ND  58107-2023

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$145.67

Debtor    Munnsell Brothers Co., Inc.    Case number (if known)    16-40271-can11
(Name)

| Part 2: | Additional Page |

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

MAGNETROL INC
705 ENTERPRISE STREET
AURORA, IL  60504-8419

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,607.65

---

**Nonpriority creditor's name and mailing address**

MAHASKA COMMUNICATION GROUP
PO BOX 1038
OSKALOOSA, IA  52577-1038

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$451.89

---

**Nonpriority creditor's name and mailing address**

MAID-O-MIST
3217 N PULASKI RD
CHICAGO, IL  60641

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$93.04

---

**Nonpriority creditor's name and mailing address**

MAILFINANCE
25881 NETWORK PLACE
CHICAGO, IL  60673-1258

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$671.32

---

**Nonpriority creditor's name and mailing address**

MAINTENANCE METALS, INC.
1215 LATHROP
HOUSTON, TX  77020

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,995.98

---

Debtor   MASTER EQUIPMENT LEASE INC.   Case number (if known) 16-40271-can11
(Name)

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,517.68 |
| --- | --- | --- |

**Nonpriority creditor's name and mailing address**

MAKO PRODUCTS LLC
PO BOX 2972
EDMOND, OK  73083

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,517.68

---

**Nonpriority creditor's name and mailing address**

MALONEY TECHNICAL PRODUCTS
A DIVISION OF S&B TECH PRO
1300 E. BERRY ST.
FORT WORTH, TX  76119

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,867.26

---

**Nonpriority creditor's name and mailing address**

MATHESON TRI-GAS, INC
DEPT 3028
PO BOX 123028
DALLAS, TX  75312-3028

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$226.37

---

**Nonpriority creditor's name and mailing address**

MANUFACTURERS' NEWS, INC.
1633 CENTRAL STREET
EVANSTON, IL  60201-1569

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$585.00

---

**Nonpriority creditor's name and mailing address**

MAASS FLANGE CORPORATION
6202 LUMBERDALE ROAD
HOUSTON, TX  77092

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$480.00

**Part 2:**  Additional Page

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

MARIO WILLIAMS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$765.00

---

**Nonpriority creditor's name and mailing address**

MARLIN BUSINESS BANK
PO BOX 13604
PHILADELPHIA, PA  19101-3604

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$313.92

---

**Nonpriority creditor's name and mailing address**

MARMON KEYSTONE
1230 SWANER RD
SALT LAKE CITY, UT  84104-3723

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$568.87

---

**Nonpriority creditor's name and mailing address**

MARMON/KEYSTONE CO
4901 STILWELL STREET
KANSAS CITY, MO  64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,565.55

---

**Nonpriority creditor's name and mailing address**

MARSH BELLOFRAM CORPORATION
P O BOX 70670
CLEVELAND, OH  44190-0670

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,885.10

Debtor   MARTIN MID-CONTINENT INC.    Case number (if known) 16-40271-can11
        (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

MARSHALL NW PIPE FITTINGS INC
BOX 660 HWY 59 NORTH
MARSHALL, MN  56258

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,867.49

---

**Nonpriority creditor's name and mailing address**

MARSHALL-RODENO ASSOC
5700 E. 39TH AVE
DENVER, CO  80207

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,487.84

---

**Nonpriority creditor's name and mailing address**

MARTEL'S MACHINE SHOP
330 S GRANDVIEW AVE
ODESSA, TX  79761

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,760.00

---

**Nonpriority creditor's name and mailing address**

MAR-VAL PROCESS EQUIPMENT INC.
3718 CHERRY ROAD
MEMPHIS, TN  38118

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$630.73

---

**Nonpriority creditor's name and mailing address**

MASON INDUSTRIES
350 RABRO DRIVE
HAUPPAUGE, NY  11788-4256

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,944.50

Debtor    MARKETPLACE MEDIA, INC.    Case number (if known) 16-40271
       (Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35,836.53 |
|---|---|---|
| MASSCO INC<br>1837 S MERIDIAN AVE<br>WICHITA, KS  67213 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,508.93 |
|---|---|---|
| MASSEY COMPANY<br>500 E. CENTRAL AVENUE<br>MT. HOLLY, NC  28120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,181.86 |
|---|---|---|
| MASTER PACKING & RUBBER CO.<br>6430 FOURTH ST SW<br>CEDAR RAPIDS, IA  52404 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,558.80 |
|---|---|---|
| MANDAL PIPE COMPANY<br>50 GRAYSON INDUSTRIAL PKWY<br>GRAYSON, GA  30017 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,392.49 |
|---|---|---|
| PROGRESSIVE SUPPLY, INC.<br>7615 EAST 42ND PLACE<br>TULSA, OK  74145-4703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    MODETECH 340-ALION COMPANY, INC.    Case number (if known) 16-40271-can11
       (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>PREMIER LOGISTICS<br>DEPT 2407<br>TULSA, OK  74182<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,566.00 |
| **Nonpriority creditor's name and mailing address**<br>PREMIER PRINTING, INC.<br>8315 HOOVER RD<br>PLATTE CITY, MO  64079<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,887.79 |
| **Nonpriority creditor's name and mailing address**<br>PRESCOR, INC.<br>8901 NEW SAPULPA ROAD<br>TULSA, OK  74157<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,078.00 |
| **Nonpriority creditor's name and mailing address**<br>PRICE SUPPLY INC<br>109 CASON ROAD<br>BROUSSARD, LA  70518<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,423.68 |
| **Nonpriority creditor's name and mailing address**<br>PRICE TRUCK LINE<br>4931 S VICTORIA<br>WICHITA, KS  67216<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46.96 |

| Debtor | MODERN DAIRY, INC. | Case number (if known) 16-40271-can11 |
|---|---|---|
| | (Name) | |

**Part 2:** Additional Page

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

PRIDE MANUFACTURING
1050 E. "H" HIGHWAY
LIBERTY, MO  64068

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,242.62

---

**Nonpriority creditor's name and mailing address**

PRO DELIVERY
12218 JONES RD #222
HOUSTON, TX  77070

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$750.00

---

**Nonpriority creditor's name and mailing address**

PROCESS EQUIPMENT CO
P.O. BOX 1298
MARSHALLTOWN, IA  50158

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,724.59

---

**Nonpriority creditor's name and mailing address**

PROCESS EQUIPMENT SALES CORP.
10843 BIG BEND BLVD.
ST. LOUIS, MO  63122

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$899.00

---

**Nonpriority creditor's name and mailing address**

PROCESS RESOURCES, INC.
P.O. BOX 1387
SUGAR LAND, TX  77487-1387

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,887.68

---

Debtor    MODULAR SPACE CORPORATION, INC.    Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,831.70 |
|---|---|---|
| PROCONEX | Check all that apply. | |
| 103 ENTERPRISE DRIVE | ☐ Contingent | |
| ROYERSFORD, PA  19468 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,547.46 |
|---|---|---|
| PRODUCTION MFG INC | Check all that apply. | |
| DEPARTMENT 247 | ☐ Contingent | |
| TULSA, OK  74121-1228 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,038.94 |
|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL | Check all that apply. | |
| PO BOX 371887 | ☐ Contingent | |
| PITTSBURGH, PA  15250-7887 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,168.68 |
|---|---|---|
| PROFIRE ENERGY | Check all that apply. | |
| 321 SOUTH 1250 WEST STE 1 | ☐ Contingent | |
| LINDON, UT  84042 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,410.29 |
|---|---|---|
| PRECISION FITTING & GAUGE CO | Check all that apply. | |
| 1214 SOUTH JOPLIN | ☐ Contingent | |
| TULSA, OK  74112 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | Accounts Payable/Trade Debt | |
| | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

PRO-KLEEN INDUSTRIES, INC.
P.O. BOX 336
AUGUSTA, KS  67010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,843.00

---

**Nonpriority creditor's name and mailing address**

PRO-KOTE ENGINEERING & SUPPLY
590 CIRCLE DRIVE
CASPER, WY  82601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$166.72

---

**Nonpriority creditor's name and mailing address**

PROLIFT INDUSTRIAL EQUIPMENT
12001 PLANTSIDE DR
LOUISVILLE, KY  40299

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,596.71

---

**Nonpriority creditor's name and mailing address**

PROSE
800 WEST FRONT STREET
BONNER SPRINGS, KS  66012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,127.32

---

**Nonpriority creditor's name and mailing address**

PROTECH SALES, INC.
12340 MEAD WAY
LITTLETON, CO  80125

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,580.40

---

| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

PROTECTION ONE ALARM MONITORING INC
PO BOX 219044
KANSAS CITY, MO  64121-9044

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$51.08

---

**Nonpriority creditor's name and mailing address**

PT COUPLING CO.
1414 E WILLOW ROAD
ENID, OK  73701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$501.38

---

**Nonpriority creditor's name and mailing address**

PTCI
PO BOX 1188
GUYMON, OK  73942-1188

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$545.82

---

**Nonpriority creditor's name and mailing address**

PUBLIC SERVICES COMPANY OF OKLAHOMA
PO BOX 24421
CANTON, OH  44701-4421

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,975.38

---

**Nonpriority creditor's name and mailing address**

PUBLIC WORKS & UTILITIES
PO BOX 2922
WICHITA, KS  67201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$338.09

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

PUBL
P.O. BOX 30881
SALT LAKE CITY, UT  84130-0881

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$425.98

---

**Nonpriority creditor's name and mailing address**

PUFFER-SWEIVEN L.P.
4230 GREENBRIAR
STAFFORD, TX  77477

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,144.31

---

**Nonpriority creditor's name and mailing address**

PRODUCTS INC
1429 2ND AVE
DES MOINES, IA  50314

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,339.17

---

**Nonpriority creditor's name and mailing address**

POWER EQUIPMENT COMPANY
PO BOX 22007
MEMPHIS, TN  38122

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,182.24

---

**Nonpriority creditor's name and mailing address**

NEWMAN SANITARY GASKET COMPANY
P.O. BOX 222
LEBANON, OH  45036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$213.38

Debtor   MODERN FABRICATORS, INC.   Case number 16-40271-can11
(Name)

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| | $4,970.26 |

**Nonpriority creditor's name and mailing address**

PITNEY BOWES PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA  15250-7874

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**      $174.16

PITN
P.O. BOX 371877
PITTSBURGH, PA  15250-7887

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**      $16,065.18

PITTSBURGH VALVE & FITTING CO
PO BOX 4155
49 MEADE AVE
PITTSBURGH, PA  15202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**      $9,225.09

PLASTICS, INC.
6121 CLERMONT STREET
COMMERCE CITY, CO  80022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**      $11,557.45

PLAST-O-MATIC VALVES, INC.
1384 POMPTON AVENUE
CEDAR GROVE, NJ  07009

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  MASTER TECH PLUMBING, INC.    Case number (if known) 16-40271

(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

PLUMB SUPPLY
P.O. BOX 4558
DES MOINES, IA  50306

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$135.01

---

**Nonpriority creditor's name and mailing address**

PM CONTRACTING INC.
15310 HANGER ROAD
KANSAS CITY, MO  64147

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$581.93

---

**Nonpriority creditor's name and mailing address**

POKORNEY MFG. CO.
45 NORTH CHURCH ST
ADDISON, IL  60101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$628.00

---

**Nonpriority creditor's name and mailing address**

POLY-CAM, INC.
1101 MCKINLEY STREET
ANOKA, MN  55303

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,081.35

---

**Nonpriority creditor's name and mailing address**

POLYVALVE LLC
4855 BROADMOOR AVENUE
KENTWOOD, MI  49512

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$615.39

---

| **Part 2:** | Additional Page |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

POSI-FLATE
1125 WILLOW LAKE BLVD
ST. PAUL, MN  55110-5193

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,662.00

---

**Nonpriority creditor's name and mailing address**

PREMIER FENCE
P.O. BOX 4902
MIDLAND, TX  79704

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$427.59

---

**Nonpriority creditor's name and mailing address**

POWER DYNAMICS INC.
7365 CONCORD BLVD
INVER GROVE HEIGHTS, MN  55076

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$266,226.68

---

**Nonpriority creditor's name and mailing address**

PRECISION PIPELINE
3314 56TH STREET
EAU CLAIRE, WI  54703

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,112.61

---

**Nonpriority creditor's name and mailing address**

POWER SPECIALTIES
P O BOX 9566
RAYTOWN, MO  64133-0366

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$296.71

Debtor    MID-STATES SUPPLY COMPANY, INC.    Case number (if known) 16-40271
(Name)

| Part 2: | Additional Page | | | Amount of claim |
|---------|-----------------|--|--|-----------------|

**Nonpriority creditor's name and mailing address**

POWERHOUSE INDUSTRIAL SUPPLY
1671 EAST MOUNTAIN
SPRINDALE, AR  72764

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$526.52

---

**Nonpriority creditor's name and mailing address**

POWERMATE COMPANY
3476 STATE STREET
BETTENDORF, IA  52722

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$234.97

---

**Nonpriority creditor's name and mailing address**

POWERS, A WATTS COMPANY
P.O. BOX 60645
CHARLOTTE, NC  28260-0645

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,966.66

---

**Nonpriority creditor's name and mailing address**

PR VALVE LLC
1313 MISSOURI
SOUTH HOUSTON, TX  77587

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,266.29

---

**Nonpriority creditor's name and mailing address**

PRAIRIE PRIDE COOPERATIVE
1100 E MAIN STREET
MARSHALL, MN  56258-2505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$115.37

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>PRAIRIEFIRE COFFEE ROASTERS<br>10821 E 36TH ST N<br>WICHITA, KS 67226<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $202.74 |
| **Nonpriority creditor's name and mailing address**<br>PRAXAIR<br>900 SWIFT ST<br>N KANSAS CITY, MO 64116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,943.20 |
| **Nonpriority creditor's name and mailing address**<br>PRAXAIR DISTRIBUTION INC<br>677 26TH AVE EAST<br>DICKINSON, ND 58601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $276.41 |
| **Nonpriority creditor's name and mailing address**<br>PRAX<br>DEPT CH 10660<br>PALATINE, IL 6005-0660<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $122.85 |
| **Nonpriority creditor's name and mailing address**<br>PRECISION COMPANY, INC.<br>P.O. BOX 272851<br>TAMPA, FL 33688-2851<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,736.90 |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

PRECISION COMPONENTS
7311 GALVESTON RD
HOUSTON, TX 77034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,950.82

---

**Nonpriority creditor's name and mailing address**

PURC
P.O. BOX 371874
PITTSBURGH, PA 15250-7874

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,114.30

---

**Nonpriority creditor's name and mailing address**

POWER CONTROLS INC.
1205 W CENTER AVE
DENVER, CO 80223

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$289,221.57

---

**Nonpriority creditor's name and mailing address**

REDIGAS, INC
BOX 22
MCPHERSON, KS 67460

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$133.98

---

**Nonpriority creditor's name and mailing address**

PUMP RECON INC
108 S SPRING ST
INDEPENDENCE, MO 64050

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,572.50

Debtor   MARIETTA-ALDERMAN, INC.   Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,814.58 |
|---|---|---|
| RAMCO MANUFACTURING COMPANY<br>365 CARNEGIE AVENUE<br>KENILWORTH, NJ  07033 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt |  |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,710.00 |
|---|---|---|
| RAMM INVESTMENT<br>P.O. BOX 410558<br>KANSAS CITY, MO  64141 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt |  |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,008.82 |
|---|---|---|
| RANGEL DISTRIBUTING<br>1331 ST. LOUIS AVE<br>KANSAS CITY, MO  64101 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt |  |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47,623.95 |
|---|---|---|
| RAPIDWAYS TRUCK LEASING, INC.<br>4001 N.E. RANDOLPH ROAD<br>KANSAS CITY, MO  64141 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt |  |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,058.77 |
|---|---|---|
| RATHGIBSON LLC<br>2505 FOSTER AVENUE<br>JANESVILLE, WI  53545 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt |  |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

RAWSON L.P.
P.O. BOX 732161
DALLAS, TX 75373-2161

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,852.88

---

**Nonpriority creditor's name and mailing address**

RDM EQUIPMENT CO., INC.
1141 MECHANICSBURG ROAD
WOOSTER, OH 44691

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,602.69

---

**Nonpriority creditor's name and mailing address**

RE LEWIS
803 S. LINCOLN
CRESTON, IA 50801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$783.77

---

**Nonpriority creditor's name and mailing address**

READING TECHNOLOGIES, INC.
1031F MACARTHUR RD
READING, PA 19605

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$653.50

---

**Nonpriority creditor's name and mailing address**

RECTORSEAL CORPORATION
2601 SPENWICK DRIVE
HOUSTON, TX 77055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,368.35

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br>RED BALL OXYGEN<br>PO BOX 7316<br>SHREVEPORT, LA 71137-7316<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $418.09 |
| **Nonpriority creditor's name and mailing address**<br>RAINCAP INDUSTRIES, INC.<br>4901 UNIVERSITY AVE<br>CEDAR FALLS, IA 50613<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,312.88 |
| **Nonpriority creditor's name and mailing address**<br>RED VALVE COMPANY INC<br>BOX 548<br>CARNEGIE, PA 15106<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,245.41 |
| **Nonpriority creditor's name and mailing address**<br>R.V. COLEMAN TRUCKING, INC.<br>PO BOX 259<br>APOLLO, PA 15613<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,850.00 |
| **Nonpriority creditor's name and mailing address**<br>REDIGAS, INC<br>PO BOX 22<br>MCPHERSON, KS 67460<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $132.00 |

Debtor   M&G USA Corporation, et al.   Doc 193   Filed 03/14/16   Entered 03/14/16 12:14:02   Desc
         (Name)                                   Case number (if known) 16-02071-can11
         Main Document        Page 404 of 709
Case 16-02071-can11

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

RED-WHITE VALVE CORP.
20600 REGENCY LANE
LAKE FOREST, CA 92630

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.15

---

**Nonpriority creditor's name and mailing address**

REED-OVEN CO
P O BOX 33414
KANSAS CITY, MO 64120-0039

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$400.00

---

**Nonpriority creditor's name and mailing address**

REELCRAFT INDUSTRIES, INC
2842 E. BUSINESS 30
COLUMBIA CITY, IN 46725

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$389.33

---

**Nonpriority creditor's name and mailing address**

REGO ENGINEERED CONTROLS INT'L
100 REGO DRIVE
ELON, NC 27244

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$497.63

---

**Nonpriority creditor's name and mailing address**

REINTJES & HITER CO
101 SUNSHINE ROAD
KANSAS CITY, KS 66115

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$94.00

Debtor    MISSOURI HIGHWAY & TRANSP. INC.    Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

RELIANCE INDUSTRIAL PRODUCTS
2030 E 8TH ST SUITE B
GREELEY, CO  80631

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,772.54

---

**Nonpriority creditor's name and mailing address**

RENCOR CONTROLS INC
21 SULLIVAN PARKWAY
FT. EDWARD, NY  12828

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$959.00

---

**Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES #346
PO BOX 9001099
LOUISVILLE, KY  40290-1099

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$848.56

---

**Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES #468
PO BOX 9001099
LOUISVILLE, KY  40290-1099

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,087.36

---

**Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES #633
409 N HUNTER ST
ANNISTON, AL  36201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$361.20

---

| Part 2: | Additional Page | | Amount of claim |
|---------|-----------------|---|----------------|

**Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES #688
8220 W HWY 80
MIDLAND, TX  79706

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$489.46

---

**Nonpriority creditor's name and mailing address**

KONICA MINOLTA PREMIER FINANCE
1310 MADRID STREET
MARSHALL, MN  56258

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,015.00

---

**Nonpriority creditor's name and mailing address**

RED RIVER BOX, INC
P.O BOX 38535
SHREVEPORT, LA  71133

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$610.00

---

**Nonpriority creditor's name and mailing address**

QUICK SERVICES
P.O. BOX 6541
KINGWOOD, TX  77325

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,586.00

---

**Nonpriority creditor's name and mailing address**

PIPING PRODUCTS INC.
1681 KRESS ST
HOUSTON, TX  77020

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,530.00

Debtor    Case 16-40271-can11    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc
Main Document     Page 407 of 709
(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

PURE WATER OASIS INC
411 E 23RD ST S
INDEPENDENCE, MO 64055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$696.90

---

**Nonpriority creditor's name and mailing address**

PVF SUPPLY COMPANY, INC.
P.O. BOX 1796
OWENSBORO, KY 42301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,304.44

---

**Nonpriority creditor's name and mailing address**

PYRAMID PIPE & SUPPLY CO
3800 MAIN
GRANDVIEW, MO 64030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,510.73

---

**Nonpriority creditor's name and mailing address**

QUADRANT VALVE
108 BLUFFWOOD DRIVE
BROUSSARD, LA 70518

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$110,830.74

---

**Nonpriority creditor's name and mailing address**

QUALITY INDUSTRIAL
14001 NORBY
GRANDVIEW, MO 64030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,308.98

| **Part 2:** | Additional Page | |
|---|---|---|

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

QUALITY MACHINE COMPANY, INC.
RT. 50 EAST PO BOX 878
BRIDGEPORT, WV  26330

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,025.00

---

**Nonpriority creditor's name and mailing address**

QUALITY PIPE PRODUCTS, INC.
17275 HURON RIVER DR
NEW BOSTON, MI  48164

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$159,406.02

---

**Nonpriority creditor's name and mailing address**

QUALITY PRODUCTS & SALES INC.
1404 W DETROIT STREET
BROKEN ARROW, OK  74012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$61.93

---

**Nonpriority creditor's name and mailing address**

QUALITY SOURCED MFG., INC
127 VILLAGE LANE
EASLEY, SC  29641-0392

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,640.23

---

**Nonpriority creditor's name and mailing address**

QUES
P.O. BOX 45841
SALT LAKE CITY, UT  84139-0001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$691.64

Debtor    MODERN METALS MANUFACTURING INC.    Case number (if known) 16-40271-can11
         (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTICS
P.O. BOX 740780
CINCINNATI, OH  45274-0780

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.38

---

**Nonpriority creditor's name and mailing address**

RAMCO INNOVATIONS
1207 MAPLE
W. DES MOINES, IA  50265

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$345.21

---

**Nonpriority creditor's name and mailing address**

QUEST-TEC SOLUTIONS
13960 S. WAYSIDE
HOUSTON, TX  77048

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,912.00

---

**Nonpriority creditor's name and mailing address**

PUMP SYSTEMS LLC
P.O. BOX
DICKINSON, ND  58602

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$980.10

---

**Nonpriority creditor's name and mailing address**

QUICK SET AUTO GLASS
10655 EAST 120TH CT
HENDERSON, CO  80640

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$184.80

Debtor   MUSCLEPHARM CORPORATION, INC.   (Name)   Case number (if known) 16-40271

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

QUICKSILVER EXPRESS COURIER
P.O. BOX 64417
ST. PAUL, MN  55164

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$123.52

---

**Nonpriority creditor's name and mailing address**

QUILL CORPORATION
P.O. BOX 37600
PHILADELPHIA, PA  19101-0600

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,264.57

---

**Nonpriority creditor's name and mailing address**

R & J SUPPLY
1021 W. SYPERT STREET
NASHVILLE, AR  71852

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$16.69

---

**Nonpriority creditor's name and mailing address**

R J GLOBAL TECH
10910 W SAM HOUSTON PKWY N
HOUSTON, TX  77064

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,831.90

---

**Nonpriority creditor's name and mailing address**

R&M ENERGY SYSTEMS
10586 US HIGHWAY 75 N
WILLIS, TX  77378

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$112,428.18

Debtor   MISSOURI STYLE, INC.   Case number 16-40271

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |
| | |

**Nonpriority creditor's name and mailing address**

R. D. GRIER & SONS CO.
317 RAILROAD AVENUE
SALISBURY, MD  21802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,334.02

---

**Nonpriority creditor's name and mailing address**

R. E. CARLSON, INC.
8455 JEFFERSON HIGHWAY
MAPLE GROVE, MN  55369

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$207.58

---

**Nonpriority creditor's name and mailing address**

R. R. FLOODY COMPANY, INC.
EAST ROCK INDUSTRIAL PARK
ROCKFORD, IL  61109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$996.96

---

**Nonpriority creditor's name and mailing address**

R.B. MOSHER COMPANY INC.
P.O. BOX 820
KEMAH, TX  77565

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,285.91

---

**Nonpriority creditor's name and mailing address**

R.D. BITZER CO., INC.
WES-PORT INDUSTRIAL PARK
BENSALEM, PA  19020

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$121.67

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

R.S. HUGHES COMPANY, INC.
1612 N. TOPPING AVENUE
KANSAS CITY, MO 64120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$298.48

---

**Nonpriority creditor's name and mailing address**

R.S. STOVER COMPANY
3809 S. CENTER ST.
MARSHALLTOWN, IA 50158

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,523.22

---

**Nonpriority creditor's name and mailing address**

QUEST ENGINEERING, INC.
2300 EDGEWOOD AVE S
ST LOUIS PARK, MN 55426

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,705.86

---

**Nonpriority creditor's name and mailing address**

OKLAHOMA NATURAL GAS COMPANY
PO BOX 219296
KANSAS CITY, MO 64121-9296

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.07

---

**Nonpriority creditor's name and mailing address**

OCECO, INC.
P.O. BOX 159
TIFFIN, OH 44883

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,922.01

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>OCV CONTROL VALVE<br>7400 E. 42ND PLACE<br>TULSA, OK  74145-4744<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,852.89 |
| **Nonpriority creditor's name and mailing address**<br><br>OFFICE DEPOT<br>103RD & MARTY<br>OVERLAND PARK, KS  66212<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $70.56 |
| **Nonpriority creditor's name and mailing address**<br><br>OFFICE DEPOT<br>PO BOX 78004<br>PHOENIX, AZ  85062-8004<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,562.39 |
| **Nonpriority creditor's name and mailing address**<br><br>OFFICE ESSENTIALS INCORPORATED<br>1834 WALTON<br>ST LOUIS, MO  63114<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $103.52 |
| **Nonpriority creditor's name and mailing address**<br><br>OFFI<br>P.O. BOX 27288<br>SALT LAKE CITY, UT  84127-0288<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $123.70 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

OFFI
DEPT 56 8204451900
P.O. BOX 78004
PHOENIX, AZ  85062-8004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11.72

---

**Nonpriority creditor's name and mailing address**

OFFI
P.O. BOX 27288
SALT LAKE CITY, UT  84127-0288

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$169.36

---

**Nonpriority creditor's name and mailing address**

OGONTZ CORPORATION
2835 TERWOOD ROAD
WILLOW GROVE, PA  19090

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$290.00

---

**Nonpriority creditor's name and mailing address**

OIL STATES PIPER VALVE
P.O. BOX 200149
DALLAS, TX  75320-0149

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$58,179.35

---

**Nonpriority creditor's name and mailing address**

OILFIELD INDUSTRIAL SUPPLY
OF LOUISIANA, INC.
1248 N MARKET STREET
SHREVEPORT, LA  71107

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$582.50

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

OILFIELD SUPPLY
2700 E DUPONT AVE
BELLE, WV  25015

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,057.22

---

**Nonpriority creditor's name and mailing address**

PITNEY BOWES INC.
P.O. BOX 410558
KANSA CITY, MO  64141-0558

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,590.62

---

**Nonpriority creditor's name and mailing address**

OKLAHOMA CUSTOM COURIER LLC
P.O. BOX 3344
BROKEN ARROW, OK  74013

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,060.00

---

**Nonpriority creditor's name and mailing address**

O'BRIEN CORPORATION
1900 CRYSTAL INDUSTRIAL CT
ST. LOUIS, MO  63114

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,205.00

---

**Nonpriority creditor's name and mailing address**

OKLAHOMA NATURAL GAS COMPANY
PO BOX 219296
KANSAS CITY, MO  64121-9296

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$243.09

Debtor  MERSTED GROUP, INC.                    Case number 16-40271

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

OLD DOMINION FREIGHT LINE
14933 COLLECTION CENTER DR
CHICAGO, IL 60693-4933

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,307.54

---

**Nonpriority creditor's name and mailing address**

OLD DOMINION FREIGHT LINE, INC
PO BOX 841324
DALLAS, TX 75284-1324

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$68,153.99

---

**Nonpriority creditor's name and mailing address**

OLD
P.O. BOX 742296
LOS ANGELES, CA 90074-2296

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,505.14

---

**Nonpriority creditor's name and mailing address**

OLSON TECHNOLOGIES/HOMESTEAD
160 WALNUT ST
ALLENTOWN, PA 18102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,924.19

---

**Nonpriority creditor's name and mailing address**

OMAHA PUBLIC POWER DISTRICT
PO BOX 3995
OMAHA, NE 68103-0995

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,595.43

---

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

OMAHA VALVE & FITTINGS
P.O. BOX 329
SHAWNEE MISSIO, KS  66205

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,058.31

---

**Nonpriority creditor's name and mailing address**

OMAHA WINDUSTRIAL CO.
4545 S. 88TH STREET
OMAHA, NE  68127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.22

---

**Nonpriority creditor's name and mailing address**

OMEGA ENGINEERING
P.O. BOX 4047
STAMFORD, CT  06907-0047

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,294.12

---

**Nonpriority creditor's name and mailing address**

OMEGA STEEL CO/PREMIUM PIPE
3460 HOLLENBERG DRIVE
BRIDGETON, MO  63044

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,847.50

---

**Nonpriority creditor's name and mailing address**

ONE CALL SNOW REMOVAL
1321 E 27TH STREET
DES MOINES, IA  50316

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$75.00

Debtor  Murray Energy Holdings Co.  Case number (if known) 16-40271

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

ONE STOP STEEL CORPORATION
1390 KINGSLAND AVE
ST LOUIS, MO 63133

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,518.58

---

**Nonpriority creditor's name and mailing address**

OKES
DEPARTMENT 2841
TULSA, OK 74182

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$202.89

---

**Nonpriority creditor's name and mailing address**

NORTHRUP EQUIPMENT COMPANY
595 FIFTH STREET
PARKERSBURG, WV 26102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,898.54

---

**Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES #823
PO BOX 9001099
LOUISVILLE, KY 40290-1099

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,818.19

---

**Nonpriority creditor's name and mailing address**

NICHOLS-GIVEN ASSOCIATES
7108 S. ALTON WAY
ENGLEWOOD, CO 80112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$137.00

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |
| **Nonpriority creditor's name and mailing address**<br>NICK'S FASTENERS & SUPPLY, LLC<br>4155 LEGION LANE #6<br>CASPER, WY 82609<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,665.08 |
| **Nonpriority creditor's name and mailing address**<br>NIL-COR<br>4855 BROADMOOR AVE SE<br>KENTWOOD, MI 49512<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,640.31 |
| **Nonpriority creditor's name and mailing address**<br>NISCO<br>2860 BUFORD HWY<br>DULUTH, GA 30096<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,528.21 |
| **Nonpriority creditor's name and mailing address**<br>NITZ VALVE HARDWARE, INC.<br>P.O. BOX 654<br>SEBEWAING, MI 48759-0654<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $315.00 |
| **Nonpriority creditor's name and mailing address**<br>NORCA INDUSTRIAL CO LLC<br>ONE HOLLOW LANE<br>LAKE SUCCESS, NY 11042<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46,424.70 |

Debtor    MAXUS TECHNOLOGY, INC.    Case number (if known)    16-40271-can11
        (Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

NORMAN EQUIPMENT
9850 S. INDUSTRIAL DRIVE
BRIDGEVIEW, IL  60455

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,515.25

---

**Nonpriority creditor's name and mailing address**

NORRISEAL
11122 W. LITTLE YORK
HOUSTON, TX  77041

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,513.24

---

**Nonpriority creditor's name and mailing address**

NORTHWESTERN ENERGY
40 E. BROADWAY ST
BUTTE, MT  59701-9394

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.65

---

**Nonpriority creditor's name and mailing address**

NORTE STREET
5150 COLUMBINE STREET
DENVER, CO  80216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,477.75

---

**Nonpriority creditor's name and mailing address**

NORTH AMERICAN SAFETY VALVE
1500 IRON STREET
NO KANSAS CITY, MO  64116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,102.14

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | **Amount of claim** |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>OCCUPATIONAL HEALTH CENTERS<br>P.O BOX 75410<br>OKLAHOMA, OK  73147-0410<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $182.61 |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>NORTH ZONE ENTERPRISE, LLC.<br>2417 BURLINGTON<br>N. KANSAS CITY, MO  64116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40,202.68 |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>OBRIEN IRON WORKS<br>2043 ARNOLD INDUSTRIAL WAY<br>CONCORD, CA  94520<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,481.74 |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>NORTHWEST PIPE CO.<br>5721 SE COLUMBIA WAY<br>VANCOUVER, WA  98661<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $195,309.32 |

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>NORTHWESTERN ENERGY<br>40 E. BROADWAY ST<br>BUTTE, MT  59701-9394<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39.45 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

NORTHWESTERN POWER EQUIPMENT
P.O. BOX 131180
ROSEVILLE, MN 55113

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,231.38

---

**Nonpriority creditor's name and mailing address**

NORTHWESTERN, INC.
C/O AMERISOURCE FUNDING
7225 LANGTRY STREET
HOUSTON, TX 77040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,214.92

---

**Nonpriority creditor's name and mailing address**

NOTT COMPANY
5550 CAREY AVENUE
DAVENPORT, IA 52807-2637

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,503.02

---

**Nonpriority creditor's name and mailing address**

NOVAFLEX HOSE INC
7812 MOLLER ROAD
INDIANAPOLIS, IN 46268

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$347.03

---

**Nonpriority creditor's name and mailing address**

NRE LLC
ATTN: JEFF KRUG
PO BOX 111759
HOUSTON, TX 77293

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,998.50

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**Nonpriority creditor's name and mailing address**

NUMATICS, INC.
46280 DYLAN DR
NORI, MI  48377

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,108.44

---

**Nonpriority creditor's name and mailing address**

NV OFFICE CLEANING SERVICES
4851 FALCON FOREST DR
HUMBLE, TX  77346

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$116.91

---

**Nonpriority creditor's name and mailing address**

O. C. KECKLEY COMPANY
P.O. BOX 67
SKOKIE, IL  60076

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,618.58

---

**Nonpriority creditor's name and mailing address**

OASIS INTERNATIONAL
222 E CAMPUS VIEW BLVD
COLUMBUS, OH  43235

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$323.81

---

**Nonpriority creditor's name and mailing address**

OATEY SCS
P.O. BOX 92138
CLEVELAND, OH  44191

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,992.63

---

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | ---: |

**Nonpriority creditor's name and mailing address**

ONYX VALVE COMPANY
835 INDUSTRIAL HWY
CINNAMINSON, NJ  08077

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,594.43

---

**Nonpriority creditor's name and mailing address**

NORTH K.C. BUREAU OF INVESTIGA
3000 TRUMAN ROAD
KANSAS CITY, MO  64127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,879.75

---

**Nonpriority creditor's name and mailing address**

PHOENIX SUPPORT SYSTEMS
931 SUMMIT AVE
NILES, OH  44446

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,640.31

---

**Nonpriority creditor's name and mailing address**

O'NEAL STEEL
P.O. BOX 5509
JACKSON, MS  39208

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$447.02

---

**Nonpriority creditor's name and mailing address**

PERROTTI SALES
PO BOX 248
OXFORD, MA  01540

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.84

---

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

PETER PAUL ELECTRONICS
480 JOHN DOWNEY DRIVE
NEW BRITAIN, CT  06050

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$590.30

---

**Nonpriority creditor's name and mailing address**

PETERBILT PACLEASE OF KC
8915 WOODEND RD
KANSAS CITY, KS  66111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,820.47

---

**Nonpriority creditor's name and mailing address**

PETERSEN & MICHELSEN HARDWARE
4916 S. 24TH STREET
SOUTH OMAHA, NE  68107

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,610.49

---

**Nonpriority creditor's name and mailing address**

PETERSEN PRODUCT CO
421 WHEELER AVENUE
FREDONIA, WI  53021-0340

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$599.28

---

**Nonpriority creditor's name and mailing address**

PETERSON PLUMBING SUPPLY
2069 SOUTH 700 WEST
SALT LAKE CITY, UT  84104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,009.46

Debtor    MODULAR SPACE CORP.    Case number (if known)    16-40271

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

PETROCHEM VALVE
4500 E HIGHWAY 6
ALVIN, TX  77511

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,840.86

---

**Nonpriority creditor's name and mailing address**

PETROLEOM PIPE & SUPPLY CO INC
516 INDUSTRY WAY
HEIDELBERG, PA  15106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,399.00

---

**Nonpriority creditor's name and mailing address**

PETRO-VALVE, INC.
11248 E. HARDY STREET
HOUSTON, TX  77093

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,520.43

---

**Nonpriority creditor's name and mailing address**

PFC EQUIPMENT, INC.
9366 DEERWOOD LANE
MAPLE GROVE, MN  55369

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,099.28

---

**Nonpriority creditor's name and mailing address**

PHD MANUFACTURING INC
44018 COLUMBIANA-WATERFORD
COLUMBIANA, OH  44408

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$92.45

Debtor    MODULAR MINING SYSTEMS, INC.    Case number (if known) 16-40120
(Name)

| Part 2: | Additional Page |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

PEOPLE'S GAS
PO BOX 371820
PITTSBURGH, PA  15250

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,565.81

---

**Nonpriority creditor's name and mailing address**

PHOENIX SPECIALTY
1863 MAYVIEW ROAD
BRIDGEVILLE, PA  15017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,989.53

---

**Nonpriority creditor's name and mailing address**

PENTAIR VALVES & CONTROLS
953 OLD US HWY 70
BLACK MOUNTAIN, NC  28711

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,738.52

---

**Nonpriority creditor's name and mailing address**

PIKOTEK
4990 IRIS STREET
WHEAT RIDGE, CO  80033

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,388.66

---

**Nonpriority creditor's name and mailing address**

PINNACLE SALES INC.
530 INDUSTRIAL DRIVE
NAPERVILLE, IL  60563

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,686.52

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

PIONEER INDUSTRIAL
2611 SOUTHWEST BLVD
KANSAS CITY, MO  64108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,872.39

---

**Nonpriority creditor's name and mailing address**

PIONEER PIPE
P.O. BOX 70069
CHICAGO, IL  60673-0069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,671.41

---

**Nonpriority creditor's name and mailing address**

PIPE DISTRIBUTORS, INC.
5400 MESA DRIVE
HOUSTON, TX  77228

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$188,920.12

---

**Nonpriority creditor's name and mailing address**

PIPE LINE DEVELOPMENT CO.
870 CANTERBURY ROAD
CLEVELAND, OH  44145

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,346.56

---

**Nonpriority creditor's name and mailing address**

PIPECONX
P.O. BOX 6864
EVANSVILLE, IN  47712

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,380.49

Debtor  Multi Corp   Case number (if known)

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

PIPELINE EQUIPMENT, INC.
FABRICATION DIVISION
8403 S. 89TH W. AVE.
TULSA, OK 74131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,029.40

---

**Nonpriority creditor's name and mailing address**

PIPELINE SUPPLY & SERVICE, LLC
6969 ARDMORE
HOUSTON, TX 77054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$332.42

---

**Nonpriority creditor's name and mailing address**

PIPING & EQUIPMENT CO., INC.
1111 EAST 37TH ST NORTH
WICHITA, KS 67219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,550.00

---

**Nonpriority creditor's name and mailing address**

PIPING ALLOYS
13899 W. 101ST STREET
LENEXA, KS 66215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,194.41

---

**Nonpriority creditor's name and mailing address**

PIPING AND EQUIPMENT, INC.
P&E TEXAS AUTOMATION
9100 CANNIFF STREET
HOUSTON, TX 77017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,028.90

Debtor  MIDSTATES PETROLEUM COMPANY LLC    Case number (if known) 16-20111

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**Nonpriority creditor's name and mailing address**

PIPING MACHINE SPECIALTIES
470 WEST 400 NORTH
N SALT LAKE, UT  84054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$490.00

---

**Nonpriority creditor's name and mailing address**

PHOENIX FORGING
P.O. BOX 70
CATASAUQUA, PA  18032

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,228.51

---

**Nonpriority creditor's name and mailing address**

PARKER HANNIFIN FSC ARIZONA
7205 E. HAMPTON AVENUE
MESA, AZ  85209-3301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,554.46

---

**Nonpriority creditor's name and mailing address**

NEWMANS INC.
3003 SH 225 #120
PASADENA, TX  77503

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$291,042.39

---

**Nonpriority creditor's name and mailing address**

OPECO INC
601 S.E. 30TH
OKLAHOMA CITY, OK  73129

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,566.47

Debtor   MURRAY ENERGY CORPORATION, et al.   Case No. 16-40271-can11

(Name)

Case 16-40271-can11   Doc 193   Filed 03/14/16   Entered 03/14/16 12:14:02   Desc
Main Document   Page 431 of 709

**Part 2:**   Additional Page

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

OPW ENGINEERED SYSTEMS
2726 HENKLE DRIVE
LEBANON, OH  45036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,924.84

---

**Nonpriority creditor's name and mailing address**

ORION FITTINGS INC
2850 FAIRFAX TRAFFICWAY
KANSAS CITY, KS  66115

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$145.70

---

**Nonpriority creditor's name and mailing address**

ORS NASCO
2348 EAST SHAWNEE
MUSKOGEE, OK  74403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$62,297.66

---

**Nonpriority creditor's name and mailing address**

OSKALOOSA MUNICIPAL WATER DEPT
1208 SOUTH 7TH ST
PO BOX 708
OSKALOOSA, IA  52577

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$48.60

---

**Nonpriority creditor's name and mailing address**

OVERHEAD DOOR COMPANY
1901 E. 119TH ST
OLATHE, KS  66061

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$640.55

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**Nonpriority creditor's name and mailing address**

OWC, INC
9320 HWY 80
MINDEN, LA  71055-7874

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,584.00

---

**Nonpriority creditor's name and mailing address**

OZARK PRESS INC.
661 N 40TH STREET
SPRINGDALE, AR  72762

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,483.82

---

**Nonpriority creditor's name and mailing address**

P.A. INC.
6626 GULF FREEWAY
HOUSTON, TX  77087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,785.45

---

**Nonpriority creditor's name and mailing address**

P.V.C. SPECIALTIES COMPANY
1999 S. NAVAJO ST.
DENVER, CO  80223

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.00

---

**Nonpriority creditor's name and mailing address**

PAC STAINLESS LTD.
1855 S. 216TH ST
SEATTLE, WA  98198

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,533.00

**Part 2:**  Additional Page

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address**<br><br>PERFORMANCE COUPLING COMPANY<br>325 W 30TH ST<br>NATIONAL CITY, CA  91950<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,438.08 |
| **Nonpriority creditor's name and mailing address**<br><br>PARAMOUNT SUPPLY COMPANY<br>P.O. BOX 6063<br>KENNEWICK, WA  99336<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,014.63 |
| **Nonpriority creditor's name and mailing address**<br><br>ONESOURCE WATER<br>1572 S MAHAFFIE CIRCLE<br>OLATHE, KS  66062<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $424.00 |
| **Nonpriority creditor's name and mailing address**<br><br>PARKER HANNINFIN CORPORATION<br>INSTRUMENTATION GROUP<br>PGI DIVISION<br>16101 VALLEN DRIVE<br>HOUSTON, TX  77041<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,756.45 |
| **Nonpriority creditor's name and mailing address**<br><br>PARMACO OF PARKERSBURG, INC.<br>600 PARMACO ST<br>PARKERSBURG, WV  26101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,134.08 |

Debtor   MODERN TrLE LUMBER CO., INC.   Case number (if known)  16-40271-can11
(Name)

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**Nonpriority creditor's name and mailing address**

PAT MELTON
527 GRAND AVENUE
LAS VEGAS, NM  87701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,780.86

---

**Nonpriority creditor's name and mailing address**

PAUL MUELLER COMPANY
P.O. BOX 27-428
KANSAS CITY, MO  64180-0428

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,261.63

---

**Nonpriority creditor's name and mailing address**

PAY-LESS OFFICE PRODUCTS INC
PO BOX 390157
OMAHA, NE  68139

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$588.17

---

**Nonpriority creditor's name and mailing address**

PCE PACIFIC, INC.
2525 223RD ST.
SE BOTHELL, WA  98021

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,283.87

---

**Nonpriority creditor's name and mailing address**

PEC-KC
15954 S-MUR-LEN #312
OLATHE, KS  66062

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable/Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,756.51

---

Debtor   MONARCH ELECTRICAL MCC INC.

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |
| **Nonpriority creditor's name and mailing address**<br><br>PEERLESS SUPPLY<br>BOX 3307<br>DES MOINES, IA  50316<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,882.54 |
| **Nonpriority creditor's name and mailing address**<br><br>PENDER INDUSTRIAL, LLC<br>344 JOHN TURNER ROAD<br>MONROE, LA  71203<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,561.43 |
| **Nonpriority creditor's name and mailing address**<br><br>PENFLEX INC<br>105B INDUSTRIAL DRIVE<br>GILBERTSVILLE, PA  19525<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,770.11 |
| **Nonpriority creditor's name and mailing address**<br><br>PENN STAINLESS PRODUCTS<br>P.O. BOX 9001<br>QUAKERTOWN, PA  18951-9001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,415.14 |
| **Nonpriority creditor's name and mailing address**<br><br>PENSKE TRUCK LEASING<br>PO BOX 802577<br>CHICAGO, IL  60680-2577<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accounts Payable/Trade Debt<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,969.31 |

Debtor   MOUNTAIN DIVIDE, LLC.                                Case number (if known) 16-40271-can11
         (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | UNKNOWN |
|---|---|---|
| PENSKE TRUCK LEASING CO., L.P.<br>P.O. BOX 827380<br>PHILADELPHIA, PA  19182-7380 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228.00 |
|---|---|---|
| PALFLEET TRUCK EQUIP COMP LLC<br>PO BOX 5822<br>CAROL STREAM, IL  60197-5822 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:**<br>Accounts Payable/Trade Debt | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | **$1,000,988.05** |
| 5b. | Total claims from Part 2 | 5b.  **+** | **$51,311,240.31** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $52,312,228.36 |

| Debtor | Mid-States Supply Company, Inc. | Case number (if known) 16-40271 |
|---|---|---|
| | Name | |

<div style="background:black;color:white;padding:4px;">**Part 3:**     **List Others to Be Notified About Unsecured Claims**</div>

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1   AGI Industries, Inc.<br>c/o Onebane Law Firm, APLC<br>Attn: Sue T. Mann<br>1200 Camellia Blvd., Suite 300<br>Lafayette, LA 70508-6667 | Line _____<br><br>☐ Not Listed. Explain | |
| 4.2   ARRAY HOLDINGS, INC.<br>c/o Kane Russell Coleman & Logan, PC<br>Attn: Demetri Economou<br>1601 Elm Street, Suite 3700<br>Dallas, TX 75201 | Line _____<br><br>☐ Not Listed. Explain | |
| 4.3   AXH Air-Coolers<br>c/o Kivell, Rayment & Francis, PC<br>Attn: Brian J. Raiment<br>7666 E. 61st Street, Suite 240<br>Tulsa, OK 74133 | Line _____<br><br>☐ Not Listed. Explain | |
| 4.4   Benchmark Foam, Inc.<br>c/o Davenport, Evans, Hurwitz & Smith, LLP<br>Attn: Vince Roche and Joel Rische<br>206 West 14th Street<br>Sioux Falls, SD 57101 | Line _____<br><br>☐ Not Listed. Explain | |
| 4.5   Consolidated Pipe & Supply Co., Inc.<br>c/o Najjar Denaburg, PC<br>Attn: Rachel Moore<br>2125 Morris Ave.<br>Birmingham, AL 35203 | Line _____<br><br>☐ Not Listed. Explain | |
| 4.6   Crume Sales, Inc.<br>c/o Phillip Godwin & Associates, P.C.<br>Attn: Phillip Godwin<br>308 North Jackson<br>Odessa, TX 79761 | Line _____<br><br>☐ Not Listed. Explain | |
| 4.7   Dixie Pipe Sales, Inc.<br>c/o Hoover Slovacek LLP<br>Attn: Adelqui J. Boué<br>5051 Westheimer, Suite 1200<br>Houston, TX 77056 | Line _____<br><br>☐ Not Listed. Explain | |

| Debtor | Mid-States Supply Company, Inc. | Case Number *(if known)* 16-40271 |
|---|---|---|
| | Name | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.8  Drinkwater Products<br>c/o Spaht Law Firm, LLC<br>Attn: Paul H. Spaht<br>4232 Bluebonnet Blvd.<br>Baton Rouge, LA  70809 | Line<br><br>☐ Not Listed. Explain | |
| 4.9  Imperial Flange and Fitting Co., Inc.<br>c/o Troppito Miller Griffin, LLC<br>Attn: Chris M. Troppito<br>105 East Fifth Street<br>Kansas City, MO  64106 | Line<br><br>☐ Not Listed. Explain | |
| 4.10  Jet Specialty, Inc<br>c/o Freeman Mills PC<br>Attn: Michael Morgan<br>400 W. Illinois Ave., Suite 120<br>Midland, TX  79701 | Line<br><br>☐ Not Listed. Explain | |
| 4.11  Ladish Valves<br>c/o Jones Walker<br>Attn: Krystal P. Scott<br>1001 Fannin Street, Suite 2450<br>Houston, TX  77002-6707 | Line<br><br>☐ Not Listed. Explain | |
| 4.12  LCM Industries, Inc.<br>c/o Phillip Godwin & Associates, P.C.<br>Attn: Phillip Godwin<br>308 North Jackson<br>Odessa, TX  79761 | Line<br><br>☐ Not Listed. Explain | |
| 4.13  Northwest Pipe Company<br>c/o Ater Wynne LLP<br>Attn: Michael J. Sandmire<br>1331 NW Lovejoy Street. Suite 900<br>Portland, OR  97209-3280 | Line<br><br>☐ Not Listed. Explain | |
| 4.14  Spirax Sarco, Inc.<br>c/o Nelson Mullins Riley & Scarborough LLP<br>Attn: Jody A. Bedenbaugh<br>1320 Main Street, 17th Floor<br>Columbia, SC  29211-1070 | Line<br><br>☐ Not Listed. Explain | |

Debtor   Mid-States Supply Company, Inc.                                 Case Number *(if known)* 16-40271
         Name

<table>
<tr><td>**Part 3:**</td><td>**List Others to Be Notified About Unsecured Claims**</td></tr>
</table>

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.15 Unaflex, LLC<br>c/o Perkins Law Firm, LLC<br>Attn: John R. Perkins, Jr.<br>200 N. Main Street, Suite 301,<br>Greenville, SC  29601 | Line<br><br>☐ Not Listed. Explain | |
| 4.16 Verne Simmonds Company<br>c/o Young & White<br>Attn: David J. Selby<br>8742 Frederick Street<br>Omaha, NE  68124-5358 | Line<br><br>☐ Not Listed. Explain | |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor</td><td>MID-STATES SUPPLY COMPANY, INC.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF MISSOURI</td></tr>
<tr><td>Case number<br>(if known)</td><td>16-40271</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|----|----|----|----|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266071 | A&L VALVE & FITTING L.P. 8550 HANSEN SUITE A HOUSTON, TX  77075 |
| | State the term remaining | UNKNOWN/ NOT APPLICABLE | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065985 | A&L VALVE & FITTING L.P. 8550 HANSEN SUITE A HOUSTON, TX  77075 |
| | State the term remaining | UNKNOWN/ NOT APPLICABLE | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065996 | A&L VALVE & FITTING L.P. 8550 HANSEN SUITE A HOUSTON, TX  77075 |
| | State the term remaining | UNKNOWN/ NOT APPLICABLE | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066046 | A&L VALVE & FITTING L.P. 8550 HANSEN SUITE A HOUSTON, TX  77075 |
| | State the term remaining | UNKNOWN/ NOT APPLICABLE | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350049 | A.C.T., INC. 311 FRONT ST N AMORY, MS  38821 |
| | State the term remaining | UNKNOWN/ NOT APPLICABLE | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351645 | A.C.T., INC. 311 FRONT ST N AMORY, MS 38821 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265072 | A.C.T., INC. 311 FRONT ST N AMORY, MS 38821 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171531 | A.C.T., INC. 311 FRONT ST N AMORY, MS 38821 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171707 | A.C.T., INC. 311 FRONT ST N AMORY, MS 38821 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171765 | A.C.T., INC. 311 FRONT ST N AMORY, MS 38821 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171789 | A.C.T., INC. 311 FRONT ST N AMORY, MS 38821 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120889 | A.C.T., INC. 311 FRONT ST N AMORY, MS 38821 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350937 | ABZ VALVES & CONTROLS 119 W. MAIN MADISON, KS  66860 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351963 | ABZ VALVES & CONTROLS 119 W. MAIN MADISON, KS  66860 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265688 | ABZ VALVES & CONTROLS 119 W. MAIN MADISON, KS  66860 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265826 | ABZ VALVES & CONTROLS 119 W. MAIN MADISON, KS  66860 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265963 | ABZ VALVES & CONTROLS 119 W. MAIN MADISON, KS  66860 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265964 | ABZ VALVES & CONTROLS 119 W. MAIN MADISON, KS  66860 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266024 | ABZ VALVES & CONTROLS 119 W. MAIN MADISON, KS  66860 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

Debtor  M&G USA Corporation, et al.  Case No. 16-40271 (can11)
(Name)

Case 16-40271-can11  Doc 193  Filed 03/14/16  Entered 03/14/16 12:14:02  Desc
Main Document  Page 443 of 709

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065930 | ABZ VALVES & CONTROLS 119 W. MAIN MADISON, KS  66860 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120277 | ACID PIPING TECHNOLOGY, INC. 2890 ARNOLD TENBROOK ROAD ARNOLD, MO  63010 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120350 | ACID PIPING TECHNOLOGY, INC. 2890 ARNOLD TENBROOK ROAD ARNOLD, MO  63010 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351091 | ADVANCE PRODUCTS & SYSTEMS INC P.O. BOX 60399 LAFAYETTE, LA  70596-0399 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266031 | ADVANCE PRODUCTS & SYSTEMS INC P.O. BOX 60399 LAFAYETTE, LA  70596-0399 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351778 | AEON PEC 505 AERO DRIVE SHREVEPORT, LA  71107 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170881 | AFFILIATED STEAM EQUIPMENT CO. P.O. BOX 4288 DAVENPORT, IA  52808 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171790 | AFFILIATED STEAM EQUIPMENT CO. P.O. BOX 4288 DAVENPORT, IA  52808 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171883 | AFFILIATED STEAM EQUIPMENT CO. P.O. BOX 4288 DAVENPORT, IA  52808 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351219 | AIV, L.P. 7140 W. SAM HOUSTON PKWY N HOUSTON, TX  77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351261 | AIV, L.P. 7140 W. SAM HOUSTON PKWY N HOUSTON, TX  77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351468 | AIV, L.P. 7140 W. SAM HOUSTON PKWY N HOUSTON, TX  77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351608 | AIV, L.P. 7140 W. SAM HOUSTON PKWY N HOUSTON, TX  77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351653 | AIV, L.P. 7140 W. SAM HOUSTON PKWY N HOUSTON, TX  77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.34** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351888 | AIV, L.P. 7140 W. SAM HOUSTON PKWY N HOUSTON, TX  77040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.35** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265907 | AIV, L.P. 7140 W. SAM HOUSTON PKWY N HOUSTON, TX  77040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.36** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265921 | AIV, L.P. 7140 W. SAM HOUSTON PKWY N HOUSTON, TX  77040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.37** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3220645 | AIV, L.P. 7140 W. SAM HOUSTON PKWY N HOUSTON, TX  77040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.38** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7058173 | AIV, L.P. 7140 W. SAM HOUSTON PKWY N HOUSTON, TX  77040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.39** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065560 | AIV, L.P. 7140 W. SAM HOUSTON PKWY N HOUSTON, TX  77040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.40** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065753 | AIV, L.P. 7140 W. SAM HOUSTON PKWY N HOUSTON, TX  77040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065862 | AIV, L.P. 7140 W. SAM HOUSTON PKWY N HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065963 | AIV, L.P. 7140 W. SAM HOUSTON PKWY N HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065969 | AIV, L.P. 7140 W. SAM HOUSTON PKWY N HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066016 | AIV, L.P. 7140 W. SAM HOUSTON PKWY N HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | NON RESIDENTIAL REAL PROPERTY LEASE AGREEMENT - INVENTORY | ALLAN T. GARDNER MAYFAIR AND WOODCLIFFE LLC 6880 N BROADWAY ST. LOUIS, MO 63147 |
| | **State the term remaining** | 26.1 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065453 | ALLIED CHROME 7200 MYKAWA RD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065752 | ALLIED CHROME 7200 MYKAWA RD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065968 | ALLIED CHROME 7200 MYKAWA RD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066047 | ALLIED CHROME 7200 MYKAWA RD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351805 | ALLIED FITTING CORP 7200 MYKAWA ROAD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351943 | ALLIED FITTING CORP 7200 MYKAWA ROAD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351971 | ALLIED FITTING CORP 7200 MYKAWA ROAD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351984 | ALLIED FITTING CORP 7200 MYKAWA ROAD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351985 | ALLIED FITTING CORP 7200 MYKAWA ROAD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351989 | ALLIED FITTING CORP 7200 MYKAWA ROAD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265510 | ALLIED FITTING CORP 7200 MYKAWA ROAD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265785 | ALLIED FITTING CORP 7200 MYKAWA ROAD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266018 | ALLIED FITTING CORP 7200 MYKAWA ROAD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266079 | ALLIED FITTING CORP 7200 MYKAWA ROAD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266100 | ALLIED FITTING CORP 7200 MYKAWA ROAD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065763 | ALLIED FITTING CORP 7200 MYKAWA ROAD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065844 | ALLIED FITTING CORP 7200 MYKAWA ROAD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065859 | ALLIED FITTING CORP 7200 MYKAWA ROAD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065864 | ALLIED FITTING CORP 7200 MYKAWA ROAD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065890 | ALLIED FITTING CORP 7200 MYKAWA ROAD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066002 | ALLIED FITTING CORP 7200 MYKAWA ROAD HOUSTON, TX 77033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348454 | ALLIED PIPING PRODUCTS PA, INC 319 CIRCLE OF PROGRESS DR POTTSTOWN, PA 19464-3811 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171881 | ALLIED VALVE/VALVE SERVICES GR 1019 WEST GRAND AVE CHICAGO, IL 60622-6590 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120817 | ALLIED VALVE/VALVE SERVICES GR 1019 WEST GRAND AVE CHICAGO, IL 60622-6590 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT AGREEMENT | AMEREN 1910 CHOUTOU AVE. ST. LOUIS, MO 63103 |
| | **State the term remaining** | 2.7 | |
| | **List the contract number of any government contract** | | |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT - PHONE/INTERNET MAINTENANCE | AMERICAN BUSINESS PHONES 10570 JUSTIN DRIVE DES MOINES, IA 50322 |
| | **State the term remaining** | 109.2 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351996 | AMERICAN PIPING PRODUCTS 825 MARYVILLE CENTRE DRIVE CHESTERFIELD, MO 63017 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349910 | AMERI-FORGE 945 BUNKER HILL, SUITE 500 HOUSTON, TX 77024 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351465 | AMERI-FORGE 945 BUNKER HILL, SUITE 500 HOUSTON, TX 77024 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351634 | AMERI-FORGE 945 BUNKER HILL, SUITE 500 HOUSTON, TX 77024 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351845 | AMERI-FORGE 945 BUNKER HILL, SUITE 500 HOUSTON, TX 77024 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120941 | AMERI-FORGE 945 BUNKER HILL, SUITE 500 HOUSTON, TX 77024 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066045 | AMERIFORGE/FORGED VESSEL CON 945 BUNKER HILL, SUITE 500 HOUSTON, TX 77024 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351497 | ANDERSON METALS CORP 1701 SOUTHERN KANSAS CITY, MO 64120-1127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351728 | ANDERSON METALS CORP 1701 SOUTHERN KANSAS CITY, MO 64120-1127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259879 | ANDERSON METALS CORP 1701 SOUTHERN KANSAS CITY, MO 64120-1127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266053 | ANDERSON METALS CORP 1701 SOUTHERN KANSAS CITY, MO 64120-1127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171791 | ANDERSON METALS CORP 1701 SOUTHERN KANSAS CITY, MO 64120-1127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120841 | ANDERSON METALS CORP 1701 SOUTHERN KANSAS CITY, MO 64120-1127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7062581 | ANVIL - DENVER 4200 HOLLY STREET DENVER, CO 80216 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065690 | ANVIL - DENVER 4200 HOLLY STREET DENVER, CO 80216 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065724 | ANVIL - DENVER 4200 HOLLY STREET DENVER, CO 80216 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265528 | ANVIL - NORTH KINGSTOWN 160 FRENCHTOWN ROAD N KINGSTOWN, RI 02852 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351313 | ANVIL INTERNATIONAL 26009 NETWORK PLACE CHICAGO, IL 60673-1260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351343 | ANVIL INTERNATIONAL 26009 NETWORK PLACE CHICAGO, IL 60673-1260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351453 | ANVIL INTERNATIONAL 26009 NETWORK PLACE CHICAGO, IL 60673-1260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351491 | ANVIL INTERNATIONAL 26009 NETWORK PLACE CHICAGO, IL 60673-1260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351507 | ANVIL INTERNATIONAL 26009 NETWORK PLACE CHICAGO, IL 60673-1260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263119 | ANVIL INTERNATIONAL 26009 NETWORK PLACE CHICAGO, IL 60673-1260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263618 | ANVIL INTERNATIONAL 26009 NETWORK PLACE CHICAGO, IL 60673-1260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263728 | ANVIL INTERNATIONAL 26009 NETWORK PLACE CHICAGO, IL 60673-1260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265124 | ANVIL INTERNATIONAL 26009 NETWORK PLACE CHICAGO, IL 60673-1260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265290 | ANVIL INTERNATIONAL 26009 NETWORK PLACE CHICAGO, IL 60673-1260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265414 | ANVIL INTERNATIONAL 26009 NETWORK PLACE CHICAGO, IL 60673-1260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265544 | ANVIL INTERNATIONAL 26009 NETWORK PLACE CHICAGO, IL 60673-1260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265691 | ANVIL INTERNATIONAL 26009 NETWORK PLACE CHICAGO, IL 60673-1260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265827 | ANVIL INTERNATIONAL 26009 NETWORK PLACE CHICAGO, IL 60673-1260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266087 | ANVIL INTERNATIONAL 26009 NETWORK PLACE CHICAGO, IL 60673-1260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.104 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171693 | ANVIL INTERNATIONAL 26009 NETWORK PLACE CHICAGO, IL 60673-1260 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.105 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120905 | ANVIL INTERNATIONAL 26009 NETWORK PLACE CHICAGO, IL 60673-1260 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.106 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351371 | APOLLO VALVES/CONBRACO P.O. BOX 602903 CHARLOTTE, NC 28260 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.107 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265637 | APOLLO VALVES/CONBRACO P.O. BOX 602903 CHARLOTTE, NC 28260 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.108 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350756 | APOLLO VALVES/CONBRACO P.O. BOX 602903 CHARLOTTE, NC 28260 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.109 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171482 | APOLLO VALVES/CONBRACO P.O. BOX 602903 CHARLOTTE, NC 28260 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.110 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171506 | APOLLO VALVES/CONBRACO P.O. BOX 602903 CHARLOTTE, NC 28260 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

Debtor   M&G USA Corporation, et al.   Case number (if known) 16-40271

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171785 | APOLLO VALVES/CONBRACO P.O. BOX 602903 CHARLOTTE, NC  28260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266088 | APOLLO VALVES/CONBRACO P.O. BOX 602903 CHARLOTTE, NC  28260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120130 | APOLLO VALVES/CONBRACO P.O. BOX 602903 CHARLOTTE, NC  28260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120757 | APOLLO VALVES/CONBRACO P.O. BOX 602903 CHARLOTTE, NC  28260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120779 | APOLLO VALVES/CONBRACO P.O. BOX 602903 CHARLOTTE, NC  28260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120915 | APOLLO VALVES/CONBRACO P.O. BOX 602903 CHARLOTTE, NC  28260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066053 | APOLLO VALVES/CONBRACO P.O. BOX 602903 CHARLOTTE, NC  28260 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351951 | APPLIED CONTROL EQUIPMENT 13705 COMPARK BLVD ENGLEWOOD, CO  80112 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348432 | APPLIED PIPELINE, INC. PO BOX 124 KNOX, PA  16232 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265693 | AQUATECH INTERNATIONAL CORP. ONE FOUR COINS DRIVE CANONSBURG, PA  15317 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | NON RESIDENTIAL REAL PROPERTY LEASE AGREEMENT - INVENTORY | ARMM INVESTMENT COMPANY A GENERAL PARTNERSHIP P.O. BOX 410588 KANSAS CITY, MO  64120 |
| | **State the term remaining** | 5.8 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351471 | ASCO VALVE, INC. 760 PASQUINELLI DRIVE WESTMONT, IL  60559 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351493 | ASCO VALVE, INC. 760 PASQUINELLI DRIVE WESTMONT, IL  60559 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351615 | ASCO VALVE, INC. 760 PASQUINELLI DRIVE WESTMONT, IL  60559 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.125** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 1351814 | ASCO VALVE, INC.<br>760 PASQUINELLI DRIVE<br>WESTMONT, IL 60559 |
| **State the term remaining**  UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.126** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 1351893 | ASCO VALVE, INC.<br>760 PASQUINELLI DRIVE<br>WESTMONT, IL 60559 |
| **State the term remaining**  UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.127** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 1351918 | ASCO VALVE, INC.<br>760 PASQUINELLI DRIVE<br>WESTMONT, IL 60559 |
| **State the term remaining**  UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.128** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 1351922 | ASCO VALVE, INC.<br>760 PASQUINELLI DRIVE<br>WESTMONT, IL 60559 |
| **State the term remaining**  UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.129** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 2261813 | ASCO VALVE, INC.<br>760 PASQUINELLI DRIVE<br>WESTMONT, IL 60559 |
| **State the term remaining**  UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.130** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 2265759 | ASCO VALVE, INC.<br>760 PASQUINELLI DRIVE<br>WESTMONT, IL 60559 |
| **State the term remaining**  UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.131** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 2265843 | ASCO VALVE, INC.<br>760 PASQUINELLI DRIVE<br>WESTMONT, IL 60559 |
| **State the term remaining**  UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266042 | ASCO VALVE, INC. 760 PASQUINELLI DRIVE WESTMONT, IL  60559 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266049 | ASCO VALVE, INC. 760 PASQUINELLI DRIVE WESTMONT, IL  60559 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266086 | ASCO VALVE, INC. 760 PASQUINELLI DRIVE WESTMONT, IL  60559 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266092 | ASCO VALVE, INC. 760 PASQUINELLI DRIVE WESTMONT, IL  60559 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3219500 | ASCO VALVE, INC. 760 PASQUINELLI DRIVE WESTMONT, IL  60559 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171793 | ASCO VALVE, INC. 760 PASQUINELLI DRIVE WESTMONT, IL  60559 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120950 | ASCO VALVE, INC. 760 PASQUINELLI DRIVE WESTMONT, IL  60559 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.139** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066015 | ASCO VALVE, INC. 760 PASQUINELLI DRIVE WESTMONT, IL 60559 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.140** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263978 | ASHCROFT INC P.O. BOX 201255 DALLAS, TX 75320-1255 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.141** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264768 | ASHCROFT INC P.O. BOX 201255 DALLAS, TX 75320-1255 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.142** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264979 | ASHCROFT INC P.O. BOX 201255 DALLAS, TX 75320-1255 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.143** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265589 | ASHCROFT INC P.O. BOX 201255 DALLAS, TX 75320-1255 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.144** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265626 | ASHCROFT INC P.O. BOX 201255 DALLAS, TX 75320-1255 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.145** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265708 | ASHCROFT INC P.O. BOX 201255 DALLAS, TX 75320-1255 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266083 | ASHCROFT INC P.O. BOX 201255 DALLAS, TX 75320-1255 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349506 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350551 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350752 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350896 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351116 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351309 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.153 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351312 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX  75063-3140 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| 2.154 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351419 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX  75063-3140 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| 2.155 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351581 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX  75063-3140 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| 2.156 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351913 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX  75063-3140 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| 2.157 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351914 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX  75063-3140 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| 2.158 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351915 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX  75063-3140 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| 2.159 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264948 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX  75063-3140 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.160** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264977 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| **2.161** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265222 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| **2.162** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265234 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| **2.163** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265570 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| **2.164** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265786 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| **2.165** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265795 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| **2.166** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265859 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |

Debtor    MODERN MEDICAL, INC.
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER | PURCHASE ORDER 3220966 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER | PURCHASE ORDER 3221017 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER | PURCHASE ORDER 4171503 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER | PURCHASE ORDER 4171656 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER | PURCHASE ORDER 4171688 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER | PURCHASE ORDER 4171716 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER | PURCHASE ORDER 4171756 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171800 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171801 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171846 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065668 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065989 | ASHCROFT INC. 2975 REGENT BLVD IRVING, TX 75063-3140 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265415 | ASPEN FLOW CONTROL 2208 W DETROIT BROKEN ARROW, OK 74012 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE CONTRACT EMPLOYEE ACCIDENTAL, LIFE LTD, STD & CRITCAL INSURANCE | ASSURANT 2323 GRAND BOULEVARD KANSAS CITY, MO 64108 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT AGREEMENT | ATMOS<br>5430 LBJ FREEWAY<br>DALLAS, TX 75240 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT - BANDWIDTH SERVICE | ATT BANDWIDTH SERVICES<br>2535 E 40TH AVE.<br>DENVER, CO 80123 |
| | **State the term remaining** | 19.6 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT - INTERNET SERVICE | ATT<br>2535 E 40TH AVE.<br>DENVER, CO 80123 |
| | **State the term remaining** | 1.1 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 7065194 | B & K LLC<br>33023 COLLECTIONS CTR DR<br>CHICAGO, IL 60693-0330 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 7065387 | B & K LLC<br>33023 COLLECTIONS CTR DR<br>CHICAGO, IL 60693-0330 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 4171847 | B. G. PETERSON CO.<br>2966 HARNEY STREET<br>OMAHA, NE 68131 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 2264503 | BABBITT STEAM<br>P O BOX 51208<br>NEW BEDFORD, MA 02745 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265886 | BABBITT STEAM P O BOX 51208 NEW BEDFORD, MA  02745 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266035 | BABBITT STEAM P O BOX 51208 NEW BEDFORD, MA  02745 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266062 | BABBITT STEAM P O BOX 51208 NEW BEDFORD, MA  02745 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065616 | BABBITT STEAM P O BOX 51208 NEW BEDFORD, MA  02745 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349747 | BALON CORPORATION 3245 S. HATTIE OKLAHOMA CITY, OK  73129 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351938 | BALON CORPORATION 3245 S. HATTIE OKLAHOMA CITY, OK  73129 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350007 | BAND-IT-IDEX, INC. P. O. BOX 16307 DENVER, CO  80216 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263678 | BAND-IT-IDEX, INC. P. O. BOX 16307 DENVER, CO  80216 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259362 | BATCHELOR COMPANY 10026-A S MINGO ROAD #303 TULSA, OK  74133 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3221054 | BAVCO/BACKFLOW APPARATUS & VAL 20435 SOUTH SUSANA ROAD LONG BEACH, CA  90810-1136 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066059 | BAY VALVE SERVICE&ENGINEERING 6809 KIN AVENUE WEST BILLINGS, MT  59106 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066063 | BAY VALVE SERVICE&ENGINEERING 6809 KIN AVENUE WEST BILLINGS, MT  59106 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE CONTRACT EMPLOYEE MEDICAL  INSURANCCE PLAN | BCBS-PREFFERED BLUE-GROUP/PPO ONE PERSHING SQUARE 2301 MAIN STREET PO BOX 4196169 KANSAS CITY, MO  64141 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349601 | BEABOUT BROCK EASLEY LLC 10483 HEINZ WAY HENDERSON, CO  80640-8480 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.202** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349603 | BEABOUT BROCK EASLEY LLC 10483 HEINZ WAY HENDERSON, CO  80640-8480 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.203** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350836 | BEABOUT BROCK EASLEY LLC 10483 HEINZ WAY HENDERSON, CO  80640-8480 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.204** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065701 | BEABOUT BROCK EASLEY LLC 10483 HEINZ WAY HENDERSON, CO  80640-8480 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.205** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065742 | BEABOUT BROCK EASLEY LLC 10483 HEINZ WAY HENDERSON, CO  80640-8480 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.206** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066000 | BEABOUT BROCK EASLEY LLC 10483 HEINZ WAY HENDERSON, CO  80640-8480 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.207** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1346744 | BENNETT-ROGERS PIPE COATING IN 900 KINDELBERGER ROAD KANSAS CITY, KS  66115 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.208** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350211 | BENNETT-ROGERS PIPE COATING IN 900 KINDELBERGER ROAD KANSAS CITY, KS  66115 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350873 | BENNETT-ROGERS PIPE COATING IN 900 KINDELBERGER ROAD KANSAS CITY, KS  66115 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351668 | BENNETT-ROGERS PIPE COATING IN 900 KINDELBERGER ROAD KANSAS CITY, KS  66115 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351990 | BENNETT-ROGERS PIPE COATING IN 900 KINDELBERGER ROAD KANSAS CITY, KS  66115 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065838 | BETE FOG NOZZLE, INC. 50 GREENFIELD ST. GREENFIELD, MA  01301 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261044 | BEX, INC. 836 PHOENIX DRIVE ANN ARBOR, MI  48108 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065170 | BISHOP SALES 544 CIRCLE DRIVE CASPER, WY  82601 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260167 | BLACKMORE & GLUNT 13835 WEST 107TH STREET LENEXA, KS  66215 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260295 | BLACKMORE & GLUNT 13835 WEST 107TH STREET LENEXA, KS  66215 |
| | State the term remaining | UNKNOWN/ NOT APPLICABLE | |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264308 | BLACKMORE & GLUNT 13835 WEST 107TH STREET LENEXA, KS  66215 |
| | State the term remaining | UNKNOWN/ NOT APPLICABLE | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | NON RESIDENTIAL REAL PROPERTY LEASE AGREEMENT - INVENTORY | BLMP LLC A MISSOURI LIABILITY COMPANY P.O. BOX 410588 KANSAS CITY, MO  64120 |
| | State the term remaining | 65.7 MONTHS | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350876 | BONNEY FORGE CO P O BOX 8538-502 PHILADELPHIA, PA  19171 |
| | State the term remaining | UNKNOWN/ NOT APPLICABLE | |
| | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265707 | BONNEY FORGE CO P O BOX 8538-502 PHILADELPHIA, PA  19171 |
| | State the term remaining | UNKNOWN/ NOT APPLICABLE | |
| | List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266005 | BONNEY FORGE CO P O BOX 8538-502 PHILADELPHIA, PA  19171 |
| | State the term remaining | UNKNOWN/ NOT APPLICABLE | |
| | List the contract number of any government contract | | |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266016 | BONNEY FORGE CO P O BOX 8538-502 PHILADELPHIA, PA  19171 |
| | State the term remaining | UNKNOWN/ NOT APPLICABLE | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065253 | BONNEY FORGE CO P O BOX 8538-502 PHILADELPHIA, PA  19171 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065950 | BONNEY FORGE CO P O BOX 8538-502 PHILADELPHIA, PA  19171 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120768 | BRASS CRAFT MFG. DEPT. 77241, BOX 77000 DETROIT, MI  48277-0241 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351473 | BRAXTON HARRIS COMPANY 1417 COMMERCE BLVD. ANNISTON, AL  36207 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | UNION CONTRACT | BROTHERHOOD OF TEAMSTERS 4349 WOODSON ROAD ST. LOUIS, MO  63134 |
| | **State the term remaining** | 14.9 | |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261111 | BURKERT CO. 2572 WHITE ROAD IRVINE, CA  92614 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351823 | C & C INDUSTRIES 10350 CLAY ROAD HOUSTON, TX  77041 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.230 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348960 | C I ACTUATION 1619 RICHEY ROAD HOUSTON, TX 77073 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties... |
|---|---|---|
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348960 | C I ACTUATION 1619 RICHEY ROAD HOUSTON, TX 77073 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351222 | CAMERON DISTRIBUTED VALVES 14 BUSINESS PARK RD LIMERICK, ME 04048 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064076 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1343032 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1343374 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1343999 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347492 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.237 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347796 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX  77251-1212 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.238 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348329 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX  77251-1212 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.239 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348420 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX  77251-1212 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.240 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349261 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX  77251-1212 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.241 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350917 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX  77251-1212 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.242 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350953 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX  77251-1212 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.243 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351480 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX  77251-1212 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351538 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351543 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351622 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351656 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351738 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351784 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351950 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351961 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351969 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264815 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265215 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265281 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265384 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265577 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX 77251-1212 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.258** | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265841 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX  77251-1212 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| **2.259** | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266032 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX  77251-1212 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| **2.260** | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266054 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX  77251-1212 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| **2.261** | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171406 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX  77251-1212 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| **2.262** | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066008 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX  77251-1212 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| **2.263** | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066052 | CAMERON DISTRIBUTED VALVES P.O. BOX 1212 HOUSTON, TX  77251-1212 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| **2.264** | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1330880 | CAMERON ENGINEERED VALVES 3250 BRIARPARK DR HOUSTON, TX  77042 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1335592 | CAMERON ENGINEERED VALVES 3250 BRIARPARK DR HOUSTON, TX  77042 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1340817 | CAMERON ENGINEERED VALVES 3250 BRIARPARK DR HOUSTON, TX  77042 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1343601 | CAMERON ENGINEERED VALVES 3250 BRIARPARK DR HOUSTON, TX  77042 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348602 | CAMERON ENGINEERED VALVES 3250 BRIARPARK DR HOUSTON, TX  77042 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350379 | CAMERON ENGINEERED VALVES 3250 BRIARPARK DR HOUSTON, TX  77042 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350543 | CAMERON ENGINEERED VALVES 3250 BRIARPARK DR HOUSTON, TX  77042 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351218 | CAMERON ENGINEERED VALVES 3250 BRIARPARK DR HOUSTON, TX  77042 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.272** **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351414 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | CAMERON ENGINEERED VALVES 3250 BRIARPARK DR HOUSTON, TX 77042 |
| **2.273** **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351779 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | CAMERON ENGINEERED VALVES 3250 BRIARPARK DR HOUSTON, TX 77042 |
| **2.274** **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351780 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | CAMERON ENGINEERED VALVES 3250 BRIARPARK DR HOUSTON, TX 77042 |
| **2.275** **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351866 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | CAMERON ENGINEERED VALVES 3250 BRIARPARK DR HOUSTON, TX 77042 |
| **2.276** **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351881 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | CAMERON ENGINEERED VALVES 3250 BRIARPARK DR HOUSTON, TX 77042 |
| **2.277** **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120628 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | CAMERON ENGINEERED VALVES 3250 BRIARPARK DR HOUSTON, TX 77042 |
| **2.278** **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064429 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | CAMERON ENGINEERED VALVES 3250 BRIARPARK DR HOUSTON, TX 77042 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.279** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064451 | CAMERON ENGINEERED VALVES 3250 BRIARPARK DR HOUSTON, TX 77042 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.280** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7063180 | CAMERON PROCESS DIVISION P. O. BOX 193520 LITTLE ROCK, AK 72219-3520 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.281** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064428 | CAMERON PROCESS DIVISION P. O. BOX 193520 LITTLE ROCK, AK 72219-3520 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.282** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066054 | CAMERON PROCESS DIVISION P. O. BOX 193520 LITTLE ROCK, AK 72219-3520 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.283** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171882 | CAMERON'S MEASUREMENT SYSTEMS 7300 NIX DRIVE DUNCAN, OK 73533 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.284** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349313 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.285** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349329 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349737 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349879 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350108 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351370 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351451 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351623 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351639 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.293** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351747 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| **2.294** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260527 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| **2.295** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262055 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| **2.296** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262121 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| **2.297** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262210 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| **2.298** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262869 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| **2.299** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263240 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |

Debtor    Case 16-40271-can11    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc
(Name)
Main Document     Page 483 of 709

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263777 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264971 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265251 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265531 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265533 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265613 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265675 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265723 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265763 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265798 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265867 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265914 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265992 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266097 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266101 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170445 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171228 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171444 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171473 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171713 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171754 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.321 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171772 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.322 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171819 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.323 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171837 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.324 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171851 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.325 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171871 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.326 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120201 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.327 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120653 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120888 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120899 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120914 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120922 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120923 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120935 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064495 | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH 43086 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.335** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065662 <br><br> **State the term remaining** UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH  43086 |
| **2.336** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065735 <br><br> **State the term remaining** UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH  43086 |
| **2.337** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065848 <br><br> **State the term remaining** UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH  43086 |
| **2.338** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065920 <br><br> **State the term remaining** UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH  43086 |
| **2.339** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065955 <br><br> **State the term remaining** UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH  43086 |
| **2.340** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066021 <br><br> **State the term remaining** UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | CAPITOL MANUFACTURING 742 BROOKSEDGE PLAZA DRIVE WESTERVILLE, OH  43086 |
| **2.341** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120804 <br><br> **State the term remaining** UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | CARDINAL MACHINE WORKS 1522 NORTH NINTH ST ST LOUIS, MO  63106 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT AGREEMENT | CARGILL<br>15407 MCGINTY ROAD WEST<br>WAYZATA, MN  55391 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 1349839 | CARPENTER & PATERSON, INC.<br>225 MERRIMAC STREET<br>WOBURN, MA  01801 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 2263763 | CARPENTER & PATERSON, INC.<br>225 MERRIMAC STREET<br>WOBURN, MA  01801 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 2264570 | CB&I/SHAW ALLOY PIPING PRODUCT<br>626 W. 41ST STREET<br>TULSA, OK  74107-7019 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 2264683 | CB&I/SHAW ALLOY PIPING PRODUCT<br>626 W. 41ST STREET<br>TULSA, OK  74107-7019 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT - CRANE | CCA FINANCIAL<br>7275 GLEN FOREST DRIVE, SUITE 100<br>RICHMOND, VA  23226 |
| | **State the term remaining** | 21.2 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 2258590 | CENTRAL PLAINS STEEL<br>3900 COMATARA DRIVE<br>WICHITA, KS  67226 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2257572 | CENTRAL STATES INDUSTRIAL EQUI 2700 PARTNERSHIP BLVD. SPRINGFIELD, MO  65803-8208 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260256 | CENTRAL STATES INDUSTRIAL EQUI 2700 PARTNERSHIP BLVD. SPRINGFIELD, MO  65803-8208 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262274 | CENTRAL STATES INDUSTRIAL EQUI 2700 PARTNERSHIP BLVD. SPRINGFIELD, MO  65803-8208 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170906 | CENTRAL STATES INDUSTRIAL EQUI 2700 PARTNERSHIP BLVD. SPRINGFIELD, MO  65803-8208 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE CONTRACT UNION PENSION PLAN | CENTRAL STATES PENSION FUND WELFARE AND PENSION FUNDS TEAMSTER LOCAL UNION 682 5730 ELIZABETH AVE ST. LOUIS, MO  63110 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351771 | CENTRAL SUPPLY 3980 STATE ROAD 38 EAST LAFAYETTE, IN  47905 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2258125 | CENTREX TECHNICAL SALES 2558 TURKEY CREEK ROAD OILVILLE, VA  23129 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.356** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260004 | CENTREX TECHNICAL SALES 2558 TURKEY CREEK ROAD OILVILLE, VA  23129 |

**State the term remaining** UNKNOWN/ NOT APPLICABLE

**List the contract number of any government contract**

| **2.357** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263861 | CENTREX TECHNICAL SALES 2558 TURKEY CREEK ROAD OILVILLE, VA  23129 |

**State the term remaining** UNKNOWN/ NOT APPLICABLE

**List the contract number of any government contract**

| **2.358** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264878 | CENTREX TECHNICAL SALES 2558 TURKEY CREEK ROAD OILVILLE, VA  23129 |

**State the term remaining** UNKNOWN/ NOT APPLICABLE

**List the contract number of any government contract**

| **2.359** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1344237 | CFF STAINLESS STEELS LLC 2197 CANTON ROAD MARIETTA, GA  30066 |

**State the term remaining** UNKNOWN/ NOT APPLICABLE

**List the contract number of any government contract**

| **2.360** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351455 | CHA DA SALES, INC 815 E 12TH STREET LAWRENCE, KS  66044 |

**State the term remaining** UNKNOWN/ NOT APPLICABLE

**List the contract number of any government contract**

| **2.361** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347243 | CHARLESTON VALVE & FITTING CO. 507 1ST AVENUE SOUTH CHARLESTON, WV  25303 |

**State the term remaining** UNKNOWN/ NOT APPLICABLE

**List the contract number of any government contract**

| **2.362** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1346051 | CHATHAM BRASS P.O. BOX 1274 LINDEN, NJ  07036 |

**State the term remaining** UNKNOWN/ NOT APPLICABLE

**List the contract number of any government contract**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2258982 | CHATHAM BRASS P.O. BOX 1274 LINDEN, NJ 07036 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260299 | CHATHAM BRASS P.O. BOX 1274 LINDEN, NJ 07036 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263679 | CHATHAM BRASS P.O. BOX 1274 LINDEN, NJ 07036 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT AGREEMENT | CHS INC, 5500 CENEX DR. INNER GROVE HEIGHTS, MN 55077 |
| | **State the term remaining** | 6.8 | |
| | **List the contract number of any government contract** | | |
| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE CONTRACT FIDUCIARY LIABILITY | CHUBB INSURANCE CHUBB GROUP OF INSURANCE COMPANIES 82 HOPMEADOW STREET SIMSBURY, CT 06070 |
| | **State the term remaining** | 1.8 | |
| | **List the contract number of any government contract** | | |
| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265730 | CIRCLE S PRODUCTS 16415 CARTER ROAD EAST WOODHAVEN, MI 48183 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347709 | CIRCOR AEROSPACE, INC. 2301 WARDLOW CIRCLE CORONA, CA 91718 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2256137 | CIRCOR AEROSPACE, INC. 2301 WARDLOW CIRCLE CORONA, CA  91718 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262460 | CIRCOR AEROSPACE, INC. 2301 WARDLOW CIRCLE CORONA, CA  91718 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4169633 | CIRCOR AEROSPACE, INC. 2301 WARDLOW CIRCLE CORONA, CA  91718 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170786 | CIRCOR AEROSPACE, INC. 2301 WARDLOW CIRCLE CORONA, CA  91718 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351713 | CIRCOR ENERGY PRODUCTS P.O. BOX 95249 OKLAHOMA CITY, OK  73143 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120216 | CIRCOR ENERGY PRODUCTS P.O. BOX 95249 OKLAHOMA CITY, OK  73143 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350644 | CIRCOR INSTR P.O. BOX 4866 SPARTANBURG, SC  29305 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266015 | CIRCOR INSTR P.O. BOX 4866 SPARTANBURG, SC 29305 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** | NON RESIDENTIAL REAL PROPERTY LEASE AGREEMENT - INVENTORY | CITY OF ARTESIA 511 WEST TEXAS AVENUE CITY OF ARTESIA, NM 88210 |
| | **State the term remaining** | 89 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351054 | CLARKSON POWER FLOW 2525 BELLEVIEW KANSAS CITY, MO 64108 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351658 | CLARKSON POWER FLOW 2525 BELLEVIEW KANSAS CITY, MO 64108 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351837 | CLA-VAL CO. P O BOX 1325 NEWPORT BEACH, CA 92659-0325 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266084 | CLOSEBEND, INC. 4812 W 52ND STREET TULSA, OK 74107 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349985 | COILHOSE 19 KIMBERLY ROAD EAST BRUNSWICK, NJ 08816 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351112 | COLLINS-OLIVER, INC. 9821 SOUTH PERDUE BATON ROUGE, LA 70814-4435 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351772 | COLLINS-OLIVER, INC. 9821 SOUTH PERDUE BATON ROUGE, LA 70814-4435 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351782 | COLLINS-OLIVER, INC. 9821 SOUTH PERDUE BATON ROUGE, LA 70814-4435 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351800 | COLLINS-OLIVER, INC. 9821 SOUTH PERDUE BATON ROUGE, LA 70814-4435 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171815 | COLLINS-OLIVER, INC. 9821 SOUTH PERDUE BATON ROUGE, LA 70814-4435 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066019 | COLLINS-OLIVER, INC. 9821 SOUTH PERDUE BATON ROUGE, LA 70814-4435 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066060 | COLLINS-OLIVER, INC. 9821 SOUTH PERDUE BATON ROUGE, LA 70814-4435 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066062 | COLLINS-OLIVER, INC. 9821 SOUTH PERDUE BATON ROUGE, LA  70814-4435 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1345554 | COMMERCIAL COATING 10655 JEFFERSON CHEMICALRD CONROE, TX  77301 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE CONTRACT MANAGEMENT LIABILITY | CONTINETIAL CASUALTY CORP 333 S. WABASH AVE. CHICAGO, IL  60604 |
| | **State the term remaining** | 9.7 | |
| | **List the contract number of any government contract** | | |
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266030 | CONTROL AIR INC 8 COLUMBIA DRIVE AMHERST, NH  03031 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171839 | CONTROL AIR INC 8 COLUMBIA DRIVE AMHERST, NH  03031 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259639 | CONTROLS WAREHOUSE SHORES INUDSTRIAL PARK OCALA, FL  34472 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171359 | CONTROL-TECH INC. 8938 N. PRAIRIE POINTE PEORIA, IL  61615 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260532 | COOPER CAMERON VAL/TBV TECHNO P O BOX 730418 DALLAS, TX 76373-0418 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064748 | COPPER STATE BOLT & NUT CO. 4880 GENEVA STREET DENVER, CO 80238 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6118969 | CORE PIPE/GERLEN 170 TUBEWAY DRIVE CAROL STREAM, IL 60188 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2258471 | CORROSION PRODUCTS/INDELCO 414 EAST 16TH AVE N KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259209 | CORROSION PRODUCTS/INDELCO 414 EAST 16TH AVE N KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7062997 | CRANE CO./PACIFIC VALVES 3201 WALNUT AVENUE LONG BEACH, CA 90807 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7063099 | CRANE CO./PACIFIC VALVES 3201 WALNUT AVENUE LONG BEACH, CA 90807 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.405** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 7063813<br><br>UNKNOWN/ NOT APPLICABLE | CRANE CO./PACIFIC VALVES<br>3201 WALNUT AVENUE<br>LONG BEACH, CA  90807 |
| **2.406** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 7064140<br><br>UNKNOWN/ NOT APPLICABLE | CRANE CO./PACIFIC VALVES<br>3201 WALNUT AVENUE<br>LONG BEACH, CA  90807 |
| **2.407** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 7065798<br><br>UNKNOWN/ NOT APPLICABLE | CRANE CO./PACIFIC VALVES<br>3201 WALNUT AVENUE<br>LONG BEACH, CA  90807 |
| **2.408** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 1350706<br><br>UNKNOWN/ NOT APPLICABLE | CRANE ENERGY FLOW SOLUTIONS<br>P.O. BOX 405365<br>ATLANTA, GA  30384-5365 |
| **2.409** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 1351374<br><br>UNKNOWN/ NOT APPLICABLE | CRANE ENERGY FLOW SOLUTIONS<br>P.O. BOX 405365<br>ATLANTA, GA  30384-5365 |
| **2.410** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 1351726<br><br>UNKNOWN/ NOT APPLICABLE | CRANE ENERGY FLOW SOLUTIONS<br>P.O. BOX 405365<br>ATLANTA, GA  30384-5365 |
| **2.411** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 2261523<br><br>UNKNOWN/ NOT APPLICABLE | CRANE ENERGY FLOW SOLUTIONS<br>P.O. BOX 405365<br>ATLANTA, GA  30384-5365 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266026 | CRANE ENERGY FLOW SOLUTIONS P.O. BOX 405365 ATLANTA, GA  30384-5365 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120933 | CRANE ENERGY FLOW SOLUTIONS P.O. BOX 405365 ATLANTA, GA  30384-5365 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4169228 | CROWNLINE PLASTICS P.O. BOX 607 NEBRASKA CITY, NE  68410 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351792 | DANSWAY INC (COD ONLY) 1 REED ROAD ELYSBURG, PA  17824 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171759 | DANSWAY INC (COD ONLY) 1 REED ROAD ELYSBURG, PA  17824 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120589 | DAUGHTRIDGE SALES CO., INC. P O BOX 4364 ROCKY MOUNT, NC  27803-4364 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265764 | DEKORON/UNITHERM 2382 COLLECTION DRIVE CHICAGO, IL  60693 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

Debtor    Mueller Industries, Inc.    Case number (if known) 16-40271-can11
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.419 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065813 | DEKORON/UNITHERM 2382 COLLECTION DRIVE CHICAGO, IL 60693 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.420 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065836 | DEKORON/UNITHERM 2382 COLLECTION DRIVE CHICAGO, IL 60693 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.421 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066017 | DEKORON/UNITHERM 2382 COLLECTION DRIVE CHICAGO, IL 60693 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.422 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066035 | DEKORON/UNITHERM 2382 COLLECTION DRIVE CHICAGO, IL 60693 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.423 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351846 | DELTA MACHINE & IRONWORKS, LLC 5185 ADAMS AVE BATON ROUGE, LA 70806 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.424 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266075 | DE-MAR & ASSOCIATES 4490 INDIAN CREEK PKWY OVERLAND PARK, KS 66207 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.425 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1346901 | DEUBLIN COMPANY 2050 NORMAN DRIVE WEST WAUKEGAN, IL 60085-6747 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351144 | DEUBLIN COMPANY 2050 NORMAN DRIVE WEST WAUKEGAN, IL  60085-6747 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064872 | DEZURIK WATER CONTROLS 250 RIVERSIDE AVENUE NORTH SARTELL, MN  56377 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171797 | DFT INC. P.O. BOX 566 EXTON, PA  19341-0566 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171866 | DFT INC. P.O. BOX 566 EXTON, PA  19341-0566 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - TRUCK | DIAMOND IDEALEASE 1850 EAST BROOKS ROAD MEMPHIS, TN  38116 |
| | **State the term remaining** | 3.4 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259841 | DIXON SANITARY N25 W23040 PAUL ROAD PEWAUKEE, WI  53072 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265239 | DIXON SANITARY N25 W23040 PAUL ROAD PEWAUKEE, WI  53072 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

Debtor   Masterson  Case 16-40271-can11  Doc 193  Filed 03/14/16  Entered 03/14/16 12:14:02  Desc
(Name)
Main Document    Page 502 of 709

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.433** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265648 | DIXON SANITARY N25 W23040 PAUL ROAD PEWAUKEE, WI  53072 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.434** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065297 | DIXON SANITARY N25 W23040 PAUL ROAD PEWAUKEE, WI  53072 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.435** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065375 | DIXON SANITARY N25 W23040 PAUL ROAD PEWAUKEE, WI  53072 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.436** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065407 | DIXON SANITARY N25 W23040 PAUL ROAD PEWAUKEE, WI  53072 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.437** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065523 | DIXON SANITARY N25 W23040 PAUL ROAD PEWAUKEE, WI  53072 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.438** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065581 | DIXON SANITARY N25 W23040 PAUL ROAD PEWAUKEE, WI  53072 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.439** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065649 | DIXON SANITARY N25 W23040 PAUL ROAD PEWAUKEE, WI  53072 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065650 | DIXON SANITARY N25 W23040 PAUL ROAD PEWAUKEE, WI 53072 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065699 | DIXON SANITARY N25 W23040 PAUL ROAD PEWAUKEE, WI 53072 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065765 | DIXON SANITARY N25 W23040 PAUL ROAD PEWAUKEE, WI 53072 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1346575 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349356 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349448 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350921 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350925 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351085 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351141 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351167 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351199 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351287 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351318 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| Debtor | Mattress Holding Corp., et al. | Case number (if known) | 16-40271 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351353 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351387 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351474 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351509 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351786 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264794 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264967 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265076 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265095 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265101 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265255 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265268 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265403 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265490 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.468** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265529 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.469** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265628 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.470** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265651 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.471** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265805 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.472** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3221061 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.473** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171120 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.474** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171617 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.475 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171660 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO  64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.476 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171687 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO  64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171714 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO  64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120849 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO  64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.479 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7063623 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO  64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065287 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO  64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065396 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO  64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065428 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065570 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065871 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065873 | DIXON VALVE & COUPLING 1244 SALINE STREET KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY AGREEMENT COPIER | DOCUFORCE 1310 MADRID ST., SUITE 1001 MARSHALL, MN 56258 |
| | **State the term remaining** | 23.1 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351661 | DODSON GLOBAL, INC 5650 EAST PONCE D LEON AVE STONE MOUNTAIN, GA 30083 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351703 | DODSON GLOBAL, INC 5650 EAST PONCE D LEON AVE STONE MOUNTAIN, GA 30083 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265624 | DODSON GLOBAL, INC 5650 EAST PONCE D LEON AVE STONE MOUNTAIN, GA 30083 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065738 | DODSON GLOBAL, INC 5650 EAST PONCE D LEON AVE STONE MOUNTAIN, GA 30083 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065856 | DODSON GLOBAL, INC 5650 EAST PONCE D LEON AVE STONE MOUNTAIN, GA 30083 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065863 | DODSON GLOBAL, INC 5650 EAST PONCE D LEON AVE STONE MOUNTAIN, GA 30083 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065879 | DODSON GLOBAL, INC 5650 EAST PONCE D LEON AVE STONE MOUNTAIN, GA 30083 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065935 | DODSON GLOBAL, INC 5650 EAST PONCE D LEON AVE STONE MOUNTAIN, GA 30083 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065991 | DODSON GLOBAL, INC 5650 EAST PONCE D LEON AVE STONE MOUNTAIN, GA 30083 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT AGREEMENT | DOMINION<br>PO BOX 2450<br>CLARKSBURG, WV  26302 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 7066018 | DOUBLE (EE) SERVICE, INC.<br>PO BOX 2417<br>WILLISTON, ND  58802-2417 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 7066020 | DOUBLE (EE) SERVICE, INC.<br>PO BOX 2417<br>WILLISTON, ND  58802-2417 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 7066036 | DOUBLE (EE) SERVICE, INC.<br>PO BOX 2417<br>WILLISTON, ND  58802-2417 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 1349325 | DSI PROCESS SYSTEMS<br>DEPT #13366<br>ST LOUIS, MO  63179-0100 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 1349917 | DSI PROCESS SYSTEMS<br>DEPT #13366<br>ST LOUIS, MO  63179-0100 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 4170622 | DULTMEIER SALES(COD ONLY)<br>13808 INDUSTRIAL ROAD<br>OMAHA, NE  68137 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349181 | DWORKIN CO 3130 BRINKERHOFF KANSAS CITY, KS 66115 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260302 | DWORKIN CO 3130 BRINKERHOFF KANSAS CITY, KS 66115 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350295 | DWYER INSTRUMENTS P.O. BOX 60725 HOUSTON, TX 77205 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351855 | DWYER INSTRUMENTS P.O. BOX 60725 HOUSTON, TX 77205 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262306 | DWYER INSTRUMENTS P.O. BOX 60725 HOUSTON, TX 77205 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265477 | DWYER INSTRUMENTS P.O. BOX 60725 HOUSTON, TX 77205 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171778 | DWYER INSTRUMENTS P.O. BOX 60725 HOUSTON, TX 77205 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

Debtor   Metaldyne M&A Bluewater, Inc.   Case 16-40271-mxm11   Doc 193   Filed 03/14/16   Entered 03/14/16 12:14:02   Desc
(Name)
Main Document   Page 513 of 709

Case 16-40271-mxm11   Case 16-40271-mxm11

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1345874 | DYNAMIC PRODUCTS, INC. 16520 PENINSULA BLVD. HOUSTON, TX 77015 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171777 | DYNATORQUE 2076 NORTHWOOD DRIVE MUSKEGON, MI 49442 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351625 | EARLE M JORGENSEN 1800 NO. UNIVERSAL AVE KANSAS CITY, MO 64120-0043 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065789 | EASTERN MACHINE INC 1785 NEW LONDON ROAD LANDENPURG, PA 19350 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261206 | EATON CORPORATION P.O. BOX 93531 CHICAGO, IL 60673-3531 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261415 | EATON CORPORATION P.O. BOX 93531 CHICAGO, IL 60673-3531 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266060 | EDGEN MURRAY CORPORATION 950 FRANK E ROGERS BLVD SO HARRISON, NJ 07029-2402 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.517 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348848 | EDGEN MURRAY CORPORATION PO BOX 844733 DALLAS, TX  75284-4733 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.518 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170300 | ELECTRO-HYDRAULIC AUTOMATION PO BOX 10107 CEDAR RAPIDS, IA  52410-0107 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.519 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348110 | ELEMENT MATERIALS TECHNOLOGIES HOUSTON INC. HOUSTON, TX  77009 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1333072 | EMERSON PROCESS MANAGEMENT 11100 BRITTMOORE PARK DR HOUSTON, TX  77041 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350586 | EMERSON PROCESS MANAGEMENT 11100 BRITTMOORE PARK DR HOUSTON, TX  77041 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351798 | EMERSON PROCESS MANAGEMENT 11100 BRITTMOORE PARK DR HOUSTON, TX  77041 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351920 | EMERSON PROCESS MANAGEMENT REGULATOR TECHNOLIGIES TULSA, OK  74146-6411 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266029 | ENDRESS + HAUSER P.O. BOX 663674 INDIANAPOLIS, IN  46266-3674 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1342475 | ENERGY METALS INC. 2328 BELLFORT AVE HOUSTON, TX  77051 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265961 | ENERGY METALS INC. 2328 BELLFORT AVE HOUSTON, TX  77051 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266055 | ENERGY METALS INC. 2328 BELLFORT AVE HOUSTON, TX  77051 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065754 | ENERGY METALS INC. 2328 BELLFORT AVE HOUSTON, TX  77051 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265836 | ENERGY PRODUCTS COMPANY 3970 WASHINGTON ROAD MCMURRAY, PA  15317 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265803 | ENERGY SPECIALITY PRODUCTS P.O. BOX 6328 BOSSIERS CITY, LA  71171 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065680 | ENERGY WEST CONTROLS 1955 W INDUSTRIAL CIRCLE SALT LAKE CITY, UT  84104 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT AGREEMENT | ENLINK 2501 CEDAR SPRINGS ROAD DALLAS, TX  75201 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.533 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351931 | ENVIROSEP 31 AVIATION BLVD GEORGETOWN, SC  29440 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.534 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265684 | EVERLASTING VALVE P O BOX 72041 CLEVELAND, OH  44192 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.535 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350729 | EXPERITEC, INC. 11325 STRANG LINE ROAD LENEXA, KS  66215 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.536 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350857 | EXPERITEC, INC. 11325 STRANG LINE ROAD LENEXA, KS  66215 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.537 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263864 | EXPERITEC, INC. 11325 STRANG LINE ROAD LENEXA, KS  66215 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348950 | E-Z LINE P.O. BOX 767 MANVEL, TX 77578 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260753 | E-Z LINE P.O. BOX 767 MANVEL, TX 77578 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066032 | EZEFLOW USA, INC. P.O. BOX 7027 NEW CASTLE, PA 16107-7027 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259612 | F & H FOOD EQUIPMENT CO. 1526 SOUTH ENTERPRISE SPRINGFIELD, MO 65804 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065021 | FAIRBANK EQUIPMENT INC 3700 JEWELL WICHITA, KS 67213 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351702 | FAIRMONT SUPPLY COMPANY PO BOX 560 CANONSBURG, PA 15317 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262173 | FERGUSON ENTERPRISES - WICHITA 1403 SLOCUM ST. #100 DALLAS, TX 75207 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263876 | FERGUSON ENTERPRISES - WICHITA 1403 SLOCUM ST. #100 DALLAS, TX 75207 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264446 | FERGUSON ENTERPRISES - WICHITA 1403 SLOCUM ST. #100 DALLAS, TX 75207 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264456 | FERGUSON ENTERPRISES - WICHITA 1403 SLOCUM ST. #100 DALLAS, TX 75207 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264550 | FERGUSON ENTERPRISES - WICHITA 1403 SLOCUM ST. #100 DALLAS, TX 75207 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266009 | FERGUSON ENTERPRISES - WICHITA 1403 SLOCUM ST. #100 DALLAS, TX 75207 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351499 | FESTO CORP. 395 MORELAND ROAD HAUPPAUGE, NY 11788 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259550 | FESTO CORP. 395 MORELAND ROAD HAUPPAUGE, NY 11788 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.552** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2256024 <br><br> UNKNOWN/ NOT APPLICABLE | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| **2.553** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2257535 <br><br> UNKNOWN/ NOT APPLICABLE | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| **2.554** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2257716 <br><br> UNKNOWN/ NOT APPLICABLE | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| **2.555** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260564 <br><br> UNKNOWN/ NOT APPLICABLE | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| **2.556** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260985 <br><br> UNKNOWN/ NOT APPLICABLE | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| **2.557** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261503 <br><br> UNKNOWN/ NOT APPLICABLE | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| **2.558** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262005 <br><br> UNKNOWN/ NOT APPLICABLE | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.559 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263624 | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.560 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264019 | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.561 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264359 | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.562 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264894 | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.563 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265159 | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.564 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265218 | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.565 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265630 | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265632 | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.567 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265634 | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.568 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265635 | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.569 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3221014 | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3221015 | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3221032 | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3221042 | FIRST SUPPLY LLC P.O. BOX 1177 APPLETON, WI 54912-1177 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| Debtor | MODULAR SPACE HOLDINGS, INC. | Case number (if known) | 16-40271 |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266034 | FLEXITALLIC L.P. 6915 HIGHWAY 225 DEER PARK, TX 77536 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265400 | FLOWELL CORPORATION 8308 S. REGENCY DRIVE TULSA, OK 74157-9340 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265839 | FLOWELL CORPORATION 8308 S. REGENCY DRIVE TULSA, OK 74157-9340 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265993 | FLOWELL CORPORATION 8308 S. REGENCY DRIVE TULSA, OK 74157-9340 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266012 | FLOWELL CORPORATION 8308 S. REGENCY DRIVE TULSA, OK 74157-9340 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171014 | FLOWMATIC SYSTEMS, INC. 611 S.W. 147TH COURT DUNNELLON, FL 34442 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171042 | FLOWMATIC SYSTEMS, INC. 611 S.W. 147TH COURT DUNNELLON, FL 34442 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351321 | FLOWSERVE GESTRA US 2341 AMPERE DRIVE LOUISVILLE, KY 40299 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351641 | FLOWSERVE GESTRA US 2341 AMPERE DRIVE LOUISVILLE, KY 40299 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.582 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264006 | FLOWSERVE GESTRA US 2341 AMPERE DRIVE LOUISVILLE, KY 40299 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.583 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265620 | FLOWSERVE GESTRA US 2341 AMPERE DRIVE LOUISVILLE, KY 40299 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.584 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265887 | FLOWSERVE GESTRA US 2341 AMPERE DRIVE LOUISVILLE, KY 40299 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.585 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265978 | FLOWSERVE GESTRA US 2341 AMPERE DRIVE LOUISVILLE, KY 40299 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.586 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065833 | FLOWSERVE GESTRA US 2341 AMPERE DRIVE LOUISVILLE, KY 40299 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.587** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065926 | FLOWSERVE GESTRA US 2341 AMPERE DRIVE LOUISVILLE, KY 40299 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.588** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066014 | FLOWSERVE GESTRA US 2341 AMPERE DRIVE LOUISVILLE, KY 40299 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.589** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349465 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.590** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349748 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.591** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350257 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.592** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350559 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.593** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350691 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350911 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351266 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351325 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351611 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351736 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351748 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351755 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351829 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351901 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3220786 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3220951 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3221080 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3221083 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3221084 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3221086 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.609 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3221087 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.610 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3221088 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.611 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3221089 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3221090 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3221092 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120829 | FLOWSERVE/DURCO VALVE DIV 1978 FOREMAN DRIVE COOKEVILLE, TN 38501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.615 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1346920 | FLOWSERVE/ED VOGT VALVE/JEFFER 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
|  | **State the term remaining** UNKNOWN/ NOT APPLICABLE |  |
|  | **List the contract number of any government contract** |  |
| 2.616 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350806 | FLOWSERVE/ED VOGT VALVE/JEFFER 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
|  | **State the term remaining** UNKNOWN/ NOT APPLICABLE |  |
|  | **List the contract number of any government contract** |  |
| 2.617 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351519 | FLOWSERVE/ED VOGT VALVE/JEFFER 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
|  | **State the term remaining** UNKNOWN/ NOT APPLICABLE |  |
|  | **List the contract number of any government contract** |  |
| 2.618 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1340597 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
|  | **State the term remaining** UNKNOWN/ NOT APPLICABLE |  |
|  | **List the contract number of any government contract** |  |
| 2.619 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1343407 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
|  | **State the term remaining** UNKNOWN/ NOT APPLICABLE |  |
|  | **List the contract number of any government contract** |  |
| 2.620 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1344049 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
|  | **State the term remaining** UNKNOWN/ NOT APPLICABLE |  |
|  | **List the contract number of any government contract** |  |
| 2.621 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1344633 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
|  | **State the term remaining** UNKNOWN/ NOT APPLICABLE |  |
|  | **List the contract number of any government contract** |  |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.622** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1346049 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.623** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1346661 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.624** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347064 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.625** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347538 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.626** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348084 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.627** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348774 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.628** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349386 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.629** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349495 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.630** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350381 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.631** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351322 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.632** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351401 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.633** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351479 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.634** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351642 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.635** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7061786 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX  75482 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.636** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7062747 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX 75482 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.637** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064307 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX 75482 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.638** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065198 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX 75482 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.639** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065928 | FLOWSERVE/NORDSTROM 1511 JEFFERSON SULPHUR SPRING, TX 75482 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.640** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351824 | FLOW-TEK INC 11850 TANNER ROAD HOUSTON, TX 77041 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.641** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351859 | FLOW-TEK INC 11850 TANNER ROAD HOUSTON, TX 77041 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.642** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351877 | FLOW-TEK INC 11850 TANNER ROAD HOUSTON, TX 77041 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.643 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351910 | FLOW-TEK INC 11850 TANNER ROAD HOUSTON, TX 77041 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.644 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351949 | FLOW-TEK INC 11850 TANNER ROAD HOUSTON, TX 77041 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.645 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260896 | FLUID HANDLING SYSTEM 3947 EXCELCIER BLVD MINNEAPOLIS, MN 55416 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.646 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2258865 | FLUID SPECIALITIES ONE SOUTH 109TH E. PLACE TULSA, OK 74128 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.647 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259485 | FLUID SPECIALITIES ONE SOUTH 109TH E. PLACE TULSA, OK 74128 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.648 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262046 | FLUID SPECIALITIES ONE SOUTH 109TH E. PLACE TULSA, OK 74128 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.649 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347539 | FLUID SYSTEMS & COMPONENTS INC 4210 E. 142ND GRANDVIEW, MO 64030 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.650 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351303 | FLUID SYSTEMS & COMPONENTS INC 4210 E. 142ND GRANDVIEW, MO 64030 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.651 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265677 | FLW, INC. 5672 BOLSA AVENUE HUNTINGTON BEACH, CA 92649-1113 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.652 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266019 | FORGED COMPONENTS INC. 14527 SMITH ROAD HUMBLE, TX 77396 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.653 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266058 | FORGED COMPONENTS INC. 14527 SMITH ROAD HUMBLE, TX 77396 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.654 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351905 | FORUM ENERGY TECHNOLOGIES 8807 W SAM HOUSTON PKWY N HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.655 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351970 | FORUM ENERGY TECHNOLOGIES 8807 W SAM HOUSTON PKWY N HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.656 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7063984 | FORUM ENERGY TECHNOLOGIES 8807 W SAM HOUSTON PKWY N HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065924 | FORUM ENERGY TECHNOLOGIES 8807 W SAM HOUSTON PKWY N HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066023 | FORUM ENERGY TECHNOLOGIES 8807 W SAM HOUSTON PKWY N HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.659 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2257358 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX 77477 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.660 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260525 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX 77477 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.661 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262947 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX 77477 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.662 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265128 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX 77477 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.663 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265679 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX 77477 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265765 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX 77477 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265834 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX 77477 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265842 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX 77477 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265870 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX 77477 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265969 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX 77477 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266065 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX 77477 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266095 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX 77477 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064199 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX 77477 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065338 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX 77477 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065593 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX 77477 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065980 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX 77477 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.675 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066010 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX 77477 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066034 | FORUM VALVE SOLUTIONS 10600 CORPORATE DRIVE STAFFORD, TX 77477 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260617 | FOSTER MANUFACTURING 2324 WEST BATTLEFIELD SPRINGFIELD, MO 65807 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261292 | FOSTER MANUFACTURING 2324 WEST BATTLEFIELD SPRINGFIELD, MO  65807 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264288 | FOSTER MANUFACTURING 2324 WEST BATTLEFIELD SPRINGFIELD, MO  65807 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264604 | FOSTER MANUFACTURING 2324 WEST BATTLEFIELD SPRINGFIELD, MO  65807 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265431 | FOSTER MANUFACTURING 2324 WEST BATTLEFIELD SPRINGFIELD, MO  65807 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265866 | FOSTER MANUFACTURING 2324 WEST BATTLEFIELD SPRINGFIELD, MO  65807 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171657 | FOSTER MANUFACTURING 2324 WEST BATTLEFIELD SPRINGFIELD, MO  65807 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171690 | FOSTER MANUFACTURING 2324 WEST BATTLEFIELD SPRINGFIELD, MO  65807 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.685 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUSTOMER CONTRACT AGREEMENT | FRONTIER REFINING LLC<br>2828 N. HARWOOD SUITE 1300<br>DALLAS, TX 75201 |
| | **State the term remaining** | 2.7 | |
| | **List the contract number of any government contract** | | |
| 2.686 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT AGREEMENT | FRONTIER REFINING LLC<br>2828 N. HARWOOD SUITE 1300<br>DALLAS, TX 75201 |
| | **State the term remaining** | 2.7 | |
| | **List the contract number of any government contract** | | |
| 2.687 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 1351086 | GAINES MEASUREMENT & CONTROL<br>PO BOX 361425<br>BIRMINGHAM, AL 35236 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.688 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 1351571 | GARLOCK SEALING TECHNOLOGIES<br>1666 DIVISION STREET<br>PALMYRA, NY 14522-9350 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.689 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 1351700 | GARLOCK SEALING TECHNOLOGIES<br>1666 DIVISION STREET<br>PALMYRA, NY 14522-9350 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.690 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 7065886 | GC PRODUCTS<br>3715 1ST AVE W<br>WILLISTON, ND 58801 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.691 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR SHARP MX-M363N COPIER | GE CAPITAL<br>1837 BORMAN CIRCLE DR.<br>SAINT LOUIS, MO 63101 |
| | **State the term remaining** | 0.1 MONTHS | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.692 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR SHARP MX-M363N COPIER | GE CAPITAL 1837 BORMAN CIRCLE DR. SAINT LOUIS, MO 63101 |
| | **State the term remaining** | 2.8 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.693 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR SHARP MX-M363N COPIER | GE CAPITAL 1837 BORMAN CIRCLE DR. SAINT LOUIS, MO 63101 |
| | **State the term remaining** | 7 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.694 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR SHARP MX-M363N COPIER | GE CAPITAL 1837 BORMAN CIRCLE DR. SAINT LOUIS, MO 63101 |
| | **State the term remaining** | 7.2 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.695 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR SHARP MX-M363N COPIER | GE CAPITAL 1837 BORMAN CIRCLE DR. SAINT LOUIS, MO 63101 |
| | **State the term remaining** | 2.7 | |
| | **List the contract number of any government contract** | | |
| 2.696 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR SHARP MX-M363N COPIER | GE CAPITAL 1837 BORMAN CIRCLE DR. SAINT LOUIS, MO 63101 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.697 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR SHARP MX-M363N COPIER | GE CAPITAL 1837 BORMAN CIRCLE DR. SAINT LOUIS, MO 63101 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.698 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR SHARP MX-M363N COPIER | GE CAPITAL 1837 BORMAN CIRCLE DR. SAINT LOUIS, MO 63101 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.699** **State what the contract or lease is for and the nature of the debtor's interest** LEASE AGREEMENT - REAL PROPERTY LEASE FOR SHARP MX-M363N COPIER | GE CAPITAL 1837 BORMAN CIRCLE DR. SAINT LOUIS, MO 63101 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.700** **State what the contract or lease is for and the nature of the debtor's interest** LEASE AGREEMENT - REAL PROPERTY LEASE FOR SHARP MX-M363N COPIER | GE CAPITAL 1837 BORMAN CIRCLE DR. SAINT LOUIS, MO 63101 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.701** **State what the contract or lease is for and the nature of the debtor's interest** LEASE AGREEMENT - REAL PROPERTY LEASE FOR SHARP MX-M363N COPIER | GE CAPITAL 1837 BORMAN CIRCLE DR. SAINT LOUIS, MO 63101 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.702** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351249 | GEORG FISCHER CENTRAL PLASTICS 39605 INDEPENDENCE STREET SHAWNEE, OK 74804-9203 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.703** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351456 | GEORG FISCHER CENTRAL PLASTICS 39605 INDEPENDENCE STREET SHAWNEE, OK 74804-9203 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.704** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351684 | GEORG FISCHER CENTRAL PLASTICS 39605 INDEPENDENCE STREET SHAWNEE, OK 74804-9203 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.705** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351758 | GEORG FISCHER CENTRAL PLASTICS 39605 INDEPENDENCE STREET SHAWNEE, OK 74804-9203 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.706 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351788 | GEORG FISCHER CENTRAL PLASTICS 39605 INDEPENDENCE STREET SHAWNEE, OK 74804-9203 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.707 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264544 | GEORGE FISCHER SLOANE, INC. 7777 SLOANE DRIVE LITTLE ROCK, AK 72206 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.708 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170754 | GEORGE FISCHER SLOANE, INC. 7777 SLOANE DRIVE LITTLE ROCK, AK 72206 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.709 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2256723 | GLOBAL STAINLESS SUPPLY 9040 RAILWOOD DRIVE HOUSTON, TX 77078 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.710 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349696 | GPS INC P.O. BOX 8267 GADSEN, AL 35902-8267 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.711 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351267 | GRAINGER 2300 E. 18TH STREET KANSAS CITY, MO 64127-2586 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.712 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348227 | GRANDVIEW WINNELSON COMPANY 13500 S. 71 HIGHWAY GRANDVIEW, MO 64030 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

Debtor    M&G USA Corporation, et al.    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc
         (Name)
         Case 16-40271-can11                                  Case Number (if known) 16-40271
                           Main Document         Page 542 of 709

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.713 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264617 | GRAPHIC CONTROLS LLC 400 EXCHANGE STREET BUFFALO, NY 14204 |

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.713 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264617 | GRAPHIC CONTROLS LLC 400 EXCHANGE STREET BUFFALO, NY 14204 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.714 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265131 | GRAPHIC CONTROLS LLC 400 EXCHANGE STREET BUFFALO, NY 14204 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.715 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265450 | GRAPHIC CONTROLS LLC 400 EXCHANGE STREET BUFFALO, NY 14204 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.716 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065932 | GREAT PLAINS STAINLESS 1004 N. 129TH EAST AVENUE TULSA, OK 74116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.717 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1345006 | GROEBNER & ASSOCIATES, INC. 9530 FALLON AVENUE NE MONTICELLO, MN 55362 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.718 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348817 | GROEBNER & ASSOCIATES, INC. 9530 FALLON AVENUE NE MONTICELLO, MN 55362 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.719 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350833 | GROEBNER & ASSOCIATES, INC. 9530 FALLON AVENUE NE MONTICELLO, MN 55362 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.720 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351458 | GROEBNER & ASSOCIATES, INC. 9530 FALLON AVENUE NE MONTICELLO, MN 55362 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.721 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065119 | GULF MFG 1221 INDIANA ST TOMSOLL, TX 77338 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.722 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2258269 | GULF STATE HANGERS & SUPPORTS P.O. BOX 407 THEODORE, AL 36590 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.723 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263985 | GWC VALVE INTERNATIONAL, INC. 4301 YEAGER WAY BAKERSFIELD, CA 93313 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.724 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264673 | GWC VALVE INTERNATIONAL, INC. 4301 YEAGER WAY BAKERSFIELD, CA 93313 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.725 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264905 | GWC VALVE INTERNATIONAL, INC. 4301 YEAGER WAY BAKERSFIELD, CA 93313 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.726 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264969 | GWC VALVE INTERNATIONAL, INC. 4301 YEAGER WAY BAKERSFIELD, CA 93313 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.727** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265672 | GWC VALVE INTERNATIONAL, INC. 4301 YEAGER WAY BAKERSFIELD, CA  93313 |
| **State the term remaining**    UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.728** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265833 | GWC VALVE INTERNATIONAL, INC. 4301 YEAGER WAY BAKERSFIELD, CA  93313 |
| **State the term remaining**    UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.729** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265868 | GWC VALVE INTERNATIONAL, INC. 4301 YEAGER WAY BAKERSFIELD, CA  93313 |
| **State the term remaining**    UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.730** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265954 | GWC VALVE INTERNATIONAL, INC. 4301 YEAGER WAY BAKERSFIELD, CA  93313 |
| **State the term remaining**    UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.731** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1344319 | HACKNEY LADISH, INC. 708 S ELMIRA AVE RUSSELLVILLE, AR  72802 |
| **State the term remaining**    UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.732** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1344865 | HACKNEY LADISH, INC. 708 S ELMIRA AVE RUSSELLVILLE, AR  72802 |
| **State the term remaining**    UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.733** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347649 | HACKNEY LADISH, INC. 708 S ELMIRA AVE RUSSELLVILLE, AR  72802 |
| **State the term remaining**    UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.734** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349080 | HACKNEY LADISH, INC. 708 S ELMIRA AVE RUSSELLVILLE, AR 72802 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.735** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349377 | HACKNEY LADISH, INC. 708 S ELMIRA AVE RUSSELLVILLE, AR 72802 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.736** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350208 | HACKNEY LADISH, INC. 708 S ELMIRA AVE RUSSELLVILLE, AR 72802 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.737** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350737 | HACKNEY LADISH, INC. 708 S ELMIRA AVE RUSSELLVILLE, AR 72802 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.738** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350980 | HACKNEY LADISH, INC. 708 S ELMIRA AVE RUSSELLVILLE, AR 72802 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.739** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351201 | HACKNEY LADISH, INC. 708 S ELMIRA AVE RUSSELLVILLE, AR 72802 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.740** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351305 | HACKNEY LADISH, INC. 708 S ELMIRA AVE RUSSELLVILLE, AR 72802 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.741** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351461 | HACKNEY LADISH, INC. 708 S ELMIRA AVE RUSSELLVILLE, AR 72802 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| **2.742** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266093 | HACKNEY LADISH, INC. 708 S ELMIRA AVE RUSSELLVILLE, AR 72802 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| **2.743** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265903 | HAJOCA CORPORATION 711 N. HYDRAULIC WICHITA, KS 67214 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| **2.744** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264132 | HAM-LET USA INC 12565 WEST AIRPORT BLVD SUGAR LAND, TX 77479 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| **2.745** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263507 | HAPSCO P.O. BOX 690147 TULSA, OK 74169-0147 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| **2.746** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265083 | HARRIS PRODUCTS GROUP 4501 QUALITY PLACE MASON, OH 45040-1971 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| **2.747** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1345808 | HARTFIEL SOUTH INC 2600 TECHNOLOGY DR PLANO, TX 75074 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.748 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349916 | HARTFIEL SOUTH INC 2600 TECHNOLOGY DR PLANO, TX 75074 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.749 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350414 | HARTFIEL SOUTH INC 2600 TECHNOLOGY DR PLANO, TX 75074 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.750 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348360 | HAWS CORPORATION 1455 KLEPPE LANE SPARKS, NV 89431 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.751 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350256 | HAWS CORPORATION 1455 KLEPPE LANE SPARKS, NV 89431 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.752 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351375 | HAWS CORPORATION 1455 KLEPPE LANE SPARKS, NV 89431 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.753 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351777 | HAWS CORPORATION 1455 KLEPPE LANE SPARKS, NV 89431 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.754 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171363 | HAWS CORPORATION 1455 KLEPPE LANE SPARKS, NV 89431 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.755 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351469 | HAYWARD INDUSTRIAL PRODUCTS P.O. BOX 911619 FILE 10742 DALLAS, TX 75391-1619 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.756 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171738 | HAYWARD INDUSTRIAL PRODUCTS P.O. BOX 911619 FILE 10742 DALLAS, TX 75391-1619 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.757 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170961 | HAYWARD INDUSTRIAL/PLASTICS DI ONE HAYWARD INDUSTRIAL DR. CLEMMONS, NC 27012 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.758 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171770 | HAYWARD INDUSTRIAL/PLASTICS DI ONE HAYWARD INDUSTRIAL DR. CLEMMONS, NC 27012 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.759 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351376 | HELLAN STRAINER COMPANY 3249 E. 80TH STREET CLEVELAND, OH 44104 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.760 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261461 | HENRY H. PARIS DISTRIBUTOR INC 21325 INVERNESS FORESTBLVD HOUSTON, TX 77073 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.761 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265972 | HENRY H. PARIS DISTRIBUTOR INC 21325 INVERNESS FORESTBLVD HOUSTON, TX 77073 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.762 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120704 | HENRY H. PARIS DISTRIBUTOR INC 21325 INVERNESS FORESTBLVD HOUSTON, TX 77073 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.763 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120724 | HENRY H. PARIS DISTRIBUTOR INC 21325 INVERNESS FORESTBLVD HOUSTON, TX 77073 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.764 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065493 | HI TECK VALVE, INC. 13211 WINDFERN ROAD STE G HOUSTON, TX 77064-3096 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.765 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065336 | HOFF COMPANY INC 6248 S TROY CIRCLE CENTENNIAL, CO 80111 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.766 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065419 | HOFF COMPANY INC 6248 S TROY CIRCLE CENTENNIAL, CO 80111 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.767 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE CONTRACT - TRUCK | HOGAN TRICK LEASING 2150 SCHUETZ ROAD ST. LOUIS, MO 63146 |
| | **State the term remaining** | 70.6 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.768 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262267 | HOKE INC. 405 CENTURA COURT SPARTANBURG, SC 29303 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.769 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264082 | HOKE INC. 405 CENTURA COURT SPARTANBURG, SC  29303 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.770 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351727 | HOUSTON OILFIELD EQUIPMENT 9669 PORT ERROLL DR HOUSTON, TX  77095 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.771 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264492 | HSI 397 W. POPLAR FAYETTEVILLE, AR  72703 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.772 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171760 | HSI 397 W. POPLAR FAYETTEVILLE, AR  72703 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.773 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE CONTRACT EMPLOYEE DENTAL PLAN | HUMANA 1100 EMPLOYERS BLVD. GREEN BAY, WI  54344 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.774 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE CONTRACT EMPLOYEE VISION PLAN | HUMANA 1100 EMPLOYERS BLVD. GREEN BAY, WI  54344 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.775 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260850 | HYDRAQUIP P.O. BOX 925009 HOUSTON, TX  77292 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.776 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL PROPERTY AGREEMENT FORKLIFT | HYSTER CAPITAL 4201 MICHOUD BLVD. NEW ORLEANS, LA 70129 |
| | **State the term remaining** | 8.6 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.777 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE CONTRACT | IBM CORPORATION 1177 BELT LINE RD. COPPELL, TX 75099 |
| | **State the term remaining** | 31.2 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.778 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266074 | IBT, INC 9400 W. 55TH STREET MERRIAM, KS 66201-1382 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.779 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351514 | INDUSTRIAL FABRICATION, INC. 10567 WIDMER LENEXA, KS 66215 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.780 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351515 | INDUSTRIAL FABRICATION, INC. 10567 WIDMER LENEXA, KS 66215 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.781 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350486 | INLINE INDUSTRIES, INC. 9056 GARVEY AVE ROSENEAD, CA 91770 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.782 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351902 | INSTANT-OFF INC(ONLY CR CARD) 4400 118TH AVE NORTH CLEARWATER, FL 33762 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.783 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266039 | INTERMOUNTAIN VALVE & CONTROLS 7003 E. 47TH AVENUE DENVER, CO 80216-3414 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.784 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120096 | IPEX USA INC. P. O. BOX 240696 CHARLOTTE, NC 28224 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.785 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351652 | ISLIP FLOW CONTROLS INC. 1145 SUTTON DRIVE, UNIT 3 BURLINGTON, ON L7L-5Z8 CANADA |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.786 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066024 | J & S MACHINE & VALVE, INC. P.O. BOX 152 NOWATA, OK 74048 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.787 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066025 | J & S MACHINE & VALVE, INC. P.O. BOX 152 NOWATA, OK 74048 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.788 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1346867 | JCI INDUSTRIES, INC. 1161 SE HAMBLEN ROAD LEE'S SUMIT, MO 64081 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.789 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351883 | JCM INDUSTRIES P.O. BOX 1220 NASH, TX 75569-1220 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.790 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265253 | JET-LUBE, INC. 4849 HOMESTEAD HOUSTON, TX 77226-1258 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.791 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170547 | JFLOW CONTROLS 4665 INTERSTATE DR WESTCHESTER, OH 45246 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.792 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347440 | JOHN H. CARTER DEPT 161 HOUSTON, TX 77210 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.793 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347473 | JOHN H. CARTER DEPT 161 HOUSTON, TX 77210 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.794 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265446 | JOHN H. CARTER DEPT 161 HOUSTON, TX 77210 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.795 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265758 | JOMAC SALES COMPANY P.O. BOX 78563 SHREVEPORT, LA 71137 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.796 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350628 | JOMAR 7243 MILLER DRIVE WARREN, MI 48092 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.797 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351165 | JOMAR 7243 MILLER DRIVE WARREN, MI 48092 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.798 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351168 | JOMAR 7243 MILLER DRIVE WARREN, MI 48092 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.799 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351737 | JOMAR 7243 MILLER DRIVE WARREN, MI 48092 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.800 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265055 | JOMAR 7243 MILLER DRIVE WARREN, MI 48092 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.801 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263944 | JONES STEPHENS CORP. 3242 MOODY PARKWAY MOODY, AL 35004 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.802 | **State what the contract or lease is for and the nature of the debtor's interest** | NON RESIDENTIAL REAL PROPERTY LEASE AGREEMENT - INVENTORY | JUDITH GLASSCOCK P.O. BOX 667 121 HIGH AVENUE EAST OSKALOOSA, IA 52577 |
| | **State the term remaining** | 7.9 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.803 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264346 | KANSAS CITY BRANCH |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.804 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264348 | KANSAS CITY BRANCH |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.805 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347285 | KANSAS CITY STEEL SUPPLY INC 2828 ROCHESTER KANSAS CITY, MO  64120 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.806 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351179 | KANSAS CITY STEEL SUPPLY INC 2828 ROCHESTER KANSAS CITY, MO  64120 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.807 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351289 | KANSAS CITY STEEL SUPPLY INC 2828 ROCHESTER KANSAS CITY, MO  64120 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.808 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351369 | KANSAS CITY STEEL SUPPLY INC 2828 ROCHESTER KANSAS CITY, MO  64120 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.809 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351987 | KANSAS CITY STEEL SUPPLY INC 2828 ROCHESTER KANSAS CITY, MO  64120 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.810 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351841 | KC WINDUSTRIAL 4400 E. 12TH STREET KANSAS CITY, MO  64127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.811 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351842 | KC WINDUSTRIAL 4400 E. 12TH STREET KANSAS CITY, MO 64127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.812 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351955 | KC WINDUSTRIAL 4400 E. 12TH STREET KANSAS CITY, MO 64127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.813 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1343619 | KEMPER VALVE & FITTINGS CO. BOX 400 WAUCONDA, IL 60084 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.814 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265901 | KEMPER VALVE & FITTINGS CO. BOX 400 WAUCONDA, IL 60084 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.815 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350666 | KEROTEST MANUFACTURING 5500 SECOND AVE PITTSBURG, PA 15207 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.816 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351203 | KEROTEST MANUFACTURING 5500 SECOND AVE PITTSBURG, PA 15207 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.817 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351224 | KEROTEST MANUFACTURING 5500 SECOND AVE PITTSBURG, PA 15207 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.818** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351316 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | KEROTEST MANUFACTURING 5500 SECOND AVE PITTSBURG, PA 15207 |
| **2.819** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262211 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | KEROTEST MANUFACTURING 5500 SECOND AVE PITTSBURG, PA 15207 |
| **2.820** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349076 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | KESSLER INDUSTRIES, INC. LOCK BOX 842811 BOSTON, MA 02284-2811 |
| **2.821** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263501 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | KESSLER INDUSTRIES, INC. LOCK BOX 842811 BOSTON, MA 02284-2811 |
| **2.822** **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER CONTRACT AGREEMENT **State the term remaining** 32.3 **List the contract number of any government contract** | KINDER MORGAN 1001 LOUISIANA STREET HOUSTON, TX 77002 |
| **2.823** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351925 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | KINETROL USA 1085 OHIO DRIVE PLANO, TX 75093 |
| **2.824** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171848 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | KINETROL USA 1085 OHIO DRIVE PLANO, TX 75093 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.825 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351993 | KING INSTRUMENT COMPANY, INC. 12700 PALA DRIVE GARDEN GROVE, CA 92841-3924 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.826 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170328 | KURIYAMA OF AMERICA INC P.O. BOX 91628 CHICAGO, IL 60693 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.827 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171678 | KURIYAMA OF AMERICA INC P.O. BOX 91628 CHICAGO, IL 60693 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.828 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171764 | KURIYAMA OF AMERICA INC P.O. BOX 91628 CHICAGO, IL 60693 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.829 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171803 | KURIYAMA OF AMERICA INC P.O. BOX 91628 CHICAGO, IL 60693 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.830 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120790 | KURIYAMA OF AMERICA INC P.O. BOX 91628 CHICAGO, IL 60693 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.831 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065915 | KURIYAMA OF AMERICA INC P.O. BOX 91628 CHICAGO, IL 60693 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.832 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351994 | L.D. OSBORNE COMPANY INC. 1309 AUTRY LANE CROWLEY, TX 76036 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.833 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT AGREEMENT | LA GRANGE ACQUISITION LP 1300 MAIN STREET HOUSTON, TX 77002 |
| | **State the term remaining** | 5.9 | |
| | **List the contract number of any government contract** | | |
| 2.834 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT AGREEMENT | LACLEEDE 720 OLIVE STREET ST. LOUIS, MO 63101 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.835 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1346720 | LAKELAND ENGINEERING EQUIP/KC 3100 S. 44TH KANSAS CITY, KS 66106 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.836 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1344881 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX 77001 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.837 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1346564 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX 77001 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.838 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260326 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX 77001 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.839 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263934 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX 77001 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.840 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264051 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX 77001 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.841 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264184 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX 77001 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.842 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264232 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX 77001 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.843 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264401 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX 77001 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.844 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264423 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX 77001 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.845 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264441 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX 77001 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.846** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264443 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX 77001 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.847** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264473 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX 77001 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.848** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264667 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX 77001 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.849** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265217 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX 77001 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.850** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265390 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX 77001 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.851** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265418 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX 77001 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.852** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265668 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX 77001 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.853 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265718 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX  77001 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.854 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265766 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX  77001 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.855 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065602 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX  77001 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.856 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065858 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX  77001 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.857 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065962 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX  77001 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.858 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066027 | LAMONS GASKET CO. P.O. BOX 947 HOUSTON, TX  77001 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.859 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260032 | LASCO FITTINGS, INC. 414 MORGAN STREET BROWNSVILLE, TN  38012 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

Debtor 1    MOTORS LIQUIDATION COMPANY, INC.    Case 16-40271-can11    Doc 193    Filed 03/14/16    Case 16-40271-can11    Entered 03/14/16 12:14:02    Desc

(Name)

Main Document     Page 563 of 709

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.860 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260613 | LASCO FITTINGS, INC. 414 MORGAN STREET BROWNSVILLE, TN 38012 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.861 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265073 | LATROBE FOUNDRY MACH P O BOX 431 LATROBE, PA 15650 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.862 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265888 | LATROBE FOUNDRY MACH P O BOX 431 LATROBE, PA 15650 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.863 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066038 | LEADER GLOBAL TECHNOLOGIES 905 W. 13TH STREET DEER PARK, TX 77536 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.864 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR SHARP MX-M363N COPIER | LEAF FUNDING 2005 MARKET STREET PHILADELPHIA, PA 19103 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.865 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR SHARP MX-M363N COPIER | LEAF FUNDING 2005 MARKET STREET PHILADELPHIA, PA 19103 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.866 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR SHARP MX-M363N COPIER | LEAF FUNDING 2005 MARKET STREET PHILADELPHIA, PA 19103 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.867 **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR SHARP MX-M363N COPIER | LEAF FUNDING 2005 MARKET STREET PHILADELPHIA, PA 19103 |


| 2.867 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR SHARP MX-M363N COPIER | LEAF FUNDING 2005 MARKET STREET PHILADELPHIA, PA 19103 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.868 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171850 | LEWIS-GOETZ AND COMPANY 1850 N. OHIO WICHITA, KS 67214 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.869 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351377 | LOS ANGELES BOILER WORKS INC. 707 NORTH 20TH STREET BLACKWELL, OK 74631 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.870 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351444 | LOS ANGELES BOILER WORKS INC. 707 NORTH 20TH STREET BLACKWELL, OK 74631 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.871 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349374 | LOUISIANA STEAM EQUIPMENT CO. P.O. BOX 30129 NEW ORLEANS, LA 70190 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.872 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351632 | LOUISIANA STEAM EQUIPMENT CO. P.O. BOX 30129 NEW ORLEANS, LA 70190 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.873 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351864 | LOUISIANA STEAM EQUIPMENT CO. P.O. BOX 30129 NEW ORLEANS, LA 70190 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.874** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265860 | LOUISIANA STEAM EQUIPMENT CO. P.O. BOX 30129 NEW ORLEANS, LA  70190 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.875** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265991 | LOUISIANA STEAM EQUIPMENT CO. P.O. BOX 30129 NEW ORLEANS, LA  70190 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.876** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266023 | LOUISIANA STEAM EQUIPMENT CO. P.O. BOX 30129 NEW ORLEANS, LA  70190 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.877** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350333 | M & M CONTROL SERVICE P.O. BOX 250 GRAYSLAKE, IL  60030 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.878** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350367 | M & M CONTROL SERVICE P.O. BOX 250 GRAYSLAKE, IL  60030 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.879** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262341 | M & M CONTROL SERVICE P.O. BOX 250 GRAYSLAKE, IL  60030 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.880** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262685 | M & M CONTROL SERVICE P.O. BOX 250 GRAYSLAKE, IL  60030 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

Debtor  Murray Energy Corporation, et al.  Doc 193  Filed 03/14/16  Entered 03/14/16 12:14:02  Desc
(Name)
Case 16-40271-can11  Doc 193  Case number (if known) 16-40271
Main Document  Page 566 of 709

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.881 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263314 | M & M CONTROL SERVICE P.O. BOX 250 GRAYSLAKE, IL  60030 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.882 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264161 | M & M CONTROL SERVICE P.O. BOX 250 GRAYSLAKE, IL  60030 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.883 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264285 | M & M CONTROL SERVICE P.O. BOX 250 GRAYSLAKE, IL  60030 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.884 | **State what the contract or lease is for and the nature of the debtor's interest** | NON RESIDENTIAL REAL PROPERTY LEASE AGREEMENT - INVENTORY | M&M INVESTMENT COMPANY A GENERAL PARTNERSHIP P.O. BOX 410588 KANSAS CITY, MO  64120 |
| | **State the term remaining** | 5.8 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.885 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170555 | MACHINE WORX INC 467 S FIRST STREET BLAIR, NE  68008 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.886 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066049 | MAC'S 5970 50TH AVENUE S MOORHEAD, MN  56560 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.887 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350113 | MAIOCCO AND ASSOCIATES P.O. BOX 576 SWARTHMORE, PA  19081 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.888 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350169 | MAIOCCO AND ASSOCIATES P.O. BOX 576 SWARTHMORE, PA 19081 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.889 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351809 | MARMON/KEYSTONE CO 4901 STILWELL STREET KANSAS CITY, MO 64120 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.890 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351816 | MARMON/KEYSTONE CO 4901 STILWELL STREET KANSAS CITY, MO 64120 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.891 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120137 | MARSH BELLOFRAM CORPORATION P O BOX 70670 CLEVELAND, OH 44190-0670 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.892 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266076 | MASSCO INC 1837 S MERIDIAN AVE WICHITA, KS 67213 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.893 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171826 | MASTER PACKING & RUBBER CO. 6430 FOURTH ST SW CEDAR RAPIDS, IA 52404 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.894 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261223 | MATCO-NORCA INC. P.O. BOX 27 BREWSTER, NY 10509 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.895** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170803 | MATCO-NORCA INC. P.O. BOX 27 BREWSTER, NY  10509 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.896** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066012 | MATCO-NORCA INC. P.O. BOX 27 BREWSTER, NY  10509 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.897** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351966 | MAX-AIR TECHNOLOGY INC. 751 HOFF RD O-FALLON, MO  63366 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.898** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265075 | MAXON CORPORATION P.O. BOX 2068 MUNCIE, IN  47307 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.899** **State what the contract or lease is for and the nature of the debtor's interest** NON RESIDENTIAL REAL PROPERTY LEASE AGREEMENT - INVENTORY | MAYMIL INVESTMENT COMPANY A MISSOURI GENERAL PARTNERSHIP P.O. BOX 410588 KANSAS CITY, MO  64120 |
| **State the term remaining** 5.8 MONTHS | |
| **List the contract number of any government contract** | |
| **2.900** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171825 | MEAD O'BRIEN, INC. 10800 MIDWEST INDUST BLVD ST. LOUIS, MO  63132 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.901** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170198 | MELLEN & ASSOCIATES 3404 S. 11TH STREET COUNCIL BLUFFS, IA  51501-8008 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.902 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347825 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.903 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348399 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.904 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349017 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.905 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260226 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.906 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260612 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.907 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261068 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.908 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261369 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.909 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262768 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.910 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263018 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.911 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263268 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.912 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265463 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.913 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170233 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.914 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170985 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.915 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171119 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.916** **State what the contract or lease is for and the nature of the debtor's interest** — OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171206 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.917** **State what the contract or lease is for and the nature of the debtor's interest** — OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064281 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.918** **State what the contract or lease is for and the nature of the debtor's interest** — OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064584 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.919** **State what the contract or lease is for and the nature of the debtor's interest** — OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064724 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.920** **State what the contract or lease is for and the nature of the debtor's interest** — OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064752 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.921** **State what the contract or lease is for and the nature of the debtor's interest** — OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064900 | MERIT BRASS ONE MERIT DRIVE CLEVELAND, OH 44143-0127 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.922** **State what the contract or lease is for and the nature of the debtor's interest** — OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120890 | METALFLEX SALES INC. 8411 WABASH AVENUE BERKELEY, MO 63134 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.923 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120903 | METALFLEX SALES INC. 8411 WABASH AVENUE BERKELEY, MO 63134 |


| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.923 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120903 | METALFLEX SALES INC. 8411 WABASH AVENUE BERKELEY, MO 63134 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.924 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262864 | METSO AUTOMATION 44 BOWDITCH DRIVE SHREWSBURY, MA 01545-8044 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.925 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263283 | METSO AUTOMATION 44 BOWDITCH DRIVE SHREWSBURY, MA 01545-8044 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.926 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263496 | METSO AUTOMATION 44 BOWDITCH DRIVE SHREWSBURY, MA 01545-8044 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.927 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263509 | METSO AUTOMATION 44 BOWDITCH DRIVE SHREWSBURY, MA 01545-8044 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.928 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263516 | METSO AUTOMATION 44 BOWDITCH DRIVE SHREWSBURY, MA 01545-8044 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.929 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263576 | METSO AUTOMATION 44 BOWDITCH DRIVE SHREWSBURY, MA 01545-8044 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.930 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263647 | METSO AUTOMATION 44 BOWDITCH DRIVE SHREWSBURY, MA 01545-8044 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.931 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264071 | METSO AUTOMATION 44 BOWDITCH DRIVE SHREWSBURY, MA 01545-8044 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.932 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264605 | METSO AUTOMATION 44 BOWDITCH DRIVE SHREWSBURY, MA 01545-8044 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.933 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265014 | METSO AUTOMATION 44 BOWDITCH DRIVE SHREWSBURY, MA 01545-8044 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.934 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265697 | METSO AUTOMATION 44 BOWDITCH DRIVE SHREWSBURY, MA 01545-8044 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.935 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265714 | METSO AUTOMATION 44 BOWDITCH DRIVE SHREWSBURY, MA 01545-8044 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.936 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265872 | METSO AUTOMATION 44 BOWDITCH DRIVE SHREWSBURY, MA 01545-8044 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.937 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265874 | METSO AUTOMATION 44 BOWDITCH DRIVE SHREWSBURY, MA 01545-8044 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.938 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266017 | METSO AUTOMATION 44 BOWDITCH DRIVE SHREWSBURY, MA 01545-8044 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.939 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER CONTRACT | METSO P.O. BOX 192 4665 E. 31ST ST. SOUTH WICHITA, KS 67210 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.940 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265904 | MFC (MINNESOTA FLEXIBLE CORP) 803 TRANSFER ROAD ST. PAUL, MN 55114 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.941 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065751 | MFC (MINNESOTA FLEXIBLE CORP) 803 TRANSFER ROAD ST. PAUL, MN 55114 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.942 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR TRAILER | MHC PACLEASE 8915 WOODEND ROAD KANSAS CITY, KS 66111 |
| | **State the term remaining** | 68.5 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.943 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR 3 TRAILERS | MHC PACLEASE 8915 WOODEND ROAD KANSAS CITY, KS 66111 |
| | **State the term remaining** | 56.2 MONTHS | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.944 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR TRAILER | MHC PACLEASE 8915 WOODEND ROAD KANSAS CITY, KS 66111 |
| | **State the term remaining** | 54.9 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.945 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR TRAILER | MHC PACLEASE 8915 WOODEND ROAD KANSAS CITY, KS 66111 |
| | **State the term remaining** | 55.0 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.946 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - 2 TRUCKS | MHC PACLEASE 8915 WOODEND ROAD KANSAS CITY, KS 66111 |
| | **State the term remaining** | 39.7 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.947 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - TRUCK | MHC PACLEASE 8915 WOODEND ROAD KANSAS CITY, KS 66111 |
| | **State the term remaining** | 38.9 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.948 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1346483 | MICROFINISH VALVES 7807 BLUFF POINT DRIVE HOUSTON, TX 77086 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.949 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFIT SHARING PLAN | MID STATES PROFIT SHARING AGREEMENT 1716 GUINOTTE AVE. KANSAS CITY, MO 64120 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.950 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350985 | MIDWEST FLEXIBLE HOSE, INC. 5181 N. 125TH STREET BUTLER, WI 53007 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

Debtor    MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al.    Case number (if known) 16-40271-can11
(Name)

Case 16-40271-can11    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc
Main Document    Page 576 of 709

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.951 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351104 | MIDWEST FLEXIBLE HOSE, INC. 5181 N. 125TH STREET BUTLER, WI 53007 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.952 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263580 | MIDWEST FLEXIBLE HOSE, INC. 5181 N. 125TH STREET BUTLER, WI 53007 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.953 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265092 | MIDWEST FLEXIBLE HOSE, INC. 5181 N. 125TH STREET BUTLER, WI 53007 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.954 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171827 | MIDWEST FLEXIBLE HOSE, INC. 5181 N. 125TH STREET BUTLER, WI 53007 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.955 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065315 | MIDWEST HOSE & SPECIALTY INC 3410 2ND AVE WEST WILLISTON, ND 58802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.956 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2258933 | MID-WEST PLUMBING PRODUCTS 1710 E. 123RD TERRACE OLATHE, KS 66061 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.957 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259666 | MID-WEST PLUMBING PRODUCTS 1710 E. 123RD TERRACE OLATHE, KS 66061 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.958 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351422 |
|        **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
|        **List the contract number of any government contract** | |
| | MIDWESTERN PIPELINE PRODUCTS 2119 SOUTH UNION AVENUE TULSA, OK 74107-2703 |

| 2.959 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350083 | MILL RITE INC. 3363 N. 35TH STREET MILWAUKEE, WI 53216 |
|---|---|---|
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| 2.960 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351463 | MILL RITE INC. 3363 N. 35TH STREET MILWAUKEE, WI 53216 |
|---|---|---|
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| 2.961 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266025 | MILL RITE INC. 3363 N. 35TH STREET MILWAUKEE, WI 53216 |
|---|---|---|
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| 2.962 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266044 | MILL RITE INC. 3363 N. 35TH STREET MILWAUKEE, WI 53216 |
|---|---|---|
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| 2.963 **State what the contract or lease is for and the nature of the debtor's interest** | NON RESIDENTIAL REAL PROPERTY LEASE AGREEMENT - INVENTORY | MILLER INVESTMENTS AND PROPERTIES LLC P.O. BOX 665 STROUD, OK 74079 |
|---|---|---|
| **State the term remaining** | 7.9 MONTHS | |
| **List the contract number of any government contract** | | |

| 2.964 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261168 | MILWAUKEE VALVE CO., INC. 16550 W. STRATTON DRIVE NEW BERLIN, WI 53151-7301 |
|---|---|---|
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.965 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262028<br><br>**State the term remaining** UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | MILWAUKEE VALVE CO., INC. 16550 W. STRATTON DRIVE NEW BERLIN, WI  53151-7301 |
| 2.966 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065443<br><br>**State the term remaining** UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | MILWAUKEE VALVE CO., INC. 16550 W. STRATTON DRIVE NEW BERLIN, WI  53151-7301 |
| 2.967 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065783<br><br>**State the term remaining** UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | MJM ASSOCIATES, INC. 8200 S ARKON STREET ENGLEWOOD, CO  80112 |
| 2.968 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065975<br><br>**State the term remaining** UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | MODCO INDUSTRIES 6528 E 101 ST STE D1 TULSA, OK  74133-6700 |
| 2.969 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265428<br><br>**State the term remaining** UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | MODINE MAUFACTURING COMPANY 1500 DEKOVEN AVENUE RACINE, WI  53403 |
| 2.970 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3221031<br><br>**State the term remaining** UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | MODINE MAUFACTURING COMPANY 1500 DEKOVEN AVENUE RACINE, WI  53403 |
| 2.971 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351176<br><br>**State the term remaining** UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | MO-KAN FASTENER AND SUPPLY 1508 E. 9TH STREET KANSAS CITY, MO  64106 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.972 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262674 | MO-KAN FASTENER AND SUPPLY 1508 E. 9TH STREET KANSAS CITY, MO  64106 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.973 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265461 | MO-KAN FASTENER AND SUPPLY 1508 E. 9TH STREET KANSAS CITY, MO  64106 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.974 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351503 | MONITEUR DEVICES, INC. 36 COMMERCE ROAD CEDAR GROVE, NJ  07009 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.975 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260703 | MORRIS COUPLING 2240 W. 15TH ST. ERIE, PA  16505 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.976 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260056 | MOTION INDUSTRIES, INC. 1880 S. FLORENCE COURT WICHITA, KS  67209 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.977 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064915 | MPI WAREHOUSE SPECIALTY CO PO BOX 940 CASPER, WY 82601 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.978 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065638 | MPI WAREHOUSE SPECIALTY CO PO BOX 940 CASPER, WY 82601 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.979 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065997 | MPI WAREHOUSE SPECIALTY CO PO BOX 940 CASPER, WY 82601 |
|  | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
|  | **List the contract number of any government contract** | | |
| 2.980 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350186 | MUELLER STEAM/CORE INDUSTRIES 1491 NC HIGHWAY 20 WEST ST. PAULS, NC 28384 |
|  | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
|  | **List the contract number of any government contract** | | |
| 2.981 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350433 | MUELLER STEAM/CORE INDUSTRIES 1491 NC HIGHWAY 20 WEST ST. PAULS, NC 28384 |
|  | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
|  | **List the contract number of any government contract** | | |
| 2.982 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351651 | MUELLER STEAM/CORE INDUSTRIES 1491 NC HIGHWAY 20 WEST ST. PAULS, NC 28384 |
|  | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
|  | **List the contract number of any government contract** | | |
| 2.983 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260512 | MUELLER STEAM/CORE INDUSTRIES 1491 NC HIGHWAY 20 WEST ST. PAULS, NC 28384 |
|  | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
|  | **List the contract number of any government contract** | | |
| 2.984 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171466 | MUELLER STEAM/CORE INDUSTRIES 1491 NC HIGHWAY 20 WEST ST. PAULS, NC 28384 |
|  | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
|  | **List the contract number of any government contract** | | |
| 2.985 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171761 | MUELLER STEAM/CORE INDUSTRIES 1491 NC HIGHWAY 20 WEST ST. PAULS, NC 28384 |
|  | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
|  | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.986** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171813 | MUELLER STEAM/CORE INDUSTRIES 1491 NC HIGHWAY 20 WEST ST. PAULS, NC 28384 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.987** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351716 | MUELLER STREAMLINE CO. MID-COUNTY RD ST. LOUIS, MO 63114 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.988** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266085 | MUELLER STREAMLINE CO. MID-COUNTY RD ST. LOUIS, MO 63114 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.989** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350572 | MULTALLOY 8511 MONROE BLVD. HOUSTON, TX 77061 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.990** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120699 | MULTALLOY 8511 MONROE BLVD. HOUSTON, TX 77061 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.991** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351594 | MYERS-AUBREY COMPANY PO BOX 470370 TULSA, OK 74147-0370 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.992** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265163 | MYERS-AUBREY COMPANY PO BOX 470370 TULSA, OK 74147-0370 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.993 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120641 | MYERS-AUBREY COMPANY PO BOX 470370 TULSA, OK  74147-0370 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.994 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120806 | MYERS-AUBREY COMPANY PO BOX 470370 TULSA, OK  74147-0370 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.995 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263582 | NATIONAL FASTENER CORP. 8116 US HWY 166 ARKANSAS CITY, KS  67005 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.996 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266066 | NATIONAL FASTENER CORP. 8116 US HWY 166 ARKANSAS CITY, KS  67005 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.997 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120949 | NATIONAL FLANGE & FITTING CO 4420 CREEKMONT STREET HOUSTON, TX  77292-4149 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.998 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066061 | NATIONAL PIPE HANGER 200 CAMPUS DR R.R. 30 MOUNT HOLLY, NJ  08060 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.999 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE CONTRACT 401K CONTRIBUTION | NATIONWIDE PO BOX 182797 COLOMBUS, OH  43218 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1000 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE CONTRACT PACKAGE TOTAL | NAVIGATORS INSURANCE<br>1375 EAST WOODFIELD ROAD, SUITE 720<br>SCHAUMBURG, IL 60173 |
| | **State the term remaining** | 1.8 | |
| | **List the contract number of any government contract** | | |
| 2.1001 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE CONTRACT FOREIGN PACKAGE | NAVIGATORS INSURANCE<br>ONE PENN PLAZA<br>NEW YORK, NY 10119 |
| | **State the term remaining** | 1.8 | |
| | **List the contract number of any government contract** | | |
| 2.1002 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT AGREEMENT | NCRA<br>1391 IRONHORSE ROAD<br>MCPHERSON, KS 67460 |
| | **State the term remaining** | 42.3 | |
| | **List the contract number of any government contract** | | |
| 2.1003 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 7064314 | NEUCO INC<br>PO BOX 185<br>DOWNERS GROVE, IL 60515 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1004 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 7064459 | NEUCO INC<br>PO BOX 185<br>DOWNERS GROVE, IL 60515 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1005 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 7064468 | NEUCO INC<br>PO BOX 185<br>DOWNERS GROVE, IL 60515 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1006 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 2265329 | NEWMANS INC.<br>3003 SH 225 #120<br>PASADENA, TX 77503 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1007 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265689 | NEWMANS INC. 3003 SH 225 #120 PASADENA, TX  77503 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1008 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065718 | NEWMANS INC. 3003 SH 225 #120 PASADENA, TX  77503 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1009 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065788 | NEWMANS INC. 3003 SH 225 #120 PASADENA, TX  77503 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1010 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065796 | NEWMANS INC. 3003 SH 225 #120 PASADENA, TX  77503 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1011 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE CONTRACT FEDERAL FLOOD | NFIP 19125 NORTH CREEK PKWY #120 BOTHELL, WA  98011 |
| | **State the term remaining** | 1.8 | |
| | **List the contract number of any government contract** | | |
| 2.1012 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260582 | NIBCO CUSTOMER SERVICE CENTER 700 E. BEARDSLEY AVE ELKHART, IL  46514 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1013 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348128 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN  46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1014 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349762 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1015 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350382 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1016 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350492 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1017 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351650 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1018 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351718 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1019 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351725 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1020 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351744 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1021 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351753 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN  46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1022 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351754 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN  46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1023 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351833 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN  46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1024 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351854 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN  46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1025 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351882 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN  46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1026 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351896 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN  46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1027 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351906 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN  46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1028 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351948 |
| | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| **List the contract number of any government contract** | |
| 2.1029 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351982 |
| | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| **List the contract number of any government contract** | |
| 2.1030 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351992 |
| | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| **List the contract number of any government contract** | |
| 2.1031 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265427 |
| | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| **List the contract number of any government contract** | |
| 2.1032 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265502 |
| | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| **List the contract number of any government contract** | |
| 2.1033 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265690 |
| | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| **List the contract number of any government contract** | |
| 2.1034 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265825 |
| | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1035 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265957 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1036 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171726 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1037 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171820 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1038 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171833 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1039 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120908 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1040 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120944 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1041 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065957 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1042 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348413 | NIBCO INC. 1516 MIDDLEBURY STREET ELKHART, IN 46515-1167 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1043 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065713 | NISCO 2860 BUFORD HWY DULUTH, GA 30096 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1044 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065769 | NISCO 2860 BUFORD HWY, STE B-102 DULUTH, GA 30096 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1045 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350204 | NORCA INDUSTRIAL CO LLC ONE HOLLOW LANE LAKE SUCCESS, NY 11042 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1046 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2252775 | NORCA INDUSTRIAL CO LLC ONE HOLLOW LANE LAKE SUCCESS, NY 11042 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1047 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2257556 | NORCA INDUSTRIAL CO LLC ONE HOLLOW LANE LAKE SUCCESS, NY 11042 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1048 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2258884 | NORCA INDUSTRIAL CO LLC ONE HOLLOW LANE LAKE SUCCESS, NY 11042 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1049** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262280 | NORCA INDUSTRIAL CO LLC ONE HOLLOW LANE LAKE SUCCESS, NY 11042 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.1050** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263469 | NORCA INDUSTRIAL CO LLC ONE HOLLOW LANE LAKE SUCCESS, NY 11042 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.1051** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170809 | NORMAN EQUIPMENT 9850 S. INDUSTRIAL DRIVE BRIDGEVIEW, IL 60455 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.1052** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066051 | NORTH AMERICAN CHROME & ALLOY 1515 LAKEVILLE DRIVE KINGWOOD, TX 77339 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.1053** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351299 | NORTH AMERICAN SAFETY VALVE 1500 IRON STREET NO KANSAS CITY, MO 64116 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.1054** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351533 | NORTH AMERICAN SAFETY VALVE 1500 IRON STREET NO KANSAS CITY, MO 64116 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.1055** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260367 | NORTH AMERICAN SAFETY VALVE 1500 IRON STREET NO KANSAS CITY, MO 64116 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1056 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260976 | NORTH AMERICAN SAFETY VALVE 1500 IRON STREET NO KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1057 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265321 | NORTH AMERICAN SAFETY VALVE 1500 IRON STREET NO KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1058 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265426 | NORTH AMERICAN SAFETY VALVE 1500 IRON STREET NO KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1059 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265597 | NORTH AMERICAN SAFETY VALVE 1500 IRON STREET NO KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1060 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265875 | NORTH AMERICAN SAFETY VALVE 1500 IRON STREET NO KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1061 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265949 | NORTH AMERICAN SAFETY VALVE 1500 IRON STREET NO KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1062 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171659 | NORTH AMERICAN SAFETY VALVE 1500 IRON STREET NO KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1063** | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171786 | NORTH AMERICAN SAFETY VALVE 1500 IRON STREET NO KANSAS CITY, MO 64116 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| **2.1064** | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065370 | NORTH AMERICAN SAFETY VALVE 1500 IRON STREET NO KANSAS CITY, MO 64116 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| **2.1065** | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2251880 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| **2.1066** | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2251966 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| **2.1067** | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2252898 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| **2.1068** | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2256551 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| **2.1069** | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2256729 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1070 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2257769 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1071 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2257946 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1072 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261983 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1073 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262262 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1074 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262644 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1075 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262821 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1076 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263057 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1077 **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263070 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| 2.1078 **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263079 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| 2.1079 **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263118 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| 2.1080 **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263128 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| 2.1081 **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263805 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| 2.1082 **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263858 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| 2.1083 **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263860 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1084** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263862 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| **2.1085** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264249 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| **2.1086** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264300 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| **2.1087** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264316 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| **2.1088** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264336 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| **2.1089** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264361 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| **2.1090** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264362 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1091 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264368 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| 2.1092 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264371 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| 2.1093 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264376 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| 2.1094 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264383 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| 2.1095 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264385 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| 2.1096 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264386 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| 2.1097 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264396 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1098** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264411 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX  77040 |
| **2.1099** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264414 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX  77040 |
| **2.1100** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264415 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX  77040 |
| **2.1101** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264418 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX  77040 |
| **2.1102** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264429 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX  77040 |
| **2.1103** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264434 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX  77040 |
| **2.1104** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264436 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX  77040 |

Debtor   M&G USA Corporation et al.   Case number (if known) 16-40271

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1105**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264480 <br><br> UNKNOWN/ NOT APPLICABLE |
| **2.1106**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264486 <br><br> UNKNOWN/ NOT APPLICABLE |
| **2.1107**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264487 <br><br> UNKNOWN/ NOT APPLICABLE |
| **2.1108**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264493 <br><br> UNKNOWN/ NOT APPLICABLE |
| **2.1109**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264523 <br><br> UNKNOWN/ NOT APPLICABLE |
| **2.1110**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264524 <br><br> UNKNOWN/ NOT APPLICABLE |
| **2.1111**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264556 <br><br> UNKNOWN/ NOT APPLICABLE |

The "State the name and mailing address" column for all rows above reads:

NORTHWESTERN, INC.
C/O AMERISOURCE FUNDING
7225 LANGTRY ST. #100
HOUSTON, TX  77040

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1112** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264559 |
| | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| **List the contract number of any government contract** | |
| **2.1113** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264563 |
| | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| **List the contract number of any government contract** | |
| **2.1114** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264567 |
| | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| **List the contract number of any government contract** | |
| **2.1115** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264591 |
| | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| **List the contract number of any government contract** | |
| **2.1116** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264592 |
| | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| **List the contract number of any government contract** | |
| **2.1117** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264638 |
| | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| **List the contract number of any government contract** | |
| **2.1118** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264639 |
| | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1119 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264644 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1120 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264645 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1121 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264666 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1122 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264877 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1123 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264921 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1124 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264922 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1125 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265067 | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX 77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1126** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265155 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX  77040 |
| **2.1127** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265226 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX  77040 |
| **2.1128** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265271 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX  77040 |
| **2.1129** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265411 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX  77040 |
| **2.1130** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265492 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX  77040 |
| **2.1131** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265534 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | NORTHWESTERN, INC. C/O AMERISOURCE FUNDING 7225 LANGTRY ST. #100 HOUSTON, TX  77040 |
| **2.1132** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348202 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | O. C. KECKLEY COMPANY P.O. BOX 67 SKOKIE, IL  60076 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1133 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351944 | O. C. KECKLEY COMPANY P.O. BOX 67 SKOKIE, IL 60076 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1134 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261175 | O. C. KECKLEY COMPANY P.O. BOX 67 SKOKIE, IL 60076 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1135 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065941 | O. C. KECKLEY COMPANY P.O. BOX 67 SKOKIE, IL 60076 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1136 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263397 | OATEY SCS P.O. BOX 92138 CLEVELAND, OH 44191 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1137 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065665 | OBRIEN IRON WORKS 2043 ARNOLD INDUSTRIAL WAY CONCORD, CA 94520 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1138 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065954 | OBRIEN IRON WORKS 2043 ARNOLD INDUSTRIAL WAY CONCORD, CA 94520 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1139 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065959 | OCECO, INC. P.O. BOX 159 TIFFIN, OH 44883 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1140 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350882 | OPW ENGINEERED SYSTEMS 2726 HENKLE DRIVE LEBANON, OH  45036 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1141 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351295 | OPW ENGINEERED SYSTEMS 2726 HENKLE DRIVE LEBANON, OH  45036 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1142 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263349 | OPW ENGINEERED SYSTEMS 2726 HENKLE DRIVE LEBANON, OH  45036 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1143 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265757 | OPW ENGINEERED SYSTEMS 2726 HENKLE DRIVE LEBANON, OH  45036 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1144 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265760 | OPW ENGINEERED SYSTEMS 2726 HENKLE DRIVE LEBANON, OH  45036 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1145 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264734 | ORS NASCO 2348 EAST SHAWNEE MUSKOGEE, OK  74403 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1146 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265616 | ORS NASCO 2348 EAST SHAWNEE MUSKOGEE, OK  74403 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1147 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265915 | ORS NASCO 2348 EAST SHAWNEE MUSKOGEE, OK 74403 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1148 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265252 | PAC STAINLESS LTD. 1855 S. 216TH ST SEATTLE, WA 98198 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1149 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3219478 | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1150 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3219607 | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1151 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3219833 | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1152 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3219934 | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1153 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3219937 | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1154 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3219955 | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |

| | | |
|---|---|---|
| 2.1154 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3219955 | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1155 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3219966 | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1156 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3219967 | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1157 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3219968 | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1158 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3219995 | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1159 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3219996 | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1160 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3220026 | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1161 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3220055 <br><br> UNKNOWN/ NOT APPLICABLE | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |
| 2.1162 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3220082 <br><br> UNKNOWN/ NOT APPLICABLE | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |
| 2.1163 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3220095 <br><br> UNKNOWN/ NOT APPLICABLE | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |
| 2.1164 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3220096 <br><br> UNKNOWN/ NOT APPLICABLE | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |
| 2.1165 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3220111 <br><br> UNKNOWN/ NOT APPLICABLE | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |
| 2.1166 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3220138 <br><br> UNKNOWN/ NOT APPLICABLE | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |
| 2.1167 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3220139 <br><br> UNKNOWN/ NOT APPLICABLE | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA 99336 |

Debtor   MOTORS LIQUIDATION COMPANY, INC.
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1168 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3220140 | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA  99336 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1169 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3220151 | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA  99336 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1170 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3220199 | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA  99336 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1171 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3220206 | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA  99336 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1172 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3220209 | PARAMOUNT SUPPLY COMPANY P.O. BOX 6063 KENNEWICK, WA  99336 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1173 **State what the contract or lease is for and the nature of the debtor's interest** | NON RESIDENTIAL REAL PROPERTY LEASE AGREEMENT - INVENTORY | PAT MELTON 527 GRAND AVE. LAS VEGAS, NV  87701 |
| **State the term remaining** | 24.1 MONTHS | |
| **List the contract number of any government contract** | | |
| 2.1174 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349844 | PEC-KC 15954 S-MUR-LEN #312 OLATHE, KS  66062 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1175 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350102 | PEC-KC 15954 S-MUR-LEN #312 OLATHE, KS  66062 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1176 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351355 | PEC-KC 15954 S-MUR-LEN #312 OLATHE, KS  66062 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1177 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351876 | PENNSYLVANIA MACHINE WORKS IN 201 BETHEL AVENUE ASTON, PA  19014-3443 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1178 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120608 | PENNSYLVANIA MACHINE WORKS IN 201 BETHEL AVENUE ASTON, PA  19014-3443 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1179 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065970 | PENNSYLVANIA MACHINE WORKS IN 201 BETHEL AVENUE ASTON, PA  19014-3443 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1180 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066048 | PENNSYLVANIA MACHINE WORKS IN 201 BETHEL AVENUE ASTON, PA  19014-3443 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1181 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - TRUCK | PENSKE TRUCK LEASING 6810 GULF FWY. HOUSTON, TX  77087 |
| | **State the term remaining** | 53.5 MONTHS | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1182** **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - TRUCK | PENSKE TRUCK LEASING 6810 GULF FWY. HOUSTON, TX 77087 |
| **State the term remaining** | 61.8 MONTHS | |
| **List the contract number of any government contract** | | |
| **2.1183** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170942 | PENTAIR VALVES & CONTROLS 554 TERRITORIAL DRIVE BOLINGBROOK, IL 60440 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1184** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265659 | PERRY VIDEX 25 MT. LAUREL ROAD HAINESPORT, NJ 08036 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1185** **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR TRUCK | PETERBUILT PACLEASE 8915 WOODEND RD. KANSAS CITY, MO 66111 |
| **State the term remaining** | 18.4 | |
| **List the contract number of any government contract** | | |
| **2.1186** **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR TRUCK | PETERBUILT PACLEASE 8915 WOODEND RD. KANSAS CITY, MO 66111 |
| **State the term remaining** | 30.1 | |
| **List the contract number of any government contract** | | |
| **2.1187** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171828 | PETERSEN & MICHELSEN HARDWARE 4916 S. 24TH STREET SOUTH OMAHA, NE 68107 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1188** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7063560 | PETERSON PLUMBING SUPPLY 2069 SOUTH 700 WEST SALT LAKE CITY, UT 84104 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1189 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064811 | PETERSON PLUMBING SUPPLY 2069 SOUTH 700 WEST SALT LAKE CITY, UT 84104 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1190 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064896 | PETERSON PLUMBING SUPPLY 2069 SOUTH 700 WEST SALT LAKE CITY, UT 84104 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1191 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064901 | PETERSON PLUMBING SUPPLY 2069 SOUTH 700 WEST SALT LAKE CITY, UT 84104 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1192 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064972 | PETERSON PLUMBING SUPPLY 2069 SOUTH 700 WEST SALT LAKE CITY, UT 84104 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1193 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065043 | PETERSON PLUMBING SUPPLY 2069 SOUTH 700 WEST SALT LAKE CITY, UT 84104 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1194 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065167 | PETERSON PLUMBING SUPPLY 2069 SOUTH 700 WEST SALT LAKE CITY, UT 84104 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1195 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065448 | PETERSON PLUMBING SUPPLY 2069 SOUTH 700 WEST SALT LAKE CITY, UT 84104 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1196 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265829 | PETRO-VALVE, INC. 11248 E. HARDY STREET HOUSTON, TX 77093 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1197 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351930 | PHOENIX FORGING P.O. BOX 70 CATASAUQUA, PA 18032 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1198 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065806 | PIKOTEK 4990 IRIS STREET WHEAT RIDGE, CO 80033 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1199 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065993 | PIONEER PIPE P.O. BOX 70069 CHICAGO, IL 60673-0069 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1200 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066001 | PIONEER PIPE P.O. BOX 70069 CHICAGO, IL 60673-0069 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1201 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171613 | PIPECONX P.O. BOX 6864 EVANSVILLE, IN 47712 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1202 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265710 | PIPING & EQUIPMENT CO., INC. 1111 EAST 37TH ST NORTH WICHITA, KS 67219 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1203 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349799 | PIPING ALLOYS 13899 W. 101ST STREET LENEXA, KS 66215 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1204 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351783 | PIPING ALLOYS 13899 W. 101ST STREET LENEXA, KS 66215 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1205 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351804 | PIPING ALLOYS 13899 W. 101ST STREET LENEXA, KS 66215 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1206 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351832 | PIPING ALLOYS 13899 W. 101ST STREET LENEXA, KS 66215 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1207 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351886 | PIPING ALLOYS 13899 W. 101ST STREET LENEXA, KS 66215 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1208 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351968 | PIPING ALLOYS 13899 W. 101ST STREET LENEXA, KS 66215 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1209 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351999 | PIPING ALLOYS 13899 W. 101ST STREET LENEXA, KS 66215 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1210 **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT - MACHINERY | PITNEY BOWES 3001 SUMMER STREET STAMFORD, CT 06926 |
| **State the term remaining** | 5.4 MONTHS | |
| **List the contract number of any government contract** | | |
| 2.1211 **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT - MACHINERY | PITNEY BOWES 3001 SUMMER STREET STAMFORD, CT 06926 |
| **State the term remaining** | 13.3 MONTHS | |
| **List the contract number of any government contract** | | |
| 2.1212 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351494 | PJ OPERATING CORPORATION 463 E WOOD ST SHREVE, OH 44676-0564 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1213 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351981 | PJ OPERATING CORPORATION 463 E WOOD ST SHREVE, OH 44676-0564 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1214 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351983 | PJ OPERATING CORPORATION 463 E WOOD ST SHREVE, OH 44676-0564 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1215 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065826 | PLAST-O-MATIC VALVES, INC. 1384 POMPTON AVENUE CEDAR GROVE, NJ 07009 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1216 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351065 | POWER CONTROLS INC. 1205 W CENTER AVE DENVER, CO 80223 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1217 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350824 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1218 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351830 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1219 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351868 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1220 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351891 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1221 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351899 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1222 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351946 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1223 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351958 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1224 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265351 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1225 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265809 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1226 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265853 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1227 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265855 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1228 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265908 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1229 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265920 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1230 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265928 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1231 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265958 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN  55076 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1232 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266021 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN  55076 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1233 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266038 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN  55076 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1234 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266047 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN  55076 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1235 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266048 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN  55076 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1236 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266059 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN  55076 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1237 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170385 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN  55076 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1238**   **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065438 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
|      **State the term remaining**    UNKNOWN/ NOT APPLICABLE | |
|      **List the contract number of any government contract** | |
| **2.1239**   **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065978 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
|      **State the term remaining**    UNKNOWN/ NOT APPLICABLE | |
|      **List the contract number of any government contract** | |
| **2.1240**   **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065992 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
|      **State the term remaining**    UNKNOWN/ NOT APPLICABLE | |
|      **List the contract number of any government contract** | |
| **2.1241**   **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066013 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
|      **State the term remaining**    UNKNOWN/ NOT APPLICABLE | |
|      **List the contract number of any government contract** | |
| **2.1242**   **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066039 | POWER DYNAMICS INC. 7365 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 |
|      **State the term remaining**    UNKNOWN/ NOT APPLICABLE | |
|      **List the contract number of any government contract** | |
| **2.1243**   **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259904 | POWERHOUSE INDUSTRIAL SUPPLY 1671 EAST MOUNTAIN SPRINDALE, AR 72764 |
|      **State the term remaining**    UNKNOWN/ NOT APPLICABLE | |
|      **List the contract number of any government contract** | |
| **2.1244**   **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260321 | POWERHOUSE INDUSTRIAL SUPPLY 1671 EAST MOUNTAIN SPRINDALE, AR 72764 |
|      **State the term remaining**    UNKNOWN/ NOT APPLICABLE | |
|      **List the contract number of any government contract** | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1245** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261462 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | POWERHOUSE INDUSTRIAL SUPPLY 1671 EAST MOUNTAIN SPRINDALE, AR 72764 |
| **2.1246** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171654 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | POWERMATE COMPANY 3476 STATE STREET BETTENDORF, IA 52722 |
| **2.1247** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1343543 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | PRAXAIR DISTRIBUTION INC 677 26TH AVE EAST DICKINSON, ND 58601 |
| **2.1248** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1343947 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | PRAXAIR DISTRIBUTION INC 677 26TH AVE EAST DICKINSON, ND 58601 |
| **2.1249** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265793 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | PRECISION COMPONENTS 7311 GALVESTON RD HOUSTON, TX 77034 |
| **2.1250** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065850 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | PRECISION COMPONENTS 7311 GALVESTON RD HOUSTON, TX 77034 |
| **2.1251** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065919 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | PRECISION COMPONENTS 7311 GALVESTON RD HOUSTON, TX 77034 |

Debtor    M    Case 16-40271-can11    C.    Case number (if known)
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1252 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065971 | PRECISION COMPONENTS 7311 GALVESTON RD HOUSTON, TX 77034 |

| | | |
|---|---|---|
| 2.1252 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065971 | PRECISION COMPONENTS 7311 GALVESTON RD HOUSTON, TX 77034 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1253 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351959 | PRECISION FLANGE & MACHINE 13123 W. HARDY RD HOUSTON, TX 77060 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1254 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351810 | PRIDE MANUFACTURING 1050 E. "H" HIGHWAY LIBERTY, MO 64068 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1255 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351815 | PRIDE MANUFACTURING 1050 E. "H" HIGHWAY LIBERTY, MO 64068 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1256 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171180 | PROCESS EQUIPMENT CO P.O. BOX 1298 MARSHALLTOWN, IA 50158 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1257 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349997 | PROCESS RESOURCES, INC. P.O. BOX 1387 SUGAR LAND, TX 77487-1387 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1258 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351397 | PROCO PRODUCTS INC 2431 N. WIGWAM DRIVE STOCKTON, CA 95201-0590 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1259 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351862 | PROCO PRODUCTS INC 2431 N. WIGWAM DRIVE STOCKTON, CA 95201-0590 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1260 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351929 | PROCO PRODUCTS INC 2431 N. WIGWAM DRIVE STOCKTON, CA 95201-0590 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1261 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350918 | PRO-KOTE ENGINEERING & SUPPLY 590 CIRCLE DRIVE CASPER, WY 82601 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1262 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066004 | PRO-KOTE ENGINEERING & SUPPLY 590 CIRCLE DRIVE CASPER, WY 82601 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1263 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT EPICORE MAINTENANCE | PROPHET 21 19 WEST COLLEGE AVENUE YARDLEY, PA 19067 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1264 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT EPICORE | PROPHET 21 19 WEST COLLEGE AVENUE YARDLEY, PA 19067 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1265 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT - FIXTURES | PROSE 4839 N 93RD STREET KANSAS CITY, KS 66109 |
| | **State the term remaining** | 3.8 MONTHS | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1266** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065787 | PROTECH SALES, INC. 12340 MEAD WAY LITTLETON, CO  80125 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1267** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171855 | PSI LINED PIPE ONE QUALITY WAY MARION, NC  28752 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1268** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350412 | PT COUPLING CO. 1414 E WILLOW ROAD ENID, OK  73701 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1269** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351348 | PT COUPLING CO. 1414 E WILLOW ROAD ENID, OK  73701 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1270** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351773 | PT COUPLING CO. 1414 E WILLOW ROAD ENID, OK  73701 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1271** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351865 | PT COUPLING CO. 1414 E WILLOW ROAD ENID, OK  73701 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1272** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2257005 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY  42301 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

Debtor    Murray Energy Corporation, et al.    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc
(Name)
Main Document    Page 622 of 709
Case 16-40271-can11    Case 16-40271-can11

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1273 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263091 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1274 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263882 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1275 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264037 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1276 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264304 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1277 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264317 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1278 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264318 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1279 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264319 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1280 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264320 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.1281 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264335 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.1282 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264338 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.1283 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264339 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.1284 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264340 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.1285 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264356 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.1286 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264490 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1287** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264521 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1288** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264553 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1289** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264557 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1290** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264590 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1291** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264593 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1292** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264640 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1293** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264646 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1294** | | |

| 2.1294 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264648 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1295 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264675 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1296 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264888 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1297 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264898 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1298 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265538 | PVF SUPPLY COMPANY, INC. P.O. BOX 1796 OWENSBORO, KY 42301 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1299 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351204 | QUADRANT VALVE 108 BLUFFWOOD DRIVE BROUSSARD, LA 70518 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1300 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351991 | QUADRANT VALVE 108 BLUFFWOOD DRIVE BROUSSARD, LA 70518 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1301** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065952 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | QUADRANT VALVE 108 BLUFFWOOD DRIVE BROUSSARD, LA 70518 |
| **2.1302** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066055 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | QUADRANT VALVE 108 BLUFFWOOD DRIVE BROUSSARD, LA 70518 |
| **2.1303** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348542 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | QUALITY INDUSTRIAL 14001 NORBY GRANDVIEW, MO 64030 |
| **2.1304** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351242 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | QUALITY MACHINE COMPANY, INC. RT. 50 EAST PO BOX 878 BRIDGEPORT, WV 26330 |
| **2.1305** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348560 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| **2.1306** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349945 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| **2.1307** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349969 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1308** **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350453 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| **2.1309** **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350491 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| **2.1310** **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351557 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| **2.1311** **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351618 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| **2.1312** **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351631 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| **2.1313** **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351766 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| **2.1314** **State what the contract or lease is for and the nature of the debtor's interest**    OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351767 <br><br> **State the term remaining**    UNKNOWN/ NOT APPLICABLE <br><br> **List the contract number of any government contract** | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |

Debtor    MOTORS LIQUIDATION COMPANY, f/k/a GENERAL MOTORS CORP., et al.    Case No. 09-50026 (REG)

(Name)

Case 16-40271-mxm11    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc
Main Document    Page 628 of 709

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1315 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351791 | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1316 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351853 | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1317 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351873 | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1318 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351874 | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1319 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265880 | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1320 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265898 | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1321 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266067 | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1322 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4168954 | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1323 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170658 | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1324 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170842 | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1325 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171381 | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1326 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171779 | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1327 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171780 | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1328 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171874 | QUALITY PIPE PRODUCTS, INC. 17275 HURON RIVER DR NEW BOSTON, MI 48164 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1329 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1343839 | QUALITY SOURCED MFG., INC 127 VILLAGE LANE EASLEY, SC 29641-0392 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1330 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT AGREEMENT | QUESTAR GAS 1140 WEST 200 SOUTH PO BOX 45433 SALT LAKE CITY, UT 84145 |
| | **State the term remaining** | 23.1 | |
| | **List the contract number of any government contract** | | |
| 2.1331 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2257578 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD 21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1332 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259739 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD 21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1333 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262405 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD 21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1334 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262822 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD 21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1335 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264589 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD 21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1336 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264665 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD  21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1337 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265221 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD  21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1338 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265224 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD  21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1339 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265227 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD  21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1340 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265269 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD  21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1341 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265273 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD  21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1342 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265313 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD  21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1343 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265314 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD 21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1344 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265315 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD 21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1345 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265318 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD 21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1346 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265319 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD 21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1347 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265322 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD 21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1348 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265342 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD 21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1349 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265412 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD 21802 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1350 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265420 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD 21802 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| 2.1351 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265491 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD 21802 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| 2.1352 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265536 | R. D. GRIER & SONS CO. 317 RAILROAD AVENUE SALISBURY, MD 21802 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| 2.1353 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171720 | R.B. MOSHER COMPANY INC. P.O. BOX 820 KEMAH, TX 77565 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| 2.1354 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065305 | R.B. MOSHER COMPANY INC. P.O. BOX 820 KEMAH, TX 77565 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| 2.1355 **State what the contract or lease is for and the nature of the debtor's interest** | NON RESIDENTIAL REAL PROPERTY LEASE AGREEMENT - INVENTORY | RAMM INVENTMENT COMPANY LLC A MISSOURI LIABILITY COMPANY P.O. BOX 401588 KANSAS CITY, MO 64120 |
| **State the term remaining** 5.8 MONTHS | | |
| **List the contract number of any government contract** | | |
| 2.1356 **State what the contract or lease is for and the nature of the debtor's interest** | NON RESIDENTIAL REAL PROPERTY LEASE AGREEMENT - INVENTORY | RAMM INVENTMENT COMPANY LLC A MISSOURI LIABILITY COMPANY P.O. BOX 401588 KANSAS CITY, MO 64120 |
| **State the term remaining** 5.8 MONTHS | | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1357** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** 5.8 MONTHS<br><br>**List the contract number of any government contract** | NON RESIDENTIAL REAL PROPERTY LEASE AGREEMENT - INVENTORY | RAMM INVENTMENT COMPANY LLC A MISSOURI LIABILITY COMPANY P.O. BOX 401588 KANSAS CITY, MO  64120 |
| **2.1358** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264620 | RCM INDUSTRIES, INC. 110 MASON CIRCLE #D CONCORD, CA  94520-1238 |
| **2.1359** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1345191 | RDM EQUIPMENT CO., INC. 1141 MECHANICSBURG ROAD WOOSTER, OH  44691 |
| **2.1360** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351907 | RDM EQUIPMENT CO., INC. 1141 MECHANICSBURG ROAD WOOSTER, OH  44691 |
| **2.1361** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351916 | RDM EQUIPMENT CO., INC. 1141 MECHANICSBURG ROAD WOOSTER, OH  44691 |
| **2.1362** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351977 | RDM EQUIPMENT CO., INC. 1141 MECHANICSBURG ROAD WOOSTER, OH  44691 |
| **2.1363** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351978 | RDM EQUIPMENT CO., INC. 1141 MECHANICSBURG ROAD WOOSTER, OH  44691 |

Debtor   Mallinckrodt nuclear medicine LLC.   Case 16-40271-can11   Doc 193   Filed 03/14/16   Entered 03/14/16 12:14:02   Desc
(Name)                                                    Main Document         Page 635 of 709
Case number (if known)  16-40271

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1364** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066026 | RECORDER CHARTS AND PENS CO 28415 INDUSTRY DRIVE VALENCIA, CA 91355 |

| | | |
|---|---|---|
| 2.1364 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066026 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| | **List the contract number of any government contract** | |
| 2.1365 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265781 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| | **List the contract number of any government contract** | |
| 2.1366 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171679 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| | **List the contract number of any government contract** | |
| 2.1367 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171728 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| | **List the contract number of any government contract** | |
| 2.1368 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171829 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| | **List the contract number of any government contract** | |
| 2.1369 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171875 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| | **List the contract number of any government contract** | |
| 2.1370 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263859 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE |
| | **List the contract number of any government contract** | |

Right column party addresses:

2.1364 — RECORDER CHARTS AND PENS CO, 28415 INDUSTRY DRIVE, VALENCIA, CA 91355

2.1365 — RECTORSEAL CORPORATION, 2601 SPENWICK DRIVE, HOUSTON, TX 77055

2.1366 — RECTORSEAL CORPORATION, 2601 SPENWICK DRIVE, HOUSTON, TX 77055

2.1367 — RECTORSEAL CORPORATION, 2601 SPENWICK DRIVE, HOUSTON, TX 77055

2.1368 — RECTORSEAL CORPORATION, 2601 SPENWICK DRIVE, HOUSTON, TX 77055

2.1369 — RED VALVE COMPANY INC, BOX 548, CARNEGIE, PA 15106

2.1370 — REXEL, 3514 INDUSTRIAL DRIVE, BOSSIER CITY, LA 71112

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1371 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6119914 | RHODES EQUIPMENT COMPANY 5922 HAMPTON AVENUE ST. LOUIS, MO 63109 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1372 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120116 | RHODES EQUIPMENT COMPANY 5922 HAMPTON AVENUE ST. LOUIS, MO 63109 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1373 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263565 | RIGGINS R CO., INC. P.O. BOX 219 MARSHALL, MO 65340 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1374 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170668 | RIGGINS R CO., INC. P.O. BOX 219 MARSHALL, MO 65340 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1375 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171633 | RIGGINS R CO., INC. P.O. BOX 219 MARSHALL, MO 65340 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1376 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171830 | RIGGINS R CO., INC. P.O. BOX 219 MARSHALL, MO 65340 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1377 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065998 | RJ MANN & ASSOCIATES, INC. 860 NORTH 9TH AVE BRIGHTON, CO 80603 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1378** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066031 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | RJ MANN & ASSOCIATES, INC. 860 NORTH 9TH AVE BRIGHTON, CO 80603 |
| **2.1379** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351875 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | ROBVON BACKING RING CO. #1 RING ROAD FACTORYVILLE, PA 18419-0307 |
| **2.1380** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066005 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | ROCKY MOUNTAIN OILFIELD WHSE 414 S ELM ST CASPER, WY 82601 |
| **2.1381** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066006 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | ROCKY MOUNTAIN OILFIELD WHSE 414 S ELM ST CASPER, WY 82601 |
| **2.1382** **State what the contract or lease is for and the nature of the debtor's interest** NON RESIDENTIAL REAL PROPERTY LEASE AGREEMENT - INVENTORY **State the term remaining** 104.3 MONTHS **List the contract number of any government contract** | RONALD LANE P.O. BOX 2530 CLARKSBURG, WV 26302 |
| **2.1383** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351850 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | ROTO HAMMER INDUSTRIES 2804 W. 40TH STREET TULSA, OK 74107 |
| **2.1384** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264917 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | ROTO HAMMER INDUSTRIES 2804 W. 40TH STREET TULSA, OK 74107 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1385** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265347 | ROTO HAMMER INDUSTRIES 2804 W. 40TH STREET TULSA, OK 74107 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1386** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265579 | ROTO HAMMER INDUSTRIES 2804 W. 40TH STREET TULSA, OK 74107 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1387** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265745 | ROTO HAMMER INDUSTRIES 2804 W. 40TH STREET TULSA, OK 74107 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1388** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265890 | ROTO HAMMER INDUSTRIES 2804 W. 40TH STREET TULSA, OK 74107 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1389** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265994 | ROTO HAMMER INDUSTRIES 2804 W. 40TH STREET TULSA, OK 74107 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1390** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266072 | ROTO HAMMER INDUSTRIES 2804 W. 40TH STREET TULSA, OK 74107 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1391** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065731 | ROTO HAMMER INDUSTRIES 2804 W. 40TH STREET TULSA, OK 74107 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

Debtor    M&G USA Corporation, et al.    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc
Case 16-40271-can11    Case number (if known)    16-40271
(Name)    Main Document    Page 639 of 709

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1392**  **State what the contract or lease is for and the nature of the debtor's interest**  OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065834  **State the term remaining**  UNKNOWN/ NOT APPLICABLE  **List the contract number of any government contract** | ROTO HAMMER INDUSTRIES 2804 W. 40TH STREET TULSA, OK  74107 |
| **2.1393**  **State what the contract or lease is for and the nature of the debtor's interest**  OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265783  **State the term remaining**  UNKNOWN/ NOT APPLICABLE  **List the contract number of any government contract** | RUELCO 1209 DISTRIBUTORS ROW NEW ORLEANS, LA  70123 |
| **2.1394**  **State what the contract or lease is for and the nature of the debtor's interest**  VEHICLE AGREEMENT - TRUCK  **State the term remaining**  42 MONTHS  **List the contract number of any government contract** | RUSH TRUCK LEASING 8915 WOODEND ROAD KANSAS CITY, KS  66111 |
| **2.1395**  **State what the contract or lease is for and the nature of the debtor's interest**  VEHICLE AGREEMENT  **State the term remaining**  3.7 MONTHS  **List the contract number of any government contract** | RYDER TRANSPORTATION SERVICES 11690 NW 105TH ST. MIAMI, FL  33178 |
| **2.1396**  **State what the contract or lease is for and the nature of the debtor's interest**  VEHICLE AGREEMENT - CAB UTILITY FLAT BED  **State the term remaining**  82.1 MONTHS  **List the contract number of any government contract** | RYDER TRANSPORTATION SERVICES 11690 NW 105TH ST. MIAMI, FL  33178 |
| **2.1397**  **State what the contract or lease is for and the nature of the debtor's interest**  VEHICLE AGREEMENT - CASCACADIA SLEEPER  **State the term remaining**  19.3 MONTHS  **List the contract number of any government contract** | RYDER TRANSPORTATION SERVICES 11690 NW 105TH ST. MIAMI, FL  33178 |
| **2.1398**  **State what the contract or lease is for and the nature of the debtor's interest**  VEHICLE AGREEMENT - CASCADIA  **State the term remaining**  40.7 MONTHS  **List the contract number of any government contract** | RYDER TRANSPORTATION SERVICES 11690 NW 105TH ST. MIAMI, FL  33178 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1399 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - CASCADIA | RYDER TRANSPORTATION SERVICES 11690 NW 105TH ST. MIAMI, FL 33178 |
| | **State the term remaining** | 43.8 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1400 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - CASCADIA SLEEPER | RYDER TRANSPORTATION SERVICES 11690 NW 105TH ST. MIAMI, FL 33178 |
| | **State the term remaining** | 40.7 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1401 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - F 250 | RYDER TRANSPORTATION SERVICES 11690 NW 105TH ST. MIAMI, FL 33178 |
| | **State the term remaining** | 30 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1402 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - FLATBED | RYDER TRANSPORTATION SERVICES 11690 NW 105TH ST. MIAMI, FL 33178 |
| | **State the term remaining** | 77.2 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1403 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - FORD F350 | RYDER TRANSPORTATION SERVICES 11690 NW 105TH ST. MIAMI, FL 33178 |
| | **State the term remaining** | 29.3 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1404 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - FORD F350 | RYDER TRANSPORTATION SERVICES 11690 NW 105TH ST. MIAMI, FL 33178 |
| | **State the term remaining** | 35.8 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1405 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - PROSTAR | RYDER TRANSPORTATION SERVICES 11690 NW 105TH ST. MIAMI, FL 33178 |
| | **State the term remaining** | 19.5 MONTHS | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1406 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - ST TRUCK | RYDER TRANSPORTATION SERVICES<br>11690 NW 105TH ST.<br>MIAMI, FL  33178 |
| | **State the term remaining** | 11.6 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1407 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - ST TRUCK | RYDER TRANSPORTATION SERVICES<br>11690 NW 105TH ST.<br>MIAMI, FL  33178 |
| | **State the term remaining** | 27.3 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1408 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - ST TRUCK | RYDER TRANSPORTATION SERVICES<br>11690 NW 105TH ST.<br>MIAMI, FL  33178 |
| | **State the term remaining** | 39.8 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1409 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - ST TRUCK | RYDER TRANSPORTATION SERVICES<br>11690 NW 105TH ST.<br>MIAMI, FL  33178 |
| | **State the term remaining** | 4.2 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1410 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - ST TRUCK | RYDER TRANSPORTATION SERVICES<br>11690 NW 105TH ST.<br>MIAMI, FL  33178 |
| | **State the term remaining** | 43.3 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1411 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - ST TRUCK | RYDER TRANSPORTATION SERVICES<br>11690 NW 105TH ST.<br>MIAMI, FL  33178 |
| | **State the term remaining** | 45.7 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1412 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - ST TRUCK | RYDER TRANSPORTATION SERVICES<br>11690 NW 105TH ST.<br>MIAMI, FL  33178 |
| | **State the term remaining** | 49.6 MONTHS | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1413 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - ST TRUCK | RYDER TRANSPORTATION SERVICES 11690 NW 105TH ST. MIAMI, FL  33178 |
| | **State the term remaining** | 55.7 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1414 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - ST TRUCK | RYDER TRANSPORTATION SERVICES 11690 NW 105TH ST. MIAMI, FL  33178 |
| | **State the term remaining** | 66.5 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1415 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - ST TRUCK | RYDER TRANSPORTATION SERVICES 11690 NW 105TH ST. MIAMI, FL  33178 |
| | **State the term remaining** | 71.8 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1416 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - ST TRUCK/CARGO VAN | RYDER TRANSPORTATION SERVICES 11690 NW 105TH ST. MIAMI, FL  33178 |
| | **State the term remaining** | 39.8 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1417 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE AGREEMENT - UTILITY FLAT BED | RYDER TRANSPORTATION SERVICES 11690 NW 105TH ST. MIAMI, FL  33178 |
| | **State the term remaining** | 77.2 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1418 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265998 | SAM'S WHOLESALE CLUB 4100 BOLGER DRIVE INDEPENDENCE, MO  64055 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1419 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170216 | SANITARY SOLUTIONS, INC. 49 C.TROTTER ROAD W. COLUMBIA, SC  29169 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1420** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171831 <br><br> UNKNOWN/ NOT APPLICABLE | SANITARY SOLUTIONS, INC. 49 C.TROTTER ROAD W. COLUMBIA, SC  29169 |
| **2.1421** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351935 <br><br> UNKNOWN/ NOT APPLICABLE | SCORE VALVE SERVICES INC. 6410B LANGFIELD ROAD HOUSTON, TX  77092 |
| **2.1422** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350736 <br><br> UNKNOWN/ NOT APPLICABLE | SERVICE METAL PRODUCTS 4001 N. KINGSHIGHWAY ST LOUIS, MO  63115 |
| **2.1423** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170586 <br><br> UNKNOWN/ NOT APPLICABLE | SERVICE METAL PRODUCTS 4001 N. KINGSHIGHWAY ST LOUIS, MO  63115 |
| **2.1424** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171741 <br><br> UNKNOWN/ NOT APPLICABLE | SERVICE METAL PRODUCTS 4001 N. KINGSHIGHWAY ST LOUIS, MO  63115 |
| **2.1425** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171799 <br><br> UNKNOWN/ NOT APPLICABLE | SERVICE METAL PRODUCTS 4001 N. KINGSHIGHWAY ST LOUIS, MO  63115 |
| **2.1426** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065147 <br><br> UNKNOWN/ NOT APPLICABLE | SHANNON ENTERPRISES - INSULTEC 75 MAIN STREET N. TONAWANDA, NY  14120-0199 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1427 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065148 | SHANNON ENTERPRISES - INSULTEC 75 MAIN STREET N. TONAWANDA, NY  14120-0199 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1428 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065823 | SHANNON ENTERPRISES - INSULTEC 75 MAIN STREET N. TONAWANDA, NY  14120-0199 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1429 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT - EQUIPMENT | SHOPPAS MAINTENANCE AGREEMENT 1301 N CORRINGTON AVE KANSAS CITY, MO  64120 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1430 **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT - REAL PROPERTY LEASE FOR FORKLIFT | SHOPPAS RENTAL 1301 N CORRINGTON STREET KANSAS CITY, MO  64120 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1431 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351349 | SIEMENS INDUSTRY 1201 SUNNEYTOWN PIKE SPRING HOUSE, PA  19477 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1432 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351055 | SIMONSON OILFIELD SPECIALTY SALES, INC. APPLECREEK, OH  44606 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1433 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171542 | SIOUX CHIEF MANUFACTURING CO 24110 SOUTH PECULIAR DRIVE PECULIAR, MO  64078 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1434 **State what the contract or lease is for and the nature of the debtor's interest**   OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171614 | SIOUX CHIEF MANUFACTURING CO 24110 SOUTH PECULIAR DRIVE PECULIAR, MO 64078 |
| **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| 2.1435 **State what the contract or lease is for and the nature of the debtor's interest**   OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171639 | SIOUX CHIEF MANUFACTURING CO 24110 SOUTH PECULIAR DRIVE PECULIAR, MO 64078 |
| **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| 2.1436 **State what the contract or lease is for and the nature of the debtor's interest**   OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350683 | SKARDA EQUIPMENT BOX 3568 OMAHA, NE 68103 |
| **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| 2.1437 **State what the contract or lease is for and the nature of the debtor's interest**   OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351426 | SKARDA EQUIPMENT BOX 3568 OMAHA, NE 68103 |
| **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| 2.1438 **State what the contract or lease is for and the nature of the debtor's interest**   OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265352 | SKARDA EQUIPMENT BOX 3568 OMAHA, NE 68103 |
| **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| 2.1439 **State what the contract or lease is for and the nature of the debtor's interest**   OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066050 | SKINNER BROS COMPANY, INC. 1317 EAST 5TH PLACE TULSA, OK 74120 |
| **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| 2.1440 **State what the contract or lease is for and the nature of the debtor's interest**   OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266027 | SMITH-BLAIR INC DEPT. 0833 DALLAS, TX 75312-0833 |
| **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

Debtor  Mattress Holding Corp., et al.  Case number (if known) 16-40271 (CSS)

(Name)

Case 16-40271-mxm11  Doc 193  Filed 03/14/16  Entered 03/14/16 12:14:02  Desc
Main Document  Page 646 of 709

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1441 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066022 | SMITH-BLAIR INC DEPT. 0833 DALLAS, TX  75312-0833 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1442 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351163 | SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1443 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351385 | SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1444 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351450 | SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1445 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351467 | SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1446 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351520 | SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1447 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351698 | SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1448 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351704 | SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040 |

**State what the contract or lease is for and the nature of the debtor's interest** — OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351704 — SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA 90040

**State the term remaining** UNKNOWN/ NOT APPLICABLE

**List the contract number of any government contract**

2.1449 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351707  SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040

**State the term remaining** UNKNOWN/ NOT APPLICABLE

**List the contract number of any government contract**

2.1450 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351740  SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040

**State the term remaining** UNKNOWN/ NOT APPLICABLE

**List the contract number of any government contract**

2.1451 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351761  SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040

**State the term remaining** UNKNOWN/ NOT APPLICABLE

**List the contract number of any government contract**

2.1452 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351795  SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040

**State the term remaining** UNKNOWN/ NOT APPLICABLE

**List the contract number of any government contract**

2.1453 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351843  SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040

**State the term remaining** UNKNOWN/ NOT APPLICABLE

**List the contract number of any government contract**

2.1454 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351965  SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040

**State the term remaining** UNKNOWN/ NOT APPLICABLE

**List the contract number of any government contract**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1455 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259623 | SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1456 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265346 | SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1457 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265462 | SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1458 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265566 | SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1459 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171755 | SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1460 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171771 | SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1461 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171796 | SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1462 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066057 | SMITH-COOPER INTERNATIONAL 2867 VAIL AVENUE COMMERCE, CA  90040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1463 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347590 | SMITH-COOPER INT'L/SHARPE VALV PO BOX 515576 LOS ANGELES, CA  90051-5357 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1464 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348588 | SMITH-COOPER INT'L/SHARPE VALV PO BOX 515576 LOS ANGELES, CA  90051-5357 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1465 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259369 | SMITH-COOPER INT'L/SHARPE VALV PO BOX 515576 LOS ANGELES, CA  90051-5357 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1466 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259446 | SMITH-COOPER INT'L/SHARPE VALV PO BOX 515576 LOS ANGELES, CA  90051-5357 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1467 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260999 | SMITH-COOPER INT'L/SHARPE VALV PO BOX 515576 LOS ANGELES, CA  90051-5357 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1468 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265365 | SMITH-COOPER INT'L/SHARPE VALV PO BOX 515576 LOS ANGELES, CA  90051-5357 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1469 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER <br> PURCHASE ORDER 2265367 <br><br> UNKNOWN/ NOT APPLICABLE | SMITH-COOPER INT'L/SHARPE VALV <br> PO BOX 515576 <br> LOS ANGELES, CA 90051-5357 |
| 2.1470 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER <br> PURCHASE ORDER 2265819 <br><br> UNKNOWN/ NOT APPLICABLE | SMITH-COOPER INT'L/SHARPE VALV <br> PO BOX 515576 <br> LOS ANGELES, CA 90051-5357 |
| 2.1471 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER <br> PURCHASE ORDER 2265951 <br><br> UNKNOWN/ NOT APPLICABLE | SMITH-COOPER INT'L/SHARPE VALV <br> PO BOX 515576 <br> LOS ANGELES, CA 90051-5357 |
| 2.1472 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER <br> PURCHASE ORDER 6119491 <br><br> UNKNOWN/ NOT APPLICABLE | SMITH-COOPER INT'L/SHARPE VALV <br> PO BOX 515576 <br> LOS ANGELES, CA 90051-5357 |
| 2.1473 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER <br> PURCHASE ORDER 6120098 <br><br> UNKNOWN/ NOT APPLICABLE | SMITH-COOPER INT'L/SHARPE VALV <br> PO BOX 515576 <br> LOS ANGELES, CA 90051-5357 |
| 2.1474 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER <br> PURCHASE ORDER 6120588 <br><br> UNKNOWN/ NOT APPLICABLE | SMITH-COOPER INT'L/SHARPE VALV <br> PO BOX 515576 <br> LOS ANGELES, CA 90051-5357 |
| 2.1475 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER <br> PURCHASE ORDER 4170879 <br><br> UNKNOWN/ NOT APPLICABLE | SOMES-NICK & CO <br> 120 W MADISON <br> CHICAGO, IL 60602 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1476 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265946 | SOUTHERN CALIFORNIA VALVE 13903 MARYTON AVE SANTA FE SPRGS, CA 90670 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1477 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT AGREEMENT | SOUTHERN STAR 4700 HIGHWAY 56 PO BOX 20010 OWENBORO, KY 42301 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1478 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266077 | SOUTHWEST PAPER 3930 N BRIDGEPORT CIRCLE WICHITA, KS 67219 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1479 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349764 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX 75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1480 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350037 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX 75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1481 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350323 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX 75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1482 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350341 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX 75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

Debtor   Mattress Holding Corp., et al.   (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1483** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350490 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX 75028 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1484** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350667 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX 75028 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1485** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350714 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX 75028 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1486** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350796 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX 75028 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1487** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350815 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX 75028 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1488** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350881 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX 75028 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1489** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350894 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX 75028 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1490 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351057 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1491 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351174 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1492 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351352 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1493 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351373 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1494 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351407 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1495 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351408 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1496 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351459 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1497 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351838 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1498 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351924 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1499 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264036 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1500 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264137 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1501 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264477 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1502 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265193 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1503 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265639 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

Debtor   Mattress Holding Corp., et al., Inc.   Case 16-40271-can11   Doc 193   Filed 03/14/16   Entered 03/14/16 12:14:02   Desc
(Name)   Case number (if known) 16-40271-011
Main Document   Page 655 of 709

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1504 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171456 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX 75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1505 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171461 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX 75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1506 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171462 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX 75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1507 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171484 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX 75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1508 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171527 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX 75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1509 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171625 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX 75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1510 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171740 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX 75028 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

Debtor    Mattress Firm Holding Corp. , et al.    Case number (if known)    16-40271    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc

(Name)

Main Document    Page 656 of 709

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1511 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171798 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| 2.1512 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171834 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| 2.1513 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065533 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| 2.1514 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065764 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| 2.1515 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065843 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| 2.1516 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065917 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| 2.1517 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065979 | SPEARS MFG 1000 LAKESIDE PARKWAY FLOWER MOUND, TX  75028 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1518 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265460 | SPECIALTY SALES, INC. PO BOX 7746 SHREVEPORT, LA 71137 |

| | | |
|---|---|---|
| 2.1518 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265460 | SPECIALTY SALES, INC. PO BOX 7746 SHREVEPORT, LA 71137 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1519 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265931 | SPECIALTY SALES, INC. PO BOX 7746 SHREVEPORT, LA 71137 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1520 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265489 | SPENCE ENGINEERING CO.INC. 150 COLDENHAM ROAD WALDEN, NY 12586-2035 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1521 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351648 | SPIRAX SARCO INC. 1150 NORTHPOINT BLVD BLYTHEWOOD, SC 29016 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1522 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265291 | SPIRAX SARCO INC. 1150 NORTHPOINT BLVD BLYTHEWOOD, SC 29016 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1523 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265947 | SPIRAX SARCO INC. 1150 NORTHPOINT BLVD BLYTHEWOOD, SC 29016 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1524 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266037 | SPIRAX SARCO INC. 1150 NORTHPOINT BLVD BLYTHEWOOD, SC 29016 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1525 | **State what the contract or lease is for and the nature of the debtor's interest**<br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 4171599 | SPIRAX SARCO INC.<br>1150 NORTHPOINT BLVD<br>BLYTHEWOOD, SC  29016 |
| | **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.1526 | **State what the contract or lease is for and the nature of the debtor's interest**<br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 4171682 | SPIRAX SARCO INC.<br>1150 NORTHPOINT BLVD<br>BLYTHEWOOD, SC  29016 |
| | **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.1527 | **State what the contract or lease is for and the nature of the debtor's interest**<br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 4171689 | SPIRAX SARCO INC.<br>1150 NORTHPOINT BLVD<br>BLYTHEWOOD, SC  29016 |
| | **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.1528 | **State what the contract or lease is for and the nature of the debtor's interest**<br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 7065569 | SPIRAX SARCO INC.<br>1150 NORTHPOINT BLVD<br>BLYTHEWOOD, SC  29016 |
| | **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.1529 | **State what the contract or lease is for and the nature of the debtor's interest**<br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 1348607 | SPRAYER SPECIALTIES INC.<br>5149 N.W. 111TH DRIVE<br>GRIMES, IA  50111 |
| | **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.1530 | **State what the contract or lease is for and the nature of the debtor's interest**<br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 2260251 | SPRINGDALE WINNELSON<br>PO BOX 105525<br>ATLANTA, GA  30348 |
| | **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.1531 | **State what the contract or lease is for and the nature of the debtor's interest**<br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER<br>PURCHASE ORDER 3220942 | STAR MARKETING, INC.<br>1221 BADGER ROAD<br>KAUKAUNA, WI  54130 |
| | **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1532 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3220943 | STAR MARKETING, INC. 1221 BADGER ROAD KAUKAUNA, WI 54130 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1533 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171877 | STAR MARKETING, INC. 1221 BADGER ROAD KAUKAUNA, WI 54130 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1534 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350165 | STEEL VENTURES, LLC DBA EXLTUB 905 ATLANTIC STREET N. KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1535 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266052 | STONEL CORPORATION ONE STONEL DRIVE FERGUS FALLS, MN 56537 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1536 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351972 | STRAHMAN VALVE INC 2801 BAGLYOS CIRCLE BETHLEHAM, PA 18020 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1537 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347552 | STREAM-FLO INDUSTRIES LIMITED 4505-74 AVENUE EDMONTON, AB T6B-2H5 CANADA |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1538 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351647 | STREAM-FLO INDUSTRIES LIMITED 4505-74 AVENUE EDMONTON, AB T6B-2H5 CANADA |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1539** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351210 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | SUMMERS ASSOCIATES, INC. 529 A NORTH MUR-LEN OLATHE, KS  66062 |
| **2.1540** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351659 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | SUMMERS ASSOCIATES, INC. 529 A NORTH MUR-LEN OLATHE, KS  66062 |
| **2.1541** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170694 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | SUNBELT SUPPLY/HOUSTON 8363 MARKET STREET HOUSTON, TX  77029 |
| **2.1542** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065534 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | SUNPACK INC. 8500 FOWLER AVE PENSACOLA, FL  32534 |
| **2.1543** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4169165 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | SUNSOURCE 1500 E. AVIS DRIVE MADISON HEIGHT, MI  48071 |
| **2.1544** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171822 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | SUNSOURCE 1500 E. AVIS DRIVE MADISON HEIGHT, MI  48071 |
| **2.1545** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349883 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | SUNSOURCE OPERATING INC. HOUSTON, TX  77055 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1546** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349887 | SUNSOURCE OPERATING INC. HOUSTON, TX 77055 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| **2.1547** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350465 | SUNSOURCE OPERATING INC. HOUSTON, TX 77055 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| **2.1548** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350548 | SUNSOURCE OPERATING INC. HOUSTON, TX 77055 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| **2.1549** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351464 | SUNSOURCE OPERATING INC. HOUSTON, TX 77055 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| **2.1550** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351482 | SUNSOURCE OPERATING INC. HOUSTON, TX 77055 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| **2.1551** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351635 | SUNSOURCE OPERATING INC. HOUSTON, TX 77055 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| **2.1552** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351666 | SUNSOURCE OPERATING INC. HOUSTON, TX 77055 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1553 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351669 | SUNSOURCE OPERATING INC. HOUSTON, TX 77055 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1554 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351962 | SUNSOURCE OPERATING INC. HOUSTON, TX 77055 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1555 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265152 | SUNSOURCE OPERATING INC. HOUSTON, TX 77055 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1556 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265550 | SUNSOURCE OPERATING INC. HOUSTON, TX 77055 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1557 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265551 | SUNSOURCE OPERATING INC. HOUSTON, TX 77055 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1558 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265552 | SUNSOURCE OPERATING INC. HOUSTON, TX 77055 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1559 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265721 | SUNSOURCE OPERATING INC. HOUSTON, TX 77055 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1560 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265838 | SUNSOURCE OPERATING INC. HOUSTON, TX  77055 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1561 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266033 | SURE FLOW EQUIPMENT INC. P.O. BOX 321 TONAWANDA, NY  14151-0321 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1562 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1344546 | SVF FLOW CONTROLS, INC. 13560 LARWIN CIRCLE SANTA FE SPRIN, CA  90670 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1563 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261912 | T&S BRASS & BRONZE WORKS, INC. P.O. BOX 1088 TRAVELERS REST, SC  29690-1088 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1564 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262054 | T&S BRASS & BRONZE WORKS, INC. P.O. BOX 1088 TRAVELERS REST, SC  29690-1088 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1565 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262115 | T&S BRASS & BRONZE WORKS, INC. P.O. BOX 1088 TRAVELERS REST, SC  29690-1088 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1566 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262222 | T&S BRASS & BRONZE WORKS, INC. P.O. BOX 1088 TRAVELERS REST, SC  29690-1088 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1567 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263413 | T&S BRASS & BRONZE WORKS, INC. P.O. BOX 1088 TRAVELERS REST, SC 29690-1088 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1568 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264160 | T&S BRASS & BRONZE WORKS, INC. P.O. BOX 1088 TRAVELERS REST, SC 29690-1088 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1569 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1339378 | T.D. WILLIAMSON PIGGING PRODUCTS DIVISION TULSA, OK 74131 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1570 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347580 | T.D. WILLIAMSON PIGGING PRODUCTS DIVISION TULSA, OK 74131 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1571 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264654 | T.G. RANKIN COMPANY, INC. 1801 JASPER ST NO KANSAS CITY, MO 64116 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1572 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT AGREEMENT | TALLGRASS 370 VAN GORDON STREET LAKEWOOD, CO 80228 |
| | **State the term remaining** | 47.4 | |
| | **List the contract number of any government contract** | | |
| 2.1573 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266096 | TEADIT NORTH AMERICA INC 1465 E SAMHOUSTON PKWY S PASADENA, TX 77503 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1574** **State what the contract or lease is for and the nature of the debtor's interest** UNION CONTRACT **State the term remaining** 13.9 **List the contract number of any government contract** | TEAMSTERS LOCAL 541 4501 EMMANUEL CLEAVER II BLVD. KANSAS CITY, MO 64130 |
| **2.1575** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6119880 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TECHNICAL THREADS 398 CINCINNATI STREET FRANKLIN, IN 46131 |
| **2.1576** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266064 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TEMPERATURE MEASUREMENT SYSTEM 1502 ROYAL LANE @ HWY 31 E MALAKOFF, TX 75148 |
| **2.1577** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065921 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TEMPERATURE MEASUREMENT SYSTEM 1502 ROYAL LANE @ HWY 31 E MALAKOFF, TX 75148 |
| **2.1578** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171784 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TEMTEX TEMPERATURE SYSTEMS TEMTEX-GAUGE DIV 19053 W US HWY 82 SHERMAN, TX 75092 |
| **2.1579** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351347 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TENN-PLAST ENGINEERING INC 3860 SOUTH PERKINS MEMPHIS, TN 38118 |
| **2.1580** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351860 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TENN-PLAST ENGINEERING INC 3860 SOUTH PERKINS MEMPHIS, TN 38118 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1581 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351900 | TENN-PLAST ENGINEERING INC 3860 SOUTH PERKINS MEMPHIS, TN 38118 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1582 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265936 | TEX-ALL INDUSTRIAL LLC. 1578 COUNTY RD 423 ALVIN, TX 77511 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1583 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265997 | TEX-ALL INDUSTRIAL LLC. 1578 COUNTY RD 423 ALVIN, TX 77511 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1584 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266020 | TEX-ALL INDUSTRIAL LLC. 1578 COUNTY RD 423 ALVIN, TX 77511 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1585 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351759 | TEXAS BOLT CO 6300 WEST BY NW BLVD HOUSTON, TX 77040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1586 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351953 | TEXAS BOLT CO 6300 WEST BY NW BLVD HOUSTON, TX 77040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1587 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260134 | TEXAS BOLT CO 6300 WEST BY NW BLVD HOUSTON, TX 77040 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1588 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261932 | TEXAS BOLT CO 6300 WEST BY NW BLVD HOUSTON, TX  77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1589 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265799 | TEXAS BOLT CO 6300 WEST BY NW BLVD HOUSTON, TX  77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1590 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265800 | TEXAS BOLT CO 6300 WEST BY NW BLVD HOUSTON, TX  77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1591 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265973 | TEXAS BOLT CO 6300 WEST BY NW BLVD HOUSTON, TX  77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1592 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265982 | TEXAS BOLT CO 6300 WEST BY NW BLVD HOUSTON, TX  77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1593 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120919 | TEXAS BOLT CO 6300 WEST BY NW BLVD HOUSTON, TX  77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1594 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120946 | TEXAS BOLT CO 6300 WEST BY NW BLVD HOUSTON, TX  77040 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1595 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065759 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TEXAS BOLT CO 6300 WEST BY NW BLVD HOUSTON, TX 77040 |
| 2.1596 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065852 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TEXAS BOLT CO 6300 WEST BY NW BLVD HOUSTON, TX 77040 |
| 2.1597 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066040 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TEXAS BOLT CO 6300 WEST BY NW BLVD HOUSTON, TX 77040 |
| 2.1598 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348333 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TEXAS FLANGE & FITTINGS PO BOX 2889 PEARLAND, TX 77588 |
| 2.1599 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350978 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TEXAS PIPE & SUPPLY CO 2330 HOLMES RD HOUSTON, TX 77051 |
| 2.1600 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259139 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TEXAS PIPE & SUPPLY CO 2330 HOLMES RD HOUSTON, TX 77051 |
| 2.1601 **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265725 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TEXAS PIPE & SUPPLY CO 2330 HOLMES RD HOUSTON, TX 77051 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1602 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265854 | TEXAS PIPE & SUPPLY CO 2330 HOLMES RD HOUSTON, TX 77051 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1603 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6119708 | TEXAS PIPE & SUPPLY CO 2330 HOLMES RD HOUSTON, TX 77051 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1604 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065002 | TEXAS PIPE & SUPPLY CO 2330 HOLMES RD HOUSTON, TX 77051 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1605 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065908 | TEXAS PIPE & SUPPLY CO 2330 HOLMES RD HOUSTON, TX 77051 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1606 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065937 | TEXAS PIPE & SUPPLY CO 2330 HOLMES RD HOUSTON, TX 77051 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1607 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065956 | TEXAS PIPE & SUPPLY CO 2330 HOLMES RD HOUSTON, TX 77051 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1608 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065972 | TEXAS PIPE & SUPPLY CO 2330 HOLMES RD HOUSTON, TX 77051 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

Debtor    MUELLER-COPPERS...ream, Inc.    Case 16-40271-can11    Doc 193    Filed 03/14/16    Entered 03/14/16 12:14:02    Desc
(Name)
Main Document      Page 670 of 709

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1609 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066041 | TEXAS PIPE & SUPPLY CO 2330 HOLMES RD HOUSTON, TX 77051 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1609 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066041 | TEXAS PIPE & SUPPLY CO 2330 HOLMES RD HOUSTON, TX 77051 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1610 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265975 | TEXAS PMW, INC. 315 N. WAYSIDE HOUSTON, TX 77020 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1611 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259310 | THE SKINNER COMPANY 1519 EVANS POND ROAD GREENWOOD, SC 29649 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1612 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263176 | THIMESCH ENTERPRISES, LLC DBA BEPC 3500 S HOOVER RD. WICHITA, KS 67215 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1613 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264134 | THOMAS PIPE & SUPPLY, LLC PO BOX 20007 PHOENIX, AZ 85036-0007 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1614 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351209 | THORCO HOLDINGS, INC. 420 EAST ARCHER TULSA, OK 74128 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1615 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263489 | THREADING & SEALING TECH LLC 13333 CHRISMAN RD HOUSTON, TX 77291 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1616 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265737 | THREADING & SEALING TECH LLC 13333 CHRISMAN RD HOUSTON, TX  77291 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1617 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265790 | THREADING & SEALING TECH LLC 13333 CHRISMAN RD HOUSTON, TX  77291 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1618 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065694 | TIDEFLEX TECHNOLOGIES P.O. BOX 548 CARNEGIE, PA  15106-0548 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1619 | **State what the contract or lease is for and the nature of the debtor's interest** | NON RESIDENTIAL REAL PROPERTY LEASE CONTRACT - INVENTORY | TIM & SALLY WARD P.O. BOX 336730 GREELY, CO  80633 |
| | **State the term remaining** | 12.9 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1620 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266004 | TIOGA PIPE SUPPLY CO. P.O. BOX 7777 PHILADELPHIA, PA  19175-0074 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1621 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065861 | TIOGA PIPE SUPPLY CO. P.O. BOX 7777 PHILADELPHIA, PA  19175-0074 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1622 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266094 | TITAN ENGINEERING & CONSTRUCTION MADISON, MS  39110 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1623 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349792 <br><br> UNKNOWN/ NOT APPLICABLE | TITAN FLOW 290 CORPORATE DRIVE LUMBERTON, NC 28358 |
| 2.1624 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351822 <br><br> UNKNOWN/ NOT APPLICABLE | TITAN FLOW 290 CORPORATE DRIVE LUMBERTON, NC 28358 |
| 2.1625 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2256574 <br><br> UNKNOWN/ NOT APPLICABLE | TITAN FLOW 290 CORPORATE DRIVE LUMBERTON, NC 28358 |
| 2.1626 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265685 <br><br> UNKNOWN/ NOT APPLICABLE | TITAN FLOW 290 CORPORATE DRIVE LUMBERTON, NC 28358 |
| 2.1627 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266099 <br><br> UNKNOWN/ NOT APPLICABLE | TITAN FLOW 290 CORPORATE DRIVE LUMBERTON, NC 28358 |
| 2.1628 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171635 <br><br> UNKNOWN/ NOT APPLICABLE | TITAN FLOW 290 CORPORATE DRIVE LUMBERTON, NC 28358 |
| 2.1629 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171824 <br><br> UNKNOWN/ NOT APPLICABLE | TITAN FLOW 290 CORPORATE DRIVE LUMBERTON, NC 28358 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1630 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171862 | TITAN FLOW 290 CORPORATE DRIVE LUMBERTON, NC 28358 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1631 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065831 | TITAN FLOW 290 CORPORATE DRIVE LUMBERTON, NC 28358 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1632 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065913 | TITAN FLOW 290 CORPORATE DRIVE LUMBERTON, NC 28358 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1633 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066058 | TITAN FLOW 290 CORPORATE DRIVE LUMBERTON, NC 28358 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1634 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1344433 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1635 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349508 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1636 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351460 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1637 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2257739 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1638 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264789 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1639 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264987 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1640 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265250 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1641 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265448 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1642 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265467 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1643 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265480 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1644 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265686 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1645 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265847 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1646 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3221074 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1647 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171580 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1648 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171630 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1649 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171708 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1650 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171709 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1651 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171731 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1652 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171806 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1653 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171878 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1654 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171884 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1655 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120857 | TLV CORPORATION 75 REMITTANCE DRIVE CHICAGO, IL 60654-1641 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1656 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350957 | TOP LINE PROCESS EQUIPMENT CO P.O. BOX 264 BRADFORD, PA 16701 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1657 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065640 | TOP LINE PROCESS EQUIPMENT CO P.O. BOX 264 BRADFORD, PA 16701 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1658 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351046 | TOPWORX, INC. 3300 FERN VALLEY RD LOUISVILLE, KY 40213 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1659 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351606 | TOPWORX, INC. 3300 FERN VALLEY RD LOUISVILLE, KY 40213 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1660 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AGREEMENT - TOSHIBA E-STUIDIO 3555C | TOSHIBA FINANCIAL SERVICES 1141 N 11TH STREET OMAHA, NE 68102 |
| | **State the term remaining** | 14 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.1661 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE CONTRACT PROPERTY - COMMERCIAL | TRAVELERS INSURANCE ONE TOWN SQUARE HARTFORD, CT 06183 |
| | **State the term remaining** | 1.8 | |
| | **List the contract number of any government contract** | | |
| 2.1662 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE CONTRACT WORKER'S COMP | TRAVELERS INSURANCE ONE TOWN SQUARE HARTFORD, CT 06183 |
| | **State the term remaining** | 1.8 | |
| | **List the contract number of any government contract** | | |
| 2.1663 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE CONTRACT AUTO - COMMERCIAL | TRAVELERS INSURANCE ONE TOWN SQUARE HARTFORD, CT 06183 |
| | **State the term remaining** | 1.8 | |
| | **List the contract number of any government contract** | | |
| 2.1664 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE CONTRACT EXCESS UMBRELLA | TRAVELERS INSURANCE ONE TOWN SQUARE HARTFORD, CT 06183 |
| | **State the term remaining** | 1.8 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1665 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE CONTRACT CRIME | TRAVELERS INSURANCE ONE TOWN SQUARE HARTFORD, CT 06183 |
| | **State the term remaining** | 1.8 | |
| | **List the contract number of any government contract** | | |
| 2.1666 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351967 | TRUELINE VALVE CORP 20201 CLARK GRAHAM BAIE-D'URFE, QC H9X-3T5 CANADA |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1667 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265996 | TUBESPEC P.O. BOX 40 HARVEY, LA 70059 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1668 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065760 | TUBESPEC P.O. BOX 40 HARVEY, LA 70059 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1669 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065786 | TUBESPEC P.O. BOX 40 HARVEY, LA 70059 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1670 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065853 | TUBESPEC P.O. BOX 40 HARVEY, LA 70059 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1671 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2257143 | TWC THE VALVE COMPANY 13641 DUBLIN COURT STAFFORD, TX 77477 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1672** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350300 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TWIN CITY HOSE 20615 COMMERCE BLVD ROGERS, MN  55374 |
| **2.1673** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3220544 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TWIN CITY HOSE 20615 COMMERCE BLVD ROGERS, MN  55374 |
| **2.1674** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1345263 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TXG INDUSTRIES 10893 SHADOW WOOD DR. HOUSTON, TX  77043 |
| **2.1675** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348952 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TXG INDUSTRIES 10893 SHADOW WOOD DR. HOUSTON, TX  77043 |
| **2.1676** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351532 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TXG INDUSTRIES 10893 SHADOW WOOD DR. HOUSTON, TX  77043 |
| **2.1677** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265849 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | TXG INDUSTRIES 10893 SHADOW WOOD DR. HOUSTON, TX  77043 |
| **2.1678** **State what the contract or lease is for and the nature of the debtor's interest** SECURITY AGREEMENT INTEGRATED SECURITY **State the term remaining** 45.4 MONTHS **List the contract number of any government contract** | TYCO 40950 WOODWARD AVE. BLOOMFIELD HILLS, MI  48304 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1679 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITY AGREEMENT INTEGRATED SECURITY | TYCO 40950 WOODWARD AVE. BLOOMFIELD HILLS, MI 48304 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1680 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6119966 | TYLOK INTERNATIONAL, INC. 1061 E. 260TH STREET EUCLID, OH 44132 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1681 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT AGREEMENT | TYSON 2200 W DON TYSON PKWY. SPRINGDALE, AR 72762 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1682 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266002 | U. S. METALS, INC. P O BOX 90520 HOUSTON, TX 77290-0520 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1683 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1343801 | U.S. VALVE LLC 810 OREGON AVE LINTHICUM, MD 21090 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1684 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347471 | U.S. VALVE LLC 810 OREGON AVE LINTHICUM, MD 21090 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1685 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350313 | U.S. VALVE LLC 810 OREGON AVE LINTHICUM, MD 21090 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1686 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351434 | UNAFLEX P.O. BOX 5088 FT LAUDERDALE, FL 33310-5088 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1687 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259581 | UNITED BRASS WORKS, INC. P.O. BOX 890034 CHARLOTTE, NC 28289-0034 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1688 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2257798 | UNITED STATES PLASTIC CORP 1390 NEUBRECHT RD LIMA, OH 45801-3196 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1689 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2255495 | UNITED VALVE 9916 GULF FREEWAY HOUSTON, TX 77034 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1690 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350401 | UNIVERSAL COMPONENTS, INC 1313 HALL SPENCER RD ROCK HILL, SC 29730 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1691 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351477 | UPSCO MFG DIST. CO., INC. P.O. BOX 431 MORAVIA, NY 13118 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| 2.1692 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266028 | VAL-FIT INC 1578 LITTON DR STONE MTN, GA 30083 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.1693 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2254326 | VALVES UNLIMITED, INC. P.O. BOX 925544 HOUSTON, TX 77292 |

| | | |
| --- | --- | --- |
| 2.1693 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2254326 | VALVES UNLIMITED, INC. P.O. BOX 925544 HOUSTON, TX 77292 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1694 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171810 | VALVES UNLIMITED, INC. P.O. BOX 925544 HOUSTON, TX 77292 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1695 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351582 | VALVSOURCE AMERICA LTD 4080B SLADEVIEW CRES MISSISSAUGA, ON 14150 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1696 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2262289 | VASS PIPE & STEEL CO. 158 THIRD STREET MINEOLA, NY 11501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1697 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351603 | VELAN VALVE - NORTH 94 AVENUE C WILLISTON, VT 05495-9732 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1698 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1342862 | VELAN VALVE CORP 2125 WARD AVENUE MONTREAL, QC H4M 1T6 CANADA |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1699 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1346046 | VELAN VALVE CORP 2125 WARD AVENUE MONTREAL, QC H4M 1T6 CANADA |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1700 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1346826 | VELAN VALVE CORP 2125 WARD AVENUE MONTREAL, QC  H4M 1T6 CANADA |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1701 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349155 | VELAN VALVE CORP 2125 WARD AVENUE MONTREAL, QC  H4M 1T6 CANADA |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1702 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349243 | VELAN VALVE CORP 2125 WARD AVENUE MONTREAL, QC  H4M 1T6 CANADA |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1703 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351602 | VELAN VALVE CORP 2125 WARD AVENUE MONTREAL, QC  H4M 1T6 CANADA |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1704 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351827 | VELAN VALVE CORP 2125 WARD AVENUE MONTREAL, QC  H4M 1T6 CANADA |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1705 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351831 | VELAN VALVE CORP 2125 WARD AVENUE MONTREAL, QC  H4M 1T6 CANADA |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1706 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351937 | VELAN VALVE CORP 2125 WARD AVENUE MONTREAL, QC  H4M 1T6 CANADA |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1707 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260726<br><br>UNKNOWN/ NOT APPLICABLE | VELAN VALVE CORP 2125 WARD AVENUE MONTREAL, QC  H4M 1T6 CANADA |
| 2.1708 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266022<br><br>UNKNOWN/ NOT APPLICABLE | VELAN VALVE CORP 2125 WARD AVENUE MONTREAL, QC  H4M 1T6 CANADA |
| 2.1709 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120940<br><br>UNKNOWN/ NOT APPLICABLE | VELAN VALVE CORP 2125 WARD AVENUE MONTREAL, QC  H4M 1T6 CANADA |
| 2.1710 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1341757<br><br>UNKNOWN/ NOT APPLICABLE | VICTAULIC 3600 N E KIMBALL DRIVE KANSAS CITY, MO  64161 |
| 2.1711 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1346461<br><br>UNKNOWN/ NOT APPLICABLE | VICTAULIC 3600 N E KIMBALL DRIVE KANSAS CITY, MO  64161 |
| 2.1712 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351694<br><br>UNKNOWN/ NOT APPLICABLE | VICTAULIC 3600 N E KIMBALL DRIVE KANSAS CITY, MO  64161 |
| 2.1713 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351890<br><br>UNKNOWN/ NOT APPLICABLE | VICTAULIC 3600 N E KIMBALL DRIVE KANSAS CITY, MO  64161 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1714**   **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351952 |
| | VICTAULIC 3600 N E KIMBALL DRIVE KANSAS CITY, MO 64161 |
| **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.1715**   **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351986 |
| | VICTAULIC 3600 N E KIMBALL DRIVE KANSAS CITY, MO 64161 |
| **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.1716**   **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265655 |
| | VICTAULIC 3600 N E KIMBALL DRIVE KANSAS CITY, MO 64161 |
| **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.1717**   **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265820 |
| | VICTAULIC 3600 N E KIMBALL DRIVE KANSAS CITY, MO 64161 |
| **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.1718**   **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171704 |
| | VICTAULIC 3600 N E KIMBALL DRIVE KANSAS CITY, MO 64161 |
| **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.1719**   **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171885 |
| | VICTAULIC 3600 N E KIMBALL DRIVE KANSAS CITY, MO 64161 |
| **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |
| **2.1720**   **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120920 |
| | VICTAULIC 3600 N E KIMBALL DRIVE KANSAS CITY, MO 64161 |
| **State the term remaining**   UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1721 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2257209 | VIEGA LLC 301 NORTH MAIN WICHITA, KS 67202-4809 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1722 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1340443 | VINTROL, INC. 5325 S.W. 36TH STREET OKC, OK 73179 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1723 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350874 | VINTROL, INC. 5325 S.W. 36TH STREET OKC, OK 73179 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1724 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350875 | VINTROL, INC. 5325 S.W. 36TH STREET OKC, OK 73179 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1725 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350274 | VNE CORPORATION P.O. BOX 1698 JANESVILLE, WI 53547 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1726 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263831 | VNE CORPORATION P.O. BOX 1698 JANESVILLE, WI 53547 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1727 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4170748 | VNE CORPORATION P.O. BOX 1698 JANESVILLE, WI 53547 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

Debtor   Multiferm USA, Inc.   Case number (if known)   16-40271-11

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1728** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120827 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | VNE CORPORATION P.O. BOX 1698 JANESVILLE, WI  53547 |
| **2.1729** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347388 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | WARD MFG INC - W502071 P.O. BOX 7777 PHILADELPHIA, PA  19175-2071 |
| **2.1730** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347672 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | WARD MFG INC - W502071 P.O. BOX 7777 PHILADELPHIA, PA  19175-2071 |
| **2.1731** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348657 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | WARD MFG INC - W502071 P.O. BOX 7777 PHILADELPHIA, PA  19175-2071 |
| **2.1732** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1349715 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | WARD MFG INC - W502071 P.O. BOX 7777 PHILADELPHIA, PA  19175-2071 |
| **2.1733** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350100 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | WARD MFG INC - W502071 P.O. BOX 7777 PHILADELPHIA, PA  19175-2071 |
| **2.1734** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350541 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | WARD MFG INC - W502071 P.O. BOX 7777 PHILADELPHIA, PA  19175-2071 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1735 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351260 | WARD MFG INC - W502071 P.O. BOX 7777 PHILADELPHIA, PA 19175-2071 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1736 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351528 | WARD MFG INC - W502071 P.O. BOX 7777 PHILADELPHIA, PA 19175-2071 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1737 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351610 | WARD MFG INC - W502071 P.O. BOX 7777 PHILADELPHIA, PA 19175-2071 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1738 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351819 | WARD MFG INC - W502071 P.O. BOX 7777 PHILADELPHIA, PA 19175-2071 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1739 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351879 | WARD MFG INC - W502071 P.O. BOX 7777 PHILADELPHIA, PA 19175-2071 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1740 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266091 | WARD MFG INC - W502071 P.O. BOX 7777 PHILADELPHIA, PA 19175-2071 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1741 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351502 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1742 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351885 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| 2.1743 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261228 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| 2.1744 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261314 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| 2.1745 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261775 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| 2.1746 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263673 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| 2.1747 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263892 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| 2.1748 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263981 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1749 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264146 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX  77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1750 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265320 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX  77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1751 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265434 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX  77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1752 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265525 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX  77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1753 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265864 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX  77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1754 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265878 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX  77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1755 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265940 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX  77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1756 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265968 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1757 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265970 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1758 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266010 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1759 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266014 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1760 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266056 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1761 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266070 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1762 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065835 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1763 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065896 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1764 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065901 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1765 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065931 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1766 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066037 | WARREN ALLOY VALVE & FITTING P.O. BOX 15332 HOUSTON, TX 77220-5332 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1767 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261626 | WATER PRODUCTS, INC. 81 BY-PASS & AVENUE A MCPHERSON, KS 67460 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1768 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265924 | WATERMAN INDUSTRIES, INC. 25500 ROAD 204 EXETER, CA 93221 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1769 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350315 | WATSON MCDANIEL 428 JONES BLVD POTTSTOWN, PA 19464 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1770 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350837 | WATSON MCDANIEL 428 JONES BLVD POTTSTOWN, PA 19464 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1771 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259712 | WATSON-MARLOW FLOW SMART 213 NESBITT DRIVE SEAFORD, DE 19973 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1772 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2260995 | WATSON-MARLOW FLOW SMART 213 NESBITT DRIVE SEAFORD, DE 19973 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1773 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261185 | WATSON-MARLOW FLOW SMART 213 NESBITT DRIVE SEAFORD, DE 19973 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1774 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4169870 | WATSON-MARLOW FLOW SMART 213 NESBITT DRIVE SEAFORD, DE 19973 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1775 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350432 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA 01842 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1776 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350645 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA 01842 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1777 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350773 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA 01842 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| 2.1778 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351417 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA 01842 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| 2.1779 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264277 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA 01842 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| 2.1780 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264527 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA 01842 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| 2.1781 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264528 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA 01842 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| 2.1782 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264569 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA 01842 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |
| 2.1783 **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264935 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA 01842 |
| **State the term remaining** UNKNOWN/ NOT APPLICABLE | | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1784 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265305 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA 01842 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1785 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265429 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA 01842 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1786 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265948 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA 01842 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1787 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171535 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA 01842 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1788 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171623 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA 01842 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1789 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171642 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA 01842 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1790 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171804 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA 01842 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1791 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171872 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA  01842 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1792 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120794 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA  01842 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1793 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120808 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA  01842 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1794 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065367 | WATTS REGULATOR P. O. BOX 628 LAWRENCE, MA  01842 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1795 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264965 | WCR, INC. 2601 WEST STROOP #100 MORAINE, OH  45439 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1796 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7064165 | WEISS INSTRUMENTS, INC. 905 WAVERLY AVENUE HOLTSVILLE, NY  11742 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1797 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065651 | WEISS INSTRUMENTS, INC. 905 WAVERLY AVENUE HOLTSVILLE, NY  11742 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

Debtor    MODINE MANUFACTURING CO. INC.    Case number (if known) 16-40271-can11
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1798 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065703 | WEISS INSTRUMENTS, INC. 905 WAVERLY AVENUE HOLTSVILLE, NY 11742 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1799 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351849 | WELDBEND INC 6600 S. HARLEM AVE. ARGO, IL 60501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1800 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351897 | WELDBEND INC 6600 S. HARLEM AVE. ARGO, IL 60501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1801 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351939 | WELDBEND INC 6600 S. HARLEM AVE. ARGO, IL 60501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1802 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351957 | WELDBEND INC 6600 S. HARLEM AVE. ARGO, IL 60501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1803 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351960 | WELDBEND INC 6600 S. HARLEM AVE. ARGO, IL 60501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1804 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351975 | WELDBEND INC 6600 S. HARLEM AVE. ARGO, IL 60501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1805 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2258069 | WELDBEND INC 6600 S. HARLEM AVE. ARGO, IL 60501 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.1806 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263253 | WELDBEND INC 6600 S. HARLEM AVE. ARGO, IL 60501 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.1807 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263546 | WELDBEND INC 6600 S. HARLEM AVE. ARGO, IL 60501 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.1808 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264985 | WELDBEND INC 6600 S. HARLEM AVE. ARGO, IL 60501 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.1809 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265498 | WELDBEND INC 6600 S. HARLEM AVE. ARGO, IL 60501 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.1810 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265638 | WELDBEND INC 6600 S. HARLEM AVE. ARGO, IL 60501 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| 2.1811 | **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265777 | WELDBEND INC 6600 S. HARLEM AVE. ARGO, IL 60501 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1812** **State what the contract or lease is for and the nature of the debtor's interest**<br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265881<br><br>**State the term remaining**  UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | WELDBEND INC<br>6600 S. HARLEM AVE.<br>ARGO, IL  60501 |
| **2.1813** **State what the contract or lease is for and the nature of the debtor's interest**<br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265906<br><br>**State the term remaining**  UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | WELDBEND INC<br>6600 S. HARLEM AVE.<br>ARGO, IL  60501 |
| **2.1814** **State what the contract or lease is for and the nature of the debtor's interest**<br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265910<br><br>**State the term remaining**  UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | WELDBEND INC<br>6600 S. HARLEM AVE.<br>ARGO, IL  60501 |
| **2.1815** **State what the contract or lease is for and the nature of the debtor's interest**<br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265938<br><br>**State the term remaining**  UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | WELDBEND INC<br>6600 S. HARLEM AVE.<br>ARGO, IL  60501 |
| **2.1816** **State what the contract or lease is for and the nature of the debtor's interest**<br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265955<br><br>**State the term remaining**  UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | WELDBEND INC<br>6600 S. HARLEM AVE.<br>ARGO, IL  60501 |
| **2.1817** **State what the contract or lease is for and the nature of the debtor's interest**<br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266043<br><br>**State the term remaining**  UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | WELDBEND INC<br>6600 S. HARLEM AVE.<br>ARGO, IL  60501 |
| **2.1818** **State what the contract or lease is for and the nature of the debtor's interest**<br>OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120942<br><br>**State the term remaining**  UNKNOWN/ NOT APPLICABLE<br><br>**List the contract number of any government contract** | WELDBEND INC<br>6600 S. HARLEM AVE.<br>ARGO, IL  60501 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1819 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065943 | WELDBEND INC 6600 S. HARLEM AVE. ARGO, IL 60501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1820 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066043 | WELDBEND INC 6600 S. HARLEM AVE. ARGO, IL 60501 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1821 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351553 | WELDFIT CORPORATION 4135 DAYCO ST HOUSTON, TX 77092 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1822 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265959 | WELDING OUTLETS, INC. P.O. BOX 1329 SPRING, TX 77383-1329 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1823 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7066042 | WELDING OUTLETS, INC. P.O. BOX 1329 SPRING, TX 77383-1329 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1824 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265840 | WESTBROOK MANUFACTURING CO. 1521 LATHROP HOUSTON, TX 77220 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1825 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265941 | WESTBROOK MANUFACTURING CO. 1521 LATHROP HOUSTON, TX 77220 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

Debtor   Mission Coal Company, Inc.   Doc 193   Filed 03/14/16   Entered 03/14/16 12:14:02   Desc
(Name)
Main Document   Page 701 of 709

Case 16-40271-can11
Case number (if known) 16-40271

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1826** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265999 | WESTBROOK MANUFACTURING CO. 1521 LATHROP HOUSTON, TX 77220 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| **2.1827** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065577 | WESTBROOK MANUFACTURING CO. 1521 LATHROP HOUSTON, TX 77220 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| **2.1828** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065799 | WESTBROOK MANUFACTURING CO. 1521 LATHROP HOUSTON, TX 77220 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| **2.1829** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065839 | WESTBROOK MANUFACTURING CO. 1521 LATHROP HOUSTON, TX 77220 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| **2.1830** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065907 | WESTBROOK MANUFACTURING CO. 1521 LATHROP HOUSTON, TX 77220 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| **2.1831** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065967 | WESTBROOK MANUFACTURING CO. 1521 LATHROP HOUSTON, TX 77220 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |
| **2.1832** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065236 | WESTERN CHAIN COMPANY 1807 BELMONT AVENUE CHICAGO, IL 60657 |
| | **State the term remaining** UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1833 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266011 | WESTERN FORGE & FLANGE(CODNOW) 1299 HWY 69 KOUNTZE, TX 77625 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1834 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1346774 | WESTLOCK CONTROLS CORP 280 MIDLAND AVE BLDG D1 SADDLE BROOK, NJ 07662 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1835 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1350369 | WHITCO SUPPLY LLC 200 N MORGAN AVE BROUSSARD, LA 70518 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1836 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351673 | WHITCO SUPPLY LLC 200 N MORGAN AVE BROUSSARD, LA 70518 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1837 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265020 | WICHITA BURNER INC. 300 S WASHINGTON WICHITA, KS 67202 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1838 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351667 | WIKA INSTRUMENT CORPORATION 229 BELTWAY GREEN BLVD PASADENA, TX 77503 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1839 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351077 | WILLIAM D. ANDERSON CO. & ASSO 5621 SOUTH 85TH CIRCLE OMAHA, NE 68127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.1840 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 3221049 | WILLIAM D. ANDERSON CO. & ASSO 5621 SOUTH 85TH CIRCLE OMAHA, NE 68127 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1841 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2259664 | WILLIAMS SUPPLY COMPANY 3131 BOLTON RD MARION, TX 78124 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1842 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261886 | WILLIAMS SUPPLY COMPANY 3131 BOLTON RD MARION, TX 78124 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1843 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263052 | WILLIAMS SUPPLY COMPANY 3131 BOLTON RD MARION, TX 78124 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1844 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264352 | WILLIAMS SUPPLY COMPANY 3131 BOLTON RD MARION, TX 78124 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1845 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264355 | WILLIAMS SUPPLY COMPANY 3131 BOLTON RD MARION, TX 78124 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1846 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264357 | WILLIAMS SUPPLY COMPANY 3131 BOLTON RD MARION, TX 78124 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1847 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264381 | WILLIAMS SUPPLY COMPANY 3131 BOLTON RD MARION, TX 78124 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1848 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2264382 | WILLIAMS SUPPLY COMPANY 3131 BOLTON RD MARION, TX 78124 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1849 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265270 | WILLIAMS SUPPLY COMPANY 3131 BOLTON RD MARION, TX 78124 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1850 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065697 | WINN-MARION BARBER, LLP 7084 SOUTH REVERE PARKWAY CENTENNIAL, CO 80112 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1851 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1347935 | WM POWELL LOCATION 00376 CINCINNATI, OH 45264-0376 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1852 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351524 | WM POWELL LOCATION 00376 CINCINNATI, OH 45264-0376 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1853 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2261481 | WM POWELL LOCATION 00376 CINCINNATI, OH 45264-0376 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

Debtor   M&G USA Corporation, et al.   Case number (if known) 16-40121

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1854** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171631 | WM POWELL LOCATION 00376 CINCINNATI, OH  45264-0376 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1855** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171662 | WM POWELL LOCATION 00376 CINCINNATI, OH  45264-0376 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1856** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171729 | WM POWELL LOCATION 00376 CINCINNATI, OH  45264-0376 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1857** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171814 | WM POWELL LOCATION 00376 CINCINNATI, OH  45264-0376 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1858** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120024 | WM POWELL LOCATION 00376 CINCINNATI, OH  45264-0376 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1859** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 6120924 | WM POWELL LOCATION 00376 CINCINNATI, OH  45264-0376 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |
| **2.1860** **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266008 | WOLAR INDUSTRIAL, INC. 1313 LOMBARDY HOUSTON, TX  77023 |
| **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1861** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2266063 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | WOLAR INDUSTRIAL, INC. 1313 LOMBARDY HOUSTON, TX 77023 |
| **2.1862** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348111 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | WOMBLE COMPANY INC. 12821 INDUSTRIAL ROAD HOUSTON, TX 77015 |
| **2.1863** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351973 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | WOMBLE COMPANY INC. 12821 INDUSTRIAL ROAD HOUSTON, TX 77015 |
| **2.1864** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065916 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | WYOMING BEARING &SUP 206 S COLLEGE DR CHEYENNE, WY 82007 |
| **2.1865** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065347 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | XOMOX CORPORATION 4444 COOPER ROAD CINCINNATI, OH 45242 |
| **2.1866** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 7065447 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | XOMOX CORPORATION 4444 COOPER ROAD CINCINNATI, OH 45242 |
| **2.1867** **State what the contract or lease is for and the nature of the debtor's interest** OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2265214 **State the term remaining** UNKNOWN/ NOT APPLICABLE **List the contract number of any government contract** | YOUNG TOUCHSTONE 200 SMITH LANE JACKSON, TN 38301 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1868 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 2263729 | YOUR OTHER WAREHOUSE P.O. BOX 951 BATON ROUGE, LA 70821-0951 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1869 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1338345 | ZENITH SUPPLY CO 50 32ND STREET PITTSBURGH, PA 15201-1494 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1870 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1348994 | ZENITH SUPPLY CO 50 32ND STREET PITTSBURGH, PA 15201-1494 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1871 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 1351836 | ZURN INDUSTRIES 7777 COLLECTIONS CENTER DR CHICAGO, IL 60693 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |
| 2.1872 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN INVENTORY PURCHASE ORDER WITH SUPPLIER PURCHASE ORDER 4171853 | ZURN INDUSTRIES 7777 COLLECTIONS CENTER DR CHICAGO, IL 60693 |
| | **State the term remaining** | UNKNOWN/ NOT APPLICABLE | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor    MID-STATES SUPPLY COMPANY, INC.

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MISSOURI

Case number   16-40271
(if known)

☐ Check if this is an
  amended filing

Official Form 206H

# Schedule H: Codebtors                                          12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes.

**Fill in this information to identify the case:**

Debtor    MID-STATES SUPPLY COMPANY, INC.

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MISSOURI

Case number    16-40271
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Part 1:    Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/14/2016
     MM / DD / YYYY

✗ /s/ Stuart Noyes
Signature of individual signing on behalf of debtor

Stuart Noyes
Printed name

Chief Restructuring Officer
Position or relationship to debtor