

# Invoice

| Date | Invoice # |
|---|---|
| 1/13/2016 | 63265-1 |

**REMIT TO**
106 W. 31st ST.
INDEPENDENCE,
MO. 64055

**BILL TO**

MID-STATES SUPPLY CO.
1716 GUINOTTE AVE
KANSAS CITY, MO 64120

**SHIP TO**

MID-STATES SUPPLY CO.
1600 GUINOTTE AVE
KANSAS CITY, MO 64120

| P.O. No. | Terms | Due Date | S.O. No. | Rep | Ship Date |
|---|---|---|---|---|---|
|  | Net 15 | 1/28/2016 | 63265-1 | WT | 1/13/2016 |

| Description | Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| CUSTOMER CALL (ORDER 5 TON TRSG CRANE 41'-2" SPAN) ORDERED AND BUILT 5 TON CRANE. |  |  |  |  |
| 5 TON CRANE | 1 |  | 33,600.00 | 33,600.00 |
| FREIGHT/HANDLING/FUEL CHARGE/SHOP&TRUCK SUPPLY | 1 |  | 1,025.43 | 1,025.43 |
| Sales Tax |  |  | 7.725% | 0.00 |

| | |
|---|---|
| **Total** | $34,625.43 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $34,625.43 |

| Phone # | Fax # | Web Site |
|---|---|---|
| 816-836-5900 | 816-836-5999 | www.anchorsales.com |