B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Missouri

In re  MID-STATES SUPPLY COMPANY, INC.  ,    Case No.  Case 16-40271-11

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BE Capital Management Fund LP | The Massey Company |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
205 East 42nd Street, 14th Floor
New York, NY 10021

Court Claim # (if known): _____
Amount of Claim:  $2,508.93
Date Claim Filed: _____

Phone:  646-604-9635
Last Four Digits of Acct #: _____

Phone:  (706) 667-6489
Last Four Digits of Acct. #:  9547

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Thomas Braziel      Date: 03/22/2016
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# Evidence of Transfer

**THE MASSEY COMPANY** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **BE Capital Management Fund LP, 205 East 42nd Street, 14th Floor, New York, NY 10017**, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of **$2,508.93** as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against **Mid-States Supply Co., Inc.** in the United States Bankruptcy Court, Western District of Missouri ("the Court'), **Case 16-40271-can11** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the _21_ day of _March_____,
2016


By: ___*Thad R Chesson*___
(Signature of Authorized Party)


___*The Massey Company Inc*___
(Company Name)


___*Thad R Chesson*___
(Print name of Authorized Party)



**The MASSEY Company**
2005-A Franke Court
Augusta, GA 30909
Phone: (706) 667-6489
Fax: (706) 733-9308
www.themasseycompany.com

**INVOICE**

Page No 1

| P.O. Number | Authorization | Cust # | Invoice# | Invoice Date | Terms | Order Date |
|---|---|---|---|---|---|---|
| 3218475 | ROB VAN DEVEIRE | 9547 | 359439 | 4/16/15 | NET 30 DAYS | 4/14/15 |

| Ship Via | Order # | Bill of Lading | Ppd/Col | Ship Date | Shipped From | Salesperson |
|---|---|---|---|---|---|---|
| Fed Ex LTL | 06597100 | 302024141-6 | PPC | 4/14/15 | AUGUSTA | Casey Lemon |

Sold To: MID-STATES SUPPLY CO
dba-MIDCO SUPPLY
1141 N 11TH STREET
OMAHA, NE 68102

Ship To: POET BIOREFINING GLENVILLE E.
15300 780TH AVE
MARK# GLE14212
ALBERT LEA, MN 56007

| Ordered | B/O | Shipped | Our Stock #/Description/Your Part # | Unit Price | UM | Extended Price | CD% |
|---|---|---|---|---|---|---|---|
| | | | FED EX GROUND COLLECT ACCT# 312833115 3/4" X 64" PIPE SPOOL CONSISTING OF: | | | | |
| 1 | | 1 | 1"PTFE SPOOL 1" X 60 3/4" PIPE SPOOL,CS HOUSING,150# DI FLGS | 274.9600 | EA | 274.96 | |
| 2 | | 2 | 1800503 PTFE RED FLANGE 1 X 3/4", 150# FLG DUCTILE IRON CASTING PER ASTM A395 TEFLON LINED | 82.5000 | EA | 165.00 | |
| | | | 3/4" X 36" PIPE SPOOL CONSISTING OF: | | | | |
| 1 | | 1 | 1"PTFE SPOOL 1" X 32 3/4" PIPE SPOOL,CS HOUSING,150# DI FLGS | 185.0800 | EA | 185.08 | |
| 2 | | 2 | 1800503 PTFE RED FLANGE 1 X 3/4", 150# FLG DUCTILE IRON CASTING PER ASTM A395 TEFLON LINED | 82.5000 | EA | 165.00 | |
| 1 | | 1 | 1"PTFE SPOOL 1" X 48" PIPE SPOOL,CS HOUSING,150# DI FLGS | 215.0400 | EA | 215.04 | |

*************** Continued on Next Page *****************

Remit to:
9006-A Perimeter Woods Drive
Charlotte, NC 28216



The MASSEY Company
2005-A Franke Court
Augusta, GA 30909
Phone: (706) 667-6489
Fax: (706) 733-9308
www.themasseycompany.com

**INVOICE**

Page No  2

| P.O. Number | Authorization | Cust # | Invoice# | Invoice Date | Terms | Order Date |
|---|---|---|---|---|---|---|
| 3218475 | ROB VAN DEVEIRE | 9547 | 359439 | 4/16/15 | NET 30 DAYS | 4/14/15 |

| Ship Via | Order # | Bill of Lading | Ppd/Col | Ship Date | Shipped From | Salesperson |
|---|---|---|---|---|---|---|
| Fed Ex LTL | 06597100 | 302024141-6 | PPC | 4/14/15 | AUGUSTA | Casey Lemon |

Sold To: MID-STATES SUPPLY CO
dba-MIDCO SUPPLY
1141 N 11TH STREET
OMAHA, NE 68102

Ship To: POET BIOREFINING GLENVILLE E.
15300 780TH AVE
MARK# GLE14212
ALBERT LEA, MN 56007

| Ordered | B/O | Shipped | Our Stock #/Description/Your Part # | Unit Price | UM | Extended Price | CD% |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | 1"PTFE SPOOL<br>1" X 36"<br>PIPE SPOOL,CS HOUSING,150# DI FLGS | 185.0800 | EA | 185.08 | |
| 3 | | 3 | 1800061<br>PTFE 90 ELBOW 1", CS HOUSING,<br>150# DI ROTATING FLANGES,<br>TEFLON LINED | 169.2000 | EA | 507.60 | |
| 1 | | 1 | 1"PTFE SPOOL<br>1" X 26"<br>PIPE SPOOL,CS HOUSING,150# DI FLGS | 185.0800 | EA | 185.08 | |
| 1 | | 1 | 1"PTFE SPOOL<br>1" X 40"<br>PIPE SPOOL,CS HOUSING,150# DI FLGS | 215.0400 | EA | 215.04 | |

| Cash Discount Available | Sub Total | Freight | Sales Tax | Invoice Total |
|---|---|---|---|---|
| | 2,097.88 | 97.23 | | 2,195.11 |

Remit to:
9006-A Perimeter Woods Drive
Charlotte, NC 28216



**The MASSEY Company**
2005-A Franke Court
Augusta, GA 30909
Phone: (706) 667-6489
Fax: (706) 733-9308
www.themasseycompany.com

**INVOICE**

Page No 1

| P.O. Number | Authorization | Cust # | Invoice# | Invoice Date | Terms | Order Date |
|---|---|---|---|---|---|---|
| 3219075 | ROB VAN DEVEIRE | 9547 | 361682 | 7/14/15 | NET 30 DAYS | 5/28/15 |

| Ship Via | Order # | Bill of Lading | Ppd/Col | Ship Date | Shipped From | Salesperson |
|---|---|---|---|---|---|---|
| UPS | 06608490 | | PPC | 7/06/15 | AUGUSTA | Casey Lemon |

Sold To: MID-STATES SUPPLY CO
dba-MIDCO SUPPLY
1141 N 11TH STREET
OMAHA, NE 68102

Ship To: MIDCO SUPPLY CO
700 NORTH 7TH STREET
MARSHALL, MN 56258

| Ordered | B/O | Shipped | Our Stock #/Description/Your Part # | Unit Price | UM | Extended Price | CD% |
|---|---|---|---|---|---|---|---|
| | | | FED EX GROUND COLLECT ACCT# 312833115 | | | | |
| 1 | | 1 | 1802517 PPL ECC RED 3 X 2" POLYPRO LINED | 295.2000 | EA | 295.20 | |

| Cash Discount Available | Sub Total | Freight | Sales Tax | Invoice Total |
|---|---|---|---|---|
| | 295.20 | 18.62 | | 313.82 |

Remit to:
9006-A Perimeter Woods Drive
Charlotte, NC 28216