IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| **Mid-States Supply Company, Inc.,** § | |
| § | Case No. 16-40271-CAN-11 |
| Debtor. § | |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR COMMITTEE

PLEASE TAKE NOTICE that Gardere Wynne Sewell LLP ("**Gardere**"), counsel for the Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned case has relocated and requests that copies of all pleadings and other papers filed in the above-captioned case, as well as notices given or required to be given to the Committee, be given to and served upon the undersigned attorneys at the address listed below:

Marcus A. Helt (MO 50374)
GARDERE WYNNE SEWELL LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201

PLEASE TAKE NOTICE that there has been no change in Gardere's telephone number, facsimile number, or e-mail address.

Dated: October 31, 2016

Respectfully submitted,

*/s/ Marcus A. Helt*
Marcus A. Helt (MO 50374)
**GARDERE WYNNE SEWELL LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@gardere.com

**COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

      I hereby certify that, on October 31, 2016, a true and correct copy of the foregoing Notice was filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing sent to all parties or counsel of record who have registered to receive electronic service by operation of the Court's electronic filing system.

                                            */s/ Marcus A. Helt*
                                            Marcus A. Helt