## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **In Re:** | § | **CHAPTER 11** |
| | § | |
| **MID-STATES SUPPLY COMPANY, INC.** | § | |
| | § | **CASE NO: 16-40271-can11** |
| | § | |
| **Debtor** | § | |

### NOTICE OF CHANGE OF ADDRESS

COMES NOW, Allen D. Russell, counsel for Creditor, Cintas-R.U.S., L.P., in the above-entitled and numbered cause, and files this Notice of Change of Address and would respectfully show the Court the following:

1. The undersigned counsel gives notice to the Court, all parties herein, and their counsel, that effective immediately, Creditor's counsel for changed his address and telephone number for the purposes of this matter to:

> **Allen D. Russell**
> **Taylor, Taylor & Russell**
> **2777 Allen Parkway, Suite 1000**
> **Houston, Texas  77019**
> **(713) 615-6060 Telephone**
> **(713) 526-2708 Facsimile**

2. Accordingly, the undersigned counsel requests that all further pleadings, correspondence, notices and other documents served, filed, mailed or tendered in this cause by all parties, all attorneys, the Court, and the Clerk's Office be forwarded to the undersigned counsel at the new address and telephone number set forth herein.

Respectfully submitted,

**TAYLOR, TAYLOR & RUSSELL**

By:___*/s/ Allen D. Russell*_____
        Allen D. Russell
        State Bar No. 00784889
        2777 Allen Parkway, Suite 1000
        Houston, Texas  77019
        Arussell@taylaw.com
        (713) 615-6060  Telephone
        (713) 526-2708  Facsimile

ATTORNEY FOR CREDITOR,
CINTAS-RUS, LP

## CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the foregoing Notice of Change of Address has been forwarded to all counsel of record and/or debtor, by mail, email or by facsimile, on this the __5th__ of June 2017.

        Andrea M. Chase
        Spencer Fane, LLP
        1000 Walnut St., Suite 1400
        Kansas City, MO 64106

                        ___*/s/ Allen D. Russell*_____
                        Allen D. Russell