UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: | ) |
| | ) In Proceedings Under Chapter 11 |
| MID-STATES SUPPLY COMPANY, INC. | ) |
| | ) BK 16-40271-CAN-11 |
| Debtor. | ) |

**ORDER GRANTING ADMINISTRATIVE CLAIM OF POWER DYNAMICS
GASKET COMPANY, INC. AND GRANTING RELATED RELIEF**

This matter comes before the Court on: (a) the Omnibus Objection To Administration Claims (the "Administrative Claims Objection") filed by Areya Holder Aurzada (the "Liquidating Trustee") [Doc. 648] asserting, among other things, objections to claims for administrative expense priority (the "Administrative Claims") against the bankruptcy estate of Mid-States Supply Company, Inc. (the "Debtor") under section 503(b) of the United States Bankruptcy Code (the "Bankruptcy Code") asserted in certain proofs of claim filed by Power Dynamics Gasket Company, Inc. ("Power Dynamics"); and (b) a proposed resolution of the Administrative Claims Objection and the Power Dynamics Responses, filed respectively at Dkt. Nos. 649 and 693 (together, the "Power Dynamics Responses"), between the Liquidating Trustee and Power Dynamics as it pertains to Power Dynamics's Administrative Claims, General Unsecured Claims and certain related items thereto.

THEREFORE, it is hereby:

ORDERED, that Power Dynamics holds an allowed administrative expense priority claim against the Debtor's estate under sections 503(b) and 507(a)(2) of the Bankruptcy Code in the amount of $3,329.62[1] (the "Power Dynamics Allowed Administrative Claim") and that

---

[1] Power Dynamics reserves its rights (if any available and without the Liquidating Trustee's admission that the same exist) and the Liquidating Trustee to oppose the same, to assert an additional $3,699.49 as a defense (i.e., not as an

the balance of the claims asserted by Power Dynamics in its Claims Register Proof of Claim No. 128-1 in the aggregate amount of $272,521.69[2] shall be treated as an allowed general unsecured claim against the Debtor's estate (the "Power Dynamics General Unsecured Claim"); and it is further

ORDERED, that Power Dynamics shall receive payment of the Power Dynamics Allowed Administrative Claim and Power Dynamics shall receive payment of the Power Dynamics General Unsecured Claim, each in accordance with and pursuant to the applicable provisions of the Joint Chapter 11 Plan of Liquidation filed at ECF 555, as confirmed by the Court's Order: (A) Confirming Joint Chapter 11 Plan of Liquidation and (B) Approving Corrected Disclosure Statement with Respect to Joint Chapter 11 Plan of Liquidation, entered at ECF 586; and it is further

ORDERED, that any and all other claims or proofs of claim filed in the Claims Register of this case by Power Dynamics or submitted to the Claims Agent in this case by Power Dynamics (collectively, the "Duplicative Proofs of Claim") are duplicative of Claims Register Proof of Claim No. 128-1, filed by Power Dynamics in the Claims Register on April 7, 2016, and received by the bankruptcy estate's claims agent ("Claims Agent") on or about April 7, 2016 (the "Remaining Proof of Claim"), and that the Duplicative Proofs of Claim shall be disallowed and expunged in their entirety, with the Remaining Proof of Claim to be allowed to the extent modified in the respective amounts and priorities set forth above.

---

allowed affirmative administrative claim, but defensively) against any other claims, if any, asserted by the Liquidating Trustee against Power Dynamics.

[2] The Liquidating Trustee reserves all rights (if any available and without Power Dynamics's admission that the same exist) and Power Dynamics to oppose the same, under 11 U.S.C. § 502(d) regarding Power Dynamics General Unsecured Claim.

SO ORDERED.

Entered:   October 16, 2017           /s/ Cynthia A. Norton
                                                  HONORABLE CYNTHIA A. NORTON
                                                  United States Bankruptcy Judge

Agreed to in form and content:

GARDERE WYNNE SEWELL LLP

*/s/ Thomas C. Scannell*
Marcus A. Helt (MO 50374)
Thomas C. Scannell (TX 24070559)
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: 214-999-3000
Facsimile: 214-999-4667
mhelt@gardere.com
tscannell@gardere.com

COUNSEL FOR THE LIQUIDATING TRUSTEE

*/s/ Paul M. Hoffmann*
Paul M. Hoffmann, MO 31922
**STINSON LEONARD STREET LLP**
1201 Walnut St., Ste. 2900
Kansas City, MO 64106
Tel: (816) 842-8600
Fax: (816) 412-1191
Email: paul.hoffmann@stinson.com

ATTORNEYS FOR POWER DYNAMICS GASKET COMPANY, INC.

-3-