**U.S. Bankruptcy Court**
**Western District of Missouri**
**(Kansas City)**

| | | |
|---|---|---|
| Mid-States Supply Company, Inc. | ) | Chapter 11 |
| Debtor | ) | Case No. 16-40271-can11 |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that B.E. Capital Management Fund LP, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor and his representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims, and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the new address set forth below, effective as of the date hereof.

Former Address:
B.E. Capital Management Fund LP
205 East 42nd Street, 14th Floor
New York, NY 10017

New Address:
B.E. Capital Management Fund LP
228 Park Ave S #63787
New York, New York 10003-1502

B.E. Capital Management Fund LP

By: _[signature]_

Its: ____Thomas Braziel, Managing Partner____

Date: ____01/26/2018____